# EXHIBIT C

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V



**Title:** HIGH-VOLTAGE POWER SEMICONDUCTOR DEVICE

**Priority Date:** Jan. 21, 2005

**Filed Date:** Jan. 23, 2006

**Issued Date:** Mar. 03, 2009

**Expiration Date:** Jan. 23, 2026

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claim:** 9

Preliminary Draft – Subject to Change

1

**Claim 9**

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:

a **(SUB) silicon-carbide substrate**;

a **(DL) drift semiconductor layer** formed on a **(FS) front side** of the **(SUB) semiconductor substrate**;

a **(FS) first source region**;

a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**;

a **(FBC) plurality of first base contact regions** defined in the **(d) first source region**,

**(FBC) each of the plurality of first base contact regions being spaced apart from each other** in a **(FSE) direction parallel to the longitudinal axis defined by the first source electrode**;

a **(SS) second source region**;

a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis**;

a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**,

**(SBC) each of the plurality of second base contact regions being spaced apart from each other** in a **(SSE) direction parallel to the longitudinal axis defined by the second source electrode**; and

a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**,

the **(JF) JFET region having a width less than about three micrometers**.

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V

| Claim 9 | |
|---|---|
| A **double-implanted metal-oxide semiconductor field-effect transistor** comprising: | |
| |  |

| Claim 9 |
| --- |

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:

 

**Note:** Source and drain regions are produced by ion implantation in silicon carbide, rather than thermal diffusion, because thermal diffusion is too slow to be practical in silicon carbide. So it is expected that the source and drain regions are created by an ion implantation process, hence the double-implanted limitation would be met.

| Claim 9 | |
|---|---|
| a | **(SUB) silicon-carbide substrate**; |



| Claim 9 |
|---|
| a **(DL) drift semiconductor layer** formed on a **(US) front side** of the **(SUB) semiconductor substrate**; |



| Claim 9 | |
|---|---|
| a **(FS) first source region**; | |



| Claim 9 |
|---|
| a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**; |



**Note:** The cross-section SEM SEPC above has been polished down to the silicon carbide.





**Cut Line for Cross Section**

**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 |
| --- |
| a **(FBC) plurality of first base contact regions** defined in the **(FS) first source region**, |



Note: The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 |
| --- |

**(FBC) each of the plurality of first base contact regions being spaced apart from each other** in a **(FSE) direction parallel to the longitudinal axis defined by the first source electrode**;



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 | |
|---|---|
| a **(SS) second source region**; | |



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 | |
|---|---|
| a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis**; | |



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 | |
|---|---|
| a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**, | |



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 |
|---|

**(SBC) each of the plurality of second base contact regions being spaced apart from each other** in a **(SSE) direction parallel to the longitudinal axis defined by the second source electrode**; and



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V

| Claim 9 | |
|---|---|
| a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**, | |



Note: The top down SEM SEPC above has been polished down to the silicon carbide.

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V

| Claim 9 | |
|---|---|
| the **(JF) JFET region having a width less than about three micrometers**. | |



**Note:** The top down SEM SEPC above has been polished down to the silicon carbide.

| Claim 9 |
| --- |

the **(JF) JFET region having a width** less than about three micrometers.



**Note:** The cross-section **A-A'** of the previous page, SEM SEPC above has been polished down to the silicon carbide.