# EXHIBIT D



**Title:** SIC Power DMOSFET with Self-Aligned Source Contact

**Priority Date:** April 23, 2008

**Filed Date:** April 23, 2009

**Issued Date:** October 11, 2011

**Expiration Date:** July 23, 2029

**Inventors:** Cooper, James A., Saha, Asmita

**Exemplary Claim:** 6

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

**Claim 6**

A **mosfet structure**, comprising:

a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**,

said **(SUB) substrate body** having **(SR) at least one source region** formed **(US) adjacent said upper surface**;

a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(ST) adjacent said source region**;

**(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**, wherein a **(ST) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**;

a **(GOX) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and

a **(ML) material layer** over said **(ST) first source region** and between said **(GOX) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**,

said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 | |
|---|---|
| A **mosfet structure**, comprising: |     |

| Claim 6 | |
|---|---|
| a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**, | |



**Note:** The cross-section SEM above includes silicon carbide, metal, insulators and polysilicon.



Claim 6

a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**;



**Note:** The SEM cross section of the SiC device is shown above.

**Note:** The elemental maps on the right are shown for the pink box, silicon (Si) and oxygen (O) maps are shown.

| Claim 6 | |
|---|---|
| a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**; | |



U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 |
|---|
| **(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**, |



**Note:** The SEM cross section of the SiC device is shown above.

**Note:** The elemental maps on the right are shown for the pink box, silicon (Si) and oxygen (O) maps are shown.

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 |
|---|
| wherein a **(SR) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**; |



Note: The SEM cross section of the SiC device is shown above.

Note: The elemental maps on the right are shown for the pink box, the silicon (Si) map is shown.

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 |
|---|
| a **(GOX) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and |



**Note:** The SEM cross section of the SiC device is shown above.

**Note:** The elemental maps on the right are shown for the pink box, silicon (Si) and oxygen (O) maps are shown.

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 |
| --- |

a **(ML) material layer** over said **(SR) first source region** and between said **(GOX) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**, said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.



**Note:** The SEM cross section of the SiC device is shown above.

**Note:** The elemental maps on the right are shown for the pink box, silicon (Si), oxygen (O) and aluminum (Al) maps are shown.