AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

THE TRUSTEES OF PURDUE UNIVERSITY,
*Plaintiff*

V.  Civil Action No. **6:21−CV−00727−ADA**

STMICROELECTRONICS N.V., ET AL.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: STMicroelectronics, Inc.
750 Canyon Drive, Suite 300
Coppell, TX 75019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark D. Siegmund
> Law Firm of Walt Fair, PLLC
> 1508 North Valley Mills Drive
> Waco, TX 76710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JEANNETTE J. CLACK
CLERK OF COURT

s/IDELMA RIVERA
DEPUTY CLERK

ISSUED ON 2021−07−15 15:29:02

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-00727-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **STMicroelectronics, Inc.** was received by me on *(date)* **7-20-21**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **George Martinez**, who is designated by law to accept service of process on behalf of *(name of organization)* **CT Corporation registered agent for STMicroelectronics, Inc.** on *(date)* **7-20-21** ; @ 11:21 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty that this information is true.

Date: **7-20-21**

_____
Server's signature

**Norman Lee Collins    PSC360**
Printed name and title

**18601 LBJ Suite 450 Mesquite Tx 75150**
Server's Address

Additional information regarding attempted sevice, etc:

1878