IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>   *Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>   *Defendants*. | Civil Action No.  6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Samuel E. Joyner, Texas State Bar No. 24036865, of Shore Chan LLP, 901 Main Street, Suite 3300, Dallas, Texas 75202, is appearing as counsel for Plaintiff The Trustees of Purdue University in the above-styled and numbered cause. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Dated: August 3, 2021

Respectfully submitted,

*/s/ Samuel E. Joyner*
Mark D. Siegmund (Texas Bar No. 24117055)
Of Counsel
SHORE CHAN LLP
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: 254-772-6400
msiegmund@shorechan.com

Michael W. Shore (Texas Bar No. 18294915)
Alfonso G. Chan (Texas Bar No. 24012408)
Samuel E. Joyner (Texas Bar No. 24036865)
Halima Shukri Ndai (Texas Bar No. 24105486)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
mshore@shorechan.com
achan@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

### CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on August 3, 2021.

*/s/ Samuel E. Joyner*
Samuel E. Joyner