# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., AND STMICROELECTRONICS, INC.<br><br>        DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION BY STMICROELECTRONICS, INC. FOR EXTENSION OF TIME TO ANSWER COMPLAINT

STMicroelectronics, Inc. (ST Inc.) moves the Court for an extension of time up to and including October 11, 2021, to respond to Plaintiff's Complaint for Patent Infringement. ST Inc. seeks this extension for good cause, and not for purposes of delay.

ST Inc. was served with the Complaint on July 20, 2021, making their current response deadline August 10, 2021. *See* Fed. R. Civ. P. 12. The extension to October 11, 2021 is a 60-day extension, and Plaintiff does not oppose it.

ST Inc. therefore respectfully requests that the Court grant this unopposed motion and allow it until October 11, 2021 to respond to Plaintiff's Original Complaint.

Dated: August 6, 2021                         Respectfully submitted:

By: */s/ Bruce S. Sostek*
**Bruce S. Sostek**
  SBN 18855700
  Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
  SBN 24003214
  Richard.Wynne@hklaw.com
**Justin S. Cohen**
  SBN 24078356
  Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
  SBN 24087652
  Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
  One Arts Plaza
  1722 Routh St., Suite 1500
  Dallas, Texas 75201
  214.969.1386

*Attorneys for Defendant*
**STMICROELECTRONICS INC.**

## CERTIFICATE OF CONFERENCE

I certify that on Thursday, July 29, 2021 I conferred by telephone with counsel for the Trustees of Purdue University who confirmed that The Trustees of Purdue University does not oppose this request.

   */s/ Bruce S. Sostek*
   Bruce S. Sostek

## CERTIFICATE OF SERVICE

I certify that on August 6, 2021 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which sent notice of filing to all case participants.

                                        */s/ Bruce S. Sostek*
                                        Bruce S. Sostek