IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., AND<br>STMICROELECTRONICS, INC.<br><br>      DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Unopposed Motion to Extend STMicroelectronics, Inc's Deadline to Respond to The Trustees of Purdue University's Complaint for Patent Infringement and Jury Demand. Having considered the motion, the Court is of the opinion that the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that the deadline for STMicroelectronics, Inc. to respond to The Trustees of Purdue University's Complaint for Patent Infringement and Jury Demand is extended up to and including October 11, 2021.

**IT IS SO ORDERED**:

Dated: _____, 2021

_____
Alan D. Albright
United States District Judge