**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>         PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS, N.V.; AND STMICROELECTRONICS, INC.<br><br>         DEFENDANTS. | 6:21-CV-00727<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Richard L. Wynne, Jr., of Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201 appears as counsel of record for Defendant STMicroelectronics, Inc. in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

Dated: August 6, 2021                    Respectfully submitted:

By: */s/ Richard L. Wynne, Jr.*
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1386

*Attorneys for Defendant*
**STMICROELECTRONICS INC.**

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Appearance was served on all counsel of record via ECF on August 6, 2021.

*/s/ Richard L. Wynne, Jr.*
Richard L. Wynne, Jr.