## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No.  6:21-cv-00727<br><br>JURY TRIAL DEMAND |

### DECLARATION OF HALIMA SHUKRI NDAI

I, Halima Shukri Ndai, declare as follows:

1. I am an attorney at Shore Chan LLP and counsel of record for Plaintiff, The Trustees of Purdue University ("Purdue"), in the above-captioned matter. I am over 21 years of age and am competent to make this declaration. All the statements set forth herein are true and correct and are based upon my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of an email exchange between counsel for Purdue and counsel for Defendants dated August 2, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: August 6, 2021*/s/ Halima Shukri Ndai*
Halima Shukri Ndai