# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Effect Alternative Service on STMicroelectronics N.V. The Court finds that the motion should be GRANTED.

IT IS ORDERED that Plaintiff may effect service on STMicroelectronics N.V. by serving its U.S. subsidiary, STMicroelectronics, Inc., and/or outside counsel, Bruce Sostek of Holland & Knight LLP.

**SO ORDERED.**

SIGNED this \_\_\_\_ day of _____, 2021.

                                                  _____
                                                ALAN D. ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE