AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**THE TRUSTEES OF PURDUE UNIVERSITY,**
*Plaintiff*

V.                                    Civil Action No. **6:21−CV−00727−ADA**

**STMICROELECTRONICS N.V., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **STMicroelectronics N.V.**
     **c/o STMicroelectronics, Inc.**
     **CT Corporation System**
     **1999 Bryan Street, Suite 900**
     **Dallas, Texas 75201**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

               **Mark D. Siegmund**
               **Law Firm of Walt Fair, PLLC**
               **1508 North Valley Mills Drive**
               **Waco, TX 76710**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/JENNIFER CLARK**
DEPUTY CLERK

**ISSUED ON 2021−08−20 14:07:55**

Civil Action No. 6:21–CV–00727–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
   _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
   _____, a person of suitable age and discretion who resides there,
   on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
   designated by law to accept service of process on behalf of*(name of organization)*_____
   _____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
   _____
   _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                           _____
                                                          *Printed name and title*

                                           _____
                                                          *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____