AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**THE TRUSTEES OF PURDUE UNIVERSITY,**
*Plaintiff*

V.                                                  Civil Action No. **6:21−CV−00727−ADA**

**STMICROELECTRONICS N.V., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **STMicroelectronics N.V.**
**Holland & Knight LLP**
**One Arts Plaza**
**1722 Routh Street, Suite 1500**
**Dallas, Texas 75201**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Mark D. Siegmund**
> **Law Firm of Walt Fair, PLLC**
> **1508 North Valley Mills Drive**
> **Waco, TX 76710**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/JENNIFER CLARK**

DEPUTY CLERK



**ISSUED ON 2021−08−17 12:45:58**

2157

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21−CV−00727−ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for*(name of individual and title, if any)* STMicroelectronics N.V.
was received by me on*(date)* 8·18·21          .

☐   I personally served the summons on the individual at *(place)*_____
_____ on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☒   I served the summons on*(name of individual)* George Martinez          , who is
designated by law to accept service of process on behalf of*(name of organization)* CT Corporation
System registered agent for STMicroelectronics          on*(date)* 8·23·19 @ 1229a or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date:  8·23·21

*Norman Lee Collins*
*Server's signature*

Norman Lee Collins  PSC360
*Printed name and title*

18601 LBJ Suite 650 Mesquite TX 75150
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____