# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., AND STMICROELECTRONICS, INC.<br><br>        DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

STMicroelectronics N.V. (STNV) moves the Court for an extension of time up to and including October 11, 2021 to respond to Plaintiff's Complaint for Patent Infringement. STNV seeks this extension for good cause, and not for purposes of delay.

STNV was served with the Complaint on August 18, 2021, making STNV's current response deadline September 8, 2021. *See* Fed. R. Civ. P. 12. The extension to October 11, 2021 is a 33 day extension, and will set STNV's deadline to the same day as the response deadline for defendant STMicroelectronics, Inc. Plaintiff does not oppose this request.

STNV therefore respectfully requests that the Court grant this unopposed motion and allow it until October 11, 2021 to respond to Plaintiff's Original Complaint.

Dated: September 8, 2021                     Respectfully submitted:

By: */s/ Bruce S. Sostek*
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1386

*Attorneys for Defendants*

### CERTIFICATE OF CONFERENCE

I certify that on Saturday, September 4, 2021 I conferred by email with counsel for Plaintiff Trustees of Purdue University who confirmed that Plaintiff does not oppose this request.

                                        */s/ Bruce S. Sostek*
                                        Bruce S. Sostek

## CERTIFICATE OF SERVICE

I certify that on September 8, 2021 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which sent notice of filing to all case participants.

*/s/ Bruce S. Sostek*
Bruce S. Sostek