# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., AND STMICROELECTRONICS, INC.<br><br>DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to extend STMicroelectronics N.V.'s deadline to respond to Plaintiff's Complaint for Patent Infringement. Having considered the motion, the Court is of the opinion that the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that the deadline for STMicroelectronics N.V. to respond to Plaintiff's Complaint for Patent Infringement is extended up to and including October 11, 2021.

**IT IS SO ORDERED**:

Dated: _____, 2021

Alan D. Albright
United States District Judge