IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Raphael Chabaneix of Shore Chan, LLP makes a formal entry of appearance in the above-styled and -numbered causes as counsel for Plaintiff The Trustees of Purdue University. The undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders be sent to him.

Dated: September 28, 2021

Respectfully submitted,

*/s/ Raphael Chabaneix*
Mark D. Siegmund (Texas Bar No. 24117055)
Of Counsel
SHORE CHAN LLP
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: 254-772-6400
msiegmund@shorechan.com

        Alfonso G. Chan (Texas Bar No. 24012408)
        Michael W. Shore (Texas Bar No. 18294915)
        Samuel E. Joyner (Texas Bar No. 24036865)
        Halima Shukri Ndai (Texas Bar No. 24105486)
        Raphael Chabaneix (Texas Bar No. 24118352)
        SHORE CHAN LLP
        901 Main Street, Suite 3300
        Dallas, Texas 75202
        Telephone: 214-593-9110
        Fax: 214-593-9111
        achan@shorechan.com
        mshore@shorechan.com
        sjoyner@shorechan.com
        hndai@shorechan.com
        rchabaneix@shorechan.com

        ***COUNSEL FOR PLAINTIFF***
        ***THE TRUSTEES OF PURDUE UNIVERSITY***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 28, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

        */s/ Raphael Chabaneix*
        Raphael Chabaneix