IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| The Trustees of Purdue University<br><br>                    Plaintiff,<br><br>v.<br><br>STMicroelectronics N.V. and STMicroelectronics, Inc.,<br><br>                    Defendants. | Civil Action No. 6:21-cv-727<br><br>Patent Case |

### ORDER

Before the Court is Defendant STMicroelectronics N.V.'s Motion Dismiss for Lack of Personal Jurisdiction. Having considered the motion, the Court is of the opinion that the motion should be and is hereby **GRANTED**. Plaintiff's claims against STMicroelectronics N.V. are hereby **DISMISSED**.

**IT IS SO ORDERED**:

Dated: _____, 2021

                                                                        Alan D. Albright
                                                                        United States District Judge