IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, N.V., AND<br>STMICROELECTRONICS, INC.<br><br>    Defendants. | CASE NO. 6:21–CV–00727-ADA<br><br>JURY TRIAL DEMANDED |

### **RULE 7.1(a) DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants STMicroelectronics N.V. and STMicroelectronics, Inc. state the following:

- STMicroelectronics N.V. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

- STMicroelectronics, Inc. is an indirect wholly-owned subsidiary of STMicroelectronics N.V., which is a publicly-traded company.

1

Dated: October 11, 2021                     Respectfully submitted:

By: */s/ Bruce S. Sostek*
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS N.V. AND STMICROELECTRONICS, INC.**

### CERTIFICATE OF SERVICE

I certify that on October 11, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which sent notice of the filing to all case participants.

                                         */s/ Bruce S. Sostek*
                                         Bruce S. Sostek