IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V. and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## NOTICE OF CHANGE OF FIRM

**PLEASE TAKE NOTICE,** that effective October 20, 2021, attorney Mark D. Siegmund is moving from Walt Fair, PLLC to Steckler, Wayne, Cochran, Cherry, PLLC.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of Steckler, Wayne, Cochran, Cherry, PLLC. Mr. Siegmund's contact information is provided below:

> Steckler, Wayne, Cochran, Cherry, PLLC
> 8416 Old McGregor Road
> Waco, Texas 76712
> Telephone: (254) 651-3690
> Facsimile: (254) 651-3689
> Email: mark@swclaw.com
> Email: jenn@swclaw.com

Respectfully submitted,

BY:    */s/ Mark D. Siegmund*
**Mark D. Siegmund**
State Bar No. 24117055
Email: mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas   76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689
*Counsel for Plaintiff The Trustees of*
*Purdue University*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 20th day of October 2020.

                                                 */s/ Mark D. Siegmund*
                                                 Mark D. Siegmund