# EXHIBIT C



**Title:** HIGH-VOLTAGE POWER SEMICONDUCTOR DEVICE

**Priority Date:** Jan. 21, 2005

**Filed Date:** Jan. 23, 2006

**Issued Date:** Mar. 03, 2009

**Expiration Date:** Jan. 23, 2026

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claim:** 9

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V

**Claim 9**

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:

a **(SUB) silicon-carbide substrate**;

a **(DL) drift semiconductor layer** formed on a **(FS) front side** of the **(SUB) semiconductor substrate**;

a **(FS) first source region**;

a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**;

a **(FBC) plurality of first base contact regions** defined in the **(d) first source region**, **(FBC) each of the plurality of first base contact regions being spaced apart from each other** in a **(FSE) direction parallel to the longitudinal axis defined by the first source electrode**;

a **(SS) second source region**;

a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis**;

a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**, **(SBC) each of the plurality of second base contact regions being spaced apart from each other** in a **(SSE) direction parallel to the longitudinal axis defined by the second source electrode**; and

a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**, the **(JF) JFET region having a width less than about three micrometers**.

| Claim 9 | |
|---|---|

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:



**SCTW90N65G2V**

Datasheet

Silicon carbide Power MOSFET 650 V, 119 A, 18 mΩ (typ., $T_J$ = 25 °C) in an HiP247 package

**Features**



**HiP247**

| Order code | $V_{DS}$ | $R_{DS(on)}$ max. | $I_D$ |
|---|---|---|---|
| SCTW90N65G2V | 650 V | 24 mΩ | 119 A |

- Very high operating junction temperature capability ($T_J$ = 200 °C)
- Very fast and robust intrinsic body diode
- Extremely low gate charge and input capacitances

**Applications**

- Switching applications
- Power supply for renewable energy systems
- High frequency DC-DC converters

**Description**

This silicon carbide Power MOSFET device has been developed using ST's advanced and innovative 2nd generation SiC MOSFET technology. The device features remarkably low on-resistance per unit area and very good switching performance. The variation of switching loss is almost independent of junction temperature.




D(2, TAB)

G(1)

S(3)

AM01475v1_noZen

| Claim 9 | |
|---|---|
| A **double-implanted metal-oxide semiconductor field-effect transistor** comprising: | |




| Claim 9 |
| --- |

a **(SUB) silicon-carbide substrate**;



**Note:** Scanning Capacitance Microscopy (SCM) taken of the framed area in the Scanning Electron Microscopy (SEM) image

| Claim 9 |
| --- |

a **(DL) drift semiconductor layer** formed on a **(FRONT) front side** of the **(SUB) semiconductor substrate**;



| Claim 9 |
|---|
| a **(FS) first source region**; |



SCM Data

| Claim 9 |
| --- |

a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**;



**Note:** SCM view taken at the A-A' cross section

**Note:** Top-down view using Scanning Electron Microscopy Secondary Electron Potential Contrast (SEM SEPC), after polishing down to the silicon carbide.

Claim 9

a **(FBC) plurality of first base contact regions** defined in the **(FS) first source region**,



Claim 9

**(FBC)** each of the plurality of first base contact regions being spaced apart from each other in a **(FSE)** direction parallel to the longitudinal axis defined by the first source electrode;



Claim 9

a **(SS) second source region**;



**SEM SEPC**

**Note:** SCM view taken at the B-B' cross section

| Claim 9 |

a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis;**



**SEM SEPC**

Claim 9

a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**,



**SEM SEPC**

**Note:** SCM view taken at B-B' cross section

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW90N65G2V

| Claim 9 |
|---|

**(SBC)** each of the plurality of second base contact regions being spaced apart from each other in a **(SSE)** direction parallel to the longitudinal axis defined by the second source electrode; and



**SEM SEPC**

Claim 9

a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**,



**SEM SEPC**

| Claim 9 |
|---|

the **(JF) JFET region having a width** less than about three micrometers.



SEM SEPC

| Claim 9 |
| --- |

the **(JF) JFET region having a width** less than about three micrometers.





**Note:** SEM SEPC taken at B-B' cross section



**Title:** HIGH-VOLTAGE POWER SEMICONDUCTOR DEVICE

**Priority Date:** Jan. 21, 2005

**Filed Date:** Jan. 23, 2006

**Issued Date:** Mar. 03, 2009

**Expiration Date:** Jan. 23, 2026

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claim:** 9

**Claim 9**

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:

a **(SUB) silicon-carbide substrate**;

a **(DL) drift semiconductor layer** formed on a **(FS) front side** of the **(SUB) semiconductor substrate**;

a **(FS) first source region**;

a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**;

a **(FBC) plurality of first base contact regions** defined in the **(FS) first source region**, **(FBC) each of the plurality of first base contact regions being spaced apart from each other** in a **(FSE) direction parallel to the longitudinal axis defined by the first source electrode**;

a **(SS) second source region**;

a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis**;

a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**, **(SBC) each of the plurality of second base contact regions being spaced apart from each other** in a **(SSE) direction parallel to the longitudinal axis defined by the second source electrode**; and

a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**, the **(JF) JFET region having a width less than about three micrometers**.

| Claim 9 | |
|---|---|

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:



| Claim 9 |
| --- |

A **double-implanted metal-oxide semiconductor field-effect transistor** comprising:





| Claim 9 |
| --- |

a **(SUB) silicon-carbide substrate**;



**SEM**

**SUB** →

lower p doping

lower n doping

SCM Data

5.0 μm

**Note:** Scanning Capacitance Microscopy (SCM) taken of the framed area in the Scanning Electron Microscopy (SEM) image

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW70N120G2V

| Claim 9 |
| --- |

a **(DL) drift semiconductor layer** formed on a **(FRONT) front side** of the **(SUB) semiconductor substrate**;



| Claim 9 |
| --- |
| a **(FS) first source region**; |



U.S. Patent No. 7,498,633 – STMicroelectronics SCTW70N120G2V

| Claim 9 |
| --- |

a **(FSE) first source electrode** formed over the **(FS) first source region**, the **(FSE) first source electrode defining a longitudinal axis**;



**Note:** Top view using SCM, after polishing down to the silicon carbide.



**Note:** SCM view taken at the A-A' cross-section.

U.S. Patent No. 7,498,633 – STMicroelectronics SCTW70N120G2V

| Claim 9 |
| --- |

a **(FBC) plurality of first base contact regions** defined in the **(FS) first source region**,





U.S. Patent No. 7,498,633 – STMicroelectronics SCTW70N120G2V

| Claim 9 |
| --- |

**(FBC) each of the plurality of first base contact regions being spaced apart from each other** in a **(FSE) direction parallel to the longitudinal axis defined by the first source electrode**;





| Claim 9 |
| --- |
| a **(SS) second source region**; |





| Claim 9 |
| --- |

a **(SSE) second source electrode** formed over the **(SS) second source region**, the **(SSE) second source electrode defining a longitudinal axis;**





| Claim 9 |
| --- |

a **(SBC) plurality of second base contact regions** defined in the **(SS) second source region**,



| Claim 9 |
| --- |

**(SBC) each of the plurality of second base contact regions being spaced apart from each other** in a **(SSE) direction parallel to the longitudinal axis defined by the second source electrode**; and



| Claim 9 |
| --- |

a **(JF) JFET region defined between** the **(FS) first source region** and the **(SS) second source region**,



SCM Data                5.0 μm

Claim 9

the **(JF) JFET region having a width** less than about three micrometers.



SCM Data



**Title:** SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT

**Priority Date:** April 23, 2008

**Filed Date:** April 23, 2009

**Issued Date:** October 11, 2011

**Expiration Date:** July 23, 2029

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claim:** 1

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

---

**Claim 1**

A **silicon carbide power MOSFET**, comprising:

a **(SUB) silicon carbide wafer having a substrate** and a **(DFT) drift layer** on said **substrate**,

said **(DFT) drift layer** having a **(SR) plurality of source regions formed adjacent** an **(US) upper surface** thereof;

a **(GAT) plurality of polysilicon gates above** said **(DFT) drift layer**,

said **(GAT) plurality of polysilicon gates** including a **(GAT1) first gate** adjacent a **(SR1) first of said source regions**,

said **(GAT1) first gate** having a **(TOP) top surface**, a **(BOT) lower surface** and a **(SW) sidewall**,

said **(SW) sidewall overlying** said **(SR1) first source region**;

a **(SOX) first oxide layer between** said **(BOT) first gate lower surface** and said **(US) upper surface** of said **(DFT) drift layer**;

a **(ILD) second, thicker oxide layer** over said **(TOP) top surface** and **(SW) sidewall** of said **(GAT1) first gate**; and

a **(ML) conformal layer of metal extending laterally across** said **(GAT1) first gate (TOP) top surface** and **(SW) sidewall** and said **adjacent (SR1) first source region**.

| Claim 1 |

A **silicon carbide power MOSFET**, comprising:



# SCTW90N65G2V

Datasheet

## Silicon carbide Power MOSFET 650 V, 119 A, 18 mΩ (typ., $T_J$ = 25 °C) in an HiP247 package



**HiP247**

### Features

| Order code | $V_{DS}$ | $R_{DS(on)}$ max. | $I_D$ |
|------------|----------|-------------------|-------|
| SCTW90N65G2V | 650 V | 24 mΩ | 119 A |

- Very high operating junction temperature capability ($T_J$ = 200 °C)
- Very fast and robust intrinsic body diode
- Extremely low gate charge and input capacitances

### Applications

- Switching applications
- Power supply for renewable energy systems
- High frequency DC-DC converters

### Description

This silicon carbide Power MOSFET device has been developed using ST's advanced and innovative 2nd generation SiC MOSFET technology. The device features remarkably low on-resistance per unit area and very good switching performance. The variation of switching loss is almost independent of junction temperature.



D(2, TAB)

G(1)

S(3)

AM01475v1_noZen

| Claim 1 |
|---|

a **(SUB) silicon carbide wafer having a substrate** and a **(DFT) drift layer** on said **substrate**,



**SEM**

lower p doping

lower n doping

**SUB** →

SCM Data          5.0 µm

**Note:** Scanning Capacitance Microscopy (SCM) of the framed area in the Scanning Electron Microscopy (SEM) image.

**U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N05G2V**

| Claim 1 |
| --- |

said **(DFT) drift layer** having a **(SR) plurality of source regions formed adjacent** an **(US) upper surface** thereof;



Claim 1

a **(GAT) plurality of polysilicon gates above** said **(DFT) drift layer**,



DFT

SEM



lower p doping

lower n doping

SCM Data

5.0 µm

Claim 1

said **(GAT) plurality of polysilicon gates** including a **(GAT1) first gate** adjacent a **(SR1) first of said source regions**,



**SEM**



lower p doping

lower n doping

SCM Data                    5.0 µm

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N05G2V

| Claim 1 |

said **(GAT1) first gate** having a **(TOP) top surface**, a **(BOT) lower surface** and a **(SW) sidewall**,



**SEM**

Claim 1

said **(SW) sidewall overlying** said **(SR1) first source region**;



SW

SW

SR1

**SEM**

SR1

**SCM**

lower p doping

lower n doping

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 1 |
| --- |

a **(SOX) first oxide layer between** said **(BOT) first gate lower surface** and said **(US) upper surface** of said **(DFT) drift layer**;



**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 1 |
| --- |

a **(ILD) second, thicker oxide layer** over said **(TOP) top surface** and **(SW) sidewall** of said **(GAT1) first gate**; and



**SEM**

| Claim 1 |
| --- |

a **(ML) conformal layer of metal extending laterally across** said **(GAT1) first gate (TOP) top surface** and **(SW) sidewall** and said **adjacent (SR1) first source region**.



SEM

SEM                                                                   SCM



**Title:** SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT

**Priority Date:** April 23, 2008

**Filed Date:** April 23, 2009

**Issued Date:** October 11, 2011

**Expiration Date:** July 23, 2029

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claim:** 1

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

**Claim 1**

A **silicon carbide power MOSFET**, comprising:

a **(SUB) silicon carbide wafer having a substrate** and a **(DFT) drift layer** on said **substrate**, said **(DFT) drift layer** having a **(SR) plurality of source regions formed adjacent** an **(US) upper surface** thereof;

a **(GAT) plurality of polysilicon gates above** said **(DFT) drift layer**, said **(GAT) plurality of polysilicon gates** including a **(GAT1) first gate** adjacent a **(SR1) first of said source regions**,

said **(GAT1) first gate** having a **(TOP) top surface**, a **(BOT) lower surface** and a **(SW) sidewall**, said **(SW) sidewall overlying** said **(SR1) first source region**;

a **(SOX) first oxide layer between** said **(BOT) first gate lower surface** and said **(US) upper surface** of said **(DFT) drift layer**;

a **(ILD) second, thicker oxide layer** over said **(TOP) top surface** and **(SW) sidewall** of said **(GAT1) first gate**; and

a **(ML) conformal layer of metal extending laterally across** said **(GAT1) first gate (TOP) top surface** and **(SW) sidewall** and said **adjacent (SR1) first source region**.

PRELIMINARY INFRINGEMENT CONTENTIONS – SUBJECT TO CHANGE

| Claim 1 |
|---|

A **silicon carbide power MOSFET**, comprising:



| Claim 1 |

a **(SUB) silicon carbide wafer having a substrate** and a **(DFT) drift layer** on said **substrate**,



**DFT**

lower p doping

lower n doping

**SUB** →

SCM Data                                    5.0 µm

**Note:** Scanning Capacitance Microscopy (SCM) of the framed area in the Scanning Electron Microscopy (SEM) image.

**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

| Claim 1 |
| --- |

said **(DFT) drift layer** having a **(SR) plurality of source regions formed adjacent** an **(US) upper surface** thereof;



U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

| Claim 1 |
|---|

a **(GAT) plurality of polysilicon gates above** said **(DFT) drift layer**,



SEM



lower p doping

DFT

lower n doping

SCM Data

5.0 µm

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

| Claim 1 |

said **(GAT) plurality of polysilicon gates** including a **(GAT1) first gate** adjacent a **(SR1) first of said source regions,**



**SEM**

lower p doping

lower n doping

SCM Data          5.0 µm

U.S. Patent No. 8,035,112 – STMicroelectronics SCT W70N120G2V

| Claim 1 |
| --- |

said **(GAT1) first gate** having a **(TOP) top surface**, a **(BOT) lower surface** and a **(SW) sidewall**,



**SEM**

U.S. Patent No. 8,035,F12 – STMicroelectronics SCTFW70N120G2V

| Claim 1 |
| --- |

said **(SW) sidewall overlying** said **(SR1) first source region**;



SEM

SCM

lower p doping

lower n doping

Claim 1

a **(SOX) first oxide layer between** said **(BOT) first gate lower surface** and said **(US) upper surface** of said **(DFT) drift layer**;



SEM                    SCM

lower p doping

lower n doping

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

| Claim 1 |
| --- |

a **(ILD) second, thicker oxide layer** over said **(TOP) top surface** and **(SW) sidewall** of said **(GAT1) first gate**; and



**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SCT W70N120G2V

Claim 1

a **(ML) conformal layer of metal extending laterally across** said **(GAT1) first gate (TOP) top surface** and **(SW) sidewall** and said **adjacent (SR1) first source region**.



SEM

SCM



**Title:** SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT

**Priority Date:** April 23, 2008

**Filed Date:** April 23, 2009

**Issued Date:** October 11, 2011

**Expiration Date:** July 23, 2029

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claims:** 6, 7, 10, 11, 12

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

**Claim 6**

A **mosfet structure**, comprising:

a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**,

said **(SUB) substrate body** having **(SR) at least one source region** formed **(US) adjacent said upper surface**;

a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**;

**(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**, wherein a **(SR) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**;

a **(ILD) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and

a **(ML) material layer** over said **(SR) first source region** and between said **(ILD) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**,

said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.

**Claim 7**

The **mosfet structure** of claim 6, wherein said **(ILD) gate oxide layer** is more than **(I) eight times thicker** than said **(SOX) substrate surface oxidation layer**.

**Claim 10**

The **MOSFET structure** of claim 6, wherein said **(ML) material layer is a metal contact layer providing external electrical contact with** said at least one **(SR) source region**.

**Claim 11**

The **MOSFET structure** of claim 10 wherein said **(ML) metal contact layer extends over substantially the entire MOSFET structure except for** at least one **(GC) gate contact access portion**, said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said at least two (GAT) polysilicon gates by** at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.

**Claim 12**

The **MOSFET structure** of claim 10, wherein said **(ML) metal contact layer extends over** said **(GAT) gates and covers the space between them**, said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said (GAT) gates** by at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.

| Claim 6 |
| --- |

A **MOSFET structure**, comprising:



# SCTW90N65G2V

**Datasheet**

Silicon carbide Power MOSFET 650 V, 119 A, 18 mΩ (typ., $T_J$ = 25 °C) in an HiP247 package



**HiP247**

## Features

| Order code | $V_{DS}$ | $R_{DS(on)}$ max. | $I_D$ |
| --- | --- | --- | --- |
| SCTW90N65G2V | 650 V | 24 mΩ | 119 A |

- Very high operating junction temperature capability ($T_J$ = 200 °C)
- Very fast and robust intrinsic body diode
- Extremely low gate charge and input capacitances

## Applications

- Switching applications
- Power supply for renewable energy systems
- High frequency DC-DC converters

## Description

This silicon carbide Power MOSFET device has been developed using ST's advanced and innovative 2nd generation SiC MOSFET technology. The device features remarkably low on-resistance per unit area and very good switching performance. The variation of switching loss is almost independent of junction temperature.





Claim 6

a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**,



**US**

**US**

lower p doping

lower n doping

← **SUB**

SCM Data

5.0 µm

**Note:** Scanning Capacitance Microscopy (SCM) of the framed area in the Scanning Electron Microscopy (SEM) image.

**SUB**

**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW90N65G2V

| Claim 6 |
| --- |

said **(SUB) substrate body** having **(SR) at least one source region** formed **(US) adjacent said upper surface**;



SR

**Note:** Top-down view using Scanning Electron Microscopy Secondary Electron Potential Contrast (SEM SEPC), after polishing down to the silicon carbide.

A — A'



US

SR     SR

lower p doping

lower n doping

SUB

SCM Data      5.0 μm

**Note:** SCM view taken at A-A' cross section

Claim 6

a **(SOX) substitute surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**;



Claim 6

**(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**,



**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SC1W90N05G2V

| Claim 6 |
| --- |

wherein a **(SR) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**;



| Claim 6 |
| --- |

a **(ILD) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and



**SEM**

| Claim 6 |
| --- |

a **(ML) material layer** over said **(SR) first source region** and between said **(ILD) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**, said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.



**SEM**

**SCM**

| Claim 7 |

The mosfet structure of claim 6, wherein said **(ILD) gate oxide layer** is more than **(I) eight times thicker** than said **(SOX) substrate surface oxidation layer**.



**SEM**

Claim 10

The **MOSFET structure** of claim 6, wherein said **(ML) material layer is a metal contact layer providing external electrical contact with** said at least one **(SR) source region**.



| Claim 11 |
| --- |

The **MOSFET structure** of claim 10 wherein said **(ML)** metal contact layer extends over substantially the entire MOSFET structure except for at least one **(GC)** gate contact access portion,

**GC**





**SEM**

Claim 11

said **(ML) metal contact layer** being in electrical contact with said **at least one (SR) source region** but **electrically insulated from said at least two (GAT) polysilicon gates by** at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.



U.S. Patent No. 8,633,112 – STMicroelectronics SCTW90N65G2V

| Claim 12 |

The **MOSFET structure** of claim 10, wherein said **(ML)** metal contact layer extends over said **(GAT)** gates and covers the space between them,



**SEM**

| Claim 12 |
|---|

said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said (GAT) gates** by at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.



**SEM**



**SCM**



**Title:** SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT

**Priority Date:** April 23, 2008

**Filed Date:** April 23, 2009

**Issued Date:** October 11, 2011

**Expiration Date:** July 23, 2029

**Inventors:** James A. Cooper; Asmita Saha

**Exemplary Claims:** 6, 7, 10, 11, 12

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

**Claim 6**

A **mosfet structure**, comprising:

a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**,

said **(SUB) substrate body** having **(SR) at least one source region** formed **(US) adjacent said upper surface**;

a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**;

**(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**, wherein a **(SR) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**;

a **(ILD) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and

a **(ML) material layer** over said **(SR) first source region** and between said **(ILD) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**,

said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

**Claim 7**
The **mosfet structure** of claim 6, wherein said **(ILD) gate oxide layer** is more than **(I) eight times thicker** than said **(SOX) substrate surface oxidation layer**.

**Claim 10**
The **MOSFET structure** of claim 6, wherein said **(ML) material layer is a metal contact layer providing external electrical contact with** said at least one **(SR) source region**.

**Claim 11**
The **MOSFET structure** of claim 10 wherein said **(ML) metal contact layer extends over substantially the entire MOSFET structure except for** at least one **(GC) gate contact access portion**,
said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said at least two (GAT) polysilicon gates by** at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.

**Claim 12**
The **MOSFET structure** of claim 10, wherein said **(ML) metal contact layer extends over** said **(GAT) gates and covers the space between them**,
said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said (GAT) gates** by at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.

| Claim 6 | |
|---|---|

A **MOSFET structure**, comprising:



**SCTW70N120G2V**

**Datasheet**

**Silicon carbide Power MOSFET** 1200 V, 91 A, 21 mΩ (typ., $T_J$ = 25 °C) in an HiP247 package

**Features**

| Order code | $V_{DS}$ | $R_{DS(on)}$ typ. | $I_D$ |
|---|---|---|---|
| SCTW70N120G2V | 1200 V | 21 mΩ | 91 A |

- Very high operating junction temperature capability ($T_J$ = 200 °C)
- Very fast and robust intrinsic body diode
- Extremely low gate charge and input capacitances

**HiP247**

**Applications**

- Charger
- Power supply for renewable energy systems
- High frequency DC-DC converters

**Description**

This silicon carbide Power MOSFET is produced exploiting the advanced, innovative properties of wide bandgap materials. This results in unsurpassed on-resistance per unit area and very good switching performance almost independent of temperature. The outstanding thermal properties of the SiC material allow designers to use an industry-standard outline with significantly improved thermal capability. These features render the device perfectly suitable for high-efficiency and high power density applications.

U.S. Patent No. 8,035,112 — STMicroelectronics SCTW70N120G2V

Claim 6

a **(SUB) silicon carbide wafer having a substrate body** with an **(US) upper surface**,



US

US

lower p doping

lower n doping

SUB

SCM Data

**Note:** Scanning Capacitance Microscopy (SCM) of the framed area in the Scanning Electron Microscopy (SEM) image.

SUB

SEM

| Claim 6 | |
|---|---|
| said **(SUB) substance body** having **(SR) at least one source region** formed **(US) adjacent said upper surface**; | |



Claim 6

a **(SOX) substrate surface oxidation layer** on said **(US) upper surface** of said **(SUB) substrate body** and **(SR) adjacent said source region**;



SEM

SCM

lower p doping

lower n doping

U.S. Patent No. 8,035,112 – STMicroelectronics SCT W70N120G2V

Claim 6

**(GAT) at least two polysilicon gates** above said **(SOX) substrate surface oxidation layer**, said **(GAT) gates** each having a **(TOP) top**, a **(BOT) bottom** and **(SID) sides**,



**SEM**

U.S. Patent No. 8,035,112 – STMicroelectronics SCTW70N120G2V

| Claim 6 |
| --- |

wherein a **(SR) first source region of said at least one source region** is juxtaposed between **(GAT) first and second adjacent gates of said at least two polysilicon gates**;



**SEM**

**SCM**

lower p doping

lower n doping

| Claim 6 |
| --- |
| a **(ILD) gate oxide layer**, thicker than said **(SOX) substrate surface oxidation layer**, over said **(TOP) tops** and **(SID) sides** of **(GAT) each of said gates**; and |



**SEM**

| Claim 6 |
| --- |

a **(ML) material layer** over said **(SR1) first source region** and between said **(ILD) gate oxide layers** on said **(SID) sides** of said **(GAT) gates**, said **(ML) material layer comprising** one of an oxide and a **(ML) metal contact**.



lower p doping

lower n doping

| Claim 7 | |
|---|---|

The mosfet structure of claim 6, wherein said **(ILD) gate oxide layer** is more than **(I) eight times thicker** than said **(SOX) substrate surface oxidation layer**.



**SEM**

Claim 10

The **MOSFET structure** of claim 6, wherein said **(ML) material layer** is a metal contact layer providing external electrical **contact with** said at least one **(SR) source region**.



**Claim 11**

The **MOSFET structure** of claim 10 wherein said **(ML) metal contact layer** extends over substantially the entire MOSFET structure except for at least one **(GC) gate contact access portion**,

GC





lower p doping

lower n doping

SCM Data                                    5.0 μm

| Claim 11 |
| --- |

said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said at least two (GAT) polysilicon gates by** at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.



SCM

lower p doping

lower n doping

Claim 12

The **MOSFET structure** of claim 10, wherein said **(ML) metal contact layer extends over** said **(GAT) gates and covers the space between them**,



| Claim 12 |
| --- |

said **(ML) metal contact layer being in electrical contact with** said **at least one (SR) source region** but **electrically insulated from said (GAT) gates** by at least one of said **(ILD) gate oxide layer** and said substrate surface oxidation layer.



SEM

SCM