# EXHIBIT A

# Sam Joyner

| | |
|---|---|
| **From:** | Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com> |
| **Sent:** | Thursday, October 28, 2021 1:01 PM |
| **To:** | Sam Joyner |
| **Cc:** | Wynne, Richard L (DAL - X61386); Haghighatian, Nadia E (DAL - X61261); Alfonso Chan; Mark Siegmund; Sostek, Bruce S (DAL - X61234); Bustamante, Bryan J (DAL - X61364) |
| **Subject:** | RE: Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.) |

CAUTION: External Email!

Sam - thank you for the response. ST complied with the Court's requirements on preparing the CRSR. Unfortunately, while it's clear that Purdue was in the process of preparing the amended complaint and expanded infringement contentions, Purdue chose not to disclose any of that information with ST during the meet-and-confer process or while preparing the joint CRSR. Given Monday's deadline, we feel compelled to file our version today. If Purdue feels the need to respond, Purdue has that option.

We would like to meet-and-confer tomorrow on the issues raised by Purdue's FAC and expanded infringement contentions. Can we have the call at 1 or 2pm Central tomorrow? If not, we can find some other availability tomorrow.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

---

**From:** Sam Joyner <sjoyner@shorechan.com>
**Sent:** Thursday, October 28, 2021 8:45 AM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Haghighatian, Nadia E (DAL - X61261) <Nadia.Haghighatian@hklaw.com>; Alfonso Chan <achan@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>
**Subject:** RE: Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.)

*[External email]*
Hi Justin,

By the Court's design, the parties are required to file a joint CRSR. Here, if STNV and ST. Inc. desire to supplement the CRSR (ECF No. 25) filed on October 18, Purdue should be provided an opportunity to include its positions in the same document. Otherwise, Defendants will force Judge Albright to traverse between two documents because Purdue will have no other choice but to file a supplement that responds to Defendants' positions. Let's avoid that by filing a joint supplemental CRSR. If you send me a Word version of the document attached to your email below, I'll add Purdue's positions.

Also, we should meet-and-confer before filing a supplemental CRSR. We're generally available all day today and tomorrow. Please let me know what time works best for your team.

Thanks,
Sam

**Samuel E. Joyner**
*Partner*



214.593.9124 | c 214.923.1543
sjoyner@shorechan.com | shorechan.com

Shore Chan LLP
901 Main Street | Suite 3300 | Dallas, Texas 75202

**NOTICE OF CONFIDENTIALITY:**
The information contained in and transmitted with this email may be subject to the Attorney-Client and Attorney Work Product privileges, and is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this email by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by reply immediately. Any email erroneously transmitted to you should be immediately destroyed.

---

**From:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Wednesday, October 27, 2021 11:12 PM
**To:** Sam Joyner <sjoyner@shorechan.com>
**Cc:** Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Haghighatian, Nadia E (DAL - X61261) <Nadia.Haghighatian@hklaw.com>; Alfonso Chan <achan@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>
**Subject:** Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.)

CAUTION: External Email!
Sam - in light of Purdue's amended complaint and infringement contentions, STNV and ST. Inc. will be filing the attached supplemental CRSR tomorrow. As you'll see, we are requesting a live CMC in order to discuss the various pre-*Markman* issues.

Regards,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.