IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br>Defendants. | 6:21-cv-00727-ADA |

### ORDER

Came on for consideration this date is Defendants' Supplement to Case Readiness Status Report, ECF No. 30, filed on April 28, 2021, to which Plaintiff responded on October 29, 2021, ECF No. 32. After careful consideration of the Defendants' Supplement, the Parties' arguments, and the applicable law, the Court **DENIES** Defendants' request to move the case management conference back two weeks.

SIGNED this 29th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1