IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, N.V., ET AL.<br><br>Defendants. | CASE NO. 6:21–CV–00727-ADA<br><br>JURY TRIAL DEMANDED |

### RULE 7.1(a) DISCLOSURE STATEMENT

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant STMicroelectronics International N.V. states that it is a wholly-owned subsidiary of STMicroelectronics, N.V., which is a publicly-traded company.

1

| | |
|---|---|
| Dated: November 1, 2021 | Respectfully submitted:<br><br>By: */s/ Justin S. Cohen*<br>**Bruce S. Sostek**<br>   SBN 18855700<br>   Bruce.Sostek@hklaw.com<br>**Richard L. Wynne, Jr.**<br>   SBN 24003214<br>   Richard.Wynne@hklaw.com<br>**Justin S. Cohen**<br>   SBN 24078356<br>   Justin.Cohen@hklaw.com<br>**Nadia E. Haghighatian**<br>   SBN 24087652<br>   Nadia.Haghighatian@hklaw.com<br><br>**HOLLAND & KNIGHT LLP**<br>   One Arts Plaza<br>   1722 Routh St., Suite 1500<br>   Dallas, Texas 75201<br>   214.969.1700<br><br>**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., AND STMICROELECTRONICS INTERNATIONAL, N.V.** |

### CERTIFICATE OF SERVICE

I certify that on November 1, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which sent notice of the filing to all case participants.

 */s/ Justin S. Cohen*
Justin S. Cohen