IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., AND STMICROELECTRONICS, INC.<br><br>　　　　DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is STMicroelectronics N.V.'s Motion to Dismiss for Lack of Personal Jurisdiction. Having considered the motion, the Court is of the opinion that the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that all claims against STMicroelectronics N.V. are dismissed under Rule 12(b)(2).

**IT IS SO ORDERED**:

Dated: _____, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Alan D. Albright
　　　　　　　　　　　　　　　　　United States District Judge