IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| The Trustees of Purdue University,<br><br>*Plaintiff*,<br><br>v.<br><br>STMicroelectronics N.V.,<br>STMicroelectronics Int'l N.V., and<br>STMicroelectronics, INC.,<br><br>*Defendants*. | CASE NO. 6:21–CV–727-ADA<br><br>JURY TRIAL DEMANDED |

#### NOTICE OF APPEARANCE

Notice is hereby given that attorney Max Ciccarelli of the Ciccarelli Law Firm, 100 N. 6th Street, Suite 502, Waco, Texas 76701, appears as counsel of record for Defendant STMicroelectronics, Inc. in the above-referenced cause for purposes of receiving notices and orders from the Court.

Dated: November 18, 2021

Respectfully submitted:

/s/ Max Ciccarelli
Max Ciccarelli
   State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, Texas 76701
Tel: 214-444-8869
Email: Max@CiccarelliLawFirm.com

*Counsel for STMicroelectronics, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2021, the foregoing document was served via ECF on counsel of record.

*/s/ Max Ciccarelli*
Max Ciccarelli