# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br> v. <br><br> STMICROELECTRONICS N.V., ET AL., <br><br> Defendants. | 6:21-CV-00727 |

## ORDER

Before the Court is Defendant STMicroelectronics N.V.'s Opposed Motion for a Four-Day Extension of Time to file STMicroelectronics N.V.'s reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction. Having considered the motion, the Court is of the opinion that good cause exists to justify a brief four-day extension of time. Accordingly, the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that the deadline for STMicroelectronics N.V. to file its reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction is extended up to and including December 3, 2021.

**IT IS SO ORDERED**:

Dated: _____, 2021

_____
Alan D. Albright
United States District Judge