# Sam Joyner

| | |
|---|---|
| **From:** | Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com> |
| **Sent:** | Tuesday, November 30, 2021 11:06 AM |
| **To:** | Sam Joyner |
| **Subject:** | Purdue v. ST - Reply ISO MTD |

**CAUTION: External Email!**

Sam - does Purdue have any objection to a brief extension of STNV's reply brief in support of the motion to dismiss? We would appreciate an extension to this Friday, 12/3. Unfortunately, it appears that with the holidays and one of our paralegals out on bereavement, I missed that it was docketed for yesterday and not today. But STNV still needs time to review the draft.

Thank you Sam, I very much appreciate the professional courtesy.

~Justin

**Justin S. Cohen** | **Holland & Knight**
Partner | He/Him
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Direct 214.969.1211 | Cell 214.605.1993
justin.cohen@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.