## Sam Joyner

| | |
|---|---|
| **Subject:** | Purdue v. STMicroelectronics N.V. et al.--Conference regarding November 29, 2021 discovery dispute |
| **Location:** | https://us02web.zoom.us/j/89915350606?pwd=dXQ3VE9Bb0YybVhFUHpWdE1wS28vdz09 |
| | |
| **Start:** | Wed 12/1/2021 10:00 AM |
| **End:** | Wed 12/1/2021 10:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Sam Joyner |
| **Required Attendees** | Bruce S. Sostek; Wynne, Richard L (DAL - X61386); Cohen, Justin S (DAL - X61211); Haghighatian, Nadia E (DAL - X61261); Bustamante, Bryan J (DAL - X61364); Max Ciccarelli; Alfonso G. Chan; Mark Siegmund |
| | |
| **zmMeetingNum:** | 89915350606 |

Sam Joyner is inviting you to a scheduled Zoom meeting regarding the following discovery dispute email (which is also attached):

Bruce,

On November 15, 2021, Defendants, by and through Thomas Tarnay (TXBN 24003032) of Thomas Tarnay PLLC, 2103 Virginia Place, Parker, TX 75094, served Plaintiff with six document requests (attached). The party fact discovery sought concerns a document referenced in paragraphs 168-72 of ST-INC's answer (PRR-1), documents regarding allegations in paragraphs 117 and 122-76 of ST-INC's answer (PRR-2), two federal contracts identified in the '112 patent at 1:13-7 (PRR-3 & PRR-4), and documents regarding allegations in paragraphs 129-30 of ST-INC's answer (PRR-5 & PRR-6). This discovery event was surprising for several reasons. First, the OGP prohibits Defendants from seeking this type of discovery before the *Markman* hearing. *See* ECF No. 24 (October 8, 2021 OGP) at 2 ("Except with regard to venue, jurisdictional, and claim construction-related discovery, all other discovery shall be stayed until after the *Markman* hearing."); *see also* November 17, 2021 OGP at 2 (same). Second, the Scheduling Order prohibits Defendants from serving party fact discovery before April 26, 2022. *See* ECF No. 45 (November 22, 2021 Scheduling Order) at 3.) Third, Defendants have provided no explanation supporting their belief that, as a result of the November 22, 2021 Scheduling Order, the party fact discovery is permissible. Given Defendants' conduct, and pursuant to the Court's discovery dispute procedure, Plaintiff requests that Defendants stipulate to the opening of party fact discovery immediately. If Defendants refuse to do so, Plaintiff will seek the specific relief requested from the Court.

We look forward to receiving Defendants' response by Thursday, December 2. If you would like to discuss this discovery dispute further, please let us know the dates/times before December 2 that you are available.

Thank you,

Sam

Join Zoom Meeting
https://us02web.zoom.us/j/89915350606?pwd=dXQ3VE9Bb0YybVhFUHpWdE1wS28vdz09

Meeting ID: 899 1535 0606
Passcode: 978692
One tap mobile
+13462487799,,89915350606#,,,,*978692# US (Houston)
+12532158782,,89915350606#,,,,*978692# US (Tacoma)

Dial by your location
        +1 346 248 7799 US (Houston)
        +1 253 215 8782 US (Tacoma)
        +1 669 900 9128 US (San Jose)
        +1 646 558 8656 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
Meeting ID: 899 1535 0606
Passcode: 978692
Find your local number: https://us02web.zoom.us/u/kbcAXD16bP