**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

THE TRUSTEES OF
PURDUE UNIVERSITY,

    PLAINTIFF,

V.                   6:21-CV-00727

STMICROELECTRONICS N.V., ET AL.,

    DEFENDANTS.

**STNV'S REPLY IN SUPPORT OF ITS**
**OPPOSED MOTION FOR A FOUR-DAY EXTENSION OF TIME**

Purdue opposed on the basis that the undersigned did not inform Purdue that the four-day extension was necessary due to a personal family issue. That's not true. The undersigned explicitly told Purdue's lawyer, Mr. Joyner, during the phone call on the afternoon of November 30, that the motion would include that basis.

The issue is whether good cause exists to justify a brief four-day extension. STNV contends that it does given that the undersigned was dealing with a personal family matter during the week of Thanksgiving. Purdue has not argued that it would be prejudiced by this brief extension on a reply brief. This brief extension does not affect any deadlines or cause any hardship to any party. Only STNV will be prejudiced if the motion for extension of time is denied. Further, because this is an important issue on a dispositive motion, the Court should have the benefit of STNV's reply brief to ensure that the Court has all of the pertinent case law and arguments before it. Granting this motion for a four-day extension will best serve the interests of justice, will not delay any proceeding, and will not prejudice Purdue in any way.

In the hope that the Court grants this motion, STNV has filed the reply brief at ECF No.

50. STNV respectfully requests that the Court grant this four-day extension of time and consider

the reply brief filed today in conjunction with STNV's Motion to Dismiss for Lack of Personal

Jurisdiction.


Dated: December 3, 2021                   Respectfully submitted:

                                          By: */s/ Justin S. Cohen*
                                          **Bruce S. Sostek**
                                               SBN 18855700
                                               Bruce.Sostek@hklaw.com
                                          **Richard L. Wynne, Jr.**
                                               SBN 24003214
                                               Richard.Wynne@hklaw.com
                                          **Justin S. Cohen**
                                               SBN 24078356
                                               Justin.Cohen@hklaw.com
                                          **Nadia E. Haghighatian**
                                               SBN 24087652
                                               Nadia.Haghighatian@hklaw.com

                                          **HOLLAND & KNIGHT LLP**
                                               One Arts Plaza
                                               1722 Routh St., Suite 1500
                                               Dallas, Texas 75201
                                               214.969.1386

                                          *Attorneys for Defendants*


### CERTIFICATE OF SERVICE

I certify that on December 3, 2021, the foregoing document was electronically filed with

the Clerk of the Court using CM/ECF, which sent notice of filing to all case participants.

                                          */s/ Justin S. Cohen*
                                          Justin S. Cohen