IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS, INC., ET AL.<br><br>        Defendants. | CASE NO. 6:21–CV–727-ADA<br><br>JURY TRIAL DEMANDED |

### CORRECTION TO NOTICE OF IPR (ECF 54)

On December 15, 2021, Plaintiff filed a Notice of IPR (ECF 54) (the "Notice"). The Notice incorrectly stated that three entities—STMicroelectronics N.V., STMicroelectronics International N.V., and STMicroelectronics, Inc.—filed the IPR, when only one in fact did so. This is to correct the record that the only petitioner in the IPR is STMicroelectronics, Inc.

Dated: December 20, 2021                               Respectfully submitted:

                                                       By: */s/ Max Ciccarelli*
**Bruce S. Sostek**
  SBN 18855700
  Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
  SBN 24003214
  Richard.Wynne@hklaw.com
**Justin S. Cohen**
  SBN 24078356
  Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
  SBN 24087652
  Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
  One Arts Plaza
  1722 Routh St., Suite 1500
  Dallas, Texas 75201
  214.969.1700

**Max Ciccarelli**
  SBN 00787242
  Max@CiccarelliLawFirm.com
**CICCARELLI LAW FIRM LLC**
  750 N. St. Paul St., Suite 200
  Dallas, Texas 75201
  Tel: 214-444-8869

*Attorneys for Defendants*
**STMICROELECTRONICS INC.**

## CERTIFICATE OF SERVICE

I certify that on December 20, 2021, the foregoing document was served via ECF on counsel of record for Plaintiff.

                                                       */s/ Max Ciccarelli*
                                                       Max Ciccarelli