IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

**PLAINTIFF'S AMENDED NOTICE OF THE FILING OF A PETITION
FOR INTER PARTES REVIEW[1]**

Under the Court's Standard Order Governing Proceedings – Patent Case ("OGP"), Plaintiff The Trustees of Purdue University provides notice that Defendant STMicroelectronics, Inc. filed a petition requesting *inter partes* review of asserted U.S. Patent No. 7,498,633 on December 6, 2021. *See* Ex. A (Defendant's IPR Petition). The Petition identifies Defendants' STMicroelectronics N.V. and STMicroelectronics International N.V. as real parties in interest. *See id.* at 1; *see also id*. at 86 ("The district court case and the IPR proceeding involve the same parties"). The PTAB has not yet issued a Notice of Filing Date Accorded, and the date of that notice will dictate the IPR schedule. Plaintiff expects the PTAB will issue a Notice of Filing Date Accorded within a few weeks. If the PTAB issues a Notice of Filing Date Accorded on December 6, 2021, a decision on institution is expected by June 6, 2022. If the PTAB institutes trial on June 6, 2022, a final written decision is expected by June 6, 2023.

---

[1] Plaintiff provides this clarification pursuant to Defendants' request.

1

Dated: December 20, 2021

Respectfully submitted,

/s/ Mark D. Siegmund
Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Alfonso G. Chan (Texas 24012408)
Michael W. Shore (Texas 18294915)
Samuel E. Joyner (Texas 24036865)
Halima Shukri Ndai (Texas 24105486)
Raphael Chabaneix (Texas 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
achan@shorechan.com
mshore@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system on December 20, 2021.

/s/ Mark D. Siegmund
Mark D. Siegmund