IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>     Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>     Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Samuel E. Joyner hereby moves this Court for an order, pursuant to Local Rule AT-3, allowing his withdrawal as counsel for Plaintiff. Other attorneys of Shore Chan LLP, including Alfonso G. Chan, Michael W. Shore, Halima Shukri Ndai and Raphael Chabaneix, currently represent Plaintiff and will remain on the case. Mr. Joyner seeks to withdraw from this case because he is leaving Shore Chan LLP, and this motion is not sought for the purposes of delay.

Wherefore, Samuel E. Joyner, respectfully requests that his unopposed motion be granted.

Dated: January 7, 2022

Respectfully submitted,

*/s/ Samuel E. Joyner*
Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY,
PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689


Alfonso G. Chan (Texas 24012408)
Michael W. Shore (Texas 18294915)
Samuel E. Joyner (Texas 24036865)
Halima Shukri Ndai (Texas 24105486)
Raphael Chabaneix (Texas 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
achan@shorechan.com
mshore@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

***COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE UNIVERSITY***


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for

Defendants about the foregoing motion. Defendants do not] oppose the relief sought

*/s/ Samuel E. Joyner*
Samuel E. Joyner

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system on January 7, 2021.

*/s/ Samuel E. Joyner*
Samuel E. Joyner