IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING SAMUEL E. JOYNER'S MOTION
### TO WITHDRAW AS COUNSEL

Having considered Samuel E. Joyner's unopposed motion to withdraw as counsel for Plaintiff herein, the Court hereby grants the motion and Samuel E. Joyner is withdrawn as counsel.

IT IS SO ORDERED.

Dated: January ___, 2022

                                                Alan D Albright
                                              United States District Judge