UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY <br><br> vs. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § § § § § §   NO:  WA:21-CV-00727-ADA |

### ORDER SETTING PROTECTIVE ORDER HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for PROTECTIVE ORDER HEARING by Zoom on January 28, 2022 at 09:30 AM.

IT IS SO ORDERED this 21st day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE