IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Consistent with the Court's January 28, 2022 ruling, the parties respectfully move for entry of the attached Protective Order.

Dated: January 31, 2022

/s/ *Mark D. Siegmund*
Mark D. Siegmund (SBN 24117055)
**STECKLER, WAYNE, COCHRAN, CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

Alfonso G. Chan (SBN 24012408)
Michael W. Shore (SBN 18294915)
Halima Shukri Ndai (SBN 24105486)
Raphael Chabaneix (SBN 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
achan@shorechan.com
mshore@shorechan.com

Respectfully submitted,

*/s/ Justin S. Cohen*
Bruce S. Sostek (SBN 18855700)
Richard L. Wynne, Jr. (SBN 24003214)
Justin S. Cohen (SBN 24078356)
Nadia E. Haghighatian (SBN 24087652)
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1386
Bruce.Sostek@hklaw.com
Richard.Wynne@hklaw.com
Justin.Cohen@hklaw.com
Nadia.Haghighatian@hklaw.com

***COUNSEL FOR DEFENDANTS STMICROELECTRONICS N.V., AND STMICROELECTRONICS, INC***

hndai@shorechan.com
rchabaneix@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE*
*UNIVERSITY*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 31, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                          */s/ Mark D. Siegmund*
                          Mark D. Siegmund