IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered the parties' disputes raised during the January 28, 2022 Discovery Hearing, hereby ORDERS the following:

Defendants sought to include the Court's standard source-code restrictions in the parties' protective order, and further to allow Defendants to designate semiconductor design and manufacturing information (*e.g.*, design files, recipes, GDS files, process flows, CAD/CAE files, and similar materials) as subject to the source code restrictions. The Court DENIES the request.

Defendants also sought to include an acquisition bar in the parties' protective order to preclude individuals that have access to a party's Confidential – Attorneys' Eyes Only information from participating in the acquisition of patents (including patent applications), or the rights to any such patents or patent applications with the right to sublicense, relating to the functionality, operation, and design of MOSFET products during the pendency of this Action and for one year after its conclusion, including any appeals. The Court DENIES the request.

Plaintiff requested that certain third parties subpoenaed by Defendants, namely Purdue Research Foundation, Professor James A. Cooper, Dr. Asmita Saha, and Bahret & Associates (collectively, the "Purdue Affiliated Parties") be considered for the purposes of discovery as part of, or in privity with Plaintiff. Counsel for Plaintiff and the Purdue Affiliated Parties stipulated that Plaintiff has full and complete control over all relevant documents and materials in the possession, custody and control of the Purdue Affiliated Parties as well as the ability to present each for a deposition, and that the Purdue Affiliated Parties agree to have all disputes related to discovery sought from them by STMicroelectronics, Inc. in connection with the above-styled case decided by the Judge presiding over this case, and submit themselves to the jurisdiction of this Court for such purposes. Based on the representations and stipulations made by counsel for Plaintiff and the Purdue Affiliated Parties, the Court finds that the Purdue Affiliated Parties are not third-parties for the purposes of discovery, and discovery served on these affiliated entities is not warranted before party discovery opens.

SIGNED this 3rd day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE