IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>        PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V., ET AL.,<br><br>        DEFENDANTS. | Case No.: 21-CV-00727 |

### JOINT MOTION RE THIRD PARTY SUBPOENA

Plaintiff requested that certain third parties subpoenaed by Defendants, namely Purdue Research Foundation, Professor James A. Cooper, Dr. Asmita Saha, and Bahret & Associates (collectively, the "Purdue Affiliated Parties") be considered for the purposes of discovery as part of, or in privity with Plaintiff. The Court held a hearing on January 28, 2022, and entered an agreed order on February 3, 2022 [ECF No. 64]. In addition to the Purdue Affiliated Parties, STMicroelectronics, Inc. also subpoenaed the law firm of Barnes & Thornburg LLP. In accordance with the Court's prior rulings, Plaintiff and Barnes & Thornburg hereby stipulate that (1) Plaintiff has full and complete control over all relevant documents and materials in the possession, custody, and control of Barnes & Thornburg as well as the ability to present Barnes & Thornburg for a deposition, and (2) Barnes & Thornburg agrees to have all disputes related to discovery sought from them by STMicroelectronics, Inc. in connection with the above-styled case decided by the Judge presiding over this case, and submit themselves to the jurisdiction of this Court for such purposes. Accordingly, the parties hereby jointly move the Court for entry of an order to treat Barnes & Thornburg as a Purdue Affiliated Party.

Dated: February 23, 2022

| | |
|---|---|
| s/ *Mark D. Siegmund* <br> Mark D. Siegmund (SBN 24117055) <br> **STECKLER, WAYNE, COCHRAN, CHERRY, PLLC** <br> 8416 Old McGregor Road <br> Waco, Texas 76712 <br> Tel: (254) 651-3690 <br> Fax: (254) 651-3689 <br> mark@swclaw.com <br><br> Alfonso G. Chan (SBN 24012408) <br> Michael W. Shore (SBN 18294915) <br> Halima Shukri Ndai (SBN 24105486) <br> Raphael Chabaneix (SBN 24118352) <br> **SHORE CHAN LLP** <br> 901 Main Street, Suite 3300 <br> Dallas, Texas 75202 <br> Telephone: (214) 593-9110 <br> Facsimile: (214) 593-9111 <br> achan@shorechan.com <br> mshore@shorechan.com <br> hndai@shorechan.com <br> rchabaneix@shorechan.com <br><br> ***COUNSEL FOR PLAINTIFF*** | By: */s/ Justin S. Cohen* <br> **Bruce S. Sostek** <br>   SBN 18855700 <br>   Bruce.Sostek@hklaw.com <br> **Richard L. Wynne, Jr.** <br>   SBN 24003214 <br>   Richard.Wynne@hklaw.com <br> **Justin S. Cohen** <br>   SBN 24078356 <br>   Justin.Cohen@hklaw.com <br> **Nadia E. Haghighatian** <br>   SBN 24087652 <br>   Nadia.Haghighatian@hklaw.com <br><br> **HOLLAND & KNIGHT LLP** <br>   One Arts Plaza <br>   1722 Routh St., Suite 1500 <br>   Dallas, Texas 75201 <br>   214.969.1700 <br><br> **Max Ciccarelli** <br>   SBN 00787242 <br>   max@ciccarellilawfirm.com <br><br> **CICCARELLI LAW FIRM** <br>   100 N. 6th Street, Suite 502 <br>   Waco, Texas 76701 <br>   214.444.8869 <br><br> **ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.** |
| s/ *Steven M. Badger* <br> Steven M. Badger <br> **BARNES & THORNBURG LLP** <br> 11 S. Meridian Street <br> Indianapolis, Indiana 46204 <br> Telephone: (317) 236-1313 <br> Facsimilie: (317) 231-7433 <br> steven.badger@btlaw.com <br><br> ***COUNSEL FOR BARNES & THORNBURG LLP*** | |