IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## ORDER

Plaintiff requested that certain third parties subpoenaed by Defendants, namely Purdue Research Foundation, Professor James A. Cooper, Dr. Asmita Saha, and Bahret & Associates (collectively, the "Purdue Affiliated Parties") be considered for the purposes of discovery as part of, or in privity with Plaintiff. The Court held a hearing on January 28, 2022, and entered an agreed order on February 3, 2022 [ECF No. 64]. In addition to the Purdue Affiliated Parties, STMicroelectronics, Inc. also subpoenaed the law firm of Barnes & Thornburg LLP. Plaintiff and Barnes & Thornburg have stipulated that (1) Plaintiff has full and complete control over all relevant documents and materials in the possession, custody, and control of Barnes & Thornburg as well as the ability to present Barnes & Thornburg for a deposition, and (2) Barnes & Thornburg agrees to have all disputes related to discovery sought from them by STMicroelectronics, Inc. in connection with the above-styled case decided by the Judge presiding over this case, and submit themselves to the jurisdiction of this Court for such purposes. Based on the representations and stipulations made by Plaintiff and Barnes & Thornburg, the Court finds that Barnes & Thornburg should be treated as

a Purdue Affiliated Party for the purposes of discovery in this case and in the same manner described in ECF No. 64.

SIGNED this 8th day of March, 2022.

                                                  ALAN D ALBRIGHT
                                                  UNITED STATES DISTRICT JUDGE