# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>　　　Defendants. | CASE NO. 6:21–CV–727-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' PROPOSED CLAIM TERMS FOR CONSTRUCTION**

In accordance with the Court's Scheduling Order [ECF 45], Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.[1] (referred to collectively herein as "the ST Defendants") serve this Identification of Proposed Claim Terms for Construction.

**'633 Patent**

| Term | Claim |
|---|---|
| The preamble is limiting | 9 |
| "less than about three micrometers" | 9 |

**'112 Patent**

| Term | Claims |
|---|---|
| "a second, thicker oxide layer" / "a gate oxide layer" | 1, 6 |

---

[1] STMicroelectronics N.V. is not subject to the Court's jurisdiction, as detailed in its Motion to Dismiss [ECF 38]. And STMicroelectronics International N.V. has not yet been served in this case and therefore is not properly before the Court and not subject to the Court's jurisdiction.

|  |  |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted: |

By: */s/ Justin S. Cohen*

**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com

HOLLAND & KNIGHT LLP
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**Max Ciccarelli**
   SBN 00787242
   max@ciccarellilawfirm.com

CICCARELLI LAW FIRM
   100 N. 6th Street, Suite 502
   Waco, Texas 76701
   214.444.8869

ATTORNEYS FOR DEFENDANTS

– 3 –

### CERTIFICATE OF SERVICE

I certify that on January 18, 2022, the foregoing document was served via electronic mail on counsel of record for Plaintiff.

/s/ *Justin S. Cohen*
Justin S. Cohen