# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS N.V., ET AL,<br><br>Defendants. | 6:21–CV–727-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' PROPOSED CLAIM CONSTRUCTIONS

In accordance with the Court's Scheduling Order [ECF 45], Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.[1] (referred to collectively herein as "the ST Defendants") propose the following constructions for claim terms identified by the parties. To the extent that Plaintiff provides a proposed construction for any claim term withdrawn by the ST Defendants, the ST Defendants contend that such term should be given its plain-and-ordinary meaning. The ST Defendants also reserve the right to modify these proposed constructions, and to add/change terms being proposed for construction based on any additional information provided by Plaintiff.

**'633 Patent**

| Term | Initial Proposed Construction |
|---|---|
| "A double-implanted metal-oxide semiconductor field-effect transistor" (claim 9) | The preamble is limiting |
| "less than about three micrometers" (claim 9) | Indefinite |

---

[1] STMicroelectronics N.V. is not subject to the Court's jurisdiction, as detailed in its Motion to Dismiss [ECF 38]. And STMicroelectronics International N.V. has not yet been served in this case and therefore is not properly before the Court and not subject to the Court's jurisdiction.

– 1 –

**'112 Patent**

| Term | Initial Proposed Construction |
|---|---|
| "a second, thicker oxide layer" (claim 1) | An oxidation layer formed, created or grown by reacting the gate, thicker than the first oxide layer, |
| "a gate oxide layer" (claim 6) | An oxidation layer formed, created or grown by reacting the gate |

Dated: January 31, 2022

Respectfully submitted:

By: /s/ Justin S. Cohen
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**Max Ciccarelli**
   SBN 00787242
   max@ciccarellilawfirm.com

**CICCARELLI LAW FIRM**
   100 N. 6th Street, Suite 502
   Waco, Texas 76701
   214.444.8869

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS, INC. AND STMICROELECTRONICS N.V.**

– 3 –

**CERTIFICATE OF SERVICE**

    I certify that on January 31, 2022, the foregoing document was served via electronic mail on counsel of record for Plaintiff.

                                                            */s/ Justin S. Cohen*
                                                            Justin S. Cohen