# EXHIBIT 7

# Vivek Subramanian

**@ Berkeley:**
513 Sutardja Dai Hall
University of California
Berkeley, CA 94720-1770, USA
Ph: +1 (510)  643-4535
Email: viveks@eecs.berkeley.edu

**@ EPFL**
Rue de la Maladière 71
CH-2000 Neuchâtel, Switzerland
Ph: +41 21 695 42 65
Email: vivek.subramanian@epfl.ch

**@ Virtual Mailbox**
13809 Research Blvd Suite 500
PMB 91298
Austin, TX 78750, USA

## Education

3 / 96 - 6 / 98

**Ph.D. in Electrical Engineering, Stanford University**
*Stanford, California*
Honors earned:   Graduate Fellowship, Eastman Kodak Company

9 / 94 - 3 / 96

**MS in Electrical Engineering, Stanford University**
*Stanford, California*

8 / 90 - 5 / 94

**BS in Electrical Engineering, Louisiana State University**
*Baton Rouge, Louisiana*
Honors earned:       Summa cum laude, College Honors, Outstanding Senior, Junior and Sophomore, Honors College

## Professional Experience

2018 - present

**École polytechnique fédérale de Lausanne**
*Switzerland*

**8/18 – present: Professor of Microengineering**

2000 - present

**Department of Electrical Engineering & Computer Sciences, University of California**
*Berkeley, CA*

**7/20 to date: Adjunct Professor**
**7/18 – 6/20: Chancellor's Professor**
**7/11 – 6/20: Professor**
**7/05 – 7/11: Associate Professor**
**7/00-7/05: Assistant Professor**
Research, teaching and service in EECS Department
**Honors Earned:**
            2015 IEEE Kiyo Tomiyasu Award
            Best in session and best in track awards, 2013 IMAPS Microelectronics Conference
            Outstanding paper award, 2012 IMAPS Microelectronics Conference
            2008 Printed Electronics Champion, Printed Electronics USA Conference, November 2008
            Outstanding Teaching Award, EECS Department, UC Berkeley, 2005
            Best paper award, 2004 IEEE Device Research Conference
            Nominated to MIT's Technology Review top 100 young innovators list (TR100), 2002
            National Science Foundation Young Investigator  (CAREER) Award, FY2002,
            Nominated to National Academy of Engineering's *Frontiers of Engineering*, 2002
            Winner of 2002 Paul Rappaport Award for best paper in an IEEE EDS Journal

2009 - present

**Adjunct Professor, Sunchon National University**
*Sunchon, Korea*
**2013 to date: Adjunct Professor, BK21 Program**
**2009-2013: Adjunct Professor and Principal Investigator, WCU Program**
*Initiated, managed, and contributed to large multinational research program focused on printed electronics, including displays, energy devices, and RFID*

2000 - present

**Independent Consultant**
*Orinda, CA*
Consultant to the semiconductor industry and its associated fields in the following areas:
            Memory technology and design, Silicon Process Technology
            Display / Imager  and Flexible Electronics Technology, RFID Technology
            Intellectual Property Consulting
            Technology Evaluation / Venture Capital due diligence

2014- present

**Founder and CTO, Locix Inc.**
*San Bruno, CA*
*Senior leadership role in venture-funded startup company working on wireless networking*

2004 – 2013
**Founding Scientific Advisor, Kovio, Inc.**
*Sunnyvale, CA*
*Scientific advising to printed electronics startup company*

2008 - 2011
**Chief Technical Advisor, QuSwami, Inc.**
*San Francisco, CA*
*Scientific advising to energy conversion device startup company*
Served as CTO from July 2010-June 2011

1998 - 2000
**Consulting Assistant Professor, Electrical Engineering Department, Stanford University.**
*Stanford, CA*
Advisory role for research group of Prof. Krishna C. Saraswat

1998-2000
**Visiting Research Engineer, Electrical Engineering Department, University of California.**
*Berkeley, CA*
Research into 25nm MOSFET technologies for giga-scale integration

1998 - 2000
**Founder, Matrix Semiconductor, Inc.**
*Santa Clara, CA*
Co-founder and technical advisor of startup company working on high-density memory technology
**Honors Earned:**
  Nominated to Scientific American's SA50 List for Visionary Technology
  Finalist for 2003 World Technology Award for Information Technology Hardware
  Winner, 2005 EDN Innovation Award

1998
**Co-instructor, Electrical Engineering Department, Stanford University.**
*Stanford, CA*
Co-teaching of EE311, Advanced Integrated Circuit Fabrication Processes

1997
**Intern, Advanced Product Research and Development Laboratory, Motorola Inc.**
*Austin, TX*
Research into process development issues affecting SiGe SEMFET devices

1996
**Head Teaching Assistant EE410: IC Fabrication Laboratory, Stanford University**
*Stanford, CA*
Coordination and instruction of EE410, graduate level laboratory course.

1994-1998
**Research Assistant, Electrical Engineering, Stanford University**
*Stanford, CA*
Research into crystallization of amorphous Si and SiGe films using low thermal budget processes.

## Professional Affiliations and Activities

Technical Program Committee, IEEE Electronic Components and Technology Conference, 2014 to 2016
Chair, Scientific Advisory Board, iPACK, Royal Institute of Technology (KTH), Sweden, 2011 to 2016
Tampere Institute of Technology Faculty Search Committee, Finland, 2013
University of Oulu Faculty Search Committee, Finland, 2013
Served as external thesis committee member for several universities world-wide, including University of
Cape Town (South Africa), Tampere Institute of Technology (Finland), Technical University of Eindhoven
(Netherlands), Indian Institute of Science (India), Indian Institute of Technology (India), 2009 to date
Associate Editor, IEEE Journal of Display Technology, 2008 to date
Technical Program Chair, Large Area, Organic, and Printed Electronics Conference, 2012-2013
Scientific Committee, Large Area, Organic, and Printed Electronics Conference, 2009-2011
Scientific Committee, International Conference on Printed and Flexible Elecronics, 2009-2013
IEEE Electron Devices Society Organic Electronics Committee, 2003 - 2005
Executive Committee, International Electron Device Meeting, 2003 to 2009
Technical Program Committee, International Electron Device Meeting, 2001-2002
Technical Program Committee member, Device Research Conference, 2000-2002
Technical Program Committee member, VLSI-TSA Conference, 2005
Member, Institute of Electrical and Electronic Engineers

# List of Patents, Publications and Presentations

**Patents**

1. "Systems and methods for using ranging to determine locations of wireless sensor nodes based on radio frequency communications between the nodes and various RF-enabled devices", T. Ylamurto, M. Seth, L. Kong, V. Subramanian, US Patent 10,551,479

2. "Systems and methods for providing communications within wireless sensor networks based on a periodic beacon signal", T. Ylamurto, V, Pavate, E. Alon, V. Subramanian, US Patent 10,536,901

3. "Systems and methods for using radio frequency signals and sensors to monitor environments", T. Bakhishev, V. Subramanian, V. Pavate T. Ylamurto, US Patent 10,514,704.

4. "Systems and methods for using radio frequency signals and sensors to monitor environments", T. Bakhishev, V. Subramanian, V. Pavate T. Ylamurto, US Patent 10,504,364

5. "Systems and methods for coarse and fine time of flight estimates for precise radio frequency localization in the presence of multiple communication paths", M. Seth, L. Kong, T. Ylamurto, V. Subramanian, US Patent 10,470,156

6. "Methods and apparatus for monitoring wound healing using impedance spectroscopy", M. Maharbiz, V. Subramanian, A. C. Arias, S. Swisher, A. Liao, M. Lin, F. Pavinatto, Y. Khan, D. Cohen, E. Leeflang, S Roy, M. Harrison, D. Young, US Patent 10,463,293

7. "Systems and methods for using radio frequency signals and sensors to monitor environments", T. Bakhishev, V. Subramanian, V. Pavate T. Ylamurto, US Patent 10,156,852.

8. "Systems and methods for determining locations of wireless sensor nodes in a tree network architecture having mesh-based features", L. Kong, T. Bakhishev, T. Ylamurto, V. Subramanian, M. Seth, US Patent 10,104,508.

9. "Systems and methods for providing wireless asymmetric network architectures of wireless devices with power management features", V. Subramanian, E. Alon, V. Pavate, US Patent 10,028,220.

10. "Random delay generation for thin-film transistor based circuits", V Subramanian, M Mao, Z Wang, US Patent 9,985,664

11. "Systems and methods for determining locations of wireless sensor nodes in a network architecture having mesh-based features for localization", L. Kong, T. Bakhishev, T. Ylamurto, V. Subramanian, M. Seth, US Patent 9,846,220

12. "Systems and methods for determining locations of wireless sensor nodes in a tree network architecture having mesh-based features", L. Kong, T. Bakhishev, T. Ylamurto, V. Subramanian, M. Seth, US Patent 9,763,054

13. "Through silicon vias and thermocompression bonding using inkjet-printed nanoparticles", V. Subramanian and J. Sadie, US Patent 9,717,145

14. "Systems and methods for providing wireless asymmetric network architectures of wireless devices with anti-collision features", V. Subramanian, E. Alon, V. Pavate, US Patent 9,706,489

15. "Systems and methods for determining locations of wireless sensor nodes in an asymmetric network architecture", V. Subramanian, E. Alon, V. Pavate, US Patent 9,529,076

16. "Systems and methods for providing wireless sensor networks with an asymmetric network architecture", V. Subramanian, E. Alon, V. Pavate, US Patent 9,380,531

17. "Transparent metal oxide nanoparticle compositions, methods of manufacture thereof and articles comprising the same", V. Subramanian, S. K. Volkman, US Patent 9,343,202

18. "Three-dimensional nonvolatile memory and method of fabrication", M. G. Johnson, T. H. Lee, V. Subramanian, P. M. Farmwald, J. M. Cleeves, US Patent 9,214,243

19. "Dense arrays and charge storage devices", T. H. Lee, V. Subramanian, J. M. Cleeves, I. G. Kouznetsov, M. G. Johnson, P. M. Farmwald, US Patent 9,171,857

20. "Print compatible designs and layout schemes for printed electronics", Z. Wang, V. Subramanian, L. Cleveland, US Patent 9,155,202

21. "Wireless devices including printed integrated circuitry and methods for manufacturing and using the same", P. Smith, C. Choi, V. Pavate, J. M. Cleeves, V. Subramanian, R. Young, V. Biviano, US Patent 9,004,366.

22. "Dense arrays and charge storage devices ", T. H. Lee, V. Subramanian, J. M. Cleeves, M. G. Johnson, P. M. Farmwald, I. Kouznetzov, US Patent, 8,981,457.

23. "High reliability surveillance and/or identification tag/devices and methods of making and using the same", V. Subramanian, P. Smith, V. Pavate, A. Kamath, C. Choi, A. Chandra, J. M. Cleeves, US Patent, 8,933,806.

24. "Surveillance devices with multiple capacitors", P. Smith, C. Choi, J. M. Cleeves, V. Subramanian, A. Kamath, S. Molesa, US Patent, 8,912,890.

25. "Pillar-shaped nonvolatile memory and method of fabrication", M. G. Johnson, T. H. Lee, V. Subramanian, P. M. Farmwald, J. M. Cleeeves, US Patent 8,897,056

26. "Dense arrays and charge storage devices", T. H. Lee, V. Subramanian, J. M. Cleeves, I. G. Kouznetsov, M. G. Johnson, P. M. Farmwald, US Patent 8,853,765

27. "Dense arrays and charge storage devices", T. H. Lee, V. Subramanian, J. M. Cleeves, I. G. Kouznetsov, M. G. Johnson, P. M. Farmwald, US Patent 8,823,076

28. "Random delay generation for thin-film transistor based circuits", V. Subramanian, M. Mao, Z. Wang, US Patent 8,810,298

29. "Vertically stacked field programmable nonvolatile memory and method of fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 8,503,215

30. "Process-variation tolerant series-connected NMOS and PMOS diodes, and standard cells, tags, and sensors containing the same", V. Subramanian, P. Smith, US Patent 8,471,308

31. "Printed compatible designs and layout schemes for printed electronics", Z. Wang, V. Subramanian, L. Cleveland, US Patent 8,383,952

32. "Method for making surveillance devices with multiple capacitors", P. Smith, C. Choi, J. M. Cleeves, V. Subramanian, A. Kamath, S. Molesa, US Patent 8,296,943

33. "High reliability surveillance and/or identification tag/devices and methods of making and using the same", V. Subramanian, P. Smith, V. Pavate, A. Kamath, C. Choi, A. Chandra, and J. M. Cleeves, US Patent 8,264,359

34. "High reliability surveillance and/or identification tag/devices and methods of making and using the same", V. Subramanian, P. Smith, V. Pavate, A. Kamath, C. Choi, A. Chandra, and J. M. Cleeves, US Patent 8,227,320

35. "Vertically stacked field programmable nonvolatile memory and method of fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 8208282

36. "Reliable tag deactivation",J. M. Cleeves, V. Subramanian, US Patent 8138921

37. "Combined static and dynamic frequency divider chains using thin film transistors",  V. Subramanian, US Patent 8085068

38. "Process-variation tolerant diode, standard cells including the same, tags and sensors containing the same, and methods for manufacturing the same", V. Subramanian, P. Smith, US Patent 7932537

39. "Three terminal nonvolatile memory Device with vertical gated diode", T. H. Lee, V. Subramanian, J. M. Cleeves, M. G. Johnson, P. M. Farmwald, I. G. Kouznetsov, US Patent 7825455

40. "Vertically stacked field programmable nonvolatile memory and method of fabrication", V. Subramanian, J. M. Cleeves, US Patent 7816189

41. "Multi-mode tags and methods of making and using the same", P. Smith, J. M. Cleeves, V. Pavate, V. Subramanian, US Patent 7750792

42. "Method of manufacturing complementary diodes", V. Subramanian, P. Smith, US Patent 7528017

43. "Vertically stacked field programmable nonvolatile memory and method of fabrication", V. Subramanian, J. M. Cleeves, US Patent 7319053

44. "Vertically stacked field programmable nonvolatile memory and method of fabrication", V. Subramanian, J. M. Cleeves, US Patent 7265000

45. "Vertically stacked field programmable nonvolatile memory and method of fabrication", V. Subramanian, J. M. Cleeves, US Patent 7160761

46. "Vertically stacked field programmable nonvolatile memory and method of fabrication", V. Subramanian, J. M. Cleeves, US Patent 7157314

47. "Dense arrays and charge storage devices", T. H. Lee, V. Subramanian, J. M. Cleeves, A. J. Walker, C. Petti, I. Kouznetzov, M. G. Johnson, P. M. Farmwald. B. Herner, US Patent 7129538

48. "Patterning three dimensional structures", C. K. Li, J. N. Knall, M. A. Vyvoda, J. M. Cleeves, V. Subramanian, US Patent 7071565

49. "Monolithic three dimensional array of charge storage devices containing a planarized layer", T. H. Lee, V. Subramanian, J. M. Cleeves, A. J. Walker, C. J. Petti, I. G. Kouznetzov, M. G. Johnson, P. M. Farmwald, and B. Herner, US Patent 6881994

50. "Thermal processing for three dimensional circuits", V. Subramanian, J. M. Cleeves, J. N. Knall, C. K. Li, and M. A. Vyvoda, US Patent 6,770,939

51. "Vertically stacked field programmable nonvolatile memory and method of fabrication", M. G. Johnson, T. H. Lee, V. Subramanian, and P. M. Farmwald, US Patent 6780711

52. "Multigate semiconductor device with vertical channel current and method of fabrication", J. M. Cleeves and V. Subramanian, US Patent 6677204

53. "Thermal processing for three dimensional circuits", V. Subramanian, J. M. Cleeves, J. N. Knall, C. K. Li, and M. A. Vyvoda, US Patent 6624011

54. "Multigate semiconductor device with vertical channel current and method of fabrication", J. M. Cleeves and V. Subramanian, US Patent 6580124

55. "Patterning three dimensional structures", C. K. Li, J. N. Knall, M. A. Vyvoda, J. M. Cleeves, and V. Subramanian, US Patent 6627530

56. "Low cost three-dimensional memory array", M. Johnson, T. Lee, V. Subramanian, P. Farmwald, J. Knall, US Patent 6515888

57. "Integrated circuit structure including three-dimensional memory array", M. Johnson, T. Lee, V. Subramanian, P. M. Farmwald, J. M. Cleeves, US Patent 6385074.

58. "FINFET transistor structures having double gate channel extending vertically from a substrate and methods of manufacture", C. Hu, T-J. King, V. Subramanian, L. Chang, X. Huang, Y-K. Choi, J. T. Kedzierski, N. Lindert, J. Bokor, W-C. Lee, US Patent 6413802

59. "Vertically stacked field programmable nonvolatile memory and method of fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 6185122.

60. "Vertically Stacked Field Programmable Nonvolatile Memory and Method of Fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 6034882.

61. "Vertically Stacked Field Programmable Nonvolatile Memory and Method of Fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 6351406.

62. "Vertically Stacked Field Programmable Nonvolatile Memory and Method of Fabrication", M. Johnson, T. Lee, V. Subramanian, M. Farmwald, and J. M. Cleeves, US Patent 6483736.

**Invited Magazine Articles, Books, Chapters, and Monographs**

1. Chapter in "Inkjet Technology for Digital Fabrication", Editors: Ian M. Hutchings, Graham D. Martin, Wiley, ISBN: 978-0470681985

2. Chapter in "Applications of Organic and Printed Electronics: A Technology-Enabled Revolution (Integrated Circuits and Systems), Editor: E. Cantatore, ISB: 978-1-461-43159-6

3. Chapter in "Inkjet-based Micromanufacturing", Editors: Korvink, Smith, Shin, Wiley, ISBN: 978-3-527-31904-6

4. Chapter in "Organic Electronics II. More Materials and Applications", Editor: H. Klauk, Wiley, ISBN: 978-3-527-32647-1

5. Chapter in "Transparent Electronics: From Synthesis to Applications", Editors: A. Facchetti and T. Marks, Wiley, ISBN: 978-0-470-99077-3, 2010.

6. Chapter in "The chemistry of inkjet inks", Editor: S. Magdassi, World Scientific Publishing Company, ISBN: 978-9812818218, 2009

7. Chapter in "Organic Field-Effect Transistors",  Editors: Z. Bao, and J. Locklin, CRC Press, ISBN: 978-0849380808, 2007

8. "Developments in printed RFID", V. Subramanian, Pira Publishing, UK, 2006.

9. "3D Chips: Future Possibilities", V. Subramanian, Silicon India, Feb 2003, pp. 24-25

**Invited Conference Presentations**

1. ***Invited,*** "Materials, Process, and Device Innovations for High-Performance Printed Electronics", PRINSE'18 – The 5th Printed Intelligence Industry Seminar on Manufacturing Solutions for Customer Needs and Vision to the Future, Oulu, Finland, Jan 31-Feb 1, 2018.

2. ***Invited¸*** "Highly scaled gravure printed organic transistors for high-performance printed organic electronics", High-frequency printed and direct-written organic-hybrid integrated circuits (HEROIC) Workshop, Milan, Italy, Nov 8-10, 2017.

3. ***Keynote,*** "Printed Electronics: Innovations in Materials, Processes, and Devices", Association of International Metallizers, Coaters, and Laminators (AIMCAL) R2R Conference USA 2017, Tampa, FL, Oct-15-18, 2017.

4. ***Invited,*** "High-performance gravure printed organic transistors", 2017 European Materials Research Society Meeting, Strasbourg, France, May 22-26, 2017

5. ***Invited,*** "Printed Electronics: Innovations in Materials, Processes, and Devices", 2017 International Thin Film Transistor Conference (ITC 2017), Austin, TX, February 23-24, 2017.

6. ***Invited,*** "High-speed Printing of Transistors: From Inks to Devices", 2016 International Society of Coating Science and Technology Symposium (ISCST), Pittsburgh, PA, September 18-21, 2016.

7. ***Keynote***, "Printed Electronics: Innovations in Materials, Processes, and Devices", 2016 Canadian Printable Flexible Wearable electronics Symposium (CPES2016), April 19-20, Oakville, Canada

8. ***Keynote***, "Printed Electronics: Innovations in Materials, Processes, and Device", 2016 Society of Vacuum Coaters Techcon, Indianapolis, IN, May 10-13, 2016.

9. ***Invited***, Subramanian, Vivek, Chung, Seungjun, Grau, Gerd and Scheideler, William J., "71-2: Invited Paper: Printed Transistors and MEMS for Large-Area Electronics", 2016 Society for Information Display Symposium, San Francisco, May 20-27, 2016.

10. ***Keynote,*** "Printed Electronics: Innovations in Materials, Processes, and Devices", 31st Philippine Chemistry Congress, Iloilo, Philippines, April 13-15, 2016.

11. ***Keynote,*** "Advanced Processes, Materials, and Devices for Emerging Printed Electronics Applications", 3rd Swiss Conference on Printed Electronics and Functional Materials, Neuchatel, Switzerland, Oct 1-2, 2015.

12. ***Invited,*** "High-performance printed organic transistors: Materials, processes, and devices", V. Subramanian, G. Grau, H. Kang, and R. Kitsomboonloha, 2015 American Chemical Society National Meeting and Exposition, Boston, MA, Aug 17th, 2015.

13. ***Invited***, Subramanian, Vivek, Jaewon Jang, William Scheideler, and Sarah Swisher. "39.1: Invited Paper: Printed Inorganic Transistors Based on Transparent Oxides." In SID Symposium Digest of Technical Papers, vol. 46, no. 1, pp. 587-590. 2015.

14. ***Plenary***, "Printed Electronics: Advanced Technologies Enabling New Applications", 2015 Flexible and Printed Electronics Conference, Monterey, CA, February 23-26, 2015.

15. ***Invited***, "High-resolution gravure printing of organic thin film transistors for high-performance printed electronic systems", V. Subramanian, R. Kitsomboonloha, J. Cen, H. Kang, G. Grau, and W. J. Scheideler, Materials Research Society Fall Meeting, Boston, MA, Dec 3, 2014.

16. ***Invited***, "Advanced printed electronics technologies for novel ubiquitous human interactive systems", 2014 CMOS Emerging Technologies Research Symposium, Grenoble, France, July 6-8, 2014.

17. ***Invited***, "Printed Electronics: A pathway to functionally-rich systems", 64th annual IEEE Electronic Components and Technology Conference, Orland, FL, May 27, 2014.

18. ***Invited***, "Printed Electronics: The Confluence of Printing and Semiconductors", Canadian Printed Electronics Symposium, Montreal, Canada, April 9, 2013.

104

19. *Invited* "Modeling, scaling, and integration of gravure printing for fast switching Organic FETs", V. Subramanian, S. J. S. Morris, H. Kang, Materials Research Society Fall 2012 Meeting, Boston, MA, Nov 25-30, 2012

20. *Invited*, "Printed Nanoparticles as routes to high-performance printed conductors: Synthesis, Printing Processes, and Device Applications", V. Subramanian, H. Kang, R. Kitsomboonloha, and S. K. Volkman, The 2012 International Conference on Flexible and Printed Electronics ICFPE2012, Tokyo, Japan, September 6th - 8th, 2012

21. *Invited* "Advanced Printing Processes for High-Performance Printed Transistors", V. Subramanian, Flextech Workshop on Printing Electronics - Ink and Substrate Interactions, Kalamazoo, MI, August 1-2, 2012

22. *Invited* "High-performance Printed Transistors: Materials, Processes, and Devices", V. Subramanian, 2nd CPEM International Symposium "Organic Semiconductors and Printed Electronics", Gyeonggi, South Korea, May 10th, 2012.

23. *Invited* "Highly-Scaled Gravure and Inkjet Printed Organic Transistors: Tools, Processes, and Devices", Hongki Kang & Vivek Subramanian, 2012 Flextech Flexible Electronics and Display Conference, Phoenix, AZ, Feb 5-9, 2012.

24. *Plenary* "Nanomaterials for printed electronics: synthesis, design, and applications", V. Subramanian, International Conference on Nano Science and Nano Technology, Sunchon, Korea, November 11th, 2011.

25. *Invited* "Advances in scaling of printed transistors", V. Subramanian, International Seminar on Printed Electronics, Seoul, Korea, June 8th, 2011.

26. *Invited* "High-Performance Fully Printed Transistors: Materials, Processes, and Device Characteristics", V. Subramanian, H. Tseng, R. Kitsomboonloha, and A. de la Fuente Vornbrock, 2011 Electrochemical Society Meeting, Montreal, Canada, May 2011

27. *Invited* "From Droplets to Devices: Printed Transistor Processes, Integration, and Characteristics", Vivek Subramanian, Daniel Soltman, Huai-Yuan Tseng, Rungrot Kitsomboonloha and Alejandro de la Fuente Vornbrock, Materials Research Society Spring Meeting, San Francisco, CA, April 2011

28. *Keynote* "Printed electronics: Innovations in tools, materials, devices, and applications", V. Subramanian, 2011 Korea Printed Electronics Association (KoPeA) meeting, Seoul, Korea, March 2011

29. *Keynote* "Printed RF tags and sensors: the confluence of printing and semiconductors", V. Subramanian, F. Liao, and H-Y. Tseng, The European Microwave Integrated Circuits Conference 2010, Paris, France, September 2010.

30. *Invited* "Droplet-on-demand direct patterning of active materials: materials, modeling, and integration", V. Subramanian, The 2010 IEEE Lithography Workshop, Kuai, Hawaii, November 2010

31. *Plenary* "Printed electronics: where are we, and where are we going", V. Subramanian, 2010 Large Area Organic, and Printed Electronics Convention (LOPE-C), Frankfurt, Germany, June 2010.

32. *Keynote* "Printed RFID:  Technology Trends and Outlook", V. Subramanian, IEEE International Conference on RFID 2010, Orlando, Florida, April 2010.

33. *Invited* "Mechanistic studies on sintering of nanoparticles for formation of solution-processed thin films", 2010 Spring meeting of the Materials Research Society, San Francisco, CA, April 2010.

34. *Invited* "Printed Electronics: the confluence of printing and semiconductors", Vivek Subramanian, 2009 International Conference on Flexible and Printing Electronics, Jeju Island, Korea, Nov 2009.

35. *Invited* "Organic Transistor Vapor and Biosensors – Technology Status and Implementation Issues", Vivek Subramanian, Frank Liao, Lakshmi Jagannathan, Electrochemical Society Meeting, Vienna, Austria, October 2009.

36. *Invited* "Printed transistors for low-cost electronics:  the confluence of printing and printable electronic materials", Vivek Subramanian, Alejandro de la Fuente Vornbrock, Steven Molesa, Daniel Soltman, Huai-Yuan Tseng, and Steven K. Volkman, SPIE Optics + Photonics, August 2-6, 2009, San Diego, CA

37. *Invited*  "Printed Zinc Oxide Based Electronics: Materials, Devices, and Outlook", V. Subramanian, S. K. Volkman, and D. R. Redinger, LOPE-C, June 23-25, 2009, Frankfurt, Germany

38. *Invited* "Printed Devices for Low-Cost Electronics: Technology Status and Outlook", V. Subramanian, PETEC Inaugural Event, March 17, 2009, Durham, United Kingdom

39. *invited* "Printed Electronic Tags and Sensors for Smart Packaging Applications", Vivek Subramanian, Josephine Chang, Lakshmi Jagannathan, Frank Liao, Steve Molesa, David Redinger, Daniel Soltman, Huai-Yuan Tseng, Steve Volkman, Shong Yin, 2009 Flexible Electronics and Display Conference, Phoenix, AZ, Feb 2-5, 2009.

40. *invited* "Electronic Nose Sensors for Consumer Packaging", V. Subramanian, IDTechEx Printed Electronics USA, San Jose, CA, Dec 2-5, 2008.

41. *invited* "Solution-Processed Transparent Transistors for Low-Cost, Flexible Displays", V. Subramanian, S. K. Volkman, and D. R. Redinger, LEOS 2008: The 21st Annual Meeting of the IEEE Lasers and Electro-Optics Society, Newport Beach, CA, 9-13 November, 2008.

42. *invited* "Organic chemical and biosensors for smart packages", V. Subramanian, IDTechEx Printed Electronics Asia, Tokyo, Japan, Oct 8-9, 2008.

43. *invited* "Printed Electronics for Low-Cost Tags, Displays, and Sensors", V. Subramanian, 1st International Conference on R2R Printed Electronics, Seoul, Korea, April 30-May 2, 2008.

44. *invited* "Printed organic RFID tags: technology, roadmaps, and challenges", V. Subramanian, 1st Plastic Electronics Asia Conference and Showcase, Seoul, Korea, June 24-26, 2008

45. *invited* "Power supply considerations and solutions for printed electronic tags and sensors", V. Subramanian, IDTechEx Printed Electronics Europe, Dresden, Germany, April 8-9, 2008

46. *invited* "Printed Chemical and Biosensors: Technology, Design and Challenges", GOSPEL Workshop on Plastic Chemical Sensors, Dresden, Germany, April 9, 2008

47. *Plenary* "Printed Electronics For Low-Cost Electronic Systems: Technology Status and Application Development", Vivek Subramanian, Josephine B. Chang, Alejandro de la Fuente Vornbrock, Daniel C. Huang, Lakshmi Jagannathan, Frank Liao, Brian Mattis, Steven Molesa, David R. Redinger, Daniel Soltman, Steven K. Volkman, Qintao Zhang, 38th European Solid State Device Research Conference, Edinburgh, Scotland, September 15-19, 2008

48. *invited* "Printed Organic Transistors for Low-cost Tags, Displays, and Sensors: Technology, Modeling and Challenges", Vivek Subramanian, Alejandro de la Fuente Vornbrock, Huai-Yuan Tseng and Shong Yin, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008.

49. *invited* "Printed Electronics for Low-Cost Tags and Sensors", Vivek Subramanian, Sixth Annual Workshop on Microelectronics and Electron Devices, April 18, 2008.

50. *invited* "Printed organic RF tags, chemical sensors and biosensors", Vivek Subramanian, International Symposium for Flexible Electronics and Display, Hsinchu, Taiwan, Nov 18, 2007.

51. *invited* "Printed Tags and Sensors for RFID: Opportunities and Challenges", Vivek Subramanian, Printed Electronics USA 2007, San Francisco, CA, Nov 14, 2007.

52. *invited* "Printed RFID Tags: Materials, Processes, and Devices", Vivek Subramanian, Daniel Soltman, Daniel Huang, Steven Molesa, 2007 AiChE Annual Meeting, Salt Lake City, UT, Nov. 8, 2007.

53. *invited* "Printed organic RFID tags: technology, roadmaps, and challenges", Vivek Subramanian, 3rd Global Plastic Electronics Conference and Showcase, Frankfurt, Germany, Oct 30, 2007.

54. *invited* "Printed organic transistors: technology, characteristics, and modeling", Vivek Subramanian, Alejandro de la Fuente Vornbrock, Daniel Soltman, Huai-Yuan Tseng, and Steve Molesa, 212th meeting of the Electrochemical Society, Washington, DC, Oct 8, 2007.

55. *invited* "Printed electronic tags and sensors - device, materials, and circuit issues", Vivek Subramanian, 2007 Organic Electronics Conference and Exhibition, Frankfurt, Germany, Sept 25, 2007.

56. *invited* "Inkjet printing of transistors, diodes, and passive components for smart tags", Vivek Subramanian, Innovations in Inkjet: 3rd DPI Inkjet Workshop, Eindhoven Institute of Technology, Netherlands, June 28-29, 2007.

57. *invited* "Printed organic transistors", A. de la Fuente and V. Subramanian, Industry Forum on Printed Electronics, Chicago, IL, April 23-24, 2007

58. *invited* "From Materials to Circuits: Implications of printed materials on printed RFID", V. Subramanian, 2007 Pira printed RFID conference, Frankfurt, Germany, June 4-6, 2007.

59. *keynote* "Droplet on demand lithography: An enabling technology for low-cost electronics", V. Subramanian, A. de la Fuente Vornbrock, S. Molesa, D. Redinger, Q. Zhang, and S. K. Volkman, SPIE Advanced lithography, 27th February, 2007

60. *invited* "Printed RFID tags: performance needs and technology trends", V. Subramanian, 2007 IDTechEx Smart labels USA , Boston, MA, Febraury 20-23, 2007.

61. ***keynote*** "Printed Organic Transistors for low-cost tagging and sensing applications", V. Subramanian, J. Chang, A. de la Fuente Vornbrock, S. Molesa, D. Soltman, and Q. Zhang. 6th International IEEE Conference on Polymers and Adhesives in Microelectronics and Photonics, Tokyo, January 15th-18th, 2007.

62. *invited* "Nano Inks for Printed RFID", V. Subramanian, Pira Nanoscale Inks and Pigment Technologies Conference, Chicago, IL, Sept 27-28, 2006.

63. *invited* "Toward Printed RFID: Materials, Processes, and Devices", V. Subramanian, 5th Annual Printed Electronics and Displays Conference and Trade Fair, Las Vegas, Oct 11-13, 2006.

64. *invited* "Inkjetted Organic Transistors for Smart Tagging Applications", Vivek Subramanian, Jean M. J. Frechet, Steven Molesa, Josephine Chang, Amanda R. Murphy, Alejandro de la Fuente Vornbrock, Steven Volkman, 2006 AiChE Annual Meeting, Nov 17th, 2006

65. ***invited focal paper*** "All-printed electronics: Materials, Devices, and Circuit Implications", V.Subramanian, J. Chang, S. Molesa, D. Redinger, and S. Volkman, Digital Fabrication 2006, Denver, CO, Sept 17-22, 2006.

66. *invited* "Printed transistors and passive components for low-cost electronics applications", V. Subramanian, J. B. Chang, S. E. Molesa, S. K. Volkman, and D. R. Redinger, International Symposium on VLSI Technology, Systems and Applications (VLSI-TSA) April, 2006, pp. 68-9.

67. *invited* "Advanced printed materials and devices for RFID applications", V. Subramanian, IDTechEx Printed Electronics Europe, April 19-21, 2006.

68. *invited "*Printed Electronic Nose Vapor Sensors for Consumer Product Monitoring", V. Subramanian, J. Lee, V. Liu, S. Molesa, IEEE International Solid State Circuits Conference, Paper 15.3, February, 2006.

69. *invited* "Nanotechnology in Printed Electronics: Nanoparticles, Nanorods, and Nanowhy", V. Subramanian, Pira Pack Electronics Conference, January 25-26, 2006.

70. *invited* "All-printed RFID Tags: Materials, Devices, and Circuit Implications", Vivek Subramanian, Paul C. Chang, Daniel Huang, Josephine B. Lee, Steven E. Molesa, David R. Redinger, and Steven K. Volkman, VLSI Design, 2006, Hyderabad India, Jan 2006.

71. *invited* "Printed organic transistors: materials and technology", Vivek Subramanian, Pacifichem 2005: American Chemical Society Pacific Basin meeting, December 15-20, 2005, Honolulu, HI,

72. *invited* "Low-cost arrayed gas sensors for environmental monitoring". Vivek Subramanian, Josephine Lee and Vincent Liu, Materials Research Society Fall Symposium, Paper S2.1, Boston, MA, December 2005.

73. *invited* "Prospects for All-printed RFID: Materials, Devices, Circuits", V. Subramanian, International Workshop on Radio Frequency Identification (RFID) and Wirelss Sensors, 11-13 November, 2005, Kanpur, India.

74. *invited* "Printed electronics for low-cost tagging applications", V. Subramanian, 2005 International Symposium on Flexible Electronics and Display, Hsinchu, Taiwan, October 2005.

75. *invited* "Printed electronic nose gas sensors", Vivek Subramanian, Plastic Electronics 2005, Frankfurt, Germany, Oct 4-5, 2005

76. *invited* "Uses of nanotechnology in printed electronics", Vivek Subramanian, Printed Electronics 205, Pira International, Thistle Marble Arch, London, UK, Sept 14-15, 2005

77. *invited* "Printed organic transistors for low-cost RFID applications", Vivek Subramanian, Proceedings of SPIE-The International Society for Optical Engineering vol. 5940, (594013/1-594013/9) , pp. 170-178, 2005.

78. *invited* "Advanced printed materials and devices for ultra-low-cost RFID", Vivek Subramanian, Printed RFID: Achieving low cost tags through printed electronics – Pira International, Gatwick, Surrey, UK, May 10-11, 2005.

79. ***Plenary session invited talk*** "Printed Organic Transistors for Ultra-low-cost RFID Applications", Vivek Subramanian, Paul C. Chang, Josephine B. Lee, Steven E. Molesa, and Steven K. Volkman, Polytronic 2004: 4th International IEEE Conference on Polymers and Adhesives in Microelectronics and Photonics, Portland, Oregon, USA, 12 September 2004.

80. *invited* "Materials, Device, and Circuits Issues for low-cost printed RFID", V. Subramanian, 2nd Cintelliq Organic Semiconductor Conference, 2004 (OSC-2004), Cambridge, England, October 2004.

81. *invited* "All-printed flexible organic thin film transistors: Current status and outlook for the future", V. Subramanian, J. M. J. Fréchet, P. C. Chang, D. C. Huang, J. B. Lee, F. Liao, B. A. Mattis, S. Molesa, A. R. Murphy, D. R. Redinger, and S. K. Volkman, 206th meeting of the Electrochemical Society, Honolulu, HI, October 2004.

82. *invited* "Nanoscale organic transistors: towards gain in molecular devices", V. Subramanian, P. C. Chang, J. B. Lee, T. Le, A. Murphy, J. M. J. Frechet, and A. Liddle, 2004 IEEE Nanoscale Devices and Systems Integration Conference, Miami, FL, 2004.

83. *invited* "Towards Printed Low-Cost RFID Tags: Device, Materials and Circuit Technologies", V. Subramanian, 2nd Advanced Technology Workshop on Printing an Intelligent Future: Printed Organic and Molecular Electronic Technologies, Boston, MA, March 16-19, 2003.

84. *invited* "Prospects for organic semiconductor based devices and circuits: applications, performance, and reliability considerations", V. Subramanian, 2002 Topical Research Conference on Reliability, Oct 2002.

85. *invited* "FinFET - quasi-planar double-gate MOSFET", S. H. Tang, L. Chang, N. Lindert, Y-K. Choi, W-C. Lee, X. Huang, V. Subramanian, J. Bokor, T-J. King, C. Hu, 20001 IEEE International Solid-State Circuits Conference Digest of Technical Papers, pp. 118-119, 437, 2001.

86. *invited* "3-D ICs with Multiple Si Layers: Performance Analysis, and Technology", K. Saraswat, K. Banerjee, A. Joshi, P. Kalavade, S. Souri, and V. Subramanian, *presented at* The Fifth International Symposium on Low and High Dielectric Constant Materials: Materials Science, Processing, and Reliability Issues, 197th meeting of the Electrochemical Society, Toronto, Ontario, Canada, May 14-18, 2000.

87. *invited* "Novel 3-D Structures", K. C. Saraswat, S. J. Souri, V. Subramanian, A. R. Joshi, and A. W. Wang, 1999 IEEE International SOI Conference Proceedings, pp. 54-55.

88. *invited* "Seeding Technology for High Performance TFTs", K. C. Saraswat and V. Subramanian, Proceedings of the Electronic Display Forum 98, EIAJ/SEMI, Yokohama, April 1998, pp. 2.7-2.15.

89. *invited* "A Low-Temperature Polycrystalline Si TFT Technology for Large-Area AMLCD Drivers", K. C. Saraswat, V. Subramanian, and S. Jurichich, Polycrystalline Thin Films III - Structure, Texture, Properties, and Applications, MRS Symposium Proceedings pp 439-449, 1997.

90. *invited* "A low temperature polycrystalline SiGe CMOS TFT technology for large area AMLCD drivers", K. C. Saraswat, S. Jurichich, T-J. King, V. Subramanian, and A. Wang, Proceedings of Thin Film Transistor Technologies III, ECS Symposium, 1996, pp. 186-196.

**Journal Papers**

1. *invited* Gerd Grau and Vivek Subramanian, "Dimensional scaling of high-speed printed organic transistors enabling high-frequency operation", Flex. Print. Electron. 2020, Vol. 5 014013

2. *invited* William Scheideler and Vivek Subramanian, "Printed flexible and transparent electronics: enhancing low-temperature processed metal oxides with 0D and 1D nanomaterials", 2019 Nanotechnology 30 272001

3. R. Kumar, K. M. Johnson, N. X. Williams, V. Subramanian, "Scaling Printable Zn–Ag2O Batteries for Integrated Electronics", Adv. Energy Mater. 2019, 1803645.

4. William J. Scheideler, Matthew W. McPhail, Rajan Kumar, Jeremy Smith, and Vivek Subramanian, "Scalable, High-Performance Printed InOx Transistors Enabled by Ultraviolet-Annealed Printed High-k AlOx Gate Dielectrics", ACS Applied Materials & Interfaces 2018 10 (43), 37277-37286.

5. J. Smith, S. Chung, J. Jang, C. Biao, V. Subramanian, "Solution-processed complementary resistive switching arrays for associative memory", IEEE Transactions on Electron Devices 64 (10), pp 4310, 2017

6. A. Zeumault, V. Subramanian, "Use of high-k encapsulation to improve mobility in trap-limited metal oxide semiconductors", physica status solidi (b) 254 (10), 1700124, 2017

7. A. Zeumault, W. Scheideler, V. Subramanian, "Electrostatic tuning of spray-deposited ZnO for controlled mobility enhancement", Advanced Functional materials, 27 (30), pp. 1701021, 2017

8. W. J. Scheideler, R. Kumar, A. R. Zeumault, V. Subramanian, "Low-Temperature-Processed Printed Metal Oxide Transistors Based on Pure Aqueous Inks", Advanced Functional Materials 2017, 1606062.

9. Jaewon Jang, Vivek Subramanian, "Effect of electrode material on resistive switching memory behavior of solution-processed resistive switches: Realization of robust multi-level cells", Thin Solid Films, Volume 625, Pages 87-92, 1 March 2017.

10. S. Chung, M. A. U. Karim, H. J. Kwon, W. Scheideler and V. Subramanian, "A High-Speed Inkjet-Printed Microelectromechanical Relay With a Mechanically Enhanced Double-Clamped Channel-Beam," Journal of Microelectromechanical Systems, vol. 26, no. 1, pp. 95-101, Feb. 2017.

11. G. Grau, E. J. Frazier, and V. Subramanian, "Printed unmanned aerial vehicles using paper-based electroactive polymer actuators and organic ion gel transistors", Nature Microsystems & Nanoengineering, vol 2, pp. 16032, 2016

12. **invited** Gerd Grau, Jialiang Cen, Hongki Kang, Rungrot Kitsomboonloha, William J Scheideler, and Vivek Subramanian "Gravure-printed electronics: recent progress in tooling development, understanding of printing physics, and realization of printed devices", IOP Journal of Flexible and Printed Electronics, vol. 1, No. 2, pp. 023002, 2016

13. Scheideler, William J., Jeremy Smith, Igal Deckman, Seungjun Chung, Ana Claudia Arias, and Vivek Subramanian. "A robust, gravure-printed, silver nanowire/metal oxide hybrid electrode for high-throughput patterned transparent conductors." Journal of Materials Chemistry C 4, no. 15 (2016): 3248-3255.

14. Karim, Muhammed Ahosan Ul, Seungjun Chung, Elad Alon, and Vivek Subramanian. "Fully Inkjet-Printed Stress-Tolerant Microelectromechanical Reed Relays for Large-Area Electronics." Advanced Electronic Materials (2016).

15. Khan, Yasser, Felippe J. Pavinatto, Monica C. Lin, Amy Liao, Sarah L. Swisher, Kaylee Mann, Vivek Subramanian, Michel M. Maharbiz, and Ana C. Arias. "Bioelectronic Interfaces: Inkjet-Printed Flexible Gold Electrode Arrays for Bioelectronic Interfaces (Adv. Funct. Mater. 7/2016)." Advanced Functional Materials 26, no. 7 (2016): 981-981.

16. Jang, Jaewon, Seungjun Chung, Hongki Kang, and Vivek Subramanian. "P-type CuO and Cu 2 O transistors derived from a Sol–Gel Copper (II) acetate monohydrate precursor." Thin Solid Films (2016).

17. Grau, Gerd, and Vivek Subramanian. "Fully High-Speed Gravure Printed, Low-Variability, High-Performance Organic Polymer Transistors with Sub-5 V Operation." Advanced Electronic Materials (2016).

18. Zeumault, Andre, and Vivek Subramanian. "Mobility Enhancement in Solution-Processed Transparent Conductive Oxide TFTs due to Electron Donation from Traps in High-k Gate Dielectrics." Advanced Functional Materials (2016).

19. Zeumault, Andre, William Scheideler, Gerd Grau, Jeremy Smith, and Vivek Subramanian. "Patterning of Solution-Processed, Indium-Free Oxide TFTs by Selective Spray Pyrolysis." Advanced Electronic Materials (2015).

20. Jang, Jaewon, Hongki Kang, Himamshu C. Nallan Chakravarthula, and Vivek Subramanian. "Fully Inkjet-Printed Transparent Oxide Thin Film Transistors Using a Fugitive Wettability Switch." Advanced Electronic Materials 1, no. 7 (2015).

21. Grau, Gerd, Rungrot Kitsomboonloha, Hongki Kang, and Vivek Subramanian. "High performance printed organic transistors using a novel scanned thermal annealing technology." Organic Electronics 20 (2015): 150-157.

22. Zeumault, Andre, and Vivek Subramanian. "Improved Technique for Quantifying the Bias-Dependent Mobility of Metal-Oxide Thin-Film Transistors." Electron Devices, IEEE Transactions on 62, no. 3 (2015): 855-861.

23. Swisher, Sarah L., Steven K. Volkman, and Vivek Subramanian. "Tailoring Indium Oxide Nanocrystal Synthesis Conditions for Air-Stable High-Performance Solution-Processed Thin-Film Transistors." ACS applied materials & interfaces 7, no. 19 (2015): 10069-10075.

24. Koo, Hyunmo, Wookyu Lee, Younchang Choi, Junfeng Sun, Jina Bak, Jinsoo Noh, Vivek Subramanian, Yasuo Azuma, Yutaka Majima, and Gyoujin Cho. "Scalability of carbon-nanotube-based thin film transistors for flexible electronic devices manufactured using an all roll-to-roll gravure printing system." Scientific reports 5 (2015).

25. "Perpendicular Magnetization Switching via Current induced Spin-Orbit Torques on Flexible Substrate", O.J. Lee, L. You, J. Jang, V. Subramanian, S. Sahahuddin, Bulletin of the American Physical Society 60, 2015.

26. "High-Performance Inkjet-Printed Four-Terminal Microelectromechanical Relays and Inverters", Seungjun Chung, Muhammed Ahosan Ul Karim, Hyuk-Jun Kwon, and Vivek Subramanian, Nano Letters, 15 (5), pp 3261–3266, 2015.

27. **Invited** Subramanian, Vivek, Jialiang Cen, Alejandro de la Fuente Vornbrock, Gerd Grau, Hongki Kang, Rungrot Kitsomboonloha, Daniel Soltman, and Huai-Yuan Tseng. "High-Speed Printing of Transistors: From Inks to Devices." Proceedings of the IEEE 103, no. 4 (2015): 567-582.

28. Scheideler, William J., Jaewon Jang, Muhammed Ahosan Ul Karim, Rungrot Kitsomboonloha, Andre Zeumault, and Vivek Subramanian. "Gravure-Printed Sol–Gels on Flexible Glass: A Scalable Route to Additively Patterned Transparent Conductors." ACS applied materials & interfaces 7, no. 23 (2015): 12679-12687.

29. Lee, OukJae, Long You, Jaewon Jang, Vivek Subramanian, and Sayeef Salahuddin. "Flexible spin-orbit torque devices." Applied Physics Letters 107, no. 25 (2015): 252401.

30. Kitsomboonloha, Rungrot, Hongki Kang, Gerd Grau, William Scheideler, and Vivek Subramanian. "MHz-Range Fully Printed High-Performance Thin-Film Transistors by Using High-Resolution Gravure-Printed Lines." Advanced Electronic Materials 1, no. 12 (2015).

31. Swisher, Sarah L., Monica C. Lin, Amy Liao, Elisabeth J. Leeflang, Yasser Khan, Felippe J. Pavinatto, Kaylee Mann et al. "Impedance sensing device enables early detection of pressure ulcers in vivo." Nature communications 6 (2015).

32. "A Stencil Printed, High Energy Density Silver Oxide Battery Using a Novel Photopolymerizable Poly(acrylic acid) Separator", K. Braam and V. Subramanian, Advanced Materials, Vol. 27, 689-694, 2015

33. "Megahertz-class printed high mobility organic thin-film transistors and inverters on plastic using attoliter-scale high-speed gravure-printed sub-5μm gate electrodes", H. Kang, R. Kitsomboonloha, K. Ulmer, L. Stecker, G. Grau, J. Jang, V. Subramanian, Organic Electronics, vol. 15, 3639-3647, 2014.

34. "Exploitation of the coffee-ring effect to realize mechanically enhanced inkjet-printed microelectromechanical relays with U-bar-shaped cantilevers", S Chung, MAU Karim, M Spencer, HJ Kwon, CP Grigoropoulos, E Alon, V. Subramanian, Applied Physics Letters 105 (26), 261901, 2014.

35. "Printed Transistors on Paper: Towards Smart Consumer Product Packaging", G. Grau, R. Kitsomboonloha, S. L. Swisher, H. Kang, and V. Subramanian, Advanced Functional Materials, Vol. 24, 5067-5074, 2014.

36. "Cell Filling in Gavure Printing for Printed Electronics, J. Cen, R. Kitsomboonloha, and V. Subramanian, vol. 30, 13716-13726, 2014.

37. "Systematic Design of Jettable Nanoparticle-based inkjet inks: Rheology, Acoustics, and Jettability", H. C. Nallan, J. A. Sadie, R. Kitsomboonloha, S. K. Volkman, and V. Subramanian, Langmuir, vol. 30, 13470-13477, 2014.

38. "Three-dimensional Inkjet-printed Interconnects using Functional Metallic Nanoparticle Inks", J. A. Sadie, V. Subramanian, Advanced Functional Materials, vol. 24, 6834-6842, 2014.

39. "Electrical Characteristics of multilayer $MoS_2$ transistors at real operating temperatures with different ambient conditions", H-J. Kwon, J. Jang, S. Kim, V. Subramanian, and C. P. Grigoropoulos, Applied Physics Letters, vol. 105, 15205, 2014.

40. "Lubrication-related residue as a fundamental process scaling limit to gravure printed electronics", R. Kitsomboonloha and V. Subramanian, Langmuir, vol. 30, 3612-3624, 2014.

41. "Roll-to-roll gravure with nanomaterials for printing smart packaging", M. Jung, J. Kim, H. Koo, W. Lee, V. Subramanian, G. Cho, Journal of Nanoscience and Nanotechnology, vol. 14, 1303-1317, 2014.

42. "Measurement and analysis of 1/f noise under switched bias in organic thin film transistors", H. Kang and V. Subramanian, Applied Physics Letters, 104, 023301, 2014.

43. "A new switching device for printed electronics: Inkjet-printed Microelectromechanical Relay", E. S. Park, Y. Chen, T. J. K. Liu, and V. Subramanian, Nano Letters, 13 (11), 5355-5360, 2013.

44. "Inkjet printing of precisely defined features using contact-angle hysteresis", Dan Soltman, Ben Smith, S.J.S. Morris, Vivek Subramanian, Journal of Colloid and Interface Science, Volume 400, Pages 135–139, 2013

45. "Transparent High-Performance Thin Film Transistors from Solution-Processed SnO2/ZrO2 Gel-like Precursors", J. Jang, R. Kitsomboonloha, S. L. Swisher, E. S. Park, H. Kang, and V. Subramanian, Advanced Materials, 25 (7), pp. 1042-1047, 2013.

46. "Femtoliter-Scale Patterning by High-Speed, Highly Scaled Inverse Gravure Printing", R Kitsomboonloha, SJS Morris, X Rong, V Subramanian, Langmuir 28 (48), 16711-16723, 2012

47. "Resistance Switching Characteristics of Solid Electrolyte Chalcogenide Ag2Se Nanoparticles for Flexible Nonvolatile Memory Applications", J. Jang, F. Pan, K. Braam, and V. Subramanian, Advanced Materials, 24, pp. 3573-3576, 2012

48. "High-Performance Printed Transistors Realized Using Femtoliter Gravure-Printed Sub-10 μm Metallic Nanoparticle Patterns and Highly Uniform Polymer Dielectric and Semiconductor Layers", H. Kang, R. Kitsomboonloha, J. Jang, and V. Subramanian, Advanced Materials, 24, pp. 3065–3069, 2012

49. "All Printed Edge-Triggered Register Using Single Walled Carbon Nanotube-Based Thin Film Transistor" J. Noh, M. Jung, K. Jung, G. Lee, S. Lim, D. Kim, V. Subramanian, G. Cho, Journal of Nanoscience and Nanotechnology, 12, pp. pp. 4261-4264, 2012

110

50. "Effect of sintering conditions on mixed ionic-electronic conducting properties of silver sulfide nanoparticles". Shong Yin, Kazuya Terabe, Michael F. Toney, and Vivek Subramanian, J. Appl. Phys. 111, 053530 (2012)

51. "Characterization and optimization of a printed, primary silver-zinc battery", Kyle Braam, Steven K. Volkman, Vivek Subramanian, Journal of Power Sources, vol. 199, pp. 367-372, 2012.

52. "Mechanistic Studies on Sintering of Silver Nanoparticles", Steven K. Volkman, Shong Yin, Teymur Bakhishev, Kanan Puntambekar, Vivek Subramanian, Michael F. Toney, Chemistry of Materials, vol. 23, pp 4634–4640, 2011.

53. "Fully Gravure-Printed D Flip-Flop on Plastic Foils Using Single-Walled Carbon-Nanotube-Based TFTs", J. Noh, M. Jung, K. Jung, G. Lee, J. Kim, S. Lim, D. Kim, Y. Choi, Y. Kim, V. Subramanian, G. Cho, Electron Device Letters, IEEE , vol.32, pp.638-640, 2011

54. "Measurement, analysis, and modeling of 1/f noise in pentacene thin film transistors", H. Kang, L. Jagannathan, V. Subramanian, Applied Physics Letters, vol., 99, pp 062106-062108, 2011.

55. "A Detailed Study of the Forming Stage of an Electrochemical Resistive Switching Memory by KMC Simulation", F. Pan, S. Yin, V. Subramanian, IEEE Electron Device Letters, IEEE , vol.32, pp.949-951, 2011

56. "High-speed organic transistors fabricated using a novel hybrid-printing technique", H-Y. Tseng, B. Purushothaman, J. Anthony, V. Subramanian, Organic Electronics, Vol. 12, pp. 1120-1125, 2011.

57. "AM Radio Circuit Using Printed Electronic Components", J. Noh, J. Kim, N. Lim, J. Kim, V. Subramanian, G. Cho, Journal of Nanoscience and Nanotechnology, Volume 11, pp. 4384-4388, 2011

58. "All Inkjet-Printed, Fully Self-Aligned Circuits for Low-Cost Applications", H-Y. Tseng and V. Subramanian, Organic Electronics, Vol. 12, pp. 249-256, 2011

59. "Modeling of printed single walled carbon nanotube thin film transistors for attaining optimized clock signals", Jinsoo Noh, Minhun Jung, Kyunghwan Jung, Soyeon Lim, Gwangyong Lee, Vivek Subramanian, Ashley D. Leonard, James Tour, and Gyoujin Cho, J. Appl. Phys. 108, pp. 102811, 2010

60. "Fully gravure and ink-jet printed high speed pBTTT organic thin film transistors", Alejandro de la Fuente Vornbrock, Donovan Sung, Hongki Kang, Rungrot Kitsomboonloha, Vivek Subramanian, Organic Electronics, 11, pp. 2037-2044, 2010

61. "Scalability of Roll-to-Roll Gravure-Printed Electrodes on Plastic Foils", Jinsoo Noh, Dongsun Yeom, Chaemin Lim, Hwajin Cha, Jukyung Han, Junseok Kim, Yongsu Park, Vivek Subramanian, Gyoujin Cho, IEEE Transactions on Electronics Packaging Manufacturing, vol. 33, pp. 275 – 283, 2010

62. "Methodology for inkjet printing partially wetting films", D. Soltman, B. Smith, H. Kang, S. Morris, and V. Subramanian, Langmuir, 26, pp. 15686-15693, 2010

63. "Hydrostatic optimization of inkjet-printed films", H. Kang, D. Soltman, and V. Subramanian, Langmuir, 26, pp 11568–11573, 2010

64. *Invited* "Printed Electronics: The Challenges Involved in Printing Devices, Interconnects, and Contacts", J. Perelaer, P. J. Smith, D. Mager, D. Soltman, S. K. Volkman, V. Subramanian, J. G. Korvink, U. S. Schubert, J. Mat. Chem., J. Mater. Chem., 20, pp. 8446-8453, 2010

65. "Quantification of Thin Film Crystallographic Orientation Using X-ray Diffraction with an Area Detector", Jessy L. Baker, Leslie H. Jimison, Stefan Mannsfeld, Steven Volkman, Shong Yin, Vivek Subramanian, Alberto Salleo, A. Paul Alivisatos and Michael F. Toney, Langmuir, 2010, 26 (11), pp 9146–9151

66. "Thickness Changes in Polythiophene Gas Sensors Exposed to Vapor", F. Liao, M.F. Toney, and V. Subramanian, Sensors and Actuators B, 148, pp. 74-80, 2010

67. "Physical Discrimination of Amine Vapor Mixtures Using Polythiophene Gas Sensor Arrays", F. Liao, S. Yin, M.F. Toney, V. Subramanian, Sensors and Actuators B, 150, pp. 254-263, 2010

68. "Solution-Processable alpha-omega-Distyryl Oligothiophene Semiconductors with Enhanced Environmental Stability", C. E. Mauldin, K. Puntambekar, A. R. Murphy, F. Liao, V. Subramanian, J.M.J. Fréchet, D.M. DeLongchamp, D.A. Fischer, D.A. M.F. Toney, Chemistry of Materials, vol. 21, 4831—4835, 2009.

69. *invited* "Solution-processed Zinc Oxide Transistors for Low-Cost electronics Applications", V. Subramanian, T. Bakhishev, D. R. Redinger, and S. K. Volkman, IEEE Journal of Display Technology, Vol. 5 , pp. 525 – 530, 2009

111

70. "Investigation of Gold Nanoparticle Inks for Low-Temperature Lead-Free Packaging Technology", T. Bakhishev and V. Subramanian, Journal of Electronic Materials, vol. 38, pp. 2720, 2009.

71. "Label-free low-cost disposable DNA hybridization detection systems using organic TFTs", Biosensors and Bioelectronics, vol. 25, pp. 972, 2010.

72. "DNA detection using organic thin film transistors: Optimization of DNA immobilization and sensor sensitivity", Lakshmi Jagannathan, Vivek Subramanian, Biosensors and Bioelectronics, vol. 25, pp. 288, 2009.

73. "First-Principles Studies of the Dynamics of [2]Rotaxane Molecular Switches", Kinyip Phoa, J. B. Neaton, Vivek Subramanian, Nano Letters, 9, pp. 3225-3229, 2009.

74. "Patternable polymer bulk heterojunction photovoltaic cells on plastic by rotogravure printing", Jau M. Ding, Alejandro de la Fuente Vornbrock, Ching Ting and Vivek Subramanian,, Solar Energy and Materials, 93, pp. 459-464, 2009.

75. "Scaling and Optimization of Gravure-Printed Nanoparticle Lines for Printed Electronics", D. C. Sung, A. de la Fuente Vornbrock, V. Subramanian, IEEE Transactions on Components and Packaging Technologies, 33, pp. 105 – 114, 2010.

76. "Selective Growth of Zinc Oxide Nanorods on Inket printed seed patterns", R. Kitsomboonloha, S. Baruah, M. T. Z. Myint, V. Subramanian, and J. Dutta, " Journal of Crystal Growth, 311, pp. 2352-2358, 2009

77. "Inkjet printed line morphologies and temperature control of the coffee ring effect", Dan Soltman and Vivek Subramanian, Langmuir, vol 24(5), pp. 2224-2231, 2008.

78. "High-Performance Chemical-Bath-Deposited Zinc Oxide Thin-Film Transistors", D. Redinger and V. Subramanian, IEEE Transactions on Electron Devices, 54, pp. 1301-1307, 2007.

79. "DNA hybridization detection with organic thin film transistors: Toward fast and disposable DNA microarray chips", Qintao Zhang and Vivek Subramanian, Biosensors and Bioelectronics, 22, pp. 3182-3187, 2007.

80. "Performance recovery and optimization of poly(3-hexylthiophene) transistors by thermal cycling", B. A. Mattis, P. C. Chang, and V. Subramanian, Synthetic Metals, 156, pp. 1241-1248, 2006.

81. "Printable polythiophene gas sensor array for low-cost electronic noses", Josephine B. Chang, Vincent Liu, Vivek Subramanian, Kevin Sivula, Christine Luscombe, Amanda Murphy, Jinsong Liu, and Jean M. J. Fréchet  J. Appl. Phys. 100, 014506 (2006)

82. "Effect of active layer thickness on bias stress effect in pentacene thin-film transistors", Josephine B. Chang and Vivek Subramanian Appl. Phys. Lett. 88, 233513 (2006)

83. "Correlating molecular design to microstructure in thermally convertible oligothiophenes: the effect of branched versus linear end groups", D. M. DeLongchamp, Y. Jung, D. A. Fischer, E. K. Lin, P. Chang, V. Subramanian, A. R., Murphy, J. M. J. Frechet., Journal of Physical Chemistry B, vol.110, no.22, 8 June 2006, pp. 10645-50.

84. "Inkjetted Crystalline Single-Monolayer Oligothiophene OTFTs", P. C. Chang,, S. E. Molesa, A. R. Murphy, J. M. J. Fréchet, and V. Subramamian, IEEE Transactions on Electron Devices, vol. 53, pp. 594-600, 2006.

85. *selected for cover:* "Direct correlation of organic semiconductor film structure to field-effect mobility", D. M. DeLongchamp, S. Sambasivan, D. A. Fischer, E. K. Lin, P. Chang, A. R. Murphy, J. M. J. Frechet, V. Subramanian, Advanced Materials, vol. 17, 2340-344, 2005.

86. "Self-Assembly, Molecular Ordering, and Charge Mobility in Solution-Processed Ultrathin Oligothiophene Films", A. R. Murphy, P. C. Chang, P. VanDyke, J. Liu, J. M. J. Fréchet, V. Subramanian, D. M. DeLongchamp, S. Sambasivan, D. A. Fische, E. K. Lin, Chem. Mater., vol. 17, pp. 6033-41, 2005.

87. "Printed organic transistors for ultra-low-cost RFID applications", V. Subramanian, P.C. Chang, J. B. Lee, S. E. Molesa, S. K. Volkman, IEEE Transactions on Components & Packaging Technologies, vol. 28, pp. 742-727, 2005.

88. *invited* "Progress towards development of all-printed RFID tags: Materials, Processes, and Devices", Vivek Subramanian, Jean M. J. Fréchet , Paul C. Chang, Daniel Huang, Josephine B. Lee, Steven E. Molesa, Amanda R. Murphy, David R. Redinger, and Steven K. Volkman, Proceedings of the IEEE, vol. 93, pp. 1330-1338, 2005.

89. "10-nm channel length pentacene transistors", Josephine Lee, Paul Chang, Alex Liddle, and Vivek Subramanian, IEEE Transactions on Electron Devices, vol. 52, pp. 1874-1879, 2005.

90. "Organic TFTs as gas sensors for electronic nose applications", F. Liao, C. Chen, and V. Subramanian, Sensors and Actuators B-Chemical. Vol. 107, pp. 849-855, 2005.

112

91. "Nanoscale device isolation of organic transistors via electron-beam lithography", Brian A. Mattis, Yunan Pei, and Vivek Subramanian, Appl. Phys. Lett., vol. 86, pp. 769-772, 2005.

92. "Weave Patterned Organic Transistors on Fiber for E-Textiles", Josephine B. Lee and Vivek Subramanian, IEEE Transactions on Electron Devices, vol. 62, pp. 269, 2005.

93. "An ink-jet-deposited passive component process for RFID", D. Redinger, R. Farshchi, and V. Subramanian, IEEE Transactions on Electron Devices, vol. 51, pp. 1978, 2004.

94. "Film Morphology and Thin Film Transistor Performance of Solution Processed Oligothiophenes", Paul C. Chang, Josephine Lee, Daniel Huang, Vivek Subramanian, Amanda R. Murphy, and Jean M. J. Fréchet,, J. Chem. Mat., vol. 16, pp. 4783, 2004.

95. "Organic Thin Film Transistors from a Soluble Oligothiophene Derivative Containing Thermally Removable Solubilizing Groups", Amanda R. Murphy, Jean M. J. Frechet, Paul Chang, Josephine Lee,and Vivek Subramanian, J. Am. Chem. Soc. vol. 126, pp. 1596, 2004.

96. "Plastic-compatible low-resistance printable gold nanoparticle conductors for flexible electronics", D. Huang, F. Liao, S. Molesa, D. Redinger, and V. Subramanian, Journal of the electrochemical society, Vol. 150, pp. 412, 2003.

97. "Observation of dopant-mediated intermixing at Ge/Si Interface", H. Takeuchi, P. Ranade, V. Subramanian, and T-J. King, Applied Physics Letters, Vol. 80, pp. 3706-3708, 2002.

98. "A novel elevated source/drain PMOSFET formed by Ge-B/Si Intermixing", P. Ranade, H. Takeuchi, V. Subramanian, and T-J. King, IEEE Electron Device Letters, Vol. 23, pp. 218-220, 2002.

99. "Design and Fabrication of 50 nm Ultra-Thin Body P-MOSFETs with a Silicon-Germanium Heterostructure Channel". Y-C. Yeo, V. Subramanian, J. Kedzierski, P. Xuan, T-J. King, J. Bokor, and C. Hu, IEEE Transactions on Electron Devices, 49, pp. 279 –286, 2002 (IEEE Paul Rappaport Award for best paper in an IEEE Electron Device Society Journal).

100. "Observation of Boron and Arsenic Mediated Interdiffusion Across Germanium/Silicon Interfaces", P. Ranade, H. Takeuchi, V. Subramanian and T.-J. King, Electrochemical and Solid-State Letters, Vol. 5, no. 2, pp. G5-G7, 2002.

101. "Sub-50nm P-Channel FinFET", X. Huang, W-C. Lee, C. Kuo, D. Hisamoto, L. Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Y-K. Choi, K. Asano, V. Subramanian, T-J. King, J. Bokor, and C. Hu, IEEE Transactions on Electron Devices, Vol. 48, pp. 880-886, 2001.

102. "A 20 nm gate-length ultra-thin body p-MOSFET with silicide source/drain." J. Kedzierski, P. Xuan, V. Subramanian, E. Anderson, J. Bokor, T.-J. King, and C. Hu, Superlattices and Microstructures, Vol. 28, pp.445-452, 2000.

103. "Ultrathin-body SOI MOSFET for deep-sub-tenth micron era", Y-K. Choi, K. Asano, N. Lindert, V. Subramanian, T-J. King, J. Bokor, C. Hu , IEEE Electron Device Letters , Vol. 21, pp. 254-255, 2000.

104. "Nanoscale Ultra-Thin-Body Silicon-on-Insulator P-MOSFET with a SiGe/Si Heterostructure Channel", Y. C. Yeo, V. Subramanian, J. Kedzierski, P. Xuan, T-J. King, J. Bokor, and C. Hu, IEEE Electron Device Letters, Vol. 21, pp. 161-163, 2000.

105. "Low-leakage Germanium-seeded Laterally-crystallized Single-grain 100nm TFTs for Vertical Integration Applications", V. Subramanian, M. Toita, N. R. Ibrahim, S. J. Souri and K. C. Saraswat, IEEE Electron Device Letters, Vol. 20, pp. 341-343, 1999.

106. "High Performance Germanium-Seeded Laterally Crystallized TFTs for Vertical Device Integration", V. Subramanian and K. C. Saraswat, IEEE Transactions on Electron Devices. Vol. 18, pp. 1934-1939, 1998.

107. "Optimization of Silicon-Germanium TFTs through the control of amorphous precursor characteristics", V. Subramanian and K. C. Saraswat, IEEE Transactions on Electron Devices, vol. 45, pp. 1690-1695, 1998.

108. "Controlled Two-Step Solid Phase Crystallization for High Performance Polysilicon TFTs", V. Subramanian, P. Dankoski, L. Degertekin, B. T. Khuri-Yakub, and K. C. Saraswat, IEEE Electron Device. Letters, vol. 18, pp. 378-81, 1997

109. "In-Situ Monitoring of Crystallinity and Temperature During Rapid Thermal Crystallization of Silicon on Glass", V. Subramanian, L. Degertekin, P. Dankoski, B. T. Khuri-Yakub, and K. C. Saraswat, Journal of the Electrochemical Society, vol. 144, 1997, pp. 2216-2221.

110. "The Effect of Ionizing Radiation Damage on Transconductance of Short Channel Insulated Gate Field Effect Transistors", Subramanian & Bhattacharya, Japanese Journal of Applied Physics I, vol. 34 (1995), pp. 1809

111. "Chemical Contamination of Thin Oxides and Native Silicon for use in Modern Device Processing", Subramanian et al, International Journal of Electronics, vol. 78 (1995), pp. 519

**Conference Presentations**

1.  R. Kumar, E. Kedzie, B. D. McCloskey, and V. Subramanian, "Characterizing Zn Corrosion in Printed Zn-Air batteries Via Operando Dems, XRD, and XAS", Electrochemical Conference on Energy and the Environment: Bioelectrochemistry and Energy Storage, MA2019-04 July 21-26, 2019, Glasgow, Scotland

2.  Carlos Biaou, Matt McPhail, Vivek Subramanian and Oscar Dubon, "Comprehensive Multifactorial Studies on the Degradation of Perovskite Solar Cells in Operation", 2019 Spring Materials Research Society Meeting, Phoenix, AZ, April 22-26, 2019.

3.  Rajan Kumar, Jessica E. Nichols, Bryan D. McCloskey, and Vivek Subramanian, "Low-Temperature-Processing of Printed Cathodes for Aqueous Metal-Air Batteries", ECS AiMES 2018 Meeting, September 30, 2018 - October 4, 2018, Cancun, Mexico

4.  N. Deka and V. Subramanian, "First demonstration of vacuum-sealed fully integrated BEOL-compatible field emission devices for Si integrated high voltage applications," 2018 76th Device Research Conference (DRC), Santa Barbara, CA, 2018, pp. 1-2.

5.  "Inkjet-printed MEM relays for active solar cell routing", S Patel, WJ Scheideler, MAU Karim, V Subramanian, Micro Electro Mechanical Systems (MEMS), 2018 IEEE, 616-619

6.  "Back-channel engineering of ultrathin printed indium oxide transistors for carbon dioxide sensing", Y. Kobayashi, W. Scheideler, V. Subramanian, 2017 Materials Research Society Fall Meeting, Boston, MA, Nov 28, 2017.

7.  "Morphological Control of Gravure Printed Perovskite Films", M. McPhail and V. Subramanian, 2017 Materials Research Society Fall meeting, Boston, MA, Nov 29, 2017.

8.  "Improving high-speed nanomaterial printing with sub-process-decoupled gravure printer design", W. Scheideler, V. Subramanian, ASME 2017 Conference on Smart Materials, Adaptive Structures, and Intelligent Systems, Snowbird, UT, Sept 18-20, 2017

9.  "Development of a printed cathode and catalyst layer for printed zinc-air batteries, R. Kumar, N. Williams, and V. Subramanian, 232nd ECS Meeting, National Harbor, MD, Oct 1-5, 2017.

10. "UV-annealing-enhanced stability in high-performance printed InOx transistors, W. Scheideler, V. Subramanian, 2017 IEEE Electron Devices Technology and Manufacturing Conference (EDTM), Toyama, Japan, Feb 28-Mar 2, 2017.

11. "Inkjet-printed Four-Terminal Microelectromechanical Relays for 3-Dimensional Logic Applications" S. Cheung, M. Karim, H-J Kwon, T. Lee, and V. Subramanian, 2017 Spring Meeting of the Materials Research Society, Pheonix, AZ, April 17-21, 2017.

12. "Fluid mechanical proximity effects in high-resolution gravure printing for printed electronics", G Grau, WJ Scheideler, V Subramanian, 69th Annual Meeting of the APS Division of Fluid Dynamics, Portland, OR, Nov 20-22, 2016

13. "Systematic Ink Design and Solubility Enhancement via Genetic Algorithm for Nanoparticle-based Inkjet Inks", J. Sadie, H. Nallan, S. Volkman, V. Subramanian, NIP & Digital Fabrication Conference (Vol. 2015, No. 1, pp. 439-442). Society for Imaging Science and Technology.

14. M. Ahosan Ul Karim, S. Chung, E. Alon, V. Subramanian, "Stress-tolerant fully inkjet-printed Reed Relays", IEEE International Conference on Solid-State Sensors, Actuators and Microsystems (TRANSDUCERS) (pp. 568-571), 2015.

15. "High-resolution gravure printed lines: proximity effects and design rules", G. Grau, W. J. Scheideler, V. Subramanian, SPIE Organic Photonics+ Electronics (pp. 95690B-95690B). International Society for Optics and Photonics, 2015

16. Grau, Gerd, Rungrot Kitsomboonloha, and Vivek Subramanian. "Fabrication of a high-resolution roll for gravure printing of 2μm features." In SPIE Organic Photonics+ Electronics, pp. 95680M-95680M. International Society for Optics and Photonics, 2015.

17. Zeumault, Andre, and Vivek Subramanian. "Interpretation of subthreshold swing and threshold voltage in solution-processed zinc oxide TFTs." In Device Research Conference (DRC), 2015 73rd Annual, pp. 179-180. IEEE, 2015.

18. Zeumault, Andre, and Vivek Subramanian. "Anomalous process temperature scaling behavior of sol-gel ZrO x gate dielectrics: Mobility enhancement in ZnO TFTs." In Device Research Conference (DRC), 2015 73rd Annual, pp. 203-204. IEEE, 2015.

19. Scheideler, William J., Andre Zeumault, and Vivek Subramanian. "Engineering high-k La x Zr 1− x O y dielectrics for high-performance fully-solution-processed transparent transistors." In Device Research Conference (DRC), 2015 73rd Annual, pp. 205-206. IEEE, 2015.

20. "Fully Printed Transient Silver-Zinc Primary Battery", Nishita Deka, Kyle Braam, Vivek Subramanian, 2015 Spring Meeting of the Materials Research Society, San Francisco, CA, April 6-10, 2015.

21. "Perpendicular Magnetization Switching via Current induced Spin-Orbit Torques on Flexible Substrate", OukJae Lee, Long You, JaeWon Jang, Vivek Subramanian, Sayeef Salahuddin. 2015 Spring Meeting of the Materials Research Society, San Francisco, CA, April 6-10, 2015.

22. "Direct Patterning of Sol-Gel-Enhanced Silver Nanowire Electrodes by Gravure Printing", William Joseph Scheideler, Vivek Subramanian, 2015 Spring Meeting of the Materials Research Society, San Francisco, CA, April 6-10, 2015.

23. "Development of Oxidation-Resistant Cu/Ag Alloyed Particles for Realization of Low-Resistance, Low-Cost Printed Conductors", Steven K Volkman, Vivek Subramanian, 2015 Spring Meeting of the Materials Research Society, San Francisco, CA, April 6-10, 2015.

24. "Perpendicular Magnetization Switching via Current induced Spin-Orbit Torques on Flexible Substrate", OukJae Lee, Long You, Jaewon Jang, Vivek Subramanian, Sayeef Salahuddin, APS Bulletin of the American Physical Society. APS March Meeting 2015 Volume 60, Number 2. San Antonio, TX, March 2–6, 2015

25. "Gravure-Printing Transparent Sol-Gel Conductors on Flexible Glass Substrates", William Joseph Scheideler, Jaewon Jang, Vivek Subramanian, 2014 Fall Meeting of the Materials Research Society, Boston, MA, Nov 30 – Dec 6, 2014.

26. "High performance printed organic transistors using a novel scanned thermal annealing technology," G. Grau, R. Kitsomboonloha, H. Kang, and V. Subramanian, LOPE-C, Munich, 2014.

27. "High-Performance Organic TFTs using High-Resolution Gravure Printed Electrodes", R. Kitsomboonloha, H. Kang, V. Subramanian, 2013 Fall Meeting of the Materials Research Society, Boston, Ma, Dec 1-6, 2013

28. "Effect of Substrate Roughness on the Performance of Printed OTFTs on Paper Substrates", G. Grau and V. Subramanian, 2013 Fall Meeting of the Materials Research Society, Boston, Ma, Dec 1-6, 2013.

29. "Simulation and Experimental Characterization of Cell Filling During Highly-Scaled Gravure Printing for Printed Electronics Applications", A. Cen, R. Kitsomboonloha, and V. Subramanian, 2013 Fall Meeting of the Materials Research Society, Boston, Ma, Dec 1-6, 2013.

30. **Best paper award** "Droplet-on-demand Inkjet-Filled TSVs as a pathway to cost-efficient chip stacking", J. Sadie, N. Quack, M. Wu, and V. Subramanian, IMAPS 2013 - 46th International Symposium on Microelectronics, Orlando, FL, Sept 30 – Oct 3, 2013.

31. "Through silicon vias and thermocompression bonding using inkjet-printed gold nanoparticles for heterogeneous MEMS Integration", N. Quack, J. Sadie, V. Subramanian, and M. C. Wu, The 17th International Conference on Solid-State Sensors, Actuators and Microsystems, Barcelona, Spain, June 16-20, 2013.

32. "Micro-relay reliability improvement by inkjet-printed microshell encapsulation", Yenhao Chen, Eung Seok Park, I-Ru Chen, Louis Hutin, Vivek Subramanian, Tsu-Jae King Liu, The 17th International Conference on Solid-State Sensors, Actuators and Microsystems, Barcelona, Spain, June 16-20, 2013.

33. "Understanding the Enhanced Mobility of Transparent Metal-Oxide Semiconductor Thin-Film Transistors Utilizing High-k Dielectrics" Andre Zeumault, Jaewon Jang, Vivek Subramanian, 2013 Large Area, Organic and Printed Electronics Conference (LOPE-C), Munich, Germany, June 11-13, 2013.

34. "High Performance Solution-Processed Thin-Film Transistors Based on In2O3 Nanocrystals: Investigating Effects of Annealing Conditions and Gate Dielectric", Sarah L. Swisher, Steve Volkman, and Vivek Subramanian, 2013 Large Area, Organic and Printed Electronics Conference (LOPE-C), Munich, Germany, June 11-13, 2013.

35. "Printed Transistors on Paper: Towards Smart Consumer Product Packaging", Gerd Grau, Rungrot Kitsomboonloha, Sarah Swisher, Hongki Kang and Vivek Subramanian, 2013 Large Area, Organic and Printed Electronics Conference (LOPE-C), Munich, Germany, June 11-13, 2013.

36. "Inkjetted Inorganic Transistors using a Sol-gel Processed SnO2 Semiconductor and Sb-doped SnO2 Electrodes", Jaewon Jang, Eung Seok Park, Hongki Kang and Vivek Subramanian, Materials Research Society Fall 2012 Meeting, Boston, MA, Nov 25-30, 2012

115

37. ***Best Paper Award*** "Demonstration of Inkjet Printed Nanoparticle-based Inks for Solder Bump Replacement", Jacob Sadie, Steven Volkman, and Vivek Subramanian, 45th International Symposium on Microelectronics (IMAPS 2012), San Diego, CA, September 9 - 13, 2012

38. "Experimental study of the residue film in direct gravure printing of electronics", Rungrot Kitsomboonloha, Umut Ceyhan, SJS Morris, Vivek Subramanian, 65th Annual Meeting of the APS Division of Fluid Dynamics, Volume 57, Number 17, San Diego, California, November 18–20, 2012

39. "Lubrication analysis of the nanometric coating film deposited during gravure printing", Umut Ceyhan, Rungrot Kitsomboonloha, SJS Morris, Vivek Subramanian, 65th Annual Meeting of the APS Division of Fluid Dynamics, Volume 57, Number 17, San Diego, California, November 18–20, 2012

40. "A Simple Model of Highly Scaled Gravure Printing", R. Kitsomboonloha, S. Morris and V. Subramanian, 2012 Large Area Organic and Printed Electronics Conference (LOPE-C), Munich, Germany, July 2012

41. "Development and characterization of an air-stable printed silver-zinc battery", K. Braam, S. K. Volkman, and V. Subramanian, 2012 Large Area Organic and Printed Electronics Conference (LOPE-C), Munich, Germany, July 2012.

42. "A very reliable multilevel YSZ resistive switching memory", F. Pan, J. Jang, and V. Subramanian, 70th Annual Device Research Conference (DRC), 18-20 June 2012, pp. 217 - 218

43. "High performance solution-processed thin-film transistors based on In2O3 nanocrystals", S. L. Swisher, S. Volkman, K. Braam, J. Jang, V. Subramanian, 70th Annual Device Research Conference (DRC), 18-20 June 2012, pp. 241 - 242

44. "A Mixed-Signal EEG Interface Circuit For Use In First Year Electronics Courses,", V. Lee, J. Monski, W. Williams, B. Muthuswamy, T. Swiontek, M. Maharbiz, V. Subramanian, F. Kovac, Proceedings of the 2012 IEEE International Symposium on Circuits and Systems (ISCAS), pp. 2689 – 2692, May 2012.

45. "A novel Yttrium Stabilized Zirconia based resistive switching memory", Feng Pan, Jaewon Jang, Vivek Subramanian, 2012 Spring Materials Research Meeting.

46. "Resistance Switching Memory Device with Ag2Se Nano-particle Aqueous Ink", Jaewon Jang, Feng Pan, Kyle Braam and Vivek Subramanian, 2012 Spring Materials Research Meeting.

47. "Highly-Scaled Gravure Printed organic TFTs with 10μm channel length on Plastic with 300 kHz operation", Hongki Kang, Rungrot Kitsomboonloha, Jaewon Jang, and Vivek Subramanian, 2012 Spring Materials Research Meeting.

48. "Inkjet-Printed Microshell Encapsulation: A New Zero-Level Packaging Technology", Eung Seok Park, Jaeseok Jeon, Vivek Subramanian, and Tsu-Jae King Liu, The 25th International Conference on Micro Electro Mechanical Systems, Paris, France, January 29 – February 2, pp. 257-230,2012.

49. "Inkjet-Printed Micro-Electro-Mechanical Switches", Eung Seok Park, Yenhao Chen, Tsu-Jae King Liu, and Vivek Subramanian, 2011 International Electron Device Meeting, 29.2.1-29.2.4, 2011.

50. "A New Candidate for High Performance Transparent Electronic Circuits: Sol-gel Based SnO2/ZrO2 Thin Film Transistors", Jaewon Jang, Rungrot Kitsomboonloha, and Vivek Subramanian, 2011 International Electron Device Meeting, 14.7.1-14.7.3, 2011

51. "Measurement, analysis, and modeling of 1/f noise in pentacene TFTs ", H. Kang and V. Subramanian, 2011 Large Area, Organic, and Printed Electronic Convention (LOPE-C), Frankfurt, Germany, June 2011.

52. "Inkjet Printed Heaters and Resistive Temperature Detectors for Biological Microfluidic Applications", Lakshmi Jagannathan, Samantha Cronier, Walter Li, Dwight Williams, Vivek Subramanian, 2011 Large Area, Organic,and Printed Electronic Convention (LOPE-C), Frankfurt, Germany, June 2011

53. "A comprehensive simulation study on metal conducting filament formation in resistive switching memories", F. Pan, S. Yin, and V. Subramanian, 3rd International Memory Workshop, May 22nd-25th, Monterey, CA, 2011.

54. "Rotational optical alignment for array based free space board-to-board optical interconnect with zero power hold", J. Chou, Y. Kyoungsik, T. Bakhishev, D. Horsley, T. Walmsley, S. Mathai, M. Tan, S.Y. Wang, V. Subramanian, M. Wu, 2010 IEEE 23rd International Conference on Micro Electro Mechanical Systems (MEMS), , pp.807-810, 24-28 Jan. 2010

55. "Electrical Characterization of close-packed ZnSe Nanoparticle Films", J. Jang, V. Subramanian, Materials Research Society Fall Meeting, December, 2010

56. "Synthesis, growth, and phase transitions in iron sulfide nanoparticles", J. Jang, V. Subramanian, Materials Research Society Fall Meeting, December 2010

116

57. "Methodology for Inkjet Printing Partially Wetting Films", D. Soltman, B. Smith, H. Kang, S. Morris, and V. Subramanian, IS&T Digital Fabrication conference, Austin, TX, Sept. 19-23, 2010.

58. "A Kinetic Monte Carlo study on the dynamic Switching properties of Electrochemical Metallization RRAMs during the SET Process", F. Pan, V. Subramanian, The International Conference on Simulation of Semiconductor Processes and Devices (SISPAD), Bologna, Italy, Sept 6 – 8, 2010.

59. "A 2D Kinetic Monte Carlo simulation of resistive switching and filament formation in electrochemical RRAMs", F. Pan and V. Subramanian, 2010 IEEE Device Research Conference.

60. "Highly-scale gravure-printed pBTTT organic field-effect transistors: Device characteristics and Bias Stability Analysis", R. Kitsomboonloha, A. de la Fuente and V. Subramanian, 2010 Large Area Organic, and Printed Electronics Convention (LOPE-C), Frankfurt, Germany, June 2010.

61. "Downscaling of all inkjet printed, fully self-aligned organic circuits", H-Y. Tseng and V. Subramanian, 2010 Large Area Organic, and Printed Electronics Convention (LOPE-C), Frankfurt, Germany, June 2010.

62. "Methodology for two dimensional pattern generation in inkjet printing", D. Soltman and V. Subramanian, 2010 Large Area Organic, and Printed Electronics Convention (LOPE-C), Frankfurt, Germany, June 2010.

63. "Solution-Processed Non-volatile Filament Memory Based on ZnO Nanoparticle Films", T. Bakhishev and V. Subramanian, 2010 Large Area Organic, and Printed Electronics Convention (LOPE-C), Frankfurt, Germany, June 2010.

64. "Printable Ag2O Cathodes for Silver-Zinc Batteries", K. Braam, S. K. Volkman, and V. Subramanian, 2010 Spring meeting of the Materials Research Society, San Francisco, CA, April 2010.

65. "Ink-Jet Printed Conductors Based on Reduced Graphene Oxide", T. Bakhishev, J. T. Robinson, P. E. Sheehan, Z. Wei and V. Subramanian, 2010 Spring meeting of the Materials Research Society, San Francisco, CA, April 2010.

66. "Hydrostatic concerns in inkjet-printed films", H. Kang, D. Soltman, and V. Subramanian, 2010 Spring meeting of the Materials Research Society, San Francisco, CA, April 2010.

67. "Dielectric Breakdown and Kinetic Monte Carlo Simulation of Metal Filament Retention RESET Processes for Resistive Switches ", F. Pan and V. Subramanian, 2010 Spring meeting of the Materials Research Society, San Francisco, CA, April 2010.

68. "Considerations for pattern generation in inkjet-printed electronics", Dan Soltman, Hongki Kang, Vivek Subramanian, SPIE Advanced Lithography, San Jose, CA, February, 2010

69. "All Inkjet Printed Self-Aligned Transistors and Circuits Applications", Huai-Yuan Tseng and Vivek Subramanian, 2009 International Electron Device Meeting, Baltimore, MD., Dec 2009

70. "Printed detection and resonant circuit for AM radio", Jinsoo Noh; Namsoo Lim; Jaeyoung Kim; Subramanian, V.; Gyoujin Cho; IEEE International Symposium on Assembly and Manufacturing, pp.167-170, 17-20 Nov. 2009

71. "Optimization of inkjet-based process modules for printed transistor circuits", Huai-Yuan Tseng, Shong Yin, Vivek Subramanian, Digifab, Louisville, KY, October 2009

72. "All Inkjet Printed Self-Aligned Transistors for Low Cost RFID Applications", Huai-Yuan Tseng, Vivek Subramanian, 2009 IEEE Device Research Conference

73. "Printing and scaling of metallic traces and capacitors using a laboratory-scale rotogravure press", Alejandro de la Fuente Vornbrock, Jau M. Ding, Donovan Sung, Huai-Yuan Tseng, Vivek Subramanian, 2009 Flexible Electronics and Display Conference, Phoenix, AZ, Feb 2-5, 2009.

74. "Effect of Pentacene Film Formation on Detection Behavior of Organic Transistor DNA Microarrays:, Lakshmi Jagannathan and Vivek Subramanian, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008

75. "Microstructure of Pentacene Films from a Pentacene Precursor", Daniel C Huang, Shong Yin, Kanan Puntambekar, Mike Toney and Vivek Subramanian, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008

76. "Solution Processed Silver Sulfide Filament Memories", Shong Yin and Vivek Subramanian, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008

77. "The Dielectric-Integrated Monolayer Field Effect Transistor (DI-mFET)", Kinyip Phoa and Vivek Subramanian, 2008 Semiconductor Research Corporation TechCon, Austin, TX, Nov 3-4, 2008.

78. "Pentacene Characterization for Optimum DNA Immobilization", Lakshmi Jagannathan, Vivek Subramanian, 2008 Semiconductor Research Corporation TechCon, Austin, TX, Nov 3-4, 2008

79. "Effect of Pentacene Film Formation on Detection Behavior of Organic Transistor DNA Microarrays", Lakshmi Jagannathan and Vivek Subramanian, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008.

80. "Microstructure of Pentacene Films from a Pentacene Precursor", Daniel C Huang, Shong Yin, Kanan Puntambekar, Mike Toney and Vivek Subramanian, Materials Research Society Fall Meeting, Boston, MA, Dec 1-4, 2008

81. "Experimental and Theoretical Studies for the Optimization of Polythiophene Gas Sensor Array", F. Liao, V. Subramanian, 214th Meeting of The Electrochemical Society, Honolulu, HI, Oct 12-17, 2008.

82. "A Novel Solder Based on Metallic Nanoparticle Inks for Low-Temperature Packaging Technology", T. Bakhishev and V. Subramanian, 2009 TMS Annual Meeting & Exhibition, San Francisco, CA, Feb 15-19, 2009

83. "Label-free low-cost disposable DNA hybridization detection systems using organic TFTs", Qintao Zhang, Vivek Subramanian, 2007 IEEE International Electron Device Meeting, Washington DC, Dec 10-12, 2007.

84. "Printable DNA sensor using organic transistors", Qintao Zhang and Vivek Subramanian, Transducers 2007, Lyon, France, 3EH5.P, 2007.

85. "Organic Transistors of Molecular Integrated Semiconductor-insulator Monolayer Films Using a Room Temperature Self-assembly Process", Kanan Puntambekar, Kinyip Phoa, Vivek Subramanian, Amanda Murphy, Clayton Mauldin, Jean M. J. Fréchét, Dean M. DeLongchamp, Daniel Fischer and Michael F. Toney, Materials Research Society Spring 2007 Meeting, O11.4, 2007.

86. "Stacked Low-Power Field-Programmable Antifuse Memories for RFID on Plastic", B. Mattis, V. Subramanian, 2006 International Electron Device Meeting, 2006, 11.7

87. "A field-programmable antifuse memory for RFID on plastic", B. Mattis and V. Subramanian, 2006 IEEE Device Research Conference, June 2006.

88. "Iodine-doped pentacene schottky diodes for high-frequency RFID rectification", D. Huang and V. Subramanian, 2006 IEEE Device Research Conference, June 2006.

89. "Low-Voltage Inkjetted Organic Transistors for Printed RFID and Display Applications", S. E. Molesa, A. de la Fuente Vornbrock, P. C. Chang, V. Subramanian, University of California Berkeley, Berkeley, CA, IEEE International Electron Device Meeting Technical Digest, pp. 5.4.1-5.4.4, 2005.

90. "Monolayer Formation in Oligothiophene Based OTFTs", Paul Chang, Amanda R. Murphy, Jean M. J. Frechet and Vivek Subramanian, 2005 Materials Research Society Fall Symposium, Paper M7.7, Boston MA, December, 2005.

91. "A novel high-Q printed inductor technology for RFID applications", David Redinger and Vivek Subramanian, 2005 Materials Research Society Fall Symposim, Paper M8.7, Boston MA, December 2005.

92. "Solution-processed ZnO nanowire-network thin film transistors for transparent electronics", Teymur Bakhishev, Steven K Volkman and Vivek Subramanian, 2005 Materials Research Society Fall Symposium, Paper DD5.5, Boston MA, December, 2005.

93. "Polythiophene Thin-film Transistor Array for Gas Sensing", J. B. Lee, M. Heeney, S. Tierney, I. McCulloch, A. Murphy, J. Liu, J. Frechet, and V. Subramanian, 63rd IEEE Device Research Conference Digest, Vol 1, pp. 147-148, 2005.

94. "Measuring Structure and Order Development in Organic Semiconductor Films with Soft X-Ray Spectroscopy", D. M. DeLongchamp, E. K. Lin, D. Fischer, S. Sambasivan, B. M. Vogel, J. M. J. Frechet, V. Subramanian, and A. R. Murphy, 2005 Annual AIChE Meeting, Cincinnati, OH, Oct 31 – Nov1, 2005.

95. "A high-performance all-inkjetted organic transistor technology", Steven E. Molesa, Steven K. Volkman, David R. Redinger, Alejandro de la Fuente Vornbrock, and Vivek Subramanian, 2004 IEEE International Electron Device Meeting Technical Digest, pp. 1072, 2004.

96. "A novel transparent air-stable printable n-type semiconductor technology using ZnO nanoparticles", Steven K. Volkman, Steven E. Molesa, Josephine B. Lee, Brian A. Mattis, Alejandro de la Fuente Vornbrock, Teymur Bakhishev, and Vivek Subramanian, 2004 IEEE International Electron Device meeting Technical Digest, pp. 769, 2004.

97. "Structure and order development in organic semiconductor films", Dean M DeLongchamp, Erin Jablonski, Sharadha Sambasivan, Daniel Fischer, Eric K Lin, Steven Volkman, Paul Chang, Vivek Subramanian, 2004 Annual AIChE Meeting, Austin, TX, Nov 7-12, 2004.

98. **Best paper award** "Single-monolayer inkjetted oligothiophene organic TFTs exhibiting high performance and low leakage", P. C. Chang,, S. E. Molesa, A. R. Murphy, J. M. J. Fréchet, and V. Subramanian, 62nd IEEE Device Research Conference Conference Digest, Pages 183 - 184 vol.1, 2004.

99.  "High-performance inkjet-printed pentacene transistors for ultra-low-cost RFID applications.", Steven Molesa, Mark Chew, David Redinger, Steven K Volkman, and Vivek Subramanian, 2004 Mat. Res. Soc. Spring Meeting

100. "Ink-Jetted Silver/Copper Conductors for Printed RFID Applications", Steven K. Volkman, Yunan Pei, David Redinger, Shong Yin, and Vivek Subramanian, Flexible Electronics 2004—Materials and Device Technology, edited by Norbert Fruehauf, Babu R. Chalamala, Bruce E. Gnade, and Jin Jang (Mater. Res. Soc. Symp. Proc. 814, Warrendale, PA , 2004), I7.8

101. "The role of film thickness in organic thin film transistor gas sensors", Christopher Chen, Frank Liao, and Vivek Subramanian, 2004 Mat. Res. Soc. Spring Meeting.

102. "Organic TFT Gas Sensors for Electronic Nose Applications", Frank Liao, Chris Chen, and Vivek Subramanian, 2004 Mat. Res. Soc. Spring Meeting.

103. "10nm organic FETs: scaling phenomena and characterization", Josephine Lee, Paul Chang, Alex Liddle, and Vivek Subramanian, 2004 Mat. Res. Soc. Spring Meeting.

104. "Nanoscale Patterning of Organic and Molecular Electron Devices through Radiation-induced Film Modification", Brian Alexander Mattis, Yunan Pei and Vivek Subramanian, 2004 Mat. Res. Soc. Spring Meeting.

105. "Crystalline Organic Semiconducting Thin Films Cast From a Novel Thermolytic Thiophene Oligomer",  Paul C. Chang, Amanda R. Murphy, Josephine B. Lee, Jean M.J. Fréchet, and Vivek Subramanian, Flexible Electronics 2004—Materials and Device Technology, edited by Norbert Fruehauf, Babu R. Chalamala, Bruce E. Gnade, and Jin Jang (Mater. Res. Soc. Symp. Proc. 814, Warrendale, PA , 2004), I12.4.

106. "Measurements of the transient photoconductivity of single crystals of pentacene", C. Weber, M. Langner, J.  Orenstein, T. Le, V. Subramanian, V. Butko, A. Ramirez, American Physical Society, Annual APS March Meeting 2003, March 3-7, 2003, , abstract #Y16.015

107.  "Organic transistors on fibers: A first step towards electronic textiles", Josephine B. Lee and Vivek Subramanian, IEEE International Electron Device Meeting Technical Digest, pp. 8.3.1, 2003.

108. "Inkjetted Passive Components on Plastic Substrate for RFID", D. Redinger, R. Farshchi, and V. Subramanian, 2003 IEEE Device Research Conference Conference Digest, pp. 187-188, 2003.

109. "Effect of Thermal Cycling on performance of poly(3-hexyl)thiophene transistors", B. Mattis, P. Chang, and V. Subramanian, Proceedings of the Materials Research Society Spring 2003 meeting, Symposium: Organic and Polymeric Materials and Devices, Editors: Paul W.M. Blom, Neil C. Greenham, Christos D. Dimitrakopoulos, C. Daniel Frisbie, MRS Proceedings Volume 771, L10.35, 2003.

110. "High-quality inkjet-printed multilevel interconnects and inductive components on plastic for ultra-low-cost RFID applications", S. Molesa, D. Redinger, D. Huang, and V. Subramanian, Proceedings of the Materials Research Society Spring 2003 meeting, Symposium H: Flexible Electronics--Materials and Device Technology, Editors: Norbert Fruehauf, Babu R. Chalamala, Bruce E. Gnade, Jin Jang, MRS Proceedings Volume 769, H8.3, 2003.

111. "Inkjetted organic transistors using a novel pentacene precursor", S. Volkman, S. Molesa, B. Mattis, P. C. Chang, and V. Subramanian, Proceedings of the Materials Research Society Spring 2003 meeting, Symposium H: Flexible Electronics--Materials and Device Technology, Editors: Norbert Fruehauf, Babu R. Chalamala, Bruce E. Gnade, Jin Jang, MRS Proceedings Volume 769, H11.7, 2003.

112. "Flexonics", J. Canny, J. Risner, and V. Subramanian, presented at The Fifth International Workshop on Algorithmic Foundations of Robotics, 2002.

113. "Inkjetted gold conductors for electronics on plastics", Daniel C. Huang, Frank Liao, and Vivek Subramanian, presented at Materials Research Society Spring 2002 meeting.

114.  "Applications of Printing Technology in Organic Electronics and Display Fabrication", V. Subramanian, presented at the Half Moon Bay Maskless Lithography Workshop, DARPA/SRC, Half Moon Bay, CA, Nov 9-10, 2000.

115. "A 20 nm Gate-Length Ultra-Thin Body p-MOSFET with Silicide Source/Drain", J. Kedzierski, P. Xuan, V. Subramanian, E. Anderson, J. Bokor, T.-J. King, and C. Hu, presented at the Silicon Nanolectronics Workshop 2000.

116. "60nm Planarized Ultra-thin Body Solid Phase Epitaxy MOS-FETs", P. Xuan, J. Kedzierski, V. Subramanian, J. Bokor, T-J. King, C. Hu, 58th Annual Device Research Conference Digest, Pages 67 – 68, 2000.

117. "High performance 200nm single-grain TFTs fabricated using a self-aligned germanium seeding technology", P. Kalavade, A. R. Joshi, V. Subramanian and K. C. Saraswat, presented at the 2000 Materials Research Society Spring Symposium.

118. "Nanoscale SiGe-Channel Ultra-Thin-Body Silicon-on-Insulator P-MOSFETs", Y-C. Yeo, V. Subramanian, J. Kedzierski, P. Xuan, T-J. King, J. Bokor, and C. Hu, presented at the 1999 International Semiconductor Device Research Symposium.

119. "Ultra-thin body SOI MOSFET for Deep-sub-tenth Micron Era", Y-K. Choi, K. Asano, N. Lindert, V. Subramanian, T-J. King, J. Bokor and C. Hu, 1999 IEEE International Electron Device Meeting Technical Digest, pp. 919-921, 1999.

120. "Sub 50-nm FinFET: PMOS", X. Huang, W-C. Lee, C. Kuo, D. Hisamoto, L. Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Y-K. Choi, K. Asano, V. Subramanian, T-J. King, J. Bokor and C. Hu, 1999 IEEE International Electron Device Meeting Technical Digest, pp. 67-70, 1999.

121. "A bulk-Si-compatible ultrathin-body SOI technology for sub-100nm MOSFETs", V. Subramanian, J. Kedzierski, N. Lindert, H. Tam, Y. Su, J. McHale, K. Cao, T-J. King, J. Bokor, and C. Hu, Proceedings of the 57th Annual Device Research Conference, pp. 28-29, 1999.

122. "Process issues for deep-submicron electron beam lithography at the Stanford Nanofabrication Facility", V. Subramanian and M. King, Electron Beam Lithography for Nanostructure Fabrication Workshop, Cornell University, Ithaca, NY, January 14-15, 1999.

123. "Laterally Crystallized Polysilicon TFTs Using Patterned Light Absorption Masks", V. Subramanian and K. C. Saraswat, Proceedings of the 55th Annual Device Research Conference, 1997, pp. 54-55.

124. "A Novel Technique for 3-D Integration: Ge-seeded Laterally Crystallized TFTs", V. Subramanian and K. C. Saraswat, 1997 Symposium on VLSI technology Digest of Technical Papers, 1997, pp. 97-98.

125. "Response surface characterization of the deposition of LPCVD SiGe for solid-phase crystallized poly-TFTs", V. Subramanian, K. C. Saraswat, H. Hovagimian, and J. Mehlhaff , Proceedings of the Second International Workshop in Statistical Metrology, 1997, pp. 94-97.

126. "Design and Characterization of SiGe TFT Devices and Process using Stanford's Test Chip Design Environment", M. V. Kumar, V. Subramanian, K. C. Saraswat, J. D. Plummer, and W. Lukaszek, Proceedings of the 1997 IEEE International Conference on Microelectronic Test Structures, pp. 143-145.

127. "Response surface optimization for high-performance solid-phase crystallized silicon-germanium thin film transistors", V. Subramanian, K. C. Saraswat, H. Hovagimian, and J. Mehlhaff, Proceedings of the SPIE - The International Society for Optical Engineering, vol.3014, p. 127-32, 1997.

128. "Optimization and Modeling of Silicon-Germanium Thin Film Transistors for AMLCD Applications using a Plackett-Burman Experimental Design V. Subramanian, K. C. Saraswat, H. Hovagimian, and J. Mehlhaff, First International Workshop on Statistical Metrology, Honolulu, Hawaii, June 9, 1996

129. "Accelerated Breakdown in Thin Oxide Films due to Interfacial Stress and Carrier Depletion", V. Subramanian, N. Bhat, and K. C. Saraswat, Materials Reliability in Microelectronics VI, MRS Symposium proceedings, 1996, pp. 323-328

130. "A Novel Technique for In-Situ Monitoring of Crystallinity and Temperature during Rapid Thermal Annealing of Thin Si/Si-Ge films on Quartz/Glass", V. Subramanian, L. Degertekin, P. Dankoski, B. T. Khuri-Yakub, and K. C. Saraswat, Flat Panel Display Materials II, MRS Symposium, pp.267-72, 1996.