# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § NO: WA:21-CV-00727-ADA |
| vs. | § § § |
| STMICROELECTRONICS N.V., et al. | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on March 23, 2022 at 01:30 PM.

IT IS SO ORDERED this 16th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE