UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § § NO: WA:21-CV-00727-ADA |

## ORDER RESETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY HEARING by Zoom on March 23, 2022 at 03:30 PM .

IT IS SO ORDERED this 22nd day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE