# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/047,274 | 04/23/2008 | | 105 | 13054-285 | | |

**CONFIRMATION NO. 1135**

32841
BAHRET & ASSOCIATES
320 NORTH MERIDIAN STREET
SUITE 510
INDIANAPOLIS, IN 46204

**FILING RECEIPT**

*OC000000029636860*

Date Mailed: 04/29/2008

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
        James A. Cooper, West Lafayette, IN;
        Asmita Saha, Hillsboro, OR;
**Power of Attorney:**
William Bahret--31087

**If Required, Foreign Filing License Granted:** 04/29/2008
The country code and number of your priority application, to be used for filing abroad under the Paris Convention,
is **US 61/047,274**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**
        SiC Power DMOSFETs with Self-Aligned Source Contacts

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international

patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and

Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**<u>NOT GRANTED</u>**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

PTO/SB/16 (04-07)
Approved for use through 06/30/2010 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

### Inventor(s)

Inventor 1

| Given Name | Middle Name | Family Name | City | State | Country |
|---|---|---|---|---|---|
| James | A. | Cooper | West Lafayette | IN | US |

Inventor 2

| Given Name | Middle Name | Family Name | City | State | Country |
|---|---|---|---|---|---|
| Asmita | | Saha | Hillsboro | OR | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.

| Title of Invention | SiC Power DMOSFETs with Self-Aligned Source Contacts |
|---|---|
| Attorney Docket Number (if applicable) | 13054-285 |

### Correspondence Address

Direct all correspondence to (select one):

(●) The address corresponding to Customer Number    ( ) Firm or Individual Name

| Customer Number | 32841 |
|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

( ) No.

(●) Yes, the name of the U.S. Government agency and the Government contract number are:

DARPA #N000140510437; US Army TACOM #W56HZV06C0028

PTO/SB/16 (04-07)
Approved for use through 06/30/2010 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Entity Status

Applicant claims small entity status under 37 CFR 1.27

- (●) Yes, applicant qualifies for small entity status under 37 CFR 1.27
- ( ) No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /William F. Bahret/ | | | Date (YYYY-MM-DD) | Apr 23, 2008 |
|---|---|---|---|---|---|
| First Name | William | Last Name | Bahret | Registration Number (If appropriate) | 31087 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten.  Accordingly, pursuant to the requirements of the Act, please be advised that :  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Attorney Docket No. 13054-285

# SiC POWER DMOSFETs WITH SELF-ALIGNED SOURCE CONTACTS

This application relates to SiC power DMOSFETs and is directed toward reducing the area of the transistor and the variations due to alignment tolerances such as mask misalignments. Among other applications, the invention is believed to be useful for electronic power switching, regulation and control, as well as motor drivers and power converters.

This application includes the attached paper and incorporates by reference all references cited therein.

## SiC Power DMOSFETs with Self-Aligned Source Contacts

In power DMOSFETs, an important performance parameter is the <u>specific on-resistance</u> ($R_{ON,SP}$), which is defined as the product of the resistance in the linear region (low $V_{DS}$) times the area of the device (units are $\Omega\text{-cm}^2$ or $m\Omega\text{-cm}^2$). Thus it is important to minimize both the resistance and the area of the device. For DMOSFETs in the blocking voltage regime of 600-1800 V, a significant component of the total resistance is the resistance of the source contacts. Larger-area source contacts obviously have lower resistance, but increasing the <u>contact</u> area increases the <u>total</u> area of the device, and hence $R_{ON,SP}$. It is important to find ways to reduce the source contact resistance <u>without</u> increasing the area of the device. In a conventional DMOSFET, the source contact is defined by photolithography, and the source contact must be separated from the edge of the gate by sufficient distance so that the source contact and gate cannot touch even under worst-case misalignment of the source contact mask. In addition, the actual functional

area of the source contact is determined by the overlap of the source contact metal and the N+ implant that forms the source region in the semiconductor. Since the N+ implant is defined by a separate mask, the relative misalignment of the source contact mask and the N+ implant mask can reduce the functional area of the source contact, thereby increasing source resistance and degrading performance. The two cases of (a) perfectly aligned masks, and (b) worst-case misaligned masks are illustrated below. Here the Ni metal for the source contact



has been mis-aligned to the right (drawing b) and the P+ implant for the P+ base contact has been misaligned to the left. The resulting overlap of Ni metal and N+ implant in the circled area has been reduced almost to zero,

resulting in a very large contact resistance for this part of the device. Another drawback of this approach is the alignment tolerance (spacing x) that must be included in the design to insure that the source metal never comes into contact with the gate under worst-case misalignment (spacing y). The necessary inclusion of spacing x increases the area of the cell, increasing $R_{ON,sp}$. Both these problems can be eliminated by the <u>self-aligned source contact</u>, to be described next.

In this procedure, we employ a polycrystalline silicon (polysilicon) gate, and take advantage of the fact that polysilicon forms a much thicker $SiO_2$ layer than SiC when thermally oxidized at temperatures in the 850-1000 °C range. We then remove the $SiO_2$ over the SiC by a short oxide etch <u>without</u> using a photomask to define the area where the oxide is removed. Because it is much thicker, the oxide over the polysilicon gate is <u>not</u> completely

removed during this process, and the remaining oxide forms an insulating layer over the polysilicon gate. As part of this process, we assume the use of a <u>segmented</u> P+ contact to the P+ base, as described in an earlier patent disclosure by Cooper and Saha, and as already demonstrated experimentally (see, for example, A. Saha and J.A. Cooper, "A 1200V 4H-SiC Power DMOSFET with Ultra-Low On-Resistance," IEEE Transactions on Electron Devices, $\underline{54}$, 2786-2791, Oct. 2007 <u>or</u> A. Saha and J.A. Cooper, "Optimum Design of Short-Channel 4H-SiC Power DMOSFETs," Materials Science Forum, $\underline{527-529}$, 1269-1272, 2006). Because the P+ contact only occurs in certain spots along the length of the source fingers, typically occupying around 10-15% of the finger length, the vast majority of the source fingers have no P+ contact, and the full area is available for use as N+ source contact. The drawings on the next page illustrate the structure and fabrication process. Drawing (a) shows the structure after the polysilicon gate has been oxidized but before the short oxide etch. Drawing (b) shows the structure after the short oxide etch has removed the oxide



over the SiC and after Ni ohmic contact metal has been deposited. Note that the Ni metal covers the whole area, overlapping the polysilicon gates but insulated from them by the thick oxide. The area of the functional source contact is not determined by the alignment of any masking levels and is not subject to random misalignments during processing. Instead, it is totally determined by the spacing between adjacent polysilicon gates, and is in fact self-aligned to the gate level, being separated by the thickness of the oxide layer covering the gate. This eliminates the alignment tolerance (x or y in the drawing on p.5), reducing the cell area and the specific on-resistance.

This process has been tested experimentally and has already been incorporated into large-area power DMOSFETs.

| Electronic Patent Application Fee Transmittal ||
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | SiC POWER DMOSFETs WITH SELF-ALIGNED SOURCE CONTACTS |
| **First Named Inventor/Applicant Name:** | James A. Cooper |
| **Filer:** | William F. Bahret/Joyce Eden |
| **Attorney Docket Number:** | |

Filed as Small Entity

**Provisional Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 105 | 105 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | 105 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3197823 |
| **Application Number:** | 61047274 |
| **International Application Number:** | |
| **Confirmation Number:** | 1135 |
| **Title of Invention:** | SiC POWER DMOSFETs WITH SELF-ALIGNED SOURCE CONTACTS |
| **First Named Inventor/Applicant Name:** | James A. Cooper |
| **Customer Number:** | 32841 |
| **Filer:** | William F. Bahret/Joyce Eden |
| **Filer Authorized By:** | William F. Bahret |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 23-APR-2008 |
| **Filing Date:** | |
| **Time Stamp:** | 16:32:31 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $105 |
| RAM confirmation Number | 1731 |
| Deposit Account | 502176 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Provisional Cover Sheet (SB16) | ProvisionalSB.pdf | 673754<br><br>42613e2883ebaee8c947aad746e6efce7716fe9f | no | 3 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Specification | ProvAppn.PDF | 349151<br><br>7fca139a63a8530c981216df3e199d16f4bbfd25 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (PTO-06) | fee-info.pdf | 8125<br><br>eaffb7b6068ef1108e52fc3f9f7b923627e8e3bb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | | 1031030 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.