IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

**PLAINTIFF'S NOTICE OF THE FILING OF A PETITION
FOR INTER PARTES REVIEW**

      Under the Court's Standard Order Governing Proceedings – Patent Case ("OGP"), Plaintiff The Trustees of Purdue University provides notice that Defendant STMicroelectronics, Inc. ("ST-INC") filed a petition requesting *inter partes* review of asserted U.S. Patent No. 7,498,633 (*see* Ex. A) and U.S. Patent No. 8,035,112 (*see* Ex. B) on March 25, 2022. Additionally, Wolfspeed, Inc. filed a petition requesting *inter partes* review of asserted U.S. Patent No. 7,498,633 (*see* Ex. C) on March 25, 2022. ST-INC's petitions identify Defendants' STMicroelectronics N.V. and STMicroelectronics International N.V. as real parties in interest. *See* Exs. A & B at 1. The PTAB has not yet issued a Notice of Filing Date Accorded, and the date of that notice will dictate the IPR schedule. Plaintiff expects the PTAB will issue a Notice of Filing Date Accorded within a few weeks. If the PTAB issues a Notice of Filing Date Accorded on April 25, 2022, a decision on institution is expected by October 25, 2022. If the PTAB institutes trial on October 25, 2022, a final written decision is expected by October 25, 2023.

1

| | |
|---|---|
| Dated: April 8, 2022 | Respectfully submitted,<br><br>*/s/ Mark D. Siegmund*<br>Mark D. Siegmund<br>Texas Bar No. 24117055<br>mark@swclaw.com<br>**STECKLER WAYNE CHERRY & LOVE, PLLC**<br>8416 Old McGregor Rd.<br>Waco, Texas 76712<br>Telephone: (254) 651-3690<br>Facsimile: (254) 651-3689<br><br>Alfonso G. Chan (Texas 24012408)<br>Michael W. Shore (Texas 18294915)<br>Samuel E. Joyner (Texas 24036865)<br>Halima Shukri Ndai (Texas 24105486)<br>Raphael Chabaneix (Texas 24118352)<br>**SHORE CHAN LLP**<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: 214-593-9110<br>Facsimile: 214-593-9111<br>achan@shorechan.com<br>mshore@shorechan.com<br>sjoyner@shorechan.com<br>hndai@shorechan.com<br>rchabaneix@shorechan.com<br><br>*COUNSEL FOR PLAINTIFF*<br>*THE TRUSTEES OF PURDUE UNIVERSITY* |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system on April 8, 2022.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

2