IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>　　　　*Defendants*. | Civil Action No.  6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## **NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff hereby notifies the Court that Chijioke E. Offor, Texas State Bar No. 24065840, of Shore Chan LLP, 901 Main Street, Suite 3300, Dallas, Texas 75202, makes a formal entry of appearance as counsel for Plaintiff The Trustees of Purdue University in the above-styled and numbered cause. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

1

Dated: April 13, 2022

Respectfully submitted,

By: /s/ *Chijioke E. Offor*
Mark D. Siegmund (SBN 24117055)
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

Michael W. Shore (SBN 18294915)
Alfonso G. Chan (SBN 24012408)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
Raphael Chabaneix (SBN 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
coffor@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 13, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Chijioke E. Offor*
Chijioke E. Offor