# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § | |
| | § | NO:  WA:21-CV-00727-ADA |
| vs. | § § | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., THE TRUSTEES OF PURDUE UNIVERSITY | | |

## **ORDER SETTING MARKMAN HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for

MARKMAN HEARING VIA ZOOM for purposes of limited referral on Friday April 29, 2022 at

09:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 20th day of April, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE