IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br>    *Plaintiff,*<br><br>v.<br><br>STMICROELECTRONICS N.V. et al.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§  Case No. 6:21-CV-727-ADA<br>§<br>§<br>§<br>§ |

### LIMITED REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the *Markman* hearing and claim construction order are referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 26th day of April, 2022.

                                                                                    _____
                                                                                    ALAN D ALBRIGHT
                                                                                    UNITED STATES DISTRICT JUDGE