IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## UNOPPOSED NOTICE TO EXTEND DEADLINES

The Trustees of Purdue University ("Purdue") pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, files this Unopposed Notice to memorialize the agreement reached with Defendants to extend case deadlines. Defendants are unopposed to Purdue's request to adjust the following deadline:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | April 26, 2022 | May 2, 2022 |

Dated: April 26, 2022

Respectfully submitted,

/s/ Mark D. Siegmund
Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712

1

        Telephone: (254) 651-3690
        Facsimile: (254) 651-3689

        Alfonso G. Chan (Texas Bar No. 24012408)
        Michael W. Shore (Texas Bar No. 18294915)
        Halima Shukri Ndai (Texas Bar No. 24105486)
        Raphael Chabaneix (Texas Bar No. 24118352)
        SHORE CHAN LLP
        901 Main Street, Suite 3300
        Dallas, Texas 75202
        Telephone: 214-593-9110
        Facsimile: 214-593-9111
        achan@shorechan.com
        mshore@shorechan.com
        hndai@shorechan.com
        rchabaneix@shorechan.com

        ***COUNSEL FOR PLAINTIFF***
        ***THE TRUSTEES OF PURDUE UNIVERSITY***

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on April 26, 2022.

        */s/ Mark D. Siegmund*
        Mark D. Siegmund

## CERTIFICATE OF CONFERENCE

I certify that on April 26, 2022, Plaintiff's counsel and Defendant's counsel, met and conferred by telephone regarding this notice. Counsel for Defendants indicated that they are not opposed to the relief requested.

        */s/ Mark D. Siegmund*
        Mark D. Siegmund