IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

THE TRUSTEES OF
PURDUE UNIVERSITY,

   Plaintiff,

v.

STMICROELECTRONICS N.V.,
STMICROELECTRONICS
INTERNATIONAL N.V., and
STMICROELECTRONICS, INC.,

   Defendants.

Civil Action No.  6:21-cv-00727

JURY TRIAL DEMAND

## <u>NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

  Please take notice that Craig D. Cherry of the law firm of Steckler Wayne Cherry & Love, PLLC hereby enters an appearance as additional counsel for the Plaintiff in the above captioned case.

  All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Craig Cherry at the law firm of Steckler Wayne Cherry & Love, PLLC. Mr. Cherry's contact information is provided below:

Steckler Wayne Cherry & Love, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: craig@swclaw.com

Respectfully submitted,

**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

BY:    /s/ Craig D. Cherry_____
**CRAIG D. CHERRY**
Bar No. 24012419
Email: craig@swclaw.com

**COUNSEL FOR PLAINTIFF THE TRUSTEES OF
PURDUE UNIVERSITY**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 29th day of April 2022.

\s\ Craig D. Cherry_____
CRAIG D. CHERRY