AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Justin S. Cohen | 2. PHONE NUMBER<br>(214) 969-1211 | 3. DATE<br>4/29/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>justin.cohen@hklaw.com; bryan.bustamante@hklaw.com | 5. CITY<br>Dallas | 6. STATE TX — 7. ZIP CODE 75201 |
| 8. CASE NUMBER 6:21-cv-727-ADA — 9. JUDGE Derek Gilliland/Alan Albright | DATES OF PROCEEDINGS<br>10. FROM 4/29/2022 — 11. TO 4/29/2022 | |
| 12. CASE NAME<br>The Trustees of Purdue University v. STMicroelectronics | LOCATION OF PROCEEDINGS<br>13. CITY Waco — 14. STATE TX | |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Discovery hearing (Orig). | 03/23/2022 |
| [ ] BAIL HEARING | | Markman hearing (1st Copy) | 04/29/2022 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Justin S. Cohen | PROCESSED BY |
| 19. DATE<br>5/2/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY