# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br>　　　　*Plaintiff*<br><br>-v-<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS, INC.,<br>STMICROELECTRONICS INTERNATIONAL N.V.,<br>　　　　*Defendants* | §§§§§§§§§§§§ | W-21-CV-00727 |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on April 29, 2022. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 29th day of April, 2022.

_____
Derek T. Gilliland
United States Magistrate Judge

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| "a second, thicker oxide layer" / "a gate oxide layer"  U.S. Patent No. 8,035,112, Cls. 1, 6 | "layer of oxide that is on the tops and sides of each gate and that is thicker than the layer of oxide below each gate" | "an oxidation layer formed, created, or grown by reacting the gate, thicker than the first oxide layer" | Plain-and-ordinary meaning |
| "double-implanted metal-oxide semiconductor field effect transistor"  U.S. Patent No. 7,498,633, Cl. 9 | The preamble is not limiting.  In the alternative only, "double-implanted" is not limiting.[1] | The preamble **is** limiting. | The preamble is limiting. |
| "less than about three micrometers"  U.S. Patent No. 7,498,633, Cl. 9 | Plain and ordinary meaning, no construction necessary. | Indefinite | Not indefinite. Plain-and-ordinary meaning. |

---

[1] ST notes that Purdue previously offered that "[i]n the alternative only, 'metal-oxide semiconductor field-effect transistor is limiting.'"