**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

**PROOF OF SERVICE ON FOREIGN DEFENDANT STMICROELECTRONICS**

**INTERNATIONAL N.V. UNDER THE HAGUE CONVENTION**

## OPENBAAR MINISTERIE

Arrondissementsparket Den Haag

Postbus 20302, 2500 EH Den Haag

L. Celeste Ingalls
Crowe Foreign Services
733 SW Vista avenue
Portland, Oregon 97205
United States of America

Prins Clauslaan 60
2595 AJ Den Haag
T +31 88 699 13 00
www.om.nl

| | |
|---|---|
| Date | 3 mei 2022 |
| Team | Sectie 4 / Internationale Rechtshulp |
| Our reference | **IR** 921.132.1555 |
| Contact | J. Booister |
| Telephone extension | +31 70 381 3329 / fax +31 70 381 2160 |
| E-mail | DH.ADM.IR@om.nl |
| Your reference | 6:21-CV-00727-ADA |
| Attachment(s) | - |
| Subject | Request for assistance |

When replying, state the date, contact and our reference.

Dear sir / madam,

I hereby send you the requested documents. The request for assistance has been complied with.

In case of further correspondence, I kindly request you to use the aforementioned IR number as I cannot process any correspondence without the reference number.

Yours sincerely,
the Public Prosecutor's Office

Mw. J. Booister
Administrative assistant




**GERECHTSDEURWAARDERS**
M.O. de Boer
Mr. F.A. Rippen

**TOEGEVOEGD GER. DEURW.**
Mevr. M. Hooijberg
Mevr. R. Bakvis
D.B.D. Hogendorp
W.H.M. Heeremans
A. Pothof

**JURISTEN**
Mr. F.A. Rippen
W.P.M. van den Broek
M.A.J.A. Verhoeven

**CHEF DE BUREAU**
M. van der Meij

**MANAGER HUURINCASSO**
B.P. Saly

**FUNCTIONARIS GEGEVENSBESCHERMING**
Mevr. M. Hooijberg

**KANTOORADRES**
Gebouw l'Arche Bleu
Overschiestraat 180
1062 XK Amsterdam
T. +31(0)20 - 67 68 676
F. +31(0)20 - 67 52 036
E. info@geerlingshofstede.nl

**CORRESPONDENTIEADRES**
Postbus 9144
1006 AC Amsterdam

**KANTOORUREN**
maandag t/m vrijdag
09.00 - 17.00 uur

BTW nr. NL002459954B01
KvK. nr. 55104622

**KWALITEITSREKENINGEN**
IBAN NL64 INGB 0000 5081 18
BIC INGBNL2A

IBAN NL88 INGB 0670 4643 76
BIC INGBNL2A

IBAN NL09 ABNA 0544 1053 11
BIC ABNANL2A

Alle werkzaamheden worden uitgevoerd in overeenstemming met de eisen uit de Algemene Verordening Gegevensbescherming (AVG). Op www.geerlingshofstede.nl/privacy kunt u onze privacyverklaring lezen.

Alle opdrachten worden aanvaard en uitgevoerd overeenkomstig onze algemene voorwaarden die zijn gedeponeerd ter griffie van de Rechtbank Amsterdam onder nummer 74/2016.

Arrondissementsparket Amsterdam
T.a.v. P.M.G. Dudink-den Hartog
Postbus 115
1000 AC Amsterdam

Dossiernummer: L2200457/MEY
Referentie: 2022008771
Datum: 7 april 2022
Inzake: STMICROELECTRONICS INTERN
Contact afdeling: losseopdracht@geerlingshofstede.nl | 020-5121625

Geachte mevrouw Dudink-den Hartog,

In bovengenoemde zaak doen wij u ingesloten het door ons uitgebrachte exploot toekomen.

De factuur is digitaal naar u verzonden.

Hoogachtend,

M. (Mathijs) van der Meij
Chef de Bureau

*Wij verzorgen uw ambtelijke opdrachten door heel Nederland, ook spoed!*

www.geerlingshofstede.nl              meer aandacht, meer resultaat




# Geerlings & Hofstede
GERECHTSDEURWAARDERS | JURISTEN | INCASSO

**GERECHTSDEURWAARDERS**
M.O. de Boer
Mr. F.A. Rippen

**TOEGEVOEGD GER. DEURW.**
Mevr. M Hooijberg
Mevr. R. Bakvis
D.B.D. Hogendorp
W.H.M. Heeremans
A. Pothof

**JURISTEN**
Mr. F.A. Rippen
W.P.M. van den Broek
M.A.J.A. Verhoeven

**CHEF DE BUREAU**
M. van der Meij

**MANAGER HUURINCASSO**
B.P. Saly

**FUNCTIONARIS GEGEVENSBESCHERMING**
Mevr. M. Hooijberg

**KANTOORADRES**
Gebouw l'Arche Bleu
Overschiestraat 180
1062 XK Amsterdam
T. +31(0)20 - 67 68 676
F. +31(0)20 - 67 52 036
E. info@geerlingshofstede.nl

**CORRESPONDENTIEADRES**
Postbus 9144
1006 AC Amsterdam

**KANTOORUREN**
maandag t/m vrijdag
09.00 - 17.00 uur

BTW nr. NL002459954B01
KvK. nr. 55104622

**KWALITEITSREKENINGEN**
IBAN NL64 INGB 0000 5081 18
BIC INGBNL2A

IBAN NL88 INGB 0670 4643 76
BIC INGBNL2A

IBAN NL09 ABNA 0544 1053 11
BIC ABNANL2A

Alle werkzaamheden worden uitgevoerd in overeenstemming met de eisen uit de Algemene Verordening Gegevensbescherming (AVG). Op www.geerlingshofstede.nl/privacy kunt u onze privacyverklaring lezen.



Alle opdrachten worden aanvaard en uitgevoerd overeenkomstig onze algemene voorwaarden die zijn gedeponeerd ter griffie van de Rechtbank Amsterdam onder nummer 74/2016



**KBvG**
KONINKLIJKE BEROEPSORGANISATIE VAN GERECHTSDEURWAARDERS

**L2200457** - OFFICIER VAN JUSTITIE / STMICROELECTRONIC
================================================================

Heden, de    *vierde*    april tweeduizend twee en twintig;

Op verzoek van **de Officier van Justitie in het Arrondissement Amsterdam**, zetelend te Amsterdam;

heb ik, WILHELMUS HENDRIKUS MARIA HEEREMANS, als toegevoegd gerechtsdeurwaarder werkzaam ten kantore van MARTEN OTTO DE BOER, gerechtsdeurwaarder te Amsterdam, beiden aldaar kantoorhoudende aan de Overschiestraat 180;

## AAN:
**de naamloze vennootschap STMicroelectronics International N.V.,** gevestigd en kantoorhoudende te (1118 BH) Schiphol, gemeente Haarlemmermeer, aan het adres Schiphol Boulevard 265, aldaar aan dat adres mijn exploot doende en afschrift dezes en van na te melden bescheiden latende aan:

voormeld adres in gesloten envelop met daarop de vermeldingen als wettelijk voorgeschreven, omdat ik aldaar niemand aantrof aan wie rechtsgeldig afschrift kon worden gelaten;

## BETEKEND:
een in de Nederlandse en Engelse taal gesteld stuk, inzake de daarin genoemde partijen. Ter aanduiding van de stukken is de eerste pagina van het betreffende stuk in dit exploot letterlijk geciteerd (door middel van een scan); respectievelijk pagina 2:

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
que la demande a été exécutée*

| — the (date) / le (date): | 4 april 2022 |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | Schiphol, Schipholboulevard 265 |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☒ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
by bailiff in a closed envelop

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | — |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | — |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

—

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| Documents returned:<br>Pièces renvoyées : | — |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | — |

* if appropriate / s'il y a lieu

| Done at / Fait à Amsterdam,<br>The / le 14 april 2022 | Signature and/or stamp<br>Signature et/ou cachet |
|---|---|

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

[Stamp: ARRONDISSEMENTSPARKET 'SGRAVENHAGE, Amsterdam, 21 FEB. 2022, NO. 1555]

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | De Officier van Justitie<br>Postbus 20302<br>2500 EH The Hague<br>NETHERLANDS<br>Tel: 31-0-70-381-1580   Fax: 31-0-70-381-2160 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**STMicroelectronics N.V.**
**WTC Schiphol Airport**
**Schiphol Blvd 265**
**1118 BH Luchthaven Schiphol, Amsterdam, Netherlands**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b).*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Hague "Summary" (2 pages)
*** Summons in a Civil Action
*** Plaintiff's Complaint for Patent Infringement, with Exhibits A-D
*** Civil Cover Sheet
*** First Amended Complaint for Patent Infringement, with Exhibit C

Done at Portland, Oregon, USA, the __11__ day of __Feb__, 2022.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

[Notary stamp: OFFICIAL STAMP, LYLE CELESTE INGALLS, NOTARY PUBLIC-OREGON, COMMISSION NO. 971979, MY COMMISSION EXPIRES MARCH 04, 2022]

[Signature: L. Celeste Ingalls]
**L. Celeste Ingalls**

\* Delete if inappropriate
  *Rayer les mentions inutiles*

\*\* Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462
\*\*\* with Dutch translation

Case 6:21-cv-00727-ADA-DTG Document 299 Filed 10/25/22 Page 7 of 8
Case 6:21-cv-00727-ADA Document 19-1 Filed 10/27/21 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**THE TRUSTEES OF PURDUE UNIVERSITY,**
*Plaintiff*

V.   Civil Action No. **6:21−CV−00727−ADA**

**STMICROELECTRONICS N.V., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **STMicroelectronics International N.V.
WTC Schiphol Airport, Schiphol Blvd 265
1118 BH Luchthaven Schiphol
Amsterdam, The Netherlands**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Samuel E. Joyner
> Shore Chan LLP
> 901 Main Street, Suite 3300
> Dallas, TX 75202**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/JENNIFER CLARK**
DEPUTY CLERK

**ISSUED ON 2021−10−27 11:59:39**

Civil Action No. 6:21–CV–00727–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐    I personally served the summons on the individual at *(place)* _____
    _____ on *(date)* _____ ; or

☐    I left the summons at the individual's resident or usual place of abode with *(name)* _____
    _____, a person of suitable age and discretion who resides there,
    on *(date)* _____, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* _____, who is
    designated by law to accept service of process on behalf of *(name of organization)* _____
    _____ on *(date)* _____ ; or

☐    I returned the summons unexecuted because _____ ; or

☐    Other (specify): _____
    _____
    _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                      _____
                                                                                  *Server's signature*

                                                                                  _____
                                                                                      *Printed name and title*

                                                                                  _____
                                                                                       *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____