#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>        Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff The Trustees of Purdue University ("Purdue") hereby moves the Court to enter default against Defendant STMicroelectronics International N.V. as follows:

1. Purdue filed its Original Complaint for Patent Infringement against Defendants STMicroelectronics N.V. and STMicroelectronics, Inc. on July 14, 2021. Dkt. 1.

2. On October 25, 2021, Purdue filed its First Amended Complaint, which added Defendant STMicroelectronics International N.V. as a named party. Dkt. 27.

3. The Court issued the Summons to Defendant STMicroelectronics International N.V. on October 27, 2021. Dkt. 29.

4. On October 28, 2021, Purdue filed a Motion for Leave to Effect Alternative Service, which Defendant STMicroelectronics International N.V. opposed on November 1, 2021, and the Court denied on November 18, 2021. *See* Dkts. 31, 35, 39 & 41.

5. On April 4, 2022, Defendant STMicroelectronics International N.V. was served with the Summons, Purdue's Original Complaint with attached Exhibits A-D, and Purdue's First Amended

1

Complaint with attached Exhibit C, including Dutch translations of the same, via the Hague Convention pursuant to Fed. R. Civ. P. 4(f) and 4(h)(2). *See* Dkt. 91.

6. Based on the date of service and pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant STMicroelectronics International N.V. was obligated to respond to the First Amended Complaint by April 24, 2022.

7. As of the filing of this Motion for Entry of Default, Defendant STMicroelectronics International N.V. has not filed an answer or any other responsive pleading.

8. Given the foregoing facts, Defendant STMicroelectronics International N.V. stands in default. Therefore, Purdue respectfully asks the Court to direct the Clerk of the Court to enter default against Defendant STMicroelectronics International N.V. pursuant to Fed. R. Civ. P. 55(a).

Dated: May 24, 2022

Respectfully submitted,

By: /s/ *Halima S. Ndai*
Mark D. Siegmund (SBN 24117055)
Craig D. Cherry (SBN 240124190)
**Steckler, Wayne, Cherry & Love PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com

Alfonso G. Chan (SBN 24012408)
Michael W. Shore (SBN 18294915)
Halima Shukri Ndai (SBN 24105486)
Raphael Chabaneix (SBN 24118352)
**Shore Chan LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
achan@shorechan.com
mshore@shorechan.com
hndai@shorechan.com

rchabaneix@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 24, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Halima S. Ndai*
Halima S. Ndai