# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC, <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is a Motion for Entry of Default filed by Plaintiff The Trustees of Purdue University. Plaintiff filed its Original Complaint on July 14, 2021. *See* Dkt. 1. On October 25, 2021, Plaintiff filed its First Amended Complaint, which added Defendant STMicroelectronics International N.V. as a named party. Dkt. 27. On April 4, 2022, Defendant STMicroelectronics International N.V. was duly served with the Summons, Plaintiff's Original Complaint with attached Exhibits A-D, and Plaintiff's First Amended Complaint with attached Exhibit C, including Dutch translations of the same, via the Hague Convention pursuant to Fed. R. Civ. P. 4(f) and 4(h)(2). Dkt. 91. To date, Defendant STMicroelectronics International N.V. has failed to answer or appear. Accordingly, the Court finds that Defendant STMicroelectronics International N.V. is in default.

In view of the foregoing, and pursuant to Fed. R. Civ. P. 55(a), the Court hereby GRANTS Plaintiffs' Motion and directs the Clerk of the Court to enter default against Defendant STMicroelectronics International N.V.

IT IS SO ORDERED.

1

**SIGNED** this _____ day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE
