# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 6:21-CV-00727-ADA<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that John M. Shumaker hereby enters his appearance as counsel of record on behalf of STMicroelectronics International N.V., and requests to receive service of all notices and service copies.

John M. Shumaker
CONNOR LEE & SHUMAKER PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.777.1254 Telephone
888.387.1134 Facsimile
john@clands.com

Dated: May 24, 2022　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/ John M. Shumaker*
　　　　　　　　　　　　　　　　　　　　　**CONNOR LEE & SHUMAKER PLLC**

John M. Shumaker
State Bar No. 24033069
John@clands.com
609 Castle Ridge Road,
Suite 450
Austin, Texas 78746
Tel. 512.777.1254
Fax. 888,387.1134

Li Chen*
TX Bar No. 24001142
lchen@LumensLawGroup.com
**Lumens Law Group PLLC**
8501 N. MacArthur Blvd. #631009
Irving, TX 75063
Phone:                214.627.9950
Fax: 214.627-9940

**PHV application to be submitted*

***Attorneys for Defendant STMicroelectronics International N.V.***

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action by the Court's ECF system on the 24th day of May, 2022.

                                                */s/ John M. Shumaker*
                                                John M. Shumaker