**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>Defendants. | Civil Action No. 6:21-CV-00727-ADA<br><br>**DEMAND FOR JURY TRIAL** |

# EXHIBIT C

| | |
|---|---|
| **From:** | Li Chen <Lchen@lumenslawgroup.com> |
| **Sent:** | Tuesday, May 24, 2022 4:36 PM |
| **To:** | Michael Shore; Alfonso Chan; Mark Siegmund; Halima Shukri Ndai; Max Ciccarelli; Cohen, Justin S (DFW - X61211); Sostek, Bruce S (DFW - X61234) |
| **Cc:** | Marlaina Wright |
| **Subject:** | RE: Purdue v. ST Int'l NV: Notice of Defective Service |

Hi Michael:

I'll share the below with my client. Whether ST-INT'L has been properly served, of course, is an issue over which the parties disagree. But it seems to me there are multiple ways to address this issue. For example (and I still need to vet this with my client), would it address your concern if ST-INT'L agreed to alternative email service on counsel?

Li Chen
Managing Director
Direct: 214.627.9955
LChen@LumensLawGroup.com



CONFIDENTIALITY STATEMENT. The information in this message, including attachments, is the confidential and/or proprietary information of Lumens Law Group PLLC (previously Chen Leftwich LLP) or its clients, or is otherwise protected by court order or regulatory authority. The information is intended solely for the individual(s) or entity(ies) named in the message. If you are not an intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply e-mail and then delete this e-mail from your system.

---

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Tuesday, May 24, 2022 4:24 PM
**To:** Li Chen <Lchen@lumenslawgroup.com>; Alfonso Chan <achan@shorechan.com>; Mark Siegmund <msiegmund@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>; Sostek, Bruce S (DFW - X61234) <Bruce.Sostek@hklaw.com>
**Cc:** Marlaina Wright <MWright@lumenslawgroup.com>
**Subject:** RE: Purdue v. ST Int'l NV: Notice of Defective Service

Li,

If ST International NV will formally stipulate that it has been effectively served with the Complaint, Purdue will withdraw the motion for default judgment and extend the answer/response date to May 30.

The issue of service must be off the table for the default to be withdrawn.

Michael

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone


-------- Original message --------
From: Li Chen <Lchen@lumenslawgroup.com>
Date: 5/24/22 3:29 PM (GMT-06:00)
To: Michael Shore <mshore@shorechan.com>, Alfonso Chan <achan@shorechan.com>, Mark Siegmund <msiegmund@shorechan.com>, Halima Shukri Ndai <hndai@shorechan.com>
Cc: Marlaina Wright <MWright@lumenslawgroup.com>
Subject: Purdue v. ST Int'l NV: Notice of Defective Service

CAUTION: External Email!
Dear counsel:

Please see the attached.

Best,
Li

Li Chen
Managing Director
Direct: 214.627.9955
LChen@LumensLawGroup.com



CONFIDENTIALITY STATEMENT. The information in this message, including attachments, is the confidential and/or proprietary information of Lumens Law Group PLLC (previously Chen Leftwich LLP) or its clients, or is otherwise protected by court order or regulatory authority. The information is intended solely for the individual(s) or entity(ies) named in the message. If you are not an intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply e-mail and then delete this e-mail from your system.