IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:21-cv-00727-ADA |
| STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC., | § § § § | **Jury Trial Demanded** |
| Defendants. | § § § | |

## ORDER

Pending before the Court is Plaintiff The Trustee of Purdue University's ("Purdue") Motion for Entry of Default against Defendant STMicroelectronics International N.V. ("ST-Int'l"), and ST-Int'l's Opposition. In its Motion Plaintiff asserts it has effectuated service against ST-Int'l through the Hague Convention. ST-Int'l disputes Plaintiff's assertion, points out that Plaintiff's attempted service was effected on a non-existent legal entity, and offers to accept alternate service (via email) on its U.S. counsel, Li Chen of Lumens Law Group PLLC (Lchen@LumensLawGroup.com). The Court, having considered the arguments of the parties, Orders that:

- Plaintiff Purdue's Motion is denied; and

- Plaintiff may effect alternative service on ST-Int'l via email on its U.S. counsel, Li Chen, at Lchen@LumensLawGroup.com.

SIGNED this _____ day of _____, 2022


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE