# EXHIBIT 2

| | |
|---|---|
| From: | Li Chen |
| To: | Michael Shore; Alfonso Chan; Mark Siegmund; Halima Shukri Ndai |
| Cc: | Marlaina Wright |
| Subject: | Purdue v. ST Int"l NV: Notice of Defective Service |
| Date: | Tuesday, May 24, 2022 3:29:54 PM |
| Attachments: | image001.png<br>0091 - Proof of Service of STNV.pdf<br>20220524 Ltr from L Chen re defective service.pdf<br>STM_Purdue - Letter to Bailiff (English translation)(pdf).pdf<br>2022-05-24 - STM_Purdue - Letter to Public Prosecutor (machine translation).pdf |

CAUTION: External Email!

Dear counsel:

Please see the attached.

Best,
Li

Li Chen
Managing Director
Direct: 214.627.9955
LChen@LumensLawGroup.com



CONFIDENTIALITY STATEMENT. The information in this message, including attachments, is the confidential and/or proprietary information of Lumens Law Group PLLC (previously Chen Leftwich LLP) or its clients, or is otherwise protected by court order or regulatory authority. The information is intended solely for the individual(s) or entity(ies) named in the message. If you are not an intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply e-mail and then delete this e-mail from your system.