# EXHIBIT 4

| From: | TXW_USDC_Notice@txwd.uscourts.gov |
|---|---|
| To: | cmecf_notices@txwd.uscourts.gov |
| Subject: | Activity in Case 6:21-cv-00727-ADA The Trustees of Purdue University v. STMicroelectronics N.V. et al Motion for Default Judgment |
| Date: | Tuesday, May 24, 2022 3:47:11 PM |

CAUTION: External Email!

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court [LIVE]

## Western District of Texas

## Notice of Electronic Filing

The following transaction was entered by Ndai, Halima on 5/24/2022 at 3:46 PM CDT and filed on 5/24/2022

| | |
|---|---|
| **Case Name:** | The Trustees of Purdue University v. STMicroelectronics N.V. et al |
| **Case Number:** | 6:21-cv-00727-ADA |
| **Filer:** | The Trustees of Purdue University |
| **Document Number:** | 94 |

**Docket Text:**
**MOTION for Default Judgment against STMicroelectronics International N.V. by The Trustees of Purdue University. (Attachments: # (1) Proposed Order)(Ndai, Halima)**

**6:21-cv-00727-ADA Notice has been electronically mailed to:**

Alfonso Garcia Chan     achan@shorechan.com, cjohnson@shorechan.com, paralegals@shorechan.com

Bruce S. Sostek     bruce.sostek@hklaw.com, amanda.seward@hklaw.com, iplitdocketing@hklaw.com

Chijioke E. Offor     coffor@shorechan.com, cjohnson@shorechan.com, paralegals@shorechan.com

Craig D. Cherry     craig@swclaw.com, jenn@swclaw.com, justin@swclaw.com

Halima Shukri Ndai     hndai@shorechan.com, cjohnson@shorechan.com,

paralegals@shorechan.com

Justin S. Cohen     justin.cohen@hklaw.com, iplitdocketing@hklaw.com,
zac.fisher@hklaw.com

Mark D. Siegmund     mark@swclaw.com, jenn@swclaw.com, mark@waltfairpllc.com,
melissa@swclaw.com

Massimo Ciccarelli     max@ciccarellilawfirm.com

Michael W. Shore     mshore@shorechan.com, cjohnson@shorechan.com,
paralegals@shorechan.com

Nadia Elena Haghighatian     nadia.haghighatian@hklaw.com, amanda.seward@hklaw.com,
iplitdocketing@hklaw.com

Raphael Denis Philippe Chabaneix     rchabaneix@shorechan.com, cjohnson@shorechan.com,
paralegals@shorechan.com

Richard L. Wynne , Jr    richard.wynne@hklaw.com, amanda.seward@hklaw.com,
iplitdocketing@hklaw.com

**6:21-cv-00727-ADA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/24/2022] [FileNumber=26754457-
0] [58d2bc5a3b1153022cf9df289aa2a279db34091f8e9447f3a11fc5291ab24285bd
2a1421a9f3e83509cbfe0146486c9fcd947a52506f74cee9718605ea7f21e3]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/24/2022] [FileNumber=26754457-
1] [5cee8f5b8f762d31e901f196d5c15b3979c296acae5f6f9906d263e3ab6fc5c235
d5aadfd3bde561c5423a1a6c06d8d475950fa74c04fce8f181e94e512c6df7]]