# EXHIBIT 5

| | |
|---|---|
| **From:** | Mark Siegmund |
| **To:** | Michael Shore |
| **Cc:** | Team-Purdue-ST |
| **Subject:** | FW: Purdue v. ST -- proposed stipulation re: ST Int"l |
| **Date:** | Tuesday, May 24, 2022 5:17:17 PM |
| **Attachments:** | Stipulation re Alternative Service.docx |

**CAUTION: External Email!**

Michael and Team,

Here is a proposed stipulation for your consideration. I think it accomplishes what we want (ST to be served and for them to answer) without having to spend weeks fighting about service, default judgment, etc. Let me know the team's thoughts/edits.

Sincerely,
Mark

**From:** Max Ciccarelli <max@CiccarelliLawFirm.com>
**Sent:** Tuesday, May 24, 2022 5:09 PM
**To:** Mark Siegmund <mark@swclaw.com>
**Subject:** Purdue v. ST -- proposed stipulation re: ST Int'l

Mark,

The text of the proposed stipulation is below. I hope this can get us past the parties' current dispute about whether service has been effectuated, and lets us focus on moving forward. I have yet to put it into a pleading form, but wanted to get you language asap. Thanks.

===Draft Stipulation===

Stipulation

Purdue has been going through the Hague Convention to serve STMicroelectronics International N.V. ("ST Int'l"). While the Parties disagree with respect to whether service has been effectuated, the Parties wish to move past this point. The Parties agree to alternative service on ST Int'l by electronic mail on its counsel Li Chen (Lchen@lumenslawgroup.com), and further agree that the date for ST Int'l to answer or otherwise respond is 21 days after such service.

===End Draft Stipulation===

I'll call you in 5 minutes.

**Max Ciccarelli**
Ciccarelli Law Firm
Office: 214-444-8869

Cell: 469-939-1598

Email: Max@CiccarelliLawFirm.com

Web: www.CiccarelliLawFirm.com

vCard