# EXHIBIT A



Bank of America Plaza
901 Main Street, Suite 3300
Dallas, TX, 75202
214-593-9110 Telephone
214-593-9111 Facsimile

THE TRUSTEES OF PURDUE UNIVERSITY,

    Plaintiff,

v.

STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,

    Defendants.

May 25, 2022

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 11/18/2021 | SEJ | Worked with attorney Halima Ndai regarding service of process research | 0.5 | 675.00 |
| 11/18/2021 | HSN | Worked with attorney Samuel E. Joyner regarding service of process research | 0.5 | 425.00 |
| 11/19/2021 | SEJ | Met with attorney Halima Ndai and paralegal Alicia Cary-Howell regarding service of process research | 0.5 | 675.00 |
| 11/19/2021 | AJCH | Met with attorneys Samuel E. Joyner and Halima Ndai regarding service of process research needed | 0.5 | 200.00 |
| 11/19/2021 | AJCH | Researched the international service of process rules and sent correspondence to process servers to get information | 2.5 | 200.00 |
| 11/19/2021 | HSN | Met with attorney Samuel E. Joyner and paralegal Alicia Cary-Howell regarding service of process research | 0.5 | 425.00 |
| 11/20/2021 | AJCH | Communicated with process servers regarding quotes | 1.0 | 200.00 |
| 11/22/2021 | HSN | Emailed with Alicia Cary-Howell regarding the process server search | 0.3 | 425.00 |
| 11/22/2021 | AJCH | Spoke with Natalie Sakamoto at Crowe Foreign Services regarding service through the Hague | 0.8 | 200.00 |
| 11/22/2021 | AGC | Reviewed and signed the invoice for service with Crowe Foreign Services | 0.2 | 700.00 |

May 25, 2022
Page 2

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 11/23/2021 | RKP | Collected and sent word versions of documents at the request of Crowe Foreign Services for translation | 0.5 | 200.00 |
| 1/11/2022 | AJCH | Emailed with Crowe Foreign Services to be updated on the status of the service of process | 0.2 | 200.00 |
| 1/13/2022 | AJCH | Searched for clearer pdfs at the request of Crowe Foreign Services for translations | 1.5 | 200.00 |
| 2/22/2022 | AJCH | Received update from Crowe Foreign Services regarding service of process | 0.2 | 200.00 |
| 5/19/2022 | AJCH | Emailed with Crowe Foreign Services to be updated on the status of the service of process | 0.2 | 200.00 |
| 5/20/2022 | AJCH | Received Certificate that STMicroelectronics International N.V. has been served | 0.2 | 200.00 |
| | | Hours: | 10.6 | |
| | | Total Fees: | | $3,100 |

**Summary**

| | | |
|---|---|---|
| AGC | Alfonso G. Chan | 0.2 hours at $700.00 per hour = $140.00 |
| SEJ | Samuel E. Joyner | 1.0 hours at $675.00 per hour = $675.00 |
| HSN | Halima Ndai | 1.8 hours at $425.00 per hour = $765.00 |
| AJCH | Alicia Cary-Howell | 7.1 hours at $200.00 per hour = $1,420.00 |
| RKP | Rhonda Polvado | 0.5 hours at $200.00 per hour = $100.00 |