IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>Defendants. | Case No. 6:21-cv-00727-ADA<br><br>**Jury Trial Demanded** |

# **ORDER**

On this day the Court considered Defendant STMicroelectronics International N.V.'s Motion for Leave to File a Sur-Reply ("Motion"). Having reviewed the documents, the governing law, and the file as a whole, the Court GRANTS the Motion.

IT IS FURTHER ORDERED that the Clerk is directed to enter the Sur-Reply attached to the foregoing Motion as Exhibit A on the docket.

Signed this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE