# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    PLAINTIFF,<br>V.<br><br>STMICROELECTRONICS N.V.; AND STMICROELECTRONICS, INC.<br><br>    DEFENDANTS. | 6:21-CV-00727<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Dina W. McKenney of Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201 appears as counsel of record for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V. in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

Dated: June 3, 2022                             Respectfully submitted:

                                      By: */s/ Dina W. McKenney*
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
   SBN 24087652
   Nadia.Haghighatian@hklaw.com
**Dina W. McKenney**
   SBN 24092809
   Dina.McKenney@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1386

**Max Ciccarelli**
   SBN 00787242
   max@ciccarellilawfirm.com

**CICCARELLI LAW FIRM**
   100 N. 6th Street, Suite 502
   Waco, Texas 76701
   214.444.8869

*Attorneys for Defendants*
**STMICROELECTRONICS, INC. AND
STMICROELECTRONICS N.V.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served on all counsel of record via ECF on June 3, 2022.

                                                      */s/ Dina W. McKenney*
                                                      Dina W. McKenney