IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No.  6:21-cv-00727<br><br>JURY TRIAL DEMAND |

**JOINT NOTICE REGARDING WITHDRAWAL OF ECF No. 94**

The Trustees of Purdue University ("Purdue") and STMicroelectronics International, N.V. ("ST Int'l") inform the Court that Purdue is withdrawing its Motion regarding default on ST Int'l (ECF No. 94) as moot because ST Int'l has now filed an Answer (ECF No. 101).

Dated: June 8, 2022

Respectfully submitted,

*/s/ Michael Shore*
Mark D. Siegmund (Texas Bar No. 24117055)
STECKLER WAYNE CHERRY & LOVE PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: 254-730-4421
mark@swclaw.com

Alfonso G. Chan (Texas Bar No. 24012408)
Michael W. Shore (Texas Bar No. 18294915)
Samuel E. Joyner (Texas Bar No. 24036865)
Halima Shukri Ndai (Texas Bar No. 24105486)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202

Telephone: 214-593-9110
Fax: 214-593-9111
achan@shorechan.com
mshore@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE UNIVERSITY***

Respectfully submitted:

By: */s/ Max Ciccarelli*
**Bruce S. Sostek**
    SBN 18855700
    Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
    SBN 24003214
    Richard.Wynne@hklaw.com
**Justin S. Cohen**
    SBN 24078356
    Justin.Cohen@hklaw.com
**Nadia E. Haghighatian**
    SBN 24087652
    Nadia.Haghighatian@hklaw.com

**HOLLAND & KNIGHT LLP**
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    214.969.1700

**Max Ciccarelli**
    SBN 00787242
    max@ciccarellilawfirm.com

**CICCARELLI LAW FIRM**
    100 N. 6th Street, Suite 502
    Waco, Texas 76701
    214.444.8869

*Attorneys for Defendant*
**STMICROELECTRONICS INTERNATIONAL N.V.**

**CERTIFICATE OF SERVICE**

I certify that this document is being served on counsel of record through the Court's ECF system.

/s/ *Max Ciccarelli*