IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.  6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

     Plaintiff hereby notifies the Court that Mu Lin Hsu of Shore Chan, LLP makes a formal entry of appearance in the above-styled and -numbered causes as counsel for Plaintiff The Trustees of Purdue University. The undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders be sent to him.

Dated: June 17, 2022                         Respectfully submitted,

                                                  */s/ Mu Lin Hsu*
                                                  Mark D. Siegmund (SBN 24117055)
                                                  Craig D. Cherry (SBN 240124190)
                                                  **STECKLER WAYNE CHERRY & LOVE PLLC**
                                                  8416 Old McGregor Road
                                                  Waco, Texas 76712
                                                  Tel: (254) 651-3690
                                                  Fax: (254) 651-3689
                                                  mark@swclaw.com
                                                  craig@swclaw.com

                        Alfonso G. Chan (SBN 24012408)
                        Michael W. Shore (SBN 18294915)
                        Chijioke E. Offor (SBN 24065840)
                        Halima Shukri Ndai (SBN 24105486)
                        Raphael Chabaneix (SBN 24118352)
                        Mu Lin Hsu (SBN 24106118)
                        **SHORE CHAN LLP**
                        901 Main Street, Suite 3300
                        Dallas, Texas 75202
                        Tel: (214) 593-9110
                        Fax: (214) 593-9111
                        achan@shorechan.com
                        mshore@shorechan.com
                        coffor@shorechan.com
                        hndai@shorechan.com
                        rchabaneix@shorechan.com
                        chsu@shorechan.com

                        ***COUNSEL FOR PLAINTIFF***
                        ***THE TRUSTEES OF PURDUE UNIVERSITY***

## **CERTIFICATE OF SERVICE**

     Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 17, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                          */s/ Mu Lin Hsu*
                                          Mu Lin Hsu