IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| The Trustees of Purdue University,<br><br>*Plaintiff*,<br><br>v.<br><br>STMicroelectronics N.V.,<br>STMicroelectronics Int'l N.V., and<br>STMicroelectronics, INC.,<br><br>*Defendants*. | Case No. 6:21–CV–727-ADA<br><br>Jury Trial Demanded |

### NOTICE OF APPEARANCE

Notice is hereby given that attorney Thomas N. Tarnay of the Tarnay Law Firm, 2103 Virginia Place, Plano, Texas 75094, appears as counsel of record for Defendant STMicroelectronics, Inc. in the above-referenced cause for purposes of receiving notices and orders from the Court.

Dated: June 28, 2022

Respectfully submitted:

*/s/ Thomas N. Tarnay*
Thomas N. Tarnay
 State Bar No. 24003032
Thomas Tarnay PLLC
2103 Virginia Place
Plano, Texas 75094
Tel: 214-395-8212
Email: ttarnay@tarnaylaw.com

*Counsel for STMicroelectronics, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2022, the foregoing document was served via ECF on counsel of record.

                                                                */s/ Thomas N. Tarnay*
                                                                Thomas N. Tarnay