# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| The Trustees of Purdue University<br><br>Plaintiff,<br><br>v.<br><br>STMicroelectronics N.V. and STMicroelectronics, Inc.,<br><br>Defendants. | Civil Action No. 6:21-cv-727<br><br>Patent Case<br><br>**Jury Trial Demanded** |

## DECLARATION OF DENISE TUINFORT-VAN DER WALLE

I, Denise Tuinfort, declare as follows:

1. I have been employed by STMicroelectronics N.V. since August 2018. I currently serve as Senior Legal Counsel at STMicroelectronics N.V. I have served in this position since August 2018. I am located in Amsterdam, The Netherlands.

2. I make the following statements based on my own personal knowledge and experiences, and on information available to me in my current position with STMicroelectronics N.V., and would and could testify thereto if sworn as a witness at trial.

3. In my position as Senior Legal Counsel at STMicroelectronics N.V., I am familiar with the corporate organization of STMicroelectronics N.V. (STNV).

4. STNV is incorporated under the laws of the Netherlands with its corporate legal seat in Amsterdam, The Netherlands.

5. STNV is a holding company. STNV does not manufacture, market, distribute, offer to sell, sell, import, export, transport, service products, or provide services in or to Texas or anywhere else in the United States.

6. Shares of STNV are listed and traded on the New York Stock Exchange, and

1

STNV maintains a registered agent in the State of New York solely for service of process related to its registration under the U.S. Securities Exchange Act of 1934, as amended. Otherwise, STNV does not conduct business anywhere in the United States and is not registered in any state to do so.

7. STNV does not publish, own, or operate any website.

8. STNV does not have offices or other facilities in Texas or anywhere else in the United States.

9. STNV does not own real estate in Texas or anywhere else in the United States.

10. STNV does not have bank accounts in Texas or anywhere else in the United States.

11. STNV is not registered to conduct business in Texas and does not have a registered agent for service of process in Texas.

12. STNV does not have employees in Texas or anywhere else in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 11 October 2021    By: [signature]

Location: Amsterdam    Denise Tuinfort