**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00727-ADA |
| STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC, | JURY TRIAL DEMANDED |
| Defendants. | |

**<u>NOTICE OF DISMISSAL OF DEFENDANT STMICROELECTRONICS N.V.</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff The Trustees of Purdue University, by and through its counsel, hereby voluntarily dismisses all the claims asserted against Defendant STMicroelectronics N.V., without prejudice. STMicroelectronics N.V. has not served an answer or a motion for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 14, 2022                    Respectfully submitted,

                                        By: /s/ Mark D. Siegmund
                                        Mark D. Siegmund (SBN 24117055)
                                        Craig D. Cherry (SBN 240124190)
                                        **STECKLER WAYNE CHERRY & LOVE PLLC**
                                        8416 Old McGregor Road
                                        Waco, Texas 76712
                                        Tel: (254) 651-3690
                                        Fax: (254) 651-3689
                                        mark@swclaw.com
                                        craig@swclaw.com

                                        Michael W. Shore (SBN 18294915)
                                        Chijioke E. Offor (SBN 24065840)
                                        Halima Shukri Ndai (SBN 24105486)
                                        Raphael Chabaneix (SBN 24118352)
                                        Mu Lin Hsu (SBN 24106118)
                                        **SHORE CHAN LLP**
                                        901 Main Street, Suite 3300
                                        Dallas, Texas 75202
                                        Telephone: (214) 593-9110
                                        Fax: (214) 593-9111
                                        mshore@shorechan.com
                                        coffor@shorechan.com
                                        hndai@shorechan.com
                                        rchabaneix@shorechan.com
                                        chsu@shorechan.com

                                        ***COUNSEL FOR PLAINTIFF***
                                        ***THE TRUSTEES OF PURDUE UNIVERSITY***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that, on July 14, 2022, all counsel of record who have appeared in this case are being served with

a copy of the foregoing via the Court's CM/ECF system.

                                        /s/ Mark D. Siegmund
                                        Mark D. Siegmund