IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## ORDER

On June 28, 2022, Defendant STMicroelectronics, Inc. ("ST") requested—and the Court conducted—a hearing regarding Plaintiff the Trustees of Purdue University's ("Purdue") Objections and Responses to ST's First Set of Interrogatories. Having considered the arguments of counsel, the Court rules as follows:

1. By July 31, 2022, ST and Purdue shall supplement their initial disclosures to identify all companies and persons they reasonably anticipate having relevant knowledge of the claims and defenses in this matter. The parties shall confer regarding any subsequent request to amend their respective disclosures. Absent good cause, no party shall call as a witness at trial any person not identified on its initial disclosures by July 31, 2022.

2. Purdue shall produce the license agreement it is currently negotiating—as identified at the hearing—as soon as the agreement is executed.

Order – Page 1

3.   Additionally, within 14 days of the date of this Order, the parties shall produce all license agreements within their possession that both: have an effective date of January 1, 2003 or later; and cover patents with claims directed to power MOSFETs or silicon carbide transistors.

SIGNED this 15th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**Order – Page 2**