# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>       Plaintiff,<br>   v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>       Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW AS COUNSEL

Alfonso G. Chan hereby moves this Court for an order, pursuant to Local Rule AT-3, allowing his withdrawal as counsel for Plaintiff. Other attorneys including Michael W. Shore, Chijioke E. Offor, Halima Shukri Ndai, and Raphael Chabaneix, of Shore Chan LLP, and Mark D. Siegmund and Craig D. Cherry of Steckler Wayne Cherry & Love, PLLC, currently represent Plaintiff and will remain on the case. Mr. Chan seeks to withdraw from this case because he is leaving Shore Chan LLP, and this motion is not sought for the purposes of delay.

| | |
|---|---|
| Dated: July 15, 2022 | */s/ Mark D. Siegmund*<br>Mark D. Siegmund (SBN 24117055)<br>Craig D. Cherry (SBN 240124190)<br>**STECKLER WAYNE CHERRY & LOVE PLLC**<br>8416 Old McGregor Road<br>Waco, Texas 76712<br>Tel: (254) 651-3690<br>Fax: (254) 651-3689<br>mark@swclaw.com<br>craig@swclaw.com<br><br>Michael W. Shore (SBN 18294915)<br>Chijioke E. Offor (SBN 24065840)<br>Halima Shukri Ndai (SBN 24105486)<br>Raphael Chabaneix (SBN 24118352)<br>Mu Lin Hsu (SBN 24106118)<br>**SHORE CHAN LLP**<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: (214) 593-9110<br>Fax: (214) 593-9111<br>mshore@shorechan.com<br>coffor@shorechan.com<br>hndai@shorechan.com<br>rchabaneix@shorechan.com<br>chsu@shorechan.com<br><br>*COUNSEL FOR PLAINTIFF*<br>*THE TRUSTEES OF PURDUE UNIVERSITY* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the electronic mail on July 15, 2022.

/s/ *Mark D. Siegmund*