# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>   Plaintiff,<br> v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>   Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW ALFONSO G. CHAN AS COUNSEL

Having considered the unopposed motion to withdraw Alfonso G. Chan as counsel for Plaintiff herein, the Court hereby grants the motion and Alfonso G. Chan is withdrawn as counsel.

IT IS SO ORDERED.