IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> STMICROELECTRONICS N.V., ET AL., <br><br> Defendants. | NO. 6:21–CV–727–ADA <br><br> JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Nadia Haghighatian seeks leave to withdraw as counsel for Defendants STMicroelectronics, Inc., STMicroelectronics N.V., and STMicroelectronics International N.V.[1] Ms. Haghighatian is resigning her position at Holland & Knight LLP. Bruce Sostek, Richard Wynne, Justin Cohen, and Dina McKenney of Holland & Knight; Max Ciccarelli of Ciccarelli Law Firm; and Thomas Tarnay of Thomas Tarnay PLLC have appeared on behalf of STMicroelectronics, Inc., STMicroelectronics N.V., and/or STMicroelectronics International N.V., and will continue to undertake their representation in this matter. Ms. Haghighatian has conferred with counsel for Plaintiff about this request, and Plaintiff does not oppose this Motion.

Therefore, Nadia Haghighatian respectfully request that this Court allow her to withdraw as counsel of record for STMicroelectronics, Inc., STMicroelectronics N.V., and STMicroelectronics International N.V., and to remove her from the list of attorneys authorized to receive ECF notifications in this matter.

---

[1] Plaintiff voluntarily dismissed all claims asserted against STMicroelectronics N.V. on July 14, 2022. *See* ECF No. 116.

Dated: July 15, 2022                      Respectfully submitted:

                                             By: */s/ Nadia E. Haghighatian*
                                             **Nadia E. Haghighatian**
                                               SBN 24087652
                                               Nadia.Haghighatian@hklaw.com

                                              **HOLLAND & KNIGHT LLP**
                                               One Arts Plaza
                                               1722 Routh St., Suite 1500
                                               Dallas, Texas 75201
                                               214.969.1700

                                               **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that on July 15, 2022, I conferred with Michael Shore, counsel for Plaintiff, regarding the relief requested in this Motion. Counsel represented that Plaintiff is unopposed to the requested relief.

                                               */s/ Nadia E. Haghighatian*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2022, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court, which will send notification of such filing to all counsel of record.

                                               */s/ Nadia E. Haghighatian*