IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>      Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANT STMICROELECTRONICS N.V.'S SECOND RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

In light of Plaintiff's Notice of Dismissal of Defendant STMicroelectronics N.V. (Dkt. 116), STMicroelectronics N.V.'s Second Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 111) is moot.

Dismissal pursuant to Rule 41(a)(1)(A)(i) is "immediately self-effectuating" and requires no response from the Court or the opposing party. *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010); *see also Int'l Driver Training Inc. v. J-BJRD Inc.*, 202 F. App'x 714, 715 (5th Cir. 2006) ("[A] plaintiff's right to file a notice of dismissal under Rule 41(a)(1)(A)(i) before the service of an answer or motion for summary judgment is absolute and unconditional.").

1

Dated: July 15, 2022                    Respectfully submitted,

                                               By: /s/ *Mark D. Siegmund*
Mark D. Siegmund (SBN 24117055)
Craig D. Cherry (SBN 240124190)
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
Raphael Chabaneix (SBN 24118352)
Mu Lin Hsu (SBN 24106118)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
coffor@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com
chsu@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 15, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                     /s/ *Mark D. Siegmund*
                                                     Mark D. Siegmund