IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    PLAINTIFF,<br>v.<br><br>STMICROELECTRONICS N.V.; STMICROELECTRONICS INTERNATIONAL N.V. AND STMICROELECTRONICS, INC.<br><br>    DEFENDANTS. | 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

Notice is hereby given that attorney Catherine L. Reynolds of Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201 appears as counsel of record for Defendant STMicroelectronics, Inc. in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

| | |
|---|---|
| Dated: July 25, 2022 | Respectfully submitted: |

By: */s/ Catherine L. Reynolds*
**Bruce S. Sostek**
  SBN 18855700
  Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
  SBN 24003214
  Richard.Wynne@hklaw.com
**Justin S. Cohen**
  SBN 24078356
  Justin.Cohen@hklaw.com
**Catherine L. Reynolds**
  SBN 24107599
  Catherine.Reynolds@hklaw.com
**Dina W. McKenney**
  SBN 24092809
  Dina.McKenney@hklaw.com

**HOLLAND & KNIGHT LLP**
  One Arts Plaza
  1722 Routh St., Suite 1500
  Dallas, Texas 75201
  214.969.1386

**Max Ciccarelli**
  SBN 00787242
  max@ciccarellilawfirm.com

**CICCARELLI LAW FIRM**
  100 N. 6th Street, Suite 502
  Waco, Texas 76701
  214.444.8869

*Attorneys for Defendant*
**STMICROELECTRONICS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served on all counsel of record via ECF on July 25, 2022.

*/s/ Catherine L. Reynolds*
Catherine L. Reynolds

2