IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V. and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff The Trustees of Purdue University hereby moves the Court for an order withdrawing Mu Lin Hsu and Raphael Chabaneix as counsel for Plaintiff pursuant to Local Rule AT-3. Other attorneys including Michael W. Shore, Chijioke E. Offor, and Halima Shukri Ndai of Shore Chan LLP, and Mark D. Siegmund and Craig D. Cherry of Steckler Wayne Cherry & Love, PLLC, currently represent Plaintiff and will remain on the case.

Therefore, the undersigned counsel respectfully requests that the Court grant this motion, permit Mu Lin Hsu and Raphael Chabaneix to withdraw as counsel for Plaintiff and remove Mu Lin Hsu and Raphael Chabaneix from the list of persons authorized to receive electronic notices in this case.

Dated: July 28, 2022                            Respectfully submitted,

                                                           */s/ Halima Shukri Ndai*
                                                           Mark D. Siegmund (SBN 24117055)
                                                           Craig D. Cherry (SBN 240124190)
                                                           **STECKLER WAYNE CHERRY & LOVE**
                                                           **PLLC**

        8416 Old McGregor Road
        Waco, Texas 76712
        Tel: (254) 651-3690
        Fax: (254) 651-3689
        mark@swclaw.com
        craig@swclaw.com

        Michael W. Shore (SBN 18294915)
        Chijioke E. Offor (SBN 24065840)
        Halima Shukri Ndai (SBN 24105486)
        **SHORE CHAN LLP**
        901 Main Street, Suite 3300
        Dallas, Texas 75202
        Tel: (214) 593-9110
        Fax: (214) 593-9111
        mshore@shorechan.com
        coffor@shorechan.com
        hndai@shorechan.com

        *COUNSEL FOR PLAINTIFF*
        *THE TRUSTEES OF PURDUE UNIVERSITY*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 28, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                          */s/ Halima Shukri Ndai*