IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V. and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.  6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the unopposed motion to withdraw Mu Lin Hsu and Raphael Chabaneix as counsel for Plaintiff herein, the Court hereby grants the motion.

IT IS SO ORDERED.