**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>            Plaintiff,<br>    v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>            Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court having been informed that Plaintiff has disclaimed U.S. Patent No. 8,035,112 (the "'112 patent") in its entirety, hereby dismisses all claims and counterclaims asserted in this action related to the '112 patent as moot.

IT IS SO ORDERED.

1