IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS N.V., ET AL.,<br><br>Defendants. | NO. 6:21–CV–727–ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS RELATED TO THE '112 PATENT

Based on Purdue's response, the only dispute is whether Purdue's infringement claim for the '112 patent should be dismissed with or without prejudice. Purdue admits that there is no longer a case or controversy involving the '112 Patent, yet asks the Court for a dismissal ***without*** prejudice. Purdue's position is nonsensical because Purdue admits that "there can be no reasonable expectation that Purdue will re-assert its withdrawn infringement allegations or that ST will infringe claims that never existed." Resp. at 2. As Defendants explained, when a patentee disclaims an asserted patent, its infringement claims involving that patent become moot and must be dismissed with prejudice. This was precisely what happened in *Stragent LLC v. BMW of N. Am., LLC*, No. 6:16-CV-446-RWS-KNM, 2019 WL 3315460, at *3 (E.D. Tex. June 10, 2019), where the Court dismissed the plaintiff's claims ***with prejudice*** for lack of subject matter jurisdiction (*report and recommendation adopted*, No. 6:16-CV-446-RWS-KNM, 2019 WL 3304703 (E.D. Tex. July 23, 2019)). The Parties agree that the case is moot. The Court should dismiss Purdue's infringement claims with prejudice.

August 10, 2022                    Respectfully submitted:

By:    */s/ Justin S. Cohen*
**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Dina W. McKenney**
   SBN 24092809
   Dina.McKenney@hklaw.com
**Catherine L. Reynolds**
   SBN 24107599
   Cate.Reynolds@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**Max Ciccarelli**
   SBN 00787242
   max@ciccarellilawfirm.com

**CICCARELLI LAW FIRM**
   100 N. 6th Street, Suite 502
   Waco, Texas 76701
   214.444.8869

**Thomas N. Tarnay**
   SBN 24003032
   ttarnay@tarnaylaw.com

**THOMAS TARNAY PLLC**
   2103 Virginia Place
   Plano, Texas 75094
   214.395.8212

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS, INC. AND STMICROELECTRONICS INTERNATIONAL N.V.**

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2022, the foregoing document was served via electronic mail on counsel of record for Plaintiff.

/s/ *Justin S. Cohen*
Justin Cohen