# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC, <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF MICHAEL W. SHORE

I, Michael W. Shore, declare as follows:

1. I am a founder of and partner at The Shore Firm and lead counsel of record for Plaintiff The Trustees of Purdue University ("Purdue") in the above-captioned matter. I am over 21 years of age and am competent to make this declaration. All the statements set forth herein are true and correct and are based upon my personal knowledge or a reasonable investigation sufficient to reach the conclusions presented.

2. On or around June 30, 2022, Alfonso Chan, a founding and managing partner of Shore Chan LLP ("Shore Chan"), as well as counsel of record for Purdue, left Shore Chan to join another law firm. As of July 18, 2022, Mu Lin Hsu and Raphael Chabaneix also left Shore Chan. By July 29, 2022, others followed, including two partners.

3. Due to the departure of Mr. Chan, the firm was restructured and became The Shore Firm on August 1, 2022.

4. The Shore Firm is associating with Susman Godfrey LLP to assist in prosecuting this matter. New counsel will be joining the case soon.

1

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 15, 2022                                  */s/ Michael W. Shore*
                                                        Michael W. Shore

2