# EXHIBIT 1

| | |
|---|---|
| **From:** | Cohen, Justin S (DFW - X61211) |
| **To:** | Michael Shore |
| **Cc:** | STPurdueHKService; John Lahad; Max Ciccarelli; Thom Tarnay; Brian Melton; Bustamante, Bryan J (DFW - X61364); Halima Shukri Ndai; Mark Siegmund; Alicia Cary-Howell; Team-Purdue-ST |
| **Subject:** | RE: Purdue v. STMicroelectronics - Purdue"s Requested Extension |
| **Date:** | Monday, August 8, 2022 5:30:11 PM |

CAUTION: External Email!

Michael - ST cannot agree to a 60-day extension. We can agree to a 30-day extension and revisit as needed down the road.

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

**From:** Michael Shore <mshore@shorefirm.com>
**Sent:** Monday, August 8, 2022 3:25 PM
**To:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; John Lahad <jlahad@SusmanGodfrey.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Thom Tarnay <ttarnay@tarnaylaw.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Bustamante, Bryan J (DFW - X61364) <Bryan.Bustamante@hklaw.com>; Halima Shukri Ndai <hndai@shorefirm.com>; mark <mark@swclaw.com>; Alicia Cary-Howell <acary-howell@shorefirm.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>
**Subject:** RE: Purdue v. STMicroelectronics - Purdue's Requested Extension

*[External email]*
Another grounds for the extension is my trial date in November on the UT v Boston Scientific case.

**From:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Monday, August 8, 2022 3:18 PM
**To:** Michael Shore <mshore@shorefirm.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; John Lahad <jlahad@SusmanGodfrey.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Thom Tarnay <ttarnay@tarnaylaw.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Bustamante, Bryan J (DFW - X61364) <Bryan.Bustamante@hklaw.com>; Halima Shukri Ndai <hndai@shorefirm.com>; Mark Siegmund <mark@swclaw.com>; Alicia Cary-Howell <acary-howell@shorefirm.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>
**Subject:** Purdue v. STMicroelectronics - Purdue's Requested Extension

CAUTION: External Email!
Michael - we have discussed Purdue's request to extend the case schedule. ST can agree to a 30-day extension of all upcoming deadlines, and we are open to discussing new deadlines for final infringement and invalidity contentions. I understand that Purdue is requesting a lengthier extension. In our view, it seems more prudent to start with a shorter extension and see if we need to

extend the schedule further down the road. As you know, this case is now down to a single asserted claim from 1 patent. Discovery currently closes on 11/21, so with a 1 month extension, we will have 5 months from now to complete discovery.

If that is agreeable, please send us a draft joint motion with the proposed new deadlines and proposed trial date.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.