# EXHIBIT 2

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Max Ciccarelli |
| **Cc:** | Team-Purdue-ST; John Lahad; Brian Melton |
| **Subject:** | RE: I sent you a new link for today"s call because Justin can"t make it. Join my meeting instead. |
| **Date:** | Monday, August 1, 2022 7:57:41 AM |

Max,

Let me know when you are ready to talk again to finish up the conferencing on discovery and the scheduling issues.

Michael

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Friday, July 29, 2022 2:44 PM
**To:** Max Ciccarelli <max@CiccarelliLawFirm.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorechan.com>
**Subject:** RE: I sent you a new link for today's call because Justin can't make it. Join my meeting instead.

See attached.

Get back to me on the 90 day extension.

Let's talk again next Wednesday.

Reverse Engineering on their die we need, and nothing we do not.

**From:** Max Ciccarelli <max@CiccarelliLawFirm.com>
**Sent:** Friday, July 29, 2022 2:03 PM
**To:** Michael Shore <mshore@shorechan.com>
**Subject:** I sent you a new link for today's call because Justin can't make it. Join my meeting instead.

CAUTION: External Email!
**Click here to join the meeting**

**Max Ciccarelli**
Ciccarelli Law Firm
Cell: 469-939-1598
Email: Max@CiccarelliLawFirm.com
Web: www.CiccarelliLawFirm.com
vCard