# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

The Court, having considered Plaintiff's Motion to Modify the Scheduling Order, and all associated briefing, supporting documents, and evidence, HEREBY ORDERS that the Motion should be GRANTED.

Accordingly, it is ORDERED that the following schedule will govern deadlines up to and including the trial of this matter:

| New Date | Event |
|---|---|
| 10/13/2022 | Plaintiff shall file all amended or supplemental pleadings. Any such amended or supplemental pleadings shall be particularized and constitute Plaintiff's contentions for trial. After this date, leave of Court is required for any amendment to infringement contentions. This deadline does not relieve Plaintiff of its obligation to seasonably amend if new information is identified after initial contentions. |
| 11/14/2022 | Defendants shall respond to Plaintiff's amended or supplemental pleadings. Any such amended or supplemental pleadings shall be particularized and constitute Defendants' contentions for trial. After this date, leave of Court is required for any amendment to invalidity contentions. This deadline does not relieve Defendants of their obligation to seasonably amend if new information is identified after initial contentions. |

1

| New Date | Event |
|---|---|
| 1/23/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 2/21/2023 | Close of Fact Discovery. |
| 3/9/2023 | Opening Expert Reports. |
| 4/12/2023 | Rebuttal Expert Reports. |
| 4/26/2023 | Close of Expert Discovery. |
| 4/24/2023 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 5/8/2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| 5/15/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 5/30/2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 6/5/2023 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 6/12/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 6/19/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |

| New Date | Event |
|---|---|
| 6/29/2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 7/3/2023 | Final Pretrial Conference. |
| 7/24/2023 | Jury Selection/Trial. |

SIGNED this _____ day of _____, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE