## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,** | § § § | |
| *Plaintiff,* | § | |
| *v.* | § § | **Case No. 6:21-CV-00727-ADA** |
| **STMICROELECTRONICS N.V. et al.,** | § § § | |
| *Defendants.* | § § | |

### LIMITED REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the following disputes are referred to United States Magistrate Judge Derek T. Gilliland:

- The discovery dispute submitted to the Court via email August 9, 2022;

- The discovery dispute submitted to the Court via email August 12, 2022; and

- The opposed motion to dismiss at ECF No. 124.

**SIGNED** this 15th day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE