UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., THE TRUSTEES OF PURDUE UNIVERSITY | §<br>§<br>§   NO:  WA:21-CV-00727-ADA<br>§<br>§<br>§ |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM for purposes of limited referral on Tuesday August 23, 2022 at 03:00 PM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 18th day of August, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE