# EXHIBIT A

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Sunday, July 17, 2022 4:34 PM
**To:** Max Ciccarelli <Max@CiccarelliLawFirm.com>
**Cc:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Subject:** Additional Law Firm


*[External email]*

Max,


Some Shore Chan lawyers will be withdrawing from the ST case to go to McKool Smith. They are being replaced by Susman Godfrey lawyers. The Shore Law Firm (new name, same legal entity) and Susman Godfrey will be joint venturing the case going forward.


Does ST oppose the withdrawal of any current Shore Chan attorneys? Please let me know by Wednesday.


Call with any questions.


Michael


Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone