# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Cohen, Justin S (DFW - X61211) |
| **Cc:** | Sostek, Bruce S (DFW - X61234); Max Ciccarelli; Team-Purdue-ST; STPurdueHKService; Thom Tarnay |
| **Subject:** | RE: Purdue v ST |
| **Date:** | Tuesday, July 26, 2022 3:30:53 PM |

*[External email]*
This will take some time, as Susman Godfrey will be appearing soon. I will need to check a lot of calendars, and August is vacation month. I will do my best, but 2 weeks is likely when I can get back to you on all of these.


Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone


-------- Original message --------
From: "Cohen, Justin S (DFW - X61211)" <Justin.Cohen@hklaw.com>
Date: 7/26/22 3:27 PM (GMT-06:00)
To: Michael Shore <mshore@shorechan.com>
Cc: "Sostek, Bruce S (DFW - X61234)" <Bruce.Sostek@hklaw.com>, Max Ciccarelli <Max@CiccarelliLawFirm.com>, Team-Purdue-ST <Team-Purdue-ST@shorechan.com>, STPurdueHKService <STPurdueHKService@hklaw.com>, Thom Tarnay <ttarnay@tarnaylaw.com>
Subject: RE: Purdue v ST

CAUTION: External Email!
Michael - we request dates in August for the following depositions. I expect several of these to be short, so if you'd like, we can schedule several to have 2 in one day, one in the morning and one in the afternoon. Also, please let us know if Dr. Saha has returned from India, and if so, where she will be located for her deposition. We are certainly open to discussing the locations of these depositions for the convenience of everyone involved. So please let us know if you and the witnesses have any suggested locations.

1. Sonny Beck
2. Vanessa Castagna
3. Dr. Saha
4. Abhijit Karve
5. Charlie Pruitt
6. Will Buchanan
7. Matt Halladay
8. Parag Vasekar
9. Andrew Umlauf
10. Bindu Komalavally

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Monday, July 25, 2022 8:45 AM
**To:** Team-Purdue-ST <Team-Purdue-ST@shorechan.com>; Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Sostek, Bruce S (DFW - X61234) <Bruce.Sostek@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>
**Subject:** Purdue v ST

*[External email]*
Please provide a time on Thursday to conference on all outstanding discovery issues, including ST's refusal to provide dates for witnesses in Sicily, not a week, but the actual dates for each witness. You stated last week that you would be available on Thursday, so no more delays in the comprehensive conference. Purdue will be ready to conference on any issues ST may have as well.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.