# EXHIBIT C

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Cohen, Justin S (DFW - X61211) |
| **Cc:** | STPurdueHKService; Team-Purdue-ST; John Lahad; Brian Melton; Halima Shukri Ndai |
| **Subject:** | RE: Purdue v. ST - draft dismissal of the "112 Patent |
| **Date:** | Wednesday, August 3, 2022 5:47:56 PM |

*[External email]*
Since when has ST been worried about efficiency?

Let me think about it and consult with my co-counsel. We will get back to you by Friday.

**From:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Wednesday, August 3, 2022 5:42 PM
**To:** Michael Shore <mshore@shorefirm.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>; John Lahad <jlahad@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Halima Shukri Ndai <hndai@shorefirm.com>
**Subject:** RE: Purdue v. ST - draft dismissal of the '112 Patent

CAUTION: External Email!
Thanks Michael - Purdue's operative pleading asserts infringement of the '112 patent. Similarly, ST is asserting counterclaims directed to the '112 patent. We think the most efficient path is a stipulation of dismissal of all '112 patent claims and counterclaims.

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993

Add to address book | View professional biography

**From:** Michael Shore <mshore@shorefirm.com>
**Sent:** Wednesday, August 3, 2022 5:38 PM
**To:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>; John Lahad <jlahad@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Halima Shukri Ndai <hndai@shorefirm.com>
**Subject:** RE: Purdue v. ST - draft dismissal of the '112 Patent

*[External email]*
This is unnecessary.  If you think otherwise, please state why. We are not going to be asserting any of the claims from the '112 patent going forward. I just want to understand why you think this is somehow required.

**From:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Wednesday, August 3, 2022 5:32 PM
**To:** Michael Shore <mshore@shorefirm.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>; John Lahad <jlahad@SusmanGodfrey.com>; Brian Melton