# EXHIBIT E

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Cohen, Justin S (DFW - X61211) |
| **Cc:** | STPurdueHKService; John Lahad; Max Ciccarelli; Thom Tarnay; Brian Melton; Bustamante, Bryan J (DFW - X61364); Halima Shukri Ndai; mark; Alicia Cary-Howell; Team-Purdue-ST |
| **Subject:** | RE: Purdue v. STMicroelectronics - Purdue"s Requested Extension |
| **Date:** | Monday, August 8, 2022 3:24:48 PM |

*[External email]*

Justin,

Unless ST agrees to the 60 days, we are going to move for 90. Let me know by close of business tomorrow.

Shukri, prepare the motion.

Grounds are (1) the delays in discovery – we do not even have a final list of products that include SiC MOSFETs, sales figures for all of the products or the process flows matched to every product; (2) change in counsel due to Alfonso Chan, Will Ellerman, Ari Rafilson, Chris Hsu, Raphael Chabineaux and Joseph Micelli leaving the Firm for McKool Smith on short notice; and (3) the addition of new counsel. State in the certificate of conference that ST would agree to 30 days, but was open to another extension if it proved necessary. We think one is necessary now and do not want to come back to the Court asking for another one later. Attach Justin's email below as an exhibit.

We could get it done in 60 days with cooperation from ST, but we are not going to be able to do it in 30 days based on the lack of cooperation to date.

Michael

---

**From:** Cohen, Justin S (DFW - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Monday, August 8, 2022 3:18 PM
**To:** Michael Shore <mshore@shorefirm.com>
**Cc:** STPurdueHKService <STPurdueHKService@hklaw.com>; John Lahad <jlahad@SusmanGodfrey.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Thom Tarnay <ttarnay@tarnaylaw.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Bustamante, Bryan J (DFW - X61364) <Bryan.Bustamante@hklaw.com>; Halima Shukri Ndai <hndai@shorefirm.com>; Mark Siegmund <mark@swclaw.com>; Alicia Cary-Howell <acary-howell@shorefirm.com>; Team-Purdue-ST <Team-Purdue-ST@shorechan.com>
**Subject:** Purdue v. STMicroelectronics - Purdue's Requested Extension

CAUTION: External Email!
Michael - we have discussed Purdue's request to extend the case schedule. ST can agree to a 30-day extension of all upcoming deadlines, and we are open to discussing new deadlines for final infringement and invalidity contentions. I understand that Purdue is requesting a lengthier extension. In our view, it seems more prudent to start with a shorter extension and see if we need to

extend the schedule further down the road. As you know, this case is now down to a single asserted claim from 1 patent. Discovery currently closes on 11/21, so with a 1 month extension, we will have 5 months from now to complete discovery.

If that is agreeable, please send us a draft joint motion with the proposed new deadlines and proposed trial date.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.