IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. AND STMICROELECTRONICS, INC.,<br><br>Defendants. | No. 6:21–CV–727–ADA<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER REGARDING MOTION TO MODIFY SCHEDULING ORDER

Before the Court is Plaintiff's Motion to Modify Scheduling Order. Having considered the motion and the response, the Court is of the opinion that the motion should be, and hereby is, **GRANTED-IN-PART**. The deadlines in this case which have not lapsed shall be extended by 30 days.

It is therefore **ORDERED** that all remaining deadlines in this case are hereby extended by 30 days.

**IT IS SO ORDERED**:

Dated: _____, 2022

_____
United States District Judge