IN THE UNITED STAETS DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>　　　　Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Notice is hereby given that attorney John P. Lahad of Susman Godfrey L.L.P., 1000 Louisiana, Suite 5100, Houston, TX 77002 appears as counsel of record for Plaintiff, The Trustees of Purdue University, in the above-numbered and styled cause. The undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders be sent to him.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ John P. Lahad

　　　　　　　　　　　　　　　　　　Michael W. Shore (SBN 18294915)
　　　　　　　　　　　　　　　　　　Chijioke E. Offor (SBN 24065840)
　　　　　　　　　　　　　　　　　　Halma Shukri Ndai (SBN 24105486)
　　　　　　　　　　　　　　　　　**The Shore Firm**
　　　　　　　901 Main Street, Suite 3300
　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　Tel: (214) 593-9110
　　　　　　　　　　　　　　　　　　Fax: (214) 593-9111
　　　　　　　　　　　　　　　　　　mshore@shorefirm.com

coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
**Susman Godfrey L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel:  (713) 651-9366
Fax:  (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com

Mark D. Siegmund (SBN 24117055)
Craig D. Cherry (SBN 240124190)
**Steckler, Wayne, Cherry & Love PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com

COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE UNIVERSITY

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 26, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/  John P. Lahad
John P. Lahad