IN THE UNITED STAETS DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

Notice is hereby given that attorney Brian D. Melton of Susman Godfrey L.L.P., 1000 Louisiana, Suite 5100, Houston, TX 77002 appears as counsel of record for Plaintiff, The Trustees of Purdue University, in the above-numbered and styled cause. The undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders be sent to him.

Respectfully submitted,

/s/ Brian D. Melton

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halma Shukri Ndai (SBN 24105486)
**The Shore Firm**
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com

coffor@shorefirm.com
    hndai@shorefirm.com

    Brian D. Melton (SBN 24010620)
    John P. Lahad (SBN 24068095)
    **Susman Godfrey L.L.P.**
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Tel:  (713) 651-9366
    Fax:  (713) 654-6666
    bmelton@susmangodfrey.com
    jlahad@susmangodfrey.com

    Mark D. Siegmund (SBN 24117055)
    Craig D. Cherry (SBN 240124190)
    **Steckler, Wayne, Cherry & Love PLLC**
    8416 Old McGregor Road
    Waco, Texas 76712
    Tel: (254) 651-3690
    Fax: (254) 651-3689
    mark@swclaw.com
    craig@swclaw.com

    COUNSEL FOR PLAINTIFF
    THE TRUSTEES OF PURDUE UNIVERSITY

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 26, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

    /s/  Brian D. Melton
    Brian D. Melton