IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA |

**ORDER**

On August 23, 2022, the Court held a hearing via Zoom on Plaintiff's motion to compel complete responses to Interrogatory Nos. 11 and 13 and Requests for Production Nos. 6, 7, 8, 9, 11 and 13 from Defendant STMicroelectronics, Inc. ("ST Inc."). Having considered the arguments of counsel, the Court rules as follows:

1. By September 6, 2022, ST Inc. shall produce ST Inc.'s current forecasts of U.S. and worldwide sales of SiC MOSFET products (wafers, unpackaged die, packaged parts, modules) including any forecasts directed to specific customers, cumulative forecasts and forecasts for devices that incorporate SiC MOSFETs.

2. ST Inc.'s objections to Request for Production No. 7 are SUSTAINED, but without prejudice to Purdue seeking the information at a later date should a need for the ERP system manuals be established after further discovery.

3. By September 6, 2022, ST Inc. shall answer Interrogatory No. 13 by identifying its ERP systems that contain information about ST Inc.'s SiC MOSFET products.

**Order – Page 1**

4. By September 6, 2022, ST Inc. shall produce all license agreements that both: have an effective date of January 1, 2003 or later; and cover patents with claims directed to power MOSFETs or silicon carbide transistors as required by ECF 117 paragraph 3, regardless of whether such licenses are cross-licenses, royalty-bearing, or lump sum licenses or licenses with an affiliated ST entity. This only requires production of license agreements by affiliated ST entities if and only if ST Inc. is also a party to the agreement.

5. By September 6, 2022, ST Inc. shall produce all reverse engineering raw data, images, characterization information, and reports that include cross-section scanning capacitance microscopy and/or poly level top-down scanning capacitance microscopy of any SiC MOSFETs of competitors or potential competitors.

6. ST Inc.'s objections to Request for Production No. 13 are SUSTAINED without prejudice to Purdue showing a later need for the material.

SIGNED this 30th day of August, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE