IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br>    *Plaintiff,*<br><br>v.<br><br>**STMICROELECTRONICS N.V. et al.,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§   Case No. 6:21-CV-00727-ADA<br>§<br>§<br>§<br>§ |

## LIMITED REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the following disputes are referred to United States Magistrate Judge Derek T. Gilliland:

- The discovery disputes submitted to the Court via email September 1, 2022;

**SIGNED** this 2nd day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE