UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

The Trustees of Purdue University

vs.   Case No.: 6:21-CV-727-ADA

STMicroelectronics International N.V. and
STMicroelectronics, Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Hayley Stillwell__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __The Trustees of Purdue University__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Susman Godfrey L.L.P.__ with offices at:

    Mailing address: __1000 Louisiana St., Suite 5100__

    City, State, Zip Code: __Houston, TX  77002-5096__

    Telephone: __713/651-9366__   Facsimile: __713/654-6666__

2. Since __9/26/2017__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Oklahoma__. Applicant's bar license number is __33261__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Dist. Ct. for the E.D. Okla. | 11/7/2017 |
    | U.S. Dist. Ct. for the N.D. Okla. | 11/9/2017 |
    | U.S. Ct. App. for the Tenth Circuit | 11/24/2017 |

[if needed, additional information can be provided]

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brian Melton

Mailing address: c/o Susman Godfrey L.L.P., 1000 Louisiana St., Suite 5100

City, State, Zip Code: Houston, TX 77002-5096

Telephone: 713/651-9366

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Hayley Stillwell to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Hayley Stillwell
[printed name of Applicant]

\s\ Hayley Stillwell
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of September, 2022.

Hayley Stillwell
[printed name of Applicant]

\s\ Hayley Stillwell
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

The Trustees of Purdue University

vs.                                                               Case No.: 6:21-CV-727-ADA

STMicroelectronics International N.V. and
STMicroelectronics, Inc.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Hayley Stillwell , counsel for  The Trustees of Purdue University , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Hayley Stillwell  may appear on behalf of  The Trustees of Purdue University  in the above case.

IT IS FURTHER ORDERED that  Hayley Stillwell , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  September , 20_____.

UNITED STATES DISTRICT JUDGE