IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>       Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>       Defendants. | Civil Action No. 6:21-cv-00727-ADA |

## **ORDER**

On September 6, 2022, the Court held a hearing via Zoom on the discovery disputes submitted to the Court via email on September 1, 2022. Having considered the arguments of counsel, the Court rules as follows:

1. The parties are reminded that if information has been designated as confidential pursuant to the Protective Order, that information must be treated as such in accordance with the Protective Order unless an appropriate motion is filed and ruled upon by the Court.

2. If either party believes there has been a violation of the Protective Order, the parties may file an appropriate motion with the Court as opposed to following the dispute chart procedure set forth in the Order Governing Proceedings—Patent Cases.

3. Defendants' request to amend the Protective Order to include the Court's standard source code computer provision is denied.

**Order – Page 1**

4. Deposition notices are sufficient for party witnesses. Subpoenas to employees of parties are not necessary.

5. Before a party serves a subpoena, that party shall provide a copy of the subpoena to the other party.

6. Plaintiff the Trustees of Purdue University ("Purdue") shall produce at least one witness for deposition before the end of September.

7. Purdue's request in its September 1, 2022 email that Defendants be ordered to produce two additional witnesses to be deposed in Italy the week of September 12, 2022 is denied.

8. Purdue's request in its September 1, 2022 email that Defendants be ordered to designate witnesses to be corporate depositions in Italy the week of September 12, 2022 on the topics in Purdue's August 31, 2022 Rule 30(b)(6) notice is denied.

SO ORDERED this 13th day of September 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

**Order – Page 2**