IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,** §<br>  *Plaintiff,* § <br> § <br> v. § <br> § <br> **STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,** § <br> *Defendants.* § | | 6:21-CV-00727-ADA |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 151. The report recommends that this Court grant Defendants' motion to dismiss all claims and counterclaims related to U.S. Pat. No. 8,035,112 ("the '112 patent"). ECF 124. The report and recommendation was filed on September 28, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No.151) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 124) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims by Plaintiff that Defendants infringe the '112 Patent should hereby be dismissed as moot, with prejudice.

**IT IS FINALLY ORDERED** that all defenses and counterclaims by Defendants against Plaintiff pertaining solely to the '112 patent should hereby be dismissed as moot, with prejudice. SIGNED this 19th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE