# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Add Claim 10 of the Patent-in-Suit. The Court finds that the motion should be GRANTED.

IT IS ORDERED that Plaintiff is hereby granted leave to assert claim 10 of the Patent-in-Suit in this case.

IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint is deemed properly filed on October 13, 2022 pursuant to the Scheduling Order (ECF No. 144). Accordingly, on November 14, 2022, Defendants shall file their Answer to Plaintiff's Second Amended Complaint and serve their Final Invalidity Contentions.

**SO ORDERED.**

SIGNED this ____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1