# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727-ADA |

## ORDER

On October 14, 2022, the Court held an in-person hearing on the discovery disputes submitted to the Court via email on October 12, 2022. Having considered the arguments of counsel, the Court rules as follows:

1. Purdue shall produce its communications with SemiQ, Inc. leading up to the recently-executed release and license agreement within 14 days of the signing of this Order.

2. Defendants' request for production of the documents and communications withheld by third party Rembrandt IP Management, LLC ("Rembrandt") is denied without prejudice.

   a. Defendants may file a motion to compel the material withheld by Rembrandt by October 28, 2022. Defendants' motion may not exceed 10 pages.

   b. Rembrandt's response shall be due 14 days after the motion to compel is filed, which and shall not exceed 10 pages.

      c. Defendants may file a sur-reply 7 days after Rembrandt's response, which shall not exceed 5 pages.

      d. Rembrandt has left the logged documents with the Court for in camera review.

3. Purdue shall within 14 days of the signing of this Order produce all documents and information within its Sophia database related to Dr. Cooper's patents and/or the license agreements Purdue has produced in this case.

4. By October 28, 2022, Defendants shall provide deposition dates in November for Jeffrey Fedison, Alfredo Arno, and Andrea Tranchida.

5. By October 28, 2022, Defendants shall provide an initial set of dates and topics for the deposition(s) of corporate representatives responsive to Purdue's Rule 30(b)(6) notice.

SO ORDERED.

SIGNED this 24th day of October 2022.

                                                    DEREK T. GILLILAND  
                                                    UNITED STATES MAGISTRATE JUDGE