# EXHIBIT D

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-001 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-002 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-003 | 2015-06-19 | Taylor, Sandra; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-004 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-005 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-006 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-007 | 2015-06-19 | Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-008 | 2015-06-22 | Ranalli, Donna; Sandra Taylor; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-009 | 2015-06-22 | Ranalli, Donna; Sandra Taylor; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-010 | 2015-07-02 | Carter, Meredith | Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-011 | 2015-07-08 | Taylor, Sandra; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-012 | 2015-07-08 | Johnson, Michael; Meltzer, Joshua; Carter, Meredith | Lempiner, Alex; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent licensing. | Attorney-Client |
| Rembrandt-013 | 2015-07-08 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent licensing. | Attorney-Client |
| Rembrandt-014 | 2015-07-08 | Carter, Meredith; Johnson, Michael; Meltzer, Joshua | Lempiner, Alex; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent licensing. | Attorney-Client |
| Rembrandt-015 | 2015-07-08 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent licensing. | Attorney-Client |
| Rembrandt-016 | 2015-07-08 | Carter, Meredith | Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-018 | 2015-07-08 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-019 | 2015-07-08 | Johnson, Michael; Meltzer, Joshua; Carter, Meredith | Lempiner, Alex; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent licensing. | Attorney-Client |
| Rembrandt-021 | 2015-07-08 | Carter, Meredith | Pittman, Chad; Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-022 | 2015-07-08 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

Case 6:21-cv-00727-ADA-DTG   Document 165-2   Filed 10/28/22   Page 3 of 13

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-024 | 2015-07-09 | Ranalli, Donna; Sandra Taylor; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-025 | 2015-07-27 | Carter, Meredith | Pittman, Chad; Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-026 | 2015-07-08 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-028 | 2015-07-27 | Carter, Meredith | Pittman, Chad; Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-029 | 2015-07-27 | Taylor, Sandra; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-030 | 2015-07-27 | Ranalli, Donna; Sandra Taylor; Carter, Meredith | O'Shaughnessy, Brian; Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-031 | 2015-07-30 | Carter, Meredith | Pittman, Chad; Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-032 | 2015-07-30 | Carter, Meredith | Pittman, Chad; Piroozi, Hamid; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-033 | 2015-08-17 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-034 | 2015-08-17 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-035 | 2015-08-31 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-036 | 2015-09-01 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-037 | 2015-09-01 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-038 | 2015-09-21 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-039 | 2015-09-28 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-040 | 2015-10-01 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; Lempiner, Alex; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-041 | 2015-10-02 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; Lempiner, Alex; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-042 | 2015-10-02 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; Lempiner, Alex; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-043 | 2015-10-02 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; Lempiner, Alex; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | **Rembrandt Participants** | **Attorney Participants** | **Additional Participants** | | |
| Rembrandt-044 | 2015-10-02 | Carter, Meredith | Piroozi, Hamid; Najem, Emily; Taleyarkhan, Pervin; Pittman, Chad; Lempiner, Alex; O'Shaughnessy, Brian; Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-045 | 2015-10-05 | | Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-046 | 2015-10-05 | Taylor, Sandra | O'Shaughnessy, Brian | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-047 | 2015-10-05 | | Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-048 | 2015-10-07 | | Carter, Meredith | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-049 | 2015-10-07 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-050 | 2015-10-14 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-051 | 2015-10-07 | | Carter, Meredith | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-052 | 2015-10-14 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-053 | 2015-10-14 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-054 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-055 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-056 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-057 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-058 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-059 | 2015-10-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-060 | 2015-10-21 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-061 | 2015-10-21 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-062 | 2015-10-21 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-063 | 2015-10-21 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-064 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-066 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-067 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-068 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-069 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-070 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-071 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-072 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-073 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-074 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-075 | 2015-10-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-077 | 2015-10-23 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-078 | 2015-10-23 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-079 | 2015-10-28 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-080 | 2015-10-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-081 | 2015-10-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-082 | 2015-10-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-083 | 2015-10-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-084 | 2015-11-04 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-085 | 2015-11-04 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-086 | 2015-11-24 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-087 | 2015-11-24 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-088 | 2015-11-24 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-089 | 2015-11-25 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-090 | 2015-12-04 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-091 | 2015-12-04 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-092 | 2015-12-04 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-093 | 2015-12-04 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-094 | 2015-12-04 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-095 | 2015-12-07 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-096 | 2015-12-08 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-097 | 2015-12-08 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-098 | 2015-12-08 | | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-099 | 2015-12-08 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-100 | 2015-12-08 | | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-101 | 2015-12-08 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-102 | 2015-12-10 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-103 | 2015-12-10 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-104 | 2015-12-10 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-105 | 2015-12-10 | Carter, Meredith | Lempiner, Alex | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-106 | 2015-12-10 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-107 | 2015-12-10 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-108 | 2015-12-10 | Carter, Meredith | Lempiner, Alex | Razavi, Frank; Komalavally, Bindu | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-109 | 2015-12-10 | | Derek Wood | | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-110 | 2015-12-10 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-111 | 2015-12-10 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-112 | 2016-01-05 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-113 | 2015-12-10 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-114 | 2016-01-05 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-115 | 2016-01-06 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-116 | 2015-12-10 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client |
| Rembrandt-117 | 2016-01-06 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-118 | 2016-01-11 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-119 | 2016-01-14 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-120 | 2016-01-14 | Goodwin, Tom; Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | Rembrandt Participants | Attorney Participants | Additional Participants | | |
| Rembrandt-121 | 2016-01-15 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-122 | 2016-01-20 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-123 | 2016-01-20 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-124 | 2016-01-20 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-125 | 2016-01-20 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-126 | 2016-01-22 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-127 | 2016-02-23 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-128 | 2016-03-28 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |

The Trustees of Purdue University v. STMicroelectronics, N.V., et al.

| External ID | Date | Message Participants | | | Document Description | Privilege Tags |
|---|---|---|---|---|---|---|
| | | **Rembrandt Participants** | **Attorney Participants** | **Additional Participants** | | |
| Rembrandt-129 | 2016-03-28 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-130 | 2016-03-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-131 | 2016-03-29 | Carter, Meredith | Najem, Emily; Piroozi, Hamid; Pittman, Chad; Lempiner, Alex; Taleyarkhan, Pervin; O'Shaughnessy, Brian | Komalavally, Bindu; Razavi, Frank; Hasler, Daniel | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to patent enforcement. | Attorney-Client; Work-Product |
| Rembrandt-132 | 2016-04-01 | | Shore, Michael; Chan, Alfonso | Meltzer, Joshua | Confidential and privileged documents between attorneys and clients concerning, seeking, and/or conveying legal advice pertaining to potential litigation. | Attorney-Client |

*These Additional Participants are persons employed by Rembrandt or Purdue University and acting under the direction of Attorney Participants identified in this log.