UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>  *Defendant* | § § § § § § NO:   WA:21-CV-00727-ADA |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING for purposes of limited referral, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on November 03, 2022 at 02:00 PM.

**IT IS SO ORDERED** this **1st day of November, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE