UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>  *Defendant* | §<br>§<br>§   NO:  WA:21-CV-00727-ADA<br>§<br>§ |

## ORDER CANCELLING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for DISCOVERY HEARING, on November 03, 2022 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **3rd day of November, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE