# EXHIBIT C



Document title: 650V automotive-grade SiC mosfet launches ST&#39;s Gen3
Capture URL: https://www.electronicsweekly.com/news/products/discretes/650v-automotive-grade-sic-mosfet-launches-sts-gen3-2021-12/
Capture timestamp (UTC): Fri, 04 Nov 2022 13:57:31 GMT
Page 1 of 3



BOOK YOUR TABLE TODAY!

hours of sub-microsecond -11 or 25V pulses accumulated over the product life time, if Electronics Weekly has understood correctly – the data sheet link is below.

Devices with nominal voltage ratings of 650V, 750V and 1,200V will be amongst those available, suiting ac-line voltages and high-voltage vehicle batteries including 800V types.

Third-generation transistors will be offered in packages including STPAK, H2PAK-7L, HiP247-4L and HU3PAK, as bare die, and in the AcePack family of power modules.

These are planar devices with a fast intrinsic diode "that deliver the bi-directional properties needed for automotive on-board chargers used in V2X [vehicle-to-x] power flow" said ST.

The SCT040H65G3AG product page is here and the data sheet is here.

Tweet   Like 0

Tagged with: MOSFET | SIC | SILICON CARBIDE | ST | STMICROELECTRONICS

### Get Electronics Weekly every day

Email Address    Subscribe

Previous: BMW signs supply deal with GloFo

Next: A new look at the figures around Moore's law

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Post Comment

---

 the Daily and the Weekly, in newsletter form

> A Witty Strategy

 Sponsored Content: electronica 2022: NGK Unveils Its Newest Ceramic Technology in Push Towards More Collaboration

 16Mbit FRAM for automotive and industry

ESA plans to bring satnav closer to Earth with FutureNAV

### LATEST COMMENTS

Duncan on TV has 0.6 display: 'Friend with benefits :-)... '

Dr Bob on The Costly Will O' The Wisp: 'But in the 'Metaverse' he's making godawful profits... '

David Manners on Fable: The Guy Who Got Ahead Of His Times: 'Spot on Peter, Galileo indeed it was who got ahead of his ti... '

Peter on Fable: The Guy Who Got Ahead Of His Times: 'Although he had only two daughters, the other child was a so... '

### DON'T MISS OUT ON EW NEWSLETTERS

Get our news, blogs and comments straight to your inbox! Sign up for the *Electronics Weekly* newsletters: Mannerisms, Gadget Master and the Daily and Weekly roundups.



---


Over 950,000 products from leading brands
Search Farnell

### ELECTRONICS WEEKLY @ 60!

Read our special supplement celebrating 60 years of *Electronics Weekly* and looking ahead to the future of the industry.

Read the Electronics Weekly @ 60 supplement »



Read the first ever *Electronics Weekly* online: 7th September 1960. We've scanned the very first edition so you can enjoy it.

Read the very first edition »



### UPCOMING EVENTS

International Forum: Connecting the World



These are planar devices with a fast intrinsic diode "that deliver the bi-directional properties needed for automotive on-board chargers used in V2X [vehicle-to-x] power flow" said ST.

The SCT040H65G3AG product page is here and the data sheet is here.

Tweet    Like 0

Tagged with:  MOSFET    SIC    SILICON CARBIDE    ST    STMICROELECTRONICS

## Get **Electronics Weekly** every day

Email Address    **Subscribe**

Previous:
BMW signs supply deal with GloFo

Next:
A new look at the figures around Moore's law

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

**Post Comment**



**Latest News**

Find out more »

### ELECTRONICS WEEKLY @ 60!

Read our special supplement celebrating 60 years of *Electronics Weekly* and looking ahead to the future of the industry.

**Read the Electronics Weekly @ 60 supplement »**



Read the first ever *Electronics Weekly* online: 7th September 1960. We've scanned the very first edition so you can enjoy it.

**Read the very first edition »**

### EW BRIGHTSPARKS

*Electronics Weekly* teams up with RS Grass Roots to highlight the brightest young electronic engineers in the UK today.



Find out more »

### UPCOMING EVENTS

International Forum: Connecting the World from the Skies – ITU – Riyadh and Online

November 8 @ 8:00 am - November 10 @ 5:00 pm

**View All Events »**

### XILINX ON EMBEDDED DESIGN

Tune into this Xilinx interview: Responding to platform-based embedded design

**Listen to the interview »**



Tune into this podcast to hear from Chetan Khona (Director Industrial, Vision, Healthcare & Sciences at Xilinx) about how Xilinx and the semiconductor industry is responding to customer demands.

**Listen to the interview »**

## NEWS

- Embedded Systems
- LED Lighting
- Power
- Communications
- Internet of Things
- Automotive Electronics
- Finance

## BLOGS

- Distribution World
- Electro Ramblings
- Eyes On Android
- Gadget Master
- Engineer In Wonderland
- Led Luminaries
- Mannerisms

## EW PORTFOLIO

- About Us
- Elektra Awards
- Electronics Weekly Jobs
- Site Map

## ABOUT US

Electronics Weekly is the market leading and longest-established electronics magazine, read in print and online by key decision makers throughout the industry for more than 50 years. Electronics Weekly is at the heart of the electronics industry and is reaching an audience of more than 120,000 people each month. It also organises the prestigious Elektra Awards.

Copyright ©2022 **Electronics Weekly** | News | Products | Blogs | Jobs - Owned by Emap, Southern House, CR0 1XG (020 39532600)    Terms and Conditions    Privacy policy

**This page intentionally left blank**






News: Microelectronics

14 December 2021

### ST launches third generation of STPOWER SiC MOSFETs

STMicroelectronics of Geneva, Switzerland is introducing its third generation of STPOWER silicon carbide (SiC) metal-oxide-semiconductor field-effect transistors (MOSFETs), intended for electric vehicle (EV) powertrains and other applications where power density, energy efficiency and reliability are important target criteria.

Due to the acceleration of the EV market, many car makers and automotive suppliers are now embracing 800V drive systems to achieve much faster charging and help reduce EV weight. These new systems allow the car makers to produce vehicles with longer driving ranges. ST's new SiC devices are specifically optimized for these high-end automotive applications including EV traction inverters, on-board chargers, and DC/DC converters, as well as e-climate compressors. The new generation also suits industrial applications by boosting the efficiency of motor drives, renewable energy converters and storage systems, as well as telecom and data-center power supplies.

"We continue to drive this exciting technology forward with innovations at both the device and package levels. As a fully integrated SiC products manufacturer, we are able to deliver continued improved performance to our customers," says Edoardo Merli, Power Transistor Macro-Division general manager & group VP of STMicroelectronics' Automotive and Discrete Group. "We are investing relentlessly to support our automotive and industrial programs expected to generate $1bn in SiC revenue in 2024."

ST has completed qualification of the third-generation SiC technology platform and expects to move most of the derivative products to commercial maturity by the end of 2021. Devices with nominal voltage ratings from 650V and 750V up to 1200V will be available, giving more choices for designers to address applications operating from ordinary AC-line voltages up to those of high-voltage EV batteries and chargers. The first products available are the 650V SCT040H65G3AG, priced at $5, and a 750V device in die form (datasheet and quotation upon request).

Leveraging the new third-generation SiC platform, ST's latest planar MOSFETs set what are claimed to be industry-leading benchmarks for the accepted figures-of-merit (FoMs) [on-resistance ($R_{on}$) x die size, and $R_{on}$ x gate charge ($Q_g$)] that express transistor efficiency, power density and switching performance. Bettering FoMs using ordinary silicon technology has become increasingly difficult and, as a result, SiC technology holds the key to further improvement.

Compared with silicon alternatives, SiC MOSFETs also have a higher voltage rating in relation to their die size, making the technology an excellent choice for EV applications and fast-charging EV infrastructures, says ST. In addition, they benefit from a very fast intrinsic diode that delivers the bi-directional properties needed for automotive on-board chargers (OBCs) used in Vehicle-to-X (V2X) power flow allowing the transmission of electricity from an OBC battery to the infrastructure. Moreover, their very high-frequency capability allows smaller passive components within power systems, permitting more compact and lightweight electrical equipment in the vehicle. The same attributes also lower ownership costs in industrial applications.

ST will offer the third-generation devices in various forms, including bare dice, discrete power packages such as STPAK, H2PAK-7L, HiP247-4L and HU3PAK and power modules of the ACEPACK family. The packages offer design features such as specially placed cooling tabs that simplify connection to base-plates and heat spreaders in EV applications. The options give designers choices that are optimized for applications such as EV main traction inverters, on-board chargers, DC/DC converters, e-climate compressors, and industrial

## ST launches third generation of STPOWER SiC MOSFETs

STMicroelectronics of Geneva, Switzerland is introducing its third generation of STPOWER silicon carbide (SiC) metal-oxide-semiconductor field-effect transistors (MOSFETs), intended for electric vehicle (EV) powertrains and other applications where power density, energy efficiency and reliability are important target criteria.

Due to the acceleration of the EV market, many car makers and automotive suppliers are now embracing 800V drive systems to achieve much faster charging and help reduce EV weight. These new systems allow the car makers to produce vehicles with longer driving ranges. ST's new SiC devices are specifically optimized for these high-end automotive applications including EV traction inverters, on-board chargers, and DC/DC converters, as well as e-climate compressors. The new generation also suits industrial applications by boosting the efficiency of motor drives, renewable energy converters and storage systems, as well as telecom and data-center power supplies.

"We continue to drive this exciting technology forward with innovations at both the device and package levels. As a fully integrated SiC products manufacturer, we are able to deliver continued improved performance to our customers," says Edoardo Merli, Power Transistor Macro-Division general manager & group VP of STMicroelectronics' Automotive and Discrete Group. "We are investing relentlessly to support our automotive and industrial programs expected to generate $1bn in SiC revenue in 2024."

ST has completed qualification of the third-generation SiC technology platform and expects to move most of the derivative products to commercial maturity by the end of 2021. Devices with nominal voltage ratings from 650V and 750V up to 1200V will be available, giving more choices for designers to address applications operating from ordinary AC-line voltages up to those of high-voltage EV batteries and chargers. The first products available are the 650V SCT040H65G3AG, priced at $5, and a 750V device in die form (datasheet and quotation upon request).

Leveraging the new third-generation SiC platform, ST's latest planar MOSFETs set what are claimed to be industry-leading benchmarks for the accepted figures-of-merit (FoMs) [on-resistance ($R_{on}$) x die size, and $R_{on}$ x gate charge ($Q_g$)] that express transistor efficiency, power density and switching performance. Bettering FoMs using ordinary silicon technology has become increasingly difficult and, as a result, SiC technology holds the key to further improvement.

Compared with silicon alternatives, SiC MOSFETs also have a higher voltage rating in relation to their die size, making the technology an excellent choice for EV applications and fast-charging EV infrastructures, says ST. In addition, they benefit from a very fast intrinsic diode that delivers the bi-directional properties needed for automotive on-board chargers (OBCs) used in Vehicle-to-X (V2X) power flow allowing the transmission of electricity from an OBC battery to the infrastructure. Moreover, their very high-frequency capability allows smaller passive components within power systems, permitting more compact and lightweight electrical equipment in the vehicle. The same attributes also lower ownership costs in industrial applications.

ST will offer the third-generation devices in various forms, including bare dice, discrete power packages such as STPAK, H2PAK-7L, HiP247-4L and HU3PAK and power modules of the ACEPACK family. The packages offer design features such as specially placed cooling tabs that simplify connection to base-plates and heat spreaders in EV applications. The options give designers choices that are optimized for applications such as EV main traction inverters, on-board chargers, DC/DC converters, e-climate compressors, and industrial applications such as solar inverters, energy storage systems, motor drives and power supplies.

**Tags:** STMicroelectronics   Power electronics

**Visit:** www.st.com



©2006-2022 Juno Publishing and Media Solutions Ltd. All rights reserved. Semiconductor Today and the editorial material contained within it and related media is the copyright of Juno Publishing and Media Solutions Ltd. Reproduction in whole or part without permission from Juno Publishing and Media Solutions Ltd is forbidden. In most cases, permission will be granted, if the magazine and publisher are acknowledged.

**Disclaimer:** Material published within Semiconductor Today and related media does not necessarily reflect the views of the publisher or staff. Juno Publishing and Media Solutions Ltd and its staff accept no responsibility for opinions expressed, editorial errors and damage/injury to property or persons as a result of material published.

Semiconductor Today, Juno Publishing and Media Solutions Ltd, Suite no. 133, 20 Winchcombe Street, Cheltenham, GL52 2LY, UK

View our privacy, cookie and data protection policy



**This page intentionally left blank**



**Download full report**
Discover how Veeam® managed to become a Leader for the sixth time in a row!
Veeam Software    Download

**Technical Articles**

# EV and Industrial Applications Powered by 3rd Gen SIC MOSFETs

January 19, 2022    Maurizio Di Paolo Emilio

*Power devices used in EV charging applications must meet specific requirements related to power losses and much more..*



Veeam Software
Download full report
DOWNLOAD

**STMicroelectronics** has recently introduced its third generation of STPOWER silicon carbide (SiC) MOSFETs, targeting advanced power applications (such as EV powertrains) and other applications where power density, energy efficiency, and reliability are relevant key factors.

The transition to electrical mobility and the gradual replacement of internal combustion engines are driving the race to make increasingly efficient electric vehicles (EVs). For these applications, power electronics plays an essential role, allowing for more efficient inverters, converters, powertrains, and on-board chargers. Power devices used in EVs, as well as in many industrial applications such as EV charging stations, industrial drives, power supply for datacenters, energy generation and storage, must meet specific requirements related to power losses, breakdown voltage, switching frequency, maximum operating temperature, and thermal conductivity.

Even though silicon-based power devices have been widely used in power electronics for years, they exhibit some important limitations, including low bandgap energy, limited switching frequency, and low thermal conductivity. Wide bandgap devices (WBG), such as silicon carbide provide larger bandgaps, higher breakdown voltages and better thermal management. As a result, WBGs are replacing silicon devices in high voltage, high switching frequency, and high-temperature applications.

## ST 3rd Gen SiC MOSFET for the EV Market

With the acceleration of the EV market, car makers are demanding higher voltage (such as 800V) drive systems to reduce charging time and overall EV weight, which in turn means longer driving ranges. ST 3rd generation STPOWER SiC MOSFETs have been specifically designed to meet the requirements of high-end automotive applications, including EV traction inverters, on-board chargers, and DC/DC converters (see Figure 1).

The new SiC-based devices are also suitable for industrial applications. In these, they can increase the





to reduce charging time and overall EV weight, which in turn means longer driving ranges. 3rd‑generation STPOWER SiC MOSFETs have been specifically designed to meet the requirements of high-end automotive applications, including EV traction inverters, on-board chargers, and DC/DC converters (see Figure 1).

The new SiC-based devices are also suitable for industrial applications. In these, they can increase the efficiency of motor drives, renewable-energy converters and storage systems, as well as telecom and data-center power supplies.



Figure 1: high-end EV applications (source: ST)

ST's latest STPOWER SiC MOSFETs set the bar for industry-leading benchmarks for the accepted figures of merit (FoMs) that express transistor efficiency, power density, and switching performance.

"This year, we started the production of our third-generation STPOWER SiC MOSFET, which offers a range of noticeable improvements with respect to the second generation products suiting ever-demanding requirements from our customers," said Filippo Di Giovanni, Strategic Marketing Manager, Power Transistor Macro-Division at STMicroelectronics.

Among these improvements: the *on-resistance (Ron) x die size FoM has been improved by 30%, while the Ron x gate charge (Qg) FoM has* been improved on average by 50%.

The new devices will be available with nominal voltage ratings from 650V and 750V up to 1200V with 900V as intermediate step, providing designers with the flexibility required to address applications operating with ordinary AC-line voltages, up to those with high-voltage EV batteries and chargers. The 750V voltage variant provides extra voltage margin and has been introduced for the first time, in response to precise requests coming from customers.

"Historically, 750V voltage variant has been introduced for IGBTs. Since silicon carbide MOSFETs can replace IGBTs in more efficient applications, we are providing an extra voltage option which improves system performance without affecting the maximum voltage requirements," said Di Giovanni.

Figure 2 shows, with a greater detail, how SiC MOSFETs can effectively replace IGBTs and Si MOSFETs in EV applications.



Figure 2: replacement of silicon- with SiC-based devices in EVs (source: ST)

Compared to their silicon alternatives, SiC MOSFETs feature a higher voltage rating in relation to their die size, making these devices an excellent choice for EV applications and fast-charging EV infrastructures. In addition, they benefit from a very fast intrinsic diode that delivers the bi-directional properties needed for automotive



Advertisement

### Network News



Fusion Energy Might Power the Grid by the 2030s
www.eetimes.com
An FIA study reveals the fusion industry is becoming more optimistic that fusion energy will be accessible to the grid by the 2030s. Maurizio Di…

### Search Form:

Search …

All Categories

All Tags

Search

### Featured Artice





PEN eBook October 2022 - Boosting Power

Figure 2: replacement of silicon- with SiC-based devices in EVs (source: ST)

Compared to their silicon alternatives, SiC MOSFETs feature a higher voltage rating in relation to their die size, making these devices an excellent choice for EV applications and fast-charging EV infrastructures. In addition, they benefit from a very fast intrinsic diode that delivers the bi-directional properties needed for automotive on-board chargers (OBCs) used in Vehicle-to-everything (V2X) power flow allowing the transmission of electricity from an OBC battery to the infrastructure. In addition, silicon carbide supports higher switching frequencies, allowing for smaller passive components within the power systems, and more compact and lightweight electrical equipment in the vehicle.

"The achievements and improvements have been possible thanks to our proprietary planar technology that still lends itsels to further refinements. possible. In fact, we are still going down on our roadmap and anticipate being able to introduce a fourth planar iteration ,in a couple of years " said Di Giovanni.

At ST, engineers have also started working on advanced simulations of new structures leveraging ST's long-standing knowledge and expertise in power semiconductors.. They are in the beginning stages and are still busy improving the planar structure, which they consider among the best approaches for making silicon carbide MOSFETs.

ST will offer the third-generation devices in different forms, including bare dice, discrete power packages such as STPAK, H2PAK-7L, HiP247-4L, and HU3PAK and power modules of the ACEPACK family. The packages, too, offer innovative design features such as specially placed cooling tabs that simplify connection to base-plates and heat spreaders in EV applications. The options give designers choices that are further optimized for applications such as EV main traction inverters, on-board chargers (OBCs), DC/DC converters, e-climate compressors, and industrial applications such as solar inverters, energy storage systems, motor drives and power supplies.

Regarding the applications, Di Giovanni thinks that the largest market will continue to be in electric vehicles. In terms of volumes, he thinks the automotive sector will still drive the production capacity for silicon carbide even if the Company has already started serving the high-end industrial market. When ST started the production of its first 1200V SiC MOSFET in 2014, it was targeted primarily to the solar inverter market. Then, they took the courageous decision to use this brand new technology for the nascent EV market, allowing ST to become an undisputed market leader in this technology.

"After having tested and debugged this technology in the hostile and harsh environment of automotive applications, we can safely propose this technology to any other market, including the industrial market," said Di Giovanni.

To meeting growing demand, ST is expanding the production and the manufacturing capacity of its silicon carbide MOSFETs. After starting a second 6" line in Singapore, ST has expanded the capacity of their main site in Catania (Italy), successfully reproducing the first 8" SiC prototypes, first by realising diodes.

"We plan to reach $1 billion mark in revenues on all silicon carbide products in 2024, which is one year earlier than we'd previously announced," said Di Giovanni.





### PEN eBook October 2022 – Boosting Power Density in Battery-Supplied BLDC and PMSM Motor Control Applications

October 4, 2022    Maurizio Di Paolo Emilio

The October 2022 edition of the Power Electronics News eBook includes insights on modern battery-powered motor products design and more!





### Login

Username *

Password *

☐ Remember Me

**LOGIN**

Register
Forgot Password?

### Recent Comments

**Jose I Quinones**
on CNC Dude: Don't Miss this Channel if You Are a Real Maker!

**Yael Coleman**
on CNC Dude: Don't Miss this Channel if You Are a Real Maker!

**Frederick Klatt**
on BEVs and FCEVs Can Meet Paris Agreement Goals

**Richard L. "Scott" McKie**
on The Little Secret of Electric Vehicles





Maker!
Frederick Klatt
on BEVs and FCEVs Can Meet Paris Agreement Goals

**Richard L. "Scott" McKie**
on The Little Secret of Electric Vehicles



### Maurizio Di Paolo Emilio

Maurizio Di Paolo Emilio holds a Ph. D. in Physics and is a Telecommunications Engineer. He has worked on various international projects in the field of gravitational waves research, designing a thermal compensation system (TCS) and data acquisition and control systems, and on others about x-ray microbeams in collaboration with Columbia University, high voltage systems and space technologies for communications and motor control with ESA/INFN. TCS has been applied to the Virgo and LIGO experiments, which detected gravitational waves for the first time and earned the Nobel Prize in 2017. Since 2007, he has been a reviewer for scientific publications for academics such as Microelectronics Journal and IEEE journals. Moreover, he has collaborated with different electronic industry companies and several Italian and English blogs and magazines, such as Electronics World, Elektor, Mouser, Automazione Industriale, Electronic Design, All About Circuits, Fare Elettronica, Elettronica Oggi, and PCB Magazine, as a technical writer/editor, specializing in several topics of electronics and technology. From 2015 to 2018, he was the editor-in-chief of Firmware and Elettronica Open Source, which are technical blogs and magazines for the electronics industry. He participated in many conferences as a speaker of keynotes for different topics such as x-ray, space technologies, and power supplies. Maurizio enjoys writing and telling stories about Power Electronics, Wide Bandgap Semiconductors, Automotive, IoT, Embedded, Energy, and Quantum Computing. Maurizio has been an AspenCore content editor since 2019. He is currently editor-in-chief of Power Electronics News and EEWeb and a correspondent for EE Times. He is the host of PowerUP, a podcast about power electronics, and the promoter and organizer of the PowerUP Virtual Conference, a summit where each year great speakers talk about the power electronics design trends. Moreover, he has contributed to a number of technical and scientific articles as well as a couple of Springer books on energy harvesting and data acquisition and control systems.

Share this:



Tags: Automotive, Industrial, Power Supplies & Energy Storage, Semiconductors





PARTNER: 

Advertisement

**Previous**
SiC Power Devices: Lowering Costs to Drive Adoption

**Next**
Unlocking Low-Cost, Large-Scale, Superior-Quality of GaN Wafers via FSB's Technology

## Related



**TECHNICAL ARTICLES**

Improving the performance of DC-DC converters by using SMD packages with top-side cooling

November 4, 2022   Marco Papaserio, Domenico Nardo, Daniela Cavallaro, Cristiano Gianluca Stella and Stefano Orlando



**TECHNICAL ARTICLES**

SiC MOSFET Isolated Gate Driver with PCB-Based Transformer

November 3, 2022   Stefano Lovati



**TECHNICAL ARTICLES**

High Power Density Requires Breakthroughs in IC Packaging and Circuit Design

November 2, 2022   Saumitra Jagdale

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment ***

**Name ***

**Email ***

**Website**

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.



## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Notify me of follow-up comments by email.

Notify me of new posts by email.

Post Comment

ASPENCORE NETWORK

PRODUCTS:
Electronic Products
Datasheets.com
TechOnline

NEWS & ANALYSIS:
EE Times
EE Times Europe
Power Electronics News
EPSNews
Elektroda.pl
The Channelist

DESIGN:
EDN
Electroschematics
Electronics-Tutorials
Planet Analog
Embedded
Electronics Know How

TOOLS:
EEWEB
PartSim
Product Advisor
Schematics.com
Schematics.io
Engage

GLOBAL NETWORK
EE Times Asia
EE Times China
EE Times India
EE Times Taiwan
EE Times Japan
EDN Asia
EDN Taiwan
ESM China
EDN China
EDN Japan

FOR ADVERTISERS
Contact Sales
Media Guide Request

CONNECT WITH US
Twitter
Facebook
Linkedin
Youtube
Google News

ASPENCORE

Copyright © All rights reserved. | by Powerelectronicsnews.

About Hor

