# EXHIBIT E



Tech Insights

Analysis Solutions    Market Analysis    Analysis Insights    About    Contact Us

Platform Login    Free Trial

# STMicroelectronics SCT040H65G3AG 650 V Automotive-Grade 3rd Generation SiC MOSFET Power Floorplan Analysis

Home



CONTACT US

Product Code: PFR-2207-803
Release Date: 01/09/2022
Availability: Published
Product Item Code: STM-SCT040H65G3AG
Device Manufacturer: STMicroelectronics
Device Type: SiC Power FET
Report Code
PFR-2207-803
Image



This report presents a power floorplan analysis (PFR) of the STMicroelectronics (ST) SCT040H65G3AG 650 V automotive-grade 3rd generation SiC MOSFET. It is AEC-Q101 qualified, building on ST's established market presence in EV drivetrain inverters, with low Rds(on) increase up to 175 C, and ackaged in a low profile surface mount H2PAK with additional driver source for minimised parasitic impedance and optimised switching.

The image set for a standard PFR project is derived from decapsulation of two samples, followed by scanning electron microscopy (SEM) analysis of a cross section of the power transistor die and optical analysis of the power transistor die delayered to the substrate or gate level. The PFR deliverable includes:

- Company Profile
- Executive Summary
- Downstream Identification (optional)
- Device Identification
- Process Analysis
- Layout Analysis
- Cost Analysis

The PFR deliverable provides competitive benchmarking information and enables cost-effective tracking of multiple competitors' technology.

**VIEW TABLE OF CONTENTS**



TechInsights Library Subscription

A unique vault of trusted, accurate data at your fingertips

Our analysis goes as deep as required to reveal the inner workings and secrets behind a broad range of products.

LEARN MORE

TechInsights Library Subscription

A unique vault of trusted, accurate data at your fingertips

Our analysis goes as deep as required to reveal the inner workings and secrets behind a broad range of products.

LEARN MORE

Search our analysis and website

Start searching our library today

Don't miss another update from TechInsights.

All our latest content updates sent to you a few times a month.

Corporate Email *

Yes, please email me and keep me informed about TechInsights' products, services, and events. I can unsubscribe at any time. *

I have read and agree to TechInsights' Privacy Policy. *

SUBMIT

Copyright © 2022 TechInsights Inc. All rights reserved.




