IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    *Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V. and<br>STMICROELECTRONICS, INC.,<br><br>    *Defendants*. | No. 6:21-cv-00727-ADA |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Add Claim 10 of the Patent-in-Suit [ECF 159]. Having considered the Parties' arguments, the Court is of the opinion that the Motion should be, and hereby is, **DENIED**.

**IT IS SO ORDERED**:

Dated: _____, 2022

                                                United States District Judge