IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>*Defendants*. | No. 6:21-cv-00727-ADA |

## ORDER

Before the Court is Plaintiff's Motion to Compel Production of Subpoenaed Documents and 30(b)(6) Deposition Witnesses [ECF 163]. Having considered the Parties' arguments, the Court is of the opinion that the Motion should be, and hereby is, **DENIED**.

**IT IS SO ORDERED**:

Dated: _____, 2022

_____
United States District Judge

Order –Solo Page