**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,** | § § § | |
| **Plaintiff,** | § § | **Civil Action No. 6:21-cv-00727-ADA** |
| **v.** | § § § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS N.V.,** *et al.*, | § § § | |
| **Defendants.** | § § | |

**THIRD PARTY GENERAL ELECTRIC COMPANY'S
NOTICE OF APPEARANCE BY SUSAN K. STRADLEY**

Third-Party Defendant General Electric Company ("GE") files this notice of appearance

and hereby notifies the Court and all parties of record that Susan K. Stradley is appearing as

counsel for GE in the above-referenced matter.

Dated: November 8, 2022               Respectfully submitted,

/s/ *Susan K. Stradley*
Natalie A. Bennett
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, 7th Floor
Washington, DC 20004-2541
T. (202) 739-5559
F. (202) 739-3001

Jason C. White
jason.white@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
T. (312) 324-1000
F. (312) 324-1001

Susan K. Stradley
State Bar No. 24117102
susan.stradley@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000
Houston, Texas 77002
T.  (713) 890-5000
F.  (713) 890-5001


***Attorneys for General Electric Company***

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 8th day of November 2022, with a copy of this document via the Court's CM/ECF system.

/s/ *Susan K. Stradley*
Susan K. Stradley