United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Stradley, Susan Kendall |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, November 8, 2022 |
| Re: | 06:21-CV-00727-ADA / Doc # 172 / Filed On: 11/07/2022 06:02 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Though the filing includes a motion for Protective Order, there is no proposed Protective Order attached for the Court's consideration. The filing will be changed to a Sealed Motion to notify Chambers of the motion portion of the filing. Please file the proposed Protective Order separately and link it to doc 172. Additionally, please file a Notice indicating how/when Exhibits 8/9 will be provided.