# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>       Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V. and<br>STMICROELECTRONICS, INC.,<br><br>       Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

## NOTICE OF DECISIONS DENYING INSTITUTION OF *INTER PARTES* REVIEWS AND REQUEST FOR REHEARING

Plaintiff The Trustees of Purdue University files this Notice of Decisions Denying Institution of *Inter Partes* Reviews and Request for Rehearing as follows:

On December 6, 2021, Defendant STMicroelectronics, Inc. ("ST") filed IPR2022-00252 ("IPR252"), challenging claims 9-11 of U.S. Patent No. 7,498,633 ("'633 Patent"). On June 22, 2022, the Patent Trial and Appeal Board ("PTAB") issued its Decision Denying Institution of IPR252. On July 21, 2022, ST filed a Request for Rehearing of the Decision Denying Institution of IPR252 ("Request for Rehearing"), which the PTAB denied on November 8, 2022. A true and correct copy of the Decision Denying the Request for Rehearing is attached hereto as Exhibit A.

On March 25, 2022, ST also filed IPR2022-00723 ("IPR723") challenging claims 1–8 and 12–15 of the '633 Patent. On November 8, 2022, the PTAB issued its Decision Denying Institution of IPR723, a true and correct copy of which is attached hereto as Exhibit B.

Similarly, on March 25, 2022, Wolfspeed Inc. filed IPR2022-00761 ("IPR761") challenging claims 9–11 of the '633 Patent. On November 8, 2022, the PTAB issued its Decision Denying Institution of IPR761, a true and correct copy of which is attached hereto as <u>Exhibit C</u>.

| | |
|---|---|
| Dated: November 8, 2022 | Respectfully submitted, |

By: /s/ *Halima Shukri Ndai*
Mark D. Siegmund (SBN 24117055)
Craig Cherry (SBN 24012419)
STECKLER WAYNE CHERRY & LOVE PLLC
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
Hayley Stillwell (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
hstillwell@susmangodfrey.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE UNIVERSITY***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 8, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Halima Shukri Ndai*