# EXHIBIT 2

| | |
|---|---|
| From: | Sandra Taylor |
| Sent: | Monday, June 22, 2015 8:51 AM CDT |
| To: | Donna Ranalli |
| Subject: | FW: New Opportunity - PRF Enforcement |

-----Original Message-----
From: Meredith Carter [mailto:carter@rembrandtip.com]
Sent: Friday, June 19, 2015 3:06 PM
To: Sandra Taylor
Subject: New Opportunity - PRF Enforcement



This email is recognition of the fact that the PRF Enforcement has moved out of prospecting and into anticipated litigation and is now Prospecting. In connection with the foregoing, all conversations and work product are now prepared in anticipation of litigation and prepared under the direction of Rembrandt legal counsel.