IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

### UNOPPOSED MOTION TO WITHDRAW AS LOCAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The law firm of Steckler Wayne Cherry & Love, PLLC, and attorneys Mark D. Siegmund and Craig D. Cherry file this their motion to withdraw as counsel for Plaintiff. Plaintiff continues to be represented by The Shore Firm, LLP and Susman Godfrey, LLP. The withdrawal of Mark D. Siegmund and Craig D. Cherry, and Steckler Wayne Cherry & Love, PLLC as local counsel will not prejudice Plaintiff in any way.

WHEREFORE, Mark D. Siegmund and Cherry D. Cherry, and Steckler Wayne Cherry & Love, PLLC, pray that the Court grant this motion to withdraw as local counsel, and that they be granted general relief.

Respectfully submitted,

**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

BY:     */s/ Mark D. Siegmund*
        **CRAIG D. CHERRY**
        Bar No. 24012419
        Email: craig@swclaw.com
        **MARK D. SIEGMUND**
        Bar No. 24117055
        Email: mark@swclaw.com

**COUNSEL FOR PLAINTIFF THE TRUSTEES OF PURDUE UNIVERSITY**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 21st day of November 2022.

                *\s\ Mark D. Siegmund*
                Mark D. Siegmund