IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered the Unopposed Motion to Withdraw as Counsel for Plaintiff filed by the law firm of Steckler Wayne Cherry & Love, PLLC, and attorneys Mark D. Siegmund and Craig D. Cherry, the Court hereby **GRANTS** the Motion.

IT IS SO ORDERED.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE