IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V. and<br>STMICROELECTRONICS, INC.,<br><br>        Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

### NOTICE REGARDING PLAINTIFF'S SUBPOENA TO X-FAB TEXAS, INC.

As the Court is aware, Plaintiff The Trustees of Purdue University ("Purdue") seeks subpoenaed documents and deposition testimony from General Electric Company ("GE" or "General Electric"). *See* Dkts. 163, 172, 173, & 182. GE is a foundry customer of X-Fab Texas, Inc. ("X-Fab"), a wafer manufacturer that Purdue subpoenaed in relation to GE's products. Dkt. 182 at 4 n.5. However, X-Fab has objected and continues to assert that "any information that X-Fab has relevant to the instant litigation can be supplied by General Electric." Dkt. 182, Exhibit C (November 8, 2022 letter from X-Fab's counsel in response to Purdue's subpoena); *see also* November 23, 2022 from X-Fab's counsel, which is attached hereto as Exhibit 1 (arguing that the requested "information can be more conveniently obtained from another source – General Electric Company"). X-Fab's continued refusal to provide relevant materials further demonstrates Purdue's need for GE's documents and deposition.

Dated: November 23, 2022                    Respectfully submitted,

By: /s/ *Halima Shukri Ndai*
Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
Hayley Stillwell (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
hstillwell@susmangodfrey.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE UNIVERSITY***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 23, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Halima Shukri Ndai