IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., ET AL.,<br><br>Defendants. | NO. 6:21–CV–727–ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Catherine Reynolds seeks leave to withdraw as counsel for Defendants, STMicroelectronics International N.V. and STMicroelectronics, Inc. Ms. Reynolds is resigning her position at Holland & Knight LLP. Bruce Sostek, Richard Wynne, Justin Cohen, and Dina McKenney of Holland & Knight; Max Ciccarelli of Ciccarelli Law Firm; and Thomas Tarnay of Thomas Tarnay PLLC have appeared on behalf of Defendants and will continue to undertake their representation in this matter. Ms. Reynolds has conferred with counsel for Plaintiff about this request, and Plaintiff does not oppose this Motion.

Therefore, Catherine Reynolds respectfully request that this Court allow her to withdraw as counsel of record for STMicroelectronics International N.V. and STMicroelectronics, Inc;. and to remove her from the list of attorneys authorized to receive ECF notifications in this matter.

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted: |

By: */s/ Catherine L. Reynolds*
**Catherine L. Reynolds**
SBN 24107599
Cate.Reynolds@hklaw.com

**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700

**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on November 28, 2022, I conferred with Michael Shore, counsel for Plaintiff, regarding the relief requested in this Motion. Counsel represented that Plaintiff is unopposed to the requested relief.

*/s/ Catherine L. Reynolds*

### CERTIFICATE OF SERVICE

I certify that on November 29, 2022, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court, which will send notification of such filing to all counsel of record.

*/s/ Catherine L. Reynolds*