IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., ET AL.,<br><br>    Defendants. | No. 6:21–CV–727–ADA<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Defendants' Unopposed Motion to Withdraw as Counsel [ECF 204]. Having considered the Unopposed Motion to Withdraw Catherine L. Reynolds as counsel for Defendants herein, the Court hereby **GRANTS** the motion and Catherine L. Reynolds is withdrawn as counsel.

**IT IS SO ORDERED**:

Dated: _____, 2022

_____
United States District Judge

Order –Solo Page