IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br>    Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br>    Defendants. | 6:21-cv-00727-ADA |

## ORDER

Plaintiff Trustees of Purdue University ("Purdue") submitted by email a discovery dispute regarding subpoenas for documents that Purdue served on three third parties: Tesla, Inc. ("Tesla"), Sanmina Corporation ("Sanmina"), and Space Exploration Technologies ("SpaceX") in the above numbered action. Tesla, Sanmina, and SpaceX objected to participating in the discovery dispute procedure. The Court hereby ORDERS Tesla, Sanmina, and SpaceX to file a motion to quash in this Court by 5:00pm Wednesday, December 7, 2022. The Court further ORDERS Purdue to respond by Wednesday, December 14, 2022. The Court will hold a hearing to resolve the dispute.

SIGNED this 5th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1