IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| The Trustees of Purdue University,<br>　　　　*Plaintiff,*<br><br>v.<br><br>STMicroelectronics N.V.,<br>STMicroelectronics International<br>N.V., and STMicroelectronics<br>Inc.,<br>　　　　*Defendants.* | § § § § § § § § § § § § | Case No. 6:21-cv-00727-ADA |

## ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, Purdue's Motion to Compel (ECF No. 163) and General Electric's Combined Opposition to Plaintiff's Motion to Compel and Cross Motion for a Protective Order to Prevent Further Discovery (ECF No. 172) are hereby referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 6th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE