# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>　　　　　　Defendants. | §§§§§§§§§§§§ | Case No. 6:21-cv-00727-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF MICHAEL J. BETTINGER

Notice is hereby given that the undersigned attorney, Michael J. Bettinger, with the firm Sidley Austin LLP, enters her appearance on behalf of Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc., and consents to electronic service of all documents in this action, including all notices, orders, and opinions issued by the Court to the address below:

> Michael J. Bettinger
> mbettinger@sidley.com
> SIDLEY AUSTIN LLP
> 555 California Street, Suite 2000
> San Francisco, CA 94104
> Telephone: (415) 772-1200
> Facsimile: (415) 772-7400

Mr. Bettinger is licensed to practice law in the State of California and is a member in good standing with the California State Bar. Mr. Bettinger is admitted to practice before the United States District Court for the Western District of Texas.

Dated:  December 8, 2022                                    Respectfully submitted,

   /s/ Michael J. Bettinger
Bruce S. Sostek
bruce.sostek@hklaw.com
Justin S. Cohen
justin.cohen@hklaw.com
Richard L. Wynne, Jr.
richard.wynne@hklaw.com
Dina W. McKenney
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Michael J. Bettinger (*Admitted to WDTX*)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Counsel for Defendants
*STMicroelectronics International N.V.
and STMicroelectronics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served on counsel of record via the Electronic Case Filing system for the United States District Court for the Western District of Texas on December 8, 2022.

   /s/ Michael J. Bettinger
Michael J. Bettinger