UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY <br><br> vs. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | § <br> § <br> §   NO:  WA:21-CV-00727-ADA <br> § <br> § |

### ORDER RESETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DISCOVERY HEARING VIA ZOOM on Thursday December 29, 2022 at 09:30 AM (time change only) for purposes of limited referral before the Honorable Derek T. Gilliland. The Zoom hearing link has been provided to counsel of record via email.

SIGNED this 13th day of December, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE