UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>   *Defendant* | § § § § § § §   NO:  WA:21-CV-00727-ADA |

## ORDER CANCELLING MOTIONS HEARING VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MOTIONS HEARING VIA ZOOM, on December 15, 2022 at 10:30 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **14th day of December, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE