# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., ET AL.,<br><br>        Defendants. | NO. 6:21–CV–727–ADA<br><br>JURY TRIAL DEMANDED |

**NON-PARTY SANMINA CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS**

Pursuant to the Federal Rules of Civil Procedure, Non-Party Sanmina Corporation ("Sanmina") hereby submits its objections to Plaintiff The Trustees of Purdue University's ("Purdue") Subpoena to Produce Documents ("Subpoena").

**PRELIMINARY STATEMENT**

1.      Sanmina has only had a brief period to review the subpoena and begin its investigation. Purdue has refused to grant Sanmina an extension on its objections. Accordingly, these objections and responses are preliminary and Sanmina expects to supplement them once it has completed its initial investigation.

2.      By responding to the Subpoena, Sanmina does not waive any objection that may be applicable to: (1) the use, for any purpose, by Sanmina of any information or testimony given in response to the Subpoena; or (2) the admissibility, privilege, relevancy, authenticity, or materiality of any of the information or testimony to any issue in the case. Sanmina expressly reserves the

right to object to the use of these Responses and the subject matter contained in them during any subsequent proceeding, including the trial of this or any other action.

3.   Sanmina's responses to the Subpoena are made to the best of Sanmina's present knowledge, information, and belief. These Responses are at all times subject to reasonable supplementation and amendment as additional information becomes available.

## GENERAL OBJECTIONS

4.   The Subpoena improperly demands production of records from a nonparty that should be requested, if relevant and discoverable, from an opposing party. Documents available from an opposing party in the litigation should not be commanded from a nonparty. The Subpoena is improper in its entirety because whatever relevant information Sanmina has is available without unnecessarily burdening a nonparty. Fed.R.Civ.P. 45(d)(1).

5.   Sanmina objects to the definition of "ST" as overly broad, unduly burdensome, and not proportional to the needs of this case because those terms are broader than the parties to the case, STMicroelectronics International N.V. and STMicroelectronics, Inc.

6.   Sanmina reserves all objections based on the attorney-client privilege, work product doctrine or other applicable privileges or protections.

7.   The time period provided to Sanmina as a nonparty to respond to ten separate requests for production of documents during a seven year period purportedly covered by the Subpoena is unreasonable. Sanmina reasonably requires significantly more time to search for, and identify potentially responsive documents and information, screen such documents and information for privilege and work product, and produce any relevant, responsive, discoverable material.

8. Moreover, Sanmina reserves the right to make additional objections because the grounds for some objections may not become apparent until potentially responsive material has been identified.

9. Sanmina objects to the burden and expense of responding to such a sweeping, dragnet Subpoena containing ten separate requests. Sanmina will seek compensation and reimbursement for the time required for its personnel to review its files and identify responsive documents and for the costs of reproducing that material.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

In addition to each of the foregoing objections, Sanmina provides the following objections to the Documents Requested:

1. All BOMs for Sanmina Products that include or have during the Period, included ST SiC MOSFETs or ST Modules.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

2. Documents sufficient to identify Sanmina Inverter Suppliers during the Period.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

3. Documents sufficient to identify the contract manufacturers, suppliers, or designers of any components, systems, sub-systems, assemblies, sub-assemblies or discreet devices incorporated into a Sanmina Product where such components, systems, sub-systems, assemblies, sub-assemblies or discreet devices so incorporated are or include ST SiC MOSFETs and ST Modules as components.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

4. Documents sufficient to identify all Sanmina Products sold, offered for sale, made, used, or imported during the Period that include ST SiC MOSFETs or ST Modules.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

5. All Documents exchanged between Sanmina and ST that mention, refer or relate to ST SiC MOSFETs and ST Modules, including supply agreements, NRE agreements, NRE output, purchase orders, capacity reservations, capacity allocations, prices, deliveries, qualification, testing, importation documentation, bills of lading, shipping receipts, warehousing, the provision of samples, the Design Win process, testing, costs, negotiations, and deliveries.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this

case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

6.      All Documents evidencing the component identifiers assigned to ST SiC MOSFETs and SiC Modules used or incorporated in Sanmina Products.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

7.      Documents sufficient to disclose the unit volume of ST SiC MOSFETs and ST Modules included in Sanmina Products during the Period.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

8.      Documents sufficient to disclose the dollar value of ST SiC MOSFETs and ST Modules purchased, provisioned, imported, or included in Sanmina Products during the Period.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

9.   Documents sufficient to identify the five (5) Sanmina employees, agents, representatives, or other persons affiliated with Sanmina who were the most involved in negotiating capacity reservations/allocations, forecasts, pricing, delivery, and other terms of agreements regarding ST SiC MOSFETs and ST Modules with ST.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.


10.   Documents sufficient to identify the applications and design engineers employed by Sanmina or who were acting on behalf of Sanmina in procuring, selecting, testing, and placing on BOMs ST SiC MOSFETs and ST Modules.

**Response**: Sanmina incorporates by reference its General Objections.  Sanmina further objects to this request as seeking information that is not relevant and not proportional to the needs of this case. Further, Sanmina objects to this request as vague, ambiguous, overbroad, and unduly burdensome.

October 17, 2022

Respectfully submitted:

By:    */s/ Justin S. Cohen*

**Bruce S. Sostek**
   SBN 18855700
   Bruce.Sostek@hklaw.com
**Richard L. Wynne, Jr.**
   SBN 24003214
   Richard.Wynne@hklaw.com
**Justin S. Cohen**
   SBN 24078356
   Justin.Cohen@hklaw.com
**Dina W. McKenney**
   SBN 24092809
   Dina.McKenney@hklaw.com
**Catherine L. Reynolds**
   SBN 24107599
   Cate.Reynolds@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700


**ATTORNEYS FOR NON-PARTY SANMINA CORPORATION**