IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **The Trustees of Purdue University,**<br>*Plaintiff,*<br><br>v.<br><br>**STMicroelectronics N.V., STMicroelectronics International N.V., and STMicroelectronics Inc.,**<br>*Defendants.* | § § § § § § § § § § § §   Case No. 6:21-cv-00727-ADA |

## ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, Defendants' Motion to Compel (ECF No. 164) is hereby referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 15th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE