**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,** | § | |
| *Plaintiff* | § § § | |
| | § | **W-21-CV-00727** |
| **-v-** | § § | |
| **STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V.,** | § § § § | |
| *Defendants* | § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $22,882.81 |
| Defendants: | $22,882.81 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 22nd day of December, 2022.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE