UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>    *Defendant* | §<br>§<br>§<br>§<br>§ | NO:   WA:21-CV-00727-ADA |

## ORDER SETTING DISCOVERY HEARING IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on January 10, 2023 at 09:30 AM.

**IT IS SO ORDERED** this **3rd day of January, 2023**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE