AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:21-cv-00727-ADA |
| STMicroelectronics International N.V., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc                                               .

Date:    01/04/2023                             /s/ Michael D. Hatcher
                                                    *Attorney's signature*

                                        Michael D. Hatcher, Texas Bar No. 24027067
                                              *Printed name and bar number*
                                                    Sidley Austin LLP
                                          2021 McKinney Avenue, Suite 2000
                                                    Dallas, Texas 75201

                                                          *Address*

                                                mhatcher@sidley.com
                                                    *E-mail address*

                                                    (214) 981-3300
                                                    *Telephone number*

                                                    (214) 981-3400
                                                      *FAX number*