IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>Plaintiff,<br><br>v.<br><br>**STMICROELECTRONICS, INC., and STMICROELECTRONICS INTERNATIONAL N.V.**<br><br>Defendants. | **Civil Action No. 6:21-cv-00727-ADA**<br><br>**JURY TRIAL DEMAND** |

## ORDER GRANTING SECONDAMENDED SCHEDULING ORDER

Having considered the parties' argument at the December 29, 2022 hearing (ECF No. 234), it is hereby ORDERED that the following schedule will govern deadlines in this matter:

| Original Date | Amended Date | Event |
|---|---|---|
| --- | 4/14/2023 | Final invalidity contentions. |
| 1/23/2023 | 4/24/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 2/21/2023 | 5/22/2023 | Close of Fact Discovery. |
| 3/9/2023 | 6/9/2023 | Opening Expert Reports. |
| 4/12/2023 | 7/12/2023 | Rebuttal Expert Reports. |
| 4/26/2023 | 7/26/2023 | Close of Expert Discovery. |
| 4/24/2023 | 7/24/2023 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at |

| Original Date | Amended Date | Event |
| --- | --- | --- |
| | | issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 5/8/2023 | 8/8/2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| | 8/8/2023 | Each party shall complete and file a "Notice Concerning Reference to United States Magistrate Judge". The form can be located at: https://www.uscourts.gov/sites/default/files/ao085.pdf |
| 5/15/2023 | 8/15/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 5/30/2023 | 8/30/2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 6/5/2023 | 9/5/2023 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 6/12/2023 | 9/12/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 6/19/2023 | 9/19/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at **kmdaviscsr@yahoo.com**<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 6/29/2023 | 9/29/2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 7/3/2023 | 10/3/2023 | Final Pretrial Conference. |
| 7/24/2023 | 10/23/2023 | Jury Selection/Trial. |

SIGNED this 10th day of January 2023.

                                                DEREK T. GILLILAND
                                                UNITED STATES MAGISTRATE JUDGE