UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § | |
| | § | NO:  WA:21-CV-00727-ADA |
| vs. | § § | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | | |

## **<u>ORDER SETTING MOTIONS HEARING VIA ZOOM</u>**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for

MOTIONS HEARING VIA ZOOM  on Monday February 06, 2023 at 02:00 PM before the

Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via

email.

SIGNED this 2nd day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE