UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | §<br>§<br>§  NO:  WA:21-CV-00727-ADA<br>§<br>§ |

**ORDER RESETTING MOTIONS AND DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS AND DISCOVERY HEARING VIA ZOOM on Thursday February 09, 2023 at 10:00 AM before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel via email.

SIGNED this 3rd day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE