UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § NO:  WA:21-CV-00727-ADA |

## ORDER RESETTING MOTIONS AND DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS AND DISCOVERY HEARING VIA ZOOM on Wednesday February 08, 2023 at 02:45 PM before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel via email.

SIGNED this 7th day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE