IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V.,<br>AND STMICROELECTRONICS, INC.<br><br>    Defendants. | CASE NO. 6:21–CV–00727-ADA |

### ORDER

On February 08, 2023, the Court held a hearing on certain discovery disputes submitted to the Court via email by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees") and Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"). Having considered the representations and arguments of counsel, the Court rules as follows:[1]

Trustees Discovery Issues: As to all discovery issues in Trustees' December 23 email chart and/or raised at the hearing, the parties are ordered to meet and confer in an effort to resolve or narrow as much as possible those issues and submit to the Court by February 15, 2023 an update. If any disputes remain, Trustees must identify the discovery request and what additional information they are seeking with specificity, and ST should provide its response(s).

ST December 30 Issue 1: Denied as to Dr. Saha's notebooks and details regarding their disposition. Regarding Dr. Cooper's notebooks, Plaintiff shall, by February 28, 2023, produce all of Dr. Cooper's lab notebooks (1) from January 1, 2000 to the filing date of the application that issued

---

[1] The Court also heard argument on a motion to quash subpoenas issued to certain ST customers, and ruled on said motion. The parties submitted a separate proposed order addressing the ruling on that motion. Thus, this order does not address that motion.

1

as the '633 patent, that (2) relate to (a) SiC power MOSFETs and/or (b) JFET width or base contact configuration in power MOSFETs, regardless of semiconductor material.

ST December 30 Issue 2:  The parties are ordered to meet and confer in an effort to resolve or narrow as much as possible this issue and submit to the Court by February 15, 2023 an update.  If any dispute remains, ST must identify the discovery request and what additional information they are seeking with specificity, and Trustees should provide its response.

ST December 30 Issue 3:  Denied as to the provide an updated privilege log adding documents regarding pre-suit reverse-engineering materials.  As to the remainder, Plaintiff shall, by February 28, 2023, produce or confirm that it has produced all non-privileged documents regarding analysis, testing, and/or reverse-engineering of (a) anyone's power MOSFETs from before January 23, 2006 the results of which relate to JFET width or base contact configuration, (b) of anyone's SiC MOSFETs from before January 23, 2006, and/or (c) of ST SiC MOSFETs or any third-party's SiC MOSFETs from after January 23, 2006 everywhere within its possession, custody or control.

ST December 30 Issue 4:  Resolved by the parties based upon Trustees' representation, after a reasonable search, that there are no non-email communications sent or received by Dr. Brooke Beier regarding the asserted patent or other Cooper patents.

ST January 25 Issue 1:  The parties are ordered to meet and confer in an effort to resolve or narrow as much as possible this issue and submit to the Court by February 15, 2023 an update.  If any dispute remains, ST must identify the discovery request and what additional information they are seeking with specificity, and Trustees should provide its response.

ST January 25 Issue 2:  The parties are ordered to meet and confer in an effort to resolve or narrow as much as possible this issue and submit to the Court by February 15, 2023 an update.  If any dispute remains, ST must identify the discovery request and what additional information they are seeking with specificity, and Trustees should provide its response.

SO ORDERED.

SIGNED this 16th day of February 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE