# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY** § § § § § § § § § § § § § § | NO:   WA:21-CV-00727-ADA |
| vs. | |
| **STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY**  *Defendant* | |

## ORDER SETTING DISCOVERY HEARING VIA IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING VIA IN PERSON AND ZOOM, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on February 23, 2023 at 09:30 AM.  For counsel of record appering remotely, the zoom hearing link will be provided via email.

**IT IS SO ORDERED** this **22nd day of February, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE