# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Plaintiff's Motion to Strike Defendants' Inequitable Conduct Defenses. The Court finds that the motion should be GRANTED.

IT IS ORDERED that, within seven (7) days of this Order, Plaintiff will file the Motion to Strike Defendants' Inequitable Conduct Defenses.

**SO ORDERED.**

SIGNED this ____ day of _____, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE