# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITIONS OF DEFENDANTS**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on October 13, 2022, at the offices of Holland & Knight, 1722 Routh Street, Suite 1500, Dallas, Texas 75201, counsel for The Trustees of Purdue University will take the videotaped deposition(s) of the designated representative(s) of Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc. ("Defendants") best able to testify as to the matters set forth in Exhibit 1. Defendants have a duty to designate one or more officers, directors, managing agents, or other persons with sufficient knowledge to testify fully regarding the topics listed in Exhibit 1.

The deposition(s) will be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The above deposition(s) will be stenographically recorded and videotaped and will continue from day to day until completed.

1

      (e)      when the simulations were run;

      (f)      where the simulations were run;

      (g)      the simulation results;

      (h)      where the simulation results are stored;

      (i)      whether the simulation results have been produced in this litigation; and

      (j)      how and to whom the results of those simulations were reported.

33.      For each and every Accused Product:

      (a)      the part numbering conventions used;

      (b)      the process flows used to manufacture each device;

      (c)      the location(s) where the Accused Products are manufactured, packaged, and tested;

      (d)      the differences in the process flows, including how each process flow differs from the others and how those differences will manifest themselves in the Accused Products;

      (e)      the differences in structure, how each finished SiC MOSFET die differs from the others; and

      (f)      any modules, systems, subsystems, or other products made, used, sold, offered for sale, or imported by Defendants that include or incorporate the Accused Products.

34.      As to Your inequitable conduct affirmative defense:

      (a)      the facts and evidentiary basis for Your claim that any undisclosed art was material to patentability;

      (b)      the facts and evidentiary basis that the alleged undisclosed art was not cumulative of the prior art disclosed;

      (c)      the facts and circumstances supporting your contention that Plaintiff or its prosecution counsel intended to defraud the U.S. Patent and Trademark Office;

(d)     the reason You did not include the allegedly material prior art in Your Petition for Inter Partes Review; and

(e)     the reason You did not include the alleged material prior art in Your Preliminary Invalidity Contentions.

35.     As to any non-infringing alternatives or design-arounds that You contend exist for the patent-in-suit:

   (a)     the changes, e.g., to the process flows, that would be required;

   (b)     how the cost of production would be affected as a result of the change(s) in (a);

   (c)     how the performance of the die would be affected as a result of the changes in (a);

   (d)     whether the alleged non-infringing alternative to design around was actually attempted, and if so:

      (i)     when;

      (ii)    where;

      (iii)   by whom; and

      (iv)    why it was not adopted.

36.     The date(s) when Defendants first became aware of or received notice of the patent-in-suit.

37.     As to any other products sold, offered for sale, imported, used, or made by You that include as a component an ST SiC MOSFETs (e.g. modules, subsystems, etc.):

   (a)     the ST product number;

   (b)     the customer product number;

   (c)     the ST product data sheet;

   (d)     the ST SiC MOSFET incorporated into the ST product;

   (e)     the identity of the customers to whom ST sells the product;

Dated: September 23, 2022

Respectfully submitted,

By: /s/ *Michael W. Shore*
Mark D. Siegmund (SBN 24117055)
Craig Cherry (SBN 24012419)
STECKLER WAYNE CHERRY & LOVE PLLC
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
Hayley Stillwell (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
hstillwell@susmangodfrey.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE UNIVERSITY***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via e-mail on September 23, 2022.

/s/ *Michael W. Shore*
Michael W. Shore