# EXHIBIT C

Products that You allege add to the value of the Accused Products that do not embody or require the use of any subject matter claimed in the Asserted Patent.

**INTERROGATORY NO. 26:** Identify all opinions, evaluations, analyses, or reverse engineering reports, whether written or oral, that Defendant has requested, received, or is aware of regarding any Accused Product, including but not limited to date, author(s), addressee(s), recipient(s), and whether it relates to infringement or non-infringement, validity or invalidity, enforceability or unenforceability, or any other affirmative defense or a valuation of any Accused Product.

**INTERROGATORY NO. 27:** Identify how each Defendant determines where (*i.e.,* country, city) a sale of an Accused Product occurs, including how such a determination is made within a Defendant's enterprise resource management system or otherwise.

**INTERROGATORY NO. 28:** Identify and describe any non-infringing alternatives or design-arounds that You allege exist for the patent-in-suit, including whether or not You have implemented any of these alleged non-infringing alternatives or design-arounds.

**INTERROGATORY NO. 29:** Explain the factual and evidentiary basis for Your inequitable conduct defense, including the factual and evidentiary basis for Your claim that the allegedly non-disclosed art was not cumulative or immaterial and any facts or evidence supporting Your allegation that Plaintiff intended to defraud the patent office.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 28**: All corporate records of each Defendant, including but not limited to articles of incorporation, operating agreements, bylaws, amendments, minutes, notes, and resolutions from all corporate meetings, statements of information, stock registers/ledgers (including information on what and when consideration was paid for stock), stock certificates, shareholder buy/sell agreements, annual reports, capital contribution information, dividend payment

Dated: September 30, 2022                    Respectfully submitted,

                                             By: /s/ *Halima Shukri Ndai*
                                             Mark D. Siegmund (SBN 24117055)
                                             Craig Cherry (SBN 24012419)
                                             **STECKLER WAYNE CHERRY & LOVE
                                             PLLC**
                                             8416 Old McGregor Road
                                             Waco, Texas 76712
                                             Tel: (254) 651-3690
                                             Fax: (254) 651-3689
                                             mark@swclaw.com
                                             craig@swclaw.com

                                             Michael W. Shore (SBN 18294915)
                                             Chijioke E. Offor (SBN 24065840)
                                             Halima Shukri Ndai (SBN 24105486)
                                             **THE SHORE FIRM**
                                             901 Main Street, Suite 3300
                                             Dallas, Texas 75202
                                             Tel: (214) 593-9110
                                             Fax: (214) 593-9111
                                             mshore@shorechan.com
                                             coffor@shorechan.com
                                             hndai@shorechan.com

                                             Brian D. Melton (SBN 24010620)
                                             John P. Lahad (SBN 24068095)
                                             Hayley Stillwell (*pro hac vice*)
                                             **SUSMAN GODFREY L.L.P.**
                                             1000 Louisiana Street, Suite 5100
                                             Houston, Texas 77002
                                             Tel: (713) 651-9366
                                             Fax: (713) 654-6666
                                             bmelton@susmangodfrey.com
                                             jlahad@susmangodfrey.com
                                             hstillwell@susmangodfrey.com

                                             ***COUNSEL FOR PLAINTIFF
                                             THE TRUSTEES OF PURDUE UNIVERSITY***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via e-mail on September 30, 2022.

/s/ *Halima Shukri Ndai*
Halima Shukri Ndai