IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § § | 6:21-cv-00727-ADA |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC., | § § § § § | |
| Defendants. | § | |

## ORDER

On February 22, 2023, Plaintiff, The Trustees of Purdue University, filed their Motion for Leave to File Motion to Strike Defendants' Inequitable Conduct Defenses. The Court has considered the Motion and is of the opinion that it should be **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
United States District Judge