AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:21-cv-00727-ADA |
| STMicroelectronics International N.V., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc.

Date:   03/02/2023

/s/ Richard A. Cederoth
*Attorney's signature*

Richard A. Cederoth (Texas Bar No. 6185199)
*Printed name and bar number*

One South Dearborn
Chicago, IL 60603

*Address*

rcederoth@sidley.com
*E-mail address*

(312) 853-7026
*Telephone number*

(312) 853-7036
*FAX number*