IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>　　　　Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER

On March 3, 2023, the Court held a hearing on a discovery dispute submitted to the Court via email by Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"), and opposed by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees"). Having considered the representations and arguments of counsel, the Court rules as follows:

Plaintiff shall produce Glen Kellett for a 30(b)(1) deposition and Barnes & Thornburg for a 30(b)(6) deposition on the topics in ST's 30(b)(6) notice to the firm by May 15, 2023, one week before the current close of fact discovery. Plaintiff shall place no limits on the scope of the depositions beyond, respectively, Mr. Kellett's knowledge and the 30(b)(6) topics. Plaintiff may produce Mr. Kellett for both depositions at the same time for one deposition day of no more than seven (7) hours on the record.

　　　　SO ORDERED.

SIGNED this 9th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE