# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, § § § § § § Plaintiff, § § vs. § § STMICROELECTRONICS § INTERNATIONAL N.V., and § STMICROELECTRONICS, INC., § § Defendants § § | Civil Action No. 6:21-CV-00727-ADA-JTG<br><br>JURY TRIAL DEMAND |

## DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH MARCH 3, 2023 ORDER

Defendants STMicroelectronics International N.V. and STMicroelectronics Inc. ("ST") respectfully request, for good cause, an extension of time until April 20, 2023 to produce the Rule 30(b)(6) witness required by the Court's March 3, 2023 Order (ECF No. 269).

The Court held a discovery hearing on February 23, 2023. The Court issued an order on March 3 requiring ST to produce, by March 16, "a Rule 30(b)(6) corporate representative on the capabilities of the ST ERP system set forth in Topic 2 of Plaintiff's Notice subject to the guidance provided by the Court during the hearing." ECF No. 269.

ST has diligently investigated and identified a suitable corporate representative, Mr. Karl Straatveit, but he is unavailable until April 20 due to preplanned family commitments for spring break and extensive quarter-end activities the last two weeks of March and the first two weeks of April. There is good cause for the requested extension due to Mr. Straatveit's unavailability, and

1

Case 6:21-cv-00727-ADA-DTG   Document 279   Filed 03/13/23   Page 2 of 4

the extension will not disrupt the schedule because April 20 is well in advance of the May 22 close of fact discovery.  ECF No. 241.

      ST therefore respectfully requests an extension of time until April 20, 2023 to comply with the Court's March 3, 2023 order (ECF No. 269).  ST met and conferred with counsel for Plaintiff today, March 13, 2023, and Plaintiff opposes the relief requested.

Dated:  March 13, 2023                              Respectfully submitted,


                                                    By: /s/ *Michael D. Hatcher*
                                                        Bruce S. Sostek
                                                        SBN 18855700
                                                        Bruce.Sostek@hklaw.com
                                                        Richard L. Wynne, Jr.
                                                        SBN 24003214
                                                        Richard.Wynne@hklaw.com
                                                        Justin S. Cohen
                                                        SBN 24078356
                                                        Justin.Cohen@hklaw.com
                                                        Dina W. McKenney
                                                        SBN 24092809
                                                        Dina.McKenney@hklaw.com
                                                        HOLLAND & KNIGHT LLP
                                                        One Arts Plaza
                                                        1722 Routh St., Suite 1500
                                                        Dallas, Texas 75201
                                                        (214) 969-1700

                                                        Max Ciccarelli
                                                        SBN 00787242
                                                        max@ciccarellilawfirm.com
                                                        CICCARELLI LAW FIRM
                                                        100 N. 6th Street, Suite 502
                                                        Waco, Texas 76701
                                                        (214) 444-8869

                                                        Thomas N. Tarnay
                                                        SBN 24003032
                                                        ttarnay@tarnaylaw.com
                                                        THOMAS TARNAY PLLC
                                                        2103 Virginia Place
                                                        Plano, Texas 75094
                                                        (214) 395-8212

                                                        Michael J. Bettinger
                                                        mbettinger@sidley.com
                                                        SIDLEY AUSTIN LLP
                                                        555 California Street, Suite 2000
                                                        San Francisco, CA 94104
                                                        (415) 772-1200

Michel D. Hatcher
mhatcher@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981-3300

Attorneys for Defendants
STMicroelectronics International N.V.
STMicroelectronics, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action by the Court's ECF system on March 13, 2023.

*/s/ Michael D. Hatcher*
Michael D. Hatcher