IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § § § § | Civil Action No. 6:21-CV-00727-ADA-JTG |
| Plaintiff, | § § | JURY TRIAL DEMAND |
| vs. | § § | |
| STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC., | § § § § § | |
| Defendants | § § | |

**PROPOSED ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH MARCH 3, 2023 ORDER**

Before the Court is a motion by Defendants STMicroelectronics International N.V. and STMicroelectronics Inc. ("ST") for an extension of time until April 20, 2023 to produce the Rule 30(b)(6) witness required by the Court's March 3, 2023 Order (ECF No. 269). After reviewing the relevant submissions, the motion is **GRANTED.**

**SO ORDERED.**

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1