# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| The Trustees of Purdue University,<br><br>      Plaintiff,<br><br>vs.<br><br>STMicroelectronics International N.V., and STMicroelectronics, Inc.<br><br>      Defendants. | Case No. 6:21–CV–00727-ADA |

## ORDER

On February 23, 2023, the Court held a hearing on a discovery dispute submitted to the Court via email by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees") and Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"). Having considered the representations and arguments of counsel, the Court rules as follows:

By March 16, 2023, ST shall produce a Rule 30(b)(6) corporate representative on the capabilities of the ST ERP system set forth in Topic 2 of Plaintiff's Notice subject to the guidance provided by the Court during the hearing. By February 24, 2023, Purdue shall identify four modules of the ERP system that Purdue is aware of and is interested in. ST shall present a witness prepared to answer questions regarding the identified modules and on the general functionality of any additional modules.

The deposition is limited to three and one-half hours. The time and place shall be agreed on by the parties.

     SO ORDERED.

SIGNED this 15th day of March, 2023.

                                                                                  DEREK T. GILLILAND
                                                                                  UNITED STATES MAGISTRATE JUDGE