IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>   Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>   Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER

On March 8, 2023, the Court held a hearing on a discovery dispute submitted to the Court via email by Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"), and opposed by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees"). Having considered the representations and arguments of counsel, the Court rules as follows:

To the extent the documents exist, Plaintiff shall gather, by March 24, 2023, Purdue Research Foundation's ("PRF") bylaws and all documents from Trustees and PRF relating to the authority (or lack thereof) of Mr. Waite and Mr. Schultz to enter into any agreement for the transfer of the asserted patent. By this same date, Plaintiff shall notify Defendants if Plaintiff objects to producing these documents as non-responsive to any Request for Production. If Plaintiff does not so object, it shall produce the documents by that same date.

It is further ordered that Defendants' requests for a supplemental interrogatory response and the deposition of a Purdue Trustee are denied.

1

IT IS SO ORDERED.

SIGNED this 16th day of March 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE