## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § | |
| | § | NO:    WA:21-CV-00727-ADA |
| vs. | § | |
| | § | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | | |

*Defendant*

# ORDER SETTING DISCOVERY HEARING IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for

DISCOVERY HEARING IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800

Franklin Avenue, Waco, Texas, on April 06, 2023 at 11:00 AM.

**IT IS SO ORDERED** this **3rd day of April, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE