IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>    Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER

On April 6, 2023, the Court held a hearing on discovery disputes submitted to the Court via email by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees") and Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"). Having considered the representations and arguments of counsel, the Court rules as follows:

Purdue Issue 1: The Court denies Purdue's request for ST to provide an additional deposition date before April 20, 2023 for Roberto Bisazza. If Purdue does not take Mr. Bisazza's deposition on one of the offered dates/times before April 20, 2023, ST is Ordered to provide a date or dates for a deposition of him during the week of April 24, 2023. The Court Orders ST to provide deposition dates for Brian Hedayati, Fulvio Cutri, Anthony Contreras, Simon Foong, Daniel Merchant, Martin Branam, Andrea Tampellini, Rino Peruzzi, Julie Saydak, and Bob Krysiak reasonably promptly.

Purdue Issue 2: The Court Orders ST to produce SAP generated reports sent from Kelly Flanders to Mr. Tranchida in the last 5 years related to SiC MOSFET products; the Highlights and Lowlights of the Month Reports for 2015-2023, as described in Mr. Tranchida's deposition; and the monthly staff meeting PowerPoints for the automotive and industrial groups for 2015-2023, as

described in Mr. Tranchida's deposition by April 20, 2022. The Court denies Purdue's request as to reports from Salesforce.com.

Purdue Issue 3: The Court denies Purdue's request as to Interrogatory No. 30.

ST Issue regarding Intangible Assets: Purdue is Ordered to produce or confirm that it has produced the cost and/or value data related to the '633 patent by close of business April 11, 2023. To the extent Purdue contends any of the data has already been produced, Purdue is Ordered to provide ST Bates numbers for the data by close of business April 11, 2023.

ST Issue regarding Papers and Publications: Purdue is Ordered to confirm whether any additional materials within the scope of what it agreed to search for and produce by March 10 have been located by close of business April 12, 2023, and produce them by that date and time if so, including without limitation the Lu thesis.

ST Issue regarding Tax Returns: Purdue is Ordered to produce PRF's tax returns from 2020 and 2021 by April 13, 2023. ST's request as to the 2013 tax return is moot because Purdue has produced the 2013 return.

ST Issue regarding Other Government Contract documents: The Court denies ST's request as moot at this time based on Mr. Shore's representations during the hearing, including that Purdue's search and production is continuing. This is without prejudice to ST's right to raise the issue again.

All other requested relief by either party is DENIED.

SO ORDERED.

SIGNED this 14th day of April, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE