# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § § § § § § § § § § |
| vs. | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY *Defendant* | NO:  WA:21-CV-00727-ADA |

## ORDER CANCELLING DISCOVERY HEARING VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for DISCOVERY HEARING VIA ZOOM, on May 01, 2023 at 03:15 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **1st day of May, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE