UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>*Defendant* | § § § § § §      NO:   WA:21-CV-00727-ADA |

## ORDER SETTING DISCOVERY HEARING IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING IN PERSON AND ZOOM, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on May 11, 2023 at 01:30 PM. For attorneys of record appearing remotely, the zoom hearing link will be provided via email.

**IT IS SO ORDERED** this **3rd day of May, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE