**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Civil Action No. 6:21-cv-00727-ADA-DTG |
| STMICROELECTRONICS INTERNATIONAL N.V., et al., | | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney, Austin M. Schnell, hereby enters his appearance in this matter as counsel of record for Non-Party Tesla, Inc. ("Tesla") and consents to electronic service of all papers in this action.

Dated: May 5, 2023                                    Respectfully submitted,

                                                      /s/ *Austin M. Schnell*
                                                      Austin M. Schnell
                                                      Texas Bar No. 24095985
                                                      aschnell@mofo.com
                                                      MORRISON & FOERSTER LLP
                                                      701 Brazos Street, Suite 1100
                                                      Austin, TX 78701
                                                      Telephone:      737.309.0700
                                                      Facsimile:      737.910.0730

                                                      *Attorney for Non-Party TESLA, INC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 5th day of May 2023 with a copy of this document via the Court's CM/ECF system.

                                              */s/ Austin M. Schnell*
                                              Austin M. Schnell