# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

The Trustees of Purdue University

vs.                                     Case No.:  6:21-cv-00727-ADA-DTG

STMicroelectronics International N.V., et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Shaelyn K. Dawson , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Tesla, Inc. (non-party) in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    Morrison & Foerster LLP with offices at:

    Mailing address:  425 Market Street

    City, State, Zip Code:  San Francisco, CA 94105

    Telephone:  (415) 268-7000          Facsimile:  (415) 268-7522

2.  Since  12/22/2012 , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of California .

    Applicant's bar license number is  288278 .

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | USDC, Northern District of California | 11/25/2015 |
    | USDC, Central District of California | 07/13/2017 |
    | USDC, Eastern District of California | 10/01/2018 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.   I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:22-cv-00242-ADA____ on the _4th_ day of __March_____, _2022_.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Austin M. Schnell (Texas Bar No. 24095985)

Mailing address:  Morrison & Foerster LLP, 701 Brazos Street, Suite 1100

City, State, Zip Code:  Austin, TX 78701

Telephone:  (737) 309-0700

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Shaelyn K. Dawson                              to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Shaelyn K. Dawson
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  3rd  day of  May              ,  2023  .

Shaelyn K. Dawson
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

The Trustees of Purdue University

vs.                                             Case No.: 6:21-cv-00727-ADA-DTG

STMicroelectronics International N.V., et al.


# ORDER

      BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Shaelyn K. Dawson</u>, counsel for

<u>Tesla, Inc. (non-party)</u>, and the Court, having reviewed the motion, enters

the following order:

      IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Shaelyn K. Dawson</u> may appear on behalf of <u>Tesla, Inc. (non-party)</u>

in the above case.

      IT IS FURTHER ORDERED that <u>Shaelyn K. Dawson</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

      SIGNED this the _____ day of <u>May</u>, 20<u>23</u>.


_____

UNITED STATES DISTRICT JUDGE