# EXHIBIT B

## Alicia Cary-Howell

| | |
|---|---|
| **From:** | Mark Scott <Mark_Scott@txwd.uscourts.gov> |
| **Sent:** | Monday, April 17, 2023 4:15 PM |
| **To:** | Hatcher, Michael D. |
| **Cc:** | John Lahad; Brian Melton; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM); Chiji Offor; Halima Shukri Ndai; Bettinger, Mike; Richard Cederoth; Tarnay, Thom (EXTERNAL @TARNAYLAW.COM); STPurdueHKService; Team-Purdue-ST; Michael Shore; Sidley ST-Purdue - ST Team; Abbey McNaughton |
| **Subject:** | RE: Trustees of Purdue v. STMicroelectronics, No. 6:A21-cv-727-ADA-DTG (W.D. Tex.):  Discovery Dispute Chart |

CAUTION: External Email!

Mr. Hatcher,

The Court doesn't consider this to be a discovery dispute.  ST may file whatever motion it deems appropriate.

Mark



**Mark J. Scott**
Law Clerk to the Honorable Derek T. Gilliland
U.S. District Court, Western District of Texas
Office**:   254-340-6151**

---

**From:** Hatcher, Michael D. <mhatcher@sidley.com>
**Sent:** Monday, April 17, 2023 11:35 AM
**To:** Mark Scott <Mark_Scott@txwd.uscourts.gov>; Mariah Karigan <Mariah_Karigan@txwd.uscourts.gov>
**Cc:** John Lahad <jlahad@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM) <max@CiccarelliLawFirm.com>; Chiji Offor <coffor@shorefirm.com>; Halima Shukri Ndai <hndai@shorefirm.com>; Bettinger, Mike <mbettinger@sidley.com>; Cederoth, Richard A. <rcederoth@sidley.com>; Tarnay, Thom (EXTERNAL @TARNAYLAW.COM) <ttarnay@tarnaylaw.com>; STPurdueHKService <STPurdueHKService@hklaw.com>; Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Michael Shore <mshore@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>; Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Subject:** Trustees of Purdue v. STMicroelectronics, No. 6:A21-cv-727-ADA-DTG (W.D. Tex.): Discovery Dispute Chart

==**CAUTION - EXTERNAL:**==


Mr. Scott and Ms. Karigan –

Attached is a discovery dispute chart from ST.  It is in a Zip file with its respective exhibits.  ST requests a hearing and the Court's assistance in resolving this issue.

Please note that the dispute chart does not have Trustees of Purdue's portion.  Trustees' portion was due on Friday, April 14.  However, Trustees have taken the position that this discovery dispute chart is not proper and refused to

provide their portion.  Instead, Trustees' counsel demanded that ST submit the email chain between the parties when ST submitted the chart to the Court.  That email chain is attached.


Best,
Mike


**MICHAEL D. HATCHER**


**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 981 3428
mhatcher@sidley.com
www.sidley.com



**************************************************************************************************
**

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

**************************************************************************************************
**

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.