IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER

On May 11, 2023, the Court held a hearing on certain discovery disputes submitted to the Court via email by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Trustees") and Defendants STMicroelectronics International N.V., and STMicroelectronics, Inc. ("Defendants" or "ST"). Having considered the representations and arguments of counsel, the Court rules as follows:

ST's Request to Compel 30(b)(1) Deposition Dates for Certain Trustees of Purdue Witnesses: Plaintiff shall provide deposition dates for Steven Schultz, Ken Sandel, and Tammy Metzinger for depositions of up to three hours each on the record for a total of no more than seven hours on the record. Upon completion of those three, the parties shall meet and confer and see whether ST needs Cindy Ream and/or Kathleen Thomason. If the parties cannot reach agreement, then either party may bring that issue back to the Court and the Court will address it at that time.

Plaintiff's Request to Narrow Prior Art: Denied.

ST's Request to Compel Production of the Testing Documents Plaintiff Agreed to Produce: Plaintiff shall, by May 19, 2023, produce all the documents that exist that are requested by ST's March 17 email (DEX1 to the dispute chart), including without limitation all raw data and the software

1

modules used to convert it to SCM images. For avoidance of doubt, that includes obtaining and producing it from the lab that performed the testing / reverse-engineering.

    SO ORDERED.

SIGNED this 18th day of May 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE