UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY<br><br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY<br>   *Defendant* | § § § § § § NO:  WA:21-CV-00727-ADA |

## ORDER CANCELLING DISCOVERY HEARING VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for DISCOVERY HEARING VIA ZOOM, on May 19, 2023 at 09:00 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **19th day of May, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE