# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

## ORDER ON OPPOSED MOTION FOR EXPEDITED CONSIDERATION

Having considered Defendants' Opposed Motion for Expedited Consideration, and finding that resolving the issue of the propriety and timeliness of the latest infringement contentions prior to opening expert reports is warranted, here ORDERS as follows:

Purdue shall file its response to the Motion to Strike (Dkt. 308) by Tuesday, May 30, 2023.  Defendants shall file their reply by Thursday, June 1, 2023.

The Court will set a hearing by separate order.

SIGNED this _____ day of May 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE