IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>     Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>     Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

**DEFENDANTS' REPLY TO MOTION FO EXPEDITED CONSIDERATION**

Purdue's attempt to argue the merits of its case in response to ST's Motion to Expedite confirms that Purdue is ready, willing and able to submit a response brief on the merits of the motion to strike by May 30. ST is equally ready, willing and able to file a reply brief by June 1. In view of the fact that the Purdue's May 19 Contentions are its fifth set in this case, filed on the next to last business day of discovery, without leave of court, and opening expert reports are due June 9, 2023, ST respectfully requests that its request for expedited briefing be granted.

1

Dated:  May 26, 2023                                By: */s/ Michael D. Hatcher*

        Michael J. Bettinger
        California Bar No. 122196
        mbettinger@sidley.com
        SIDLEY AUSTIN LLP
        555 California Street, Suite 2000
        San Francisco, California 94104
        (415) 772-1200
        (415) 772-7400 – Fax

        Michael D. Hatcher
        Texas Bar No. 24027067
        mhatcher@sidley.com
        SIDLEY AUSTIN LLP
        2021 McKinney Avenue, Suite 2000
        Dallas, Texas 75201
        (214) 981-3300
        (214) 981-3400 – Fax

        Richard A. Cederoth
        Texas Bar No. 6185199
        rcederoth@sidley.com
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, Illinois 60603
        (312) 853-7026
        (312) 853-7036 – Fax

        Max Ciccarelli
        Texas Bar No. 00787242
        max@ciccarellilawfirm.com
        CICCARELLI LAW FIRM
        100 North 6th Street, Suite 502
        Waco, Texas 76701
        (214) 444-8869

        Thomas N. Tarnay
        Texas Bar No. 24003032
        ttarnay@tarnaylaw.com
        THOMAS TARNAY PLLC
        2103 Virginia Place
        Plano, Texas 75094
        (214) 395-8212

ATTORNEYS FOR DEFENDANTS
**STMICROELECTRONICS
INTERNATIONAL N.V. and
STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action via electronic service on May 26, 2023.

　　　　　　　　　　　　　　　　　　*/s/ Michael D. Hatcher*
　　　　　　　　　　　　　　　　　　Michael D. Hatcher