## JIN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>        Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER ON DISCOVERY HEARING

On June 8, 2023, the Court held a hearing on four discovery dispute charts submitted to the Court via email by Plaintiff The Trustees of Purdue University ("Plaintiff" or "Purdue") and Defendants STMicroelectronics International N.V. ("ST International"), and STMicroelectronics, Inc. (collectively, "Defendants" or "ST"). Having considered the representations and arguments of counsel, the Court rules as follows:

<u>Rino Peruzzi and Andrea Tampellini Depositions:</u> ST is ordered to make Rino Peruzzi and Andrea Tampellini available for depositions by June 22, 2023. The depositions are each limited to three hours. If either party intends to supplement its expert reports in light of the Peruzzi and Tampellini depositions, the party must, within five days of the deposition, file a motion for leave to supplement and attach the proposed supplementation to it. Any supplementation needs to be extraordinarily narrow and specifically tied to testimony from that deposition that was nowhere else in the record. If the Court grants supplementation, the opposing party will have the opportunity to respond.

ST International 30(b)(6) Witness: The Court denies Purdue's request for ST International to provide a 30(b)(6) witness on the topics addressed in the dispute chart. The Court will hold ST International to its adoption of Mr. Straatveit's testimony in its entirety on behalf of ST International.

The Court denies all other requested relief.

SO ORDERED.

SIGNED this 15th day of June, 2023.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE