# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>    Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER ON DISCOVERY DISPUTE

On July 6, 2023, the Parties submitted a dispute chart regarding a two-day extension of the rebuttal report deadline and the close of expert discovery cutoff. Having considered the Parties' positions as stated in the chart submitted on July 6, 2023, the Court GRANTS the requested relief and rules as follows:

Rebuttal reports shall be due on July 14, 2023. The close of expert discovery deadline is extended until July 28, 2023.

Further, the Court will not consider this extension as part of Defendant's Motion to Strike (Dkt. 308).

SO ORDERED.

SIGNED this 10th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE