UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY <br><br> vs. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § § NO: WA:21-CV-00727-ADA |

### ORDER SETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Wednesday July 26, 2023 at 02:00 PM before the Honorable Derek T. Gilliland. The Court will hear argument on the following: ECF No. 308 - Defendant's Opposed Motion to Strike Plaintiff's Improper May 19, 2023 Infringement Contentions. The Zoom hearing link will be provided to the attorneys of record via email.

SIGNED this 11th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE