UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY <br><br> vs. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § § | NO:  WA:21-CV-00727-ADA |

## ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Wednesday July 19, 2023 at 01:30 PM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 18th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE