IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>　　　　Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## ORDER

On July 19, 2023, the Court held a hearing on the discovery dispute submitted to the Court via email regarding the deposition of Tesla Inc. ("Tesla"). Having considered the Parties' positions as stated in the chart submitted on July 13, 2023, the Court DENIES Defendants' request to quash to the deposition of Tesla and rules as follows:

May 26, 2023 (Dkt. 317).

Further, the deposition shall be completed by August 4, 2023.

SO ORDERED.

SIGNED this 27th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE