IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.<br><br>Defendants. | CASE NO. 6:21–CV–00727-ADA-DTG |

## REVISED ORDER ON DISCOVERY[1]

On July 19, 2023, the Court held a hearing on the discovery dispute submitted to the Court via email regarding the deposition of Tesla Inc. ("Tesla"). Having considered the Parties' positions as stated in the chart submitted on July 13, 2023, the Court DENIES Defendants' request to quash to the deposition of Tesla and rules as follows:

The deposition shall be limited to the deposition topics and time limitations as ordered on May 26, 2023 (Dkt. 317).

Further, the deposition shall be completed by August 4, 2023.

SO ORDERED.

SIGNED this 31st day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

---

[1] The previous order inadvertently omitted a line in the Order. This revised Order includes the missing language.