UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V.,<br><br>Defendants. | §§§§§§§§§§§<br><br>CIVIL NO. W-21-CV-00727-ADA |

## ORDER ON DEPOSITION OBJECTIONS

During today's deposition of third-party Tesla, Inc. ("Tesla"), the parties reached out to the Court for resolution of various objections lodged by counsel for Defendants and Tesla. This Order memorializes those rulings. The Court **SUSTAINS** the objections of counsel as it pertained to products and entities not related to Defendants, for the reasons stated on the record.

**SIGNED** this 1st day of August, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE