IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

**DECLARATION OF MICHAEL D. HATCHER IN SUPPORT OF DEFENDANTS' OPPOSED MOTION TO STRIKE PLAINTIFF'S IMPROPER REBUTTAL EXPERT REPORT AND TESTIMONY OF MR. GREG JACKSON**

I, Michael D. Hatcher, hereby declare, affirm and state as follows:

1. I am an attorney with Sidley Austin LLP, counsel to Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc. I am a member of the bar of this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Greg Jackson, dated July 14, 2023, as served in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Michael D. Hatcher_
Michael D. Hatcher

1