# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>  Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>  Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

### ORDER ON DEFENDANTS' OPPOSED MOTION TO STRIKE PLAINTIFF'S IMPROPER REBUTTAL EXPERT REPORT AND TESTIMONY OF MR. GREG JACKSON

Before the Court is Defendants' Opposed Motion To Strike Plaintiff's Improper Rebuttal Expert Report and Testimony of Mr. Greg Jackson. Having considered the motion, the Court is of the opinion that good cause exists to grant the motion. Accordingly, the motion should be, and hereby is, **GRANTED**.

IT IS SO ORDERED.

SIGNED this _____ day of August 2023.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE