# EXHIBIT 8

```
 1                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
 3      THE TRUSTEES OF PURDUE     )
        UNIVERSITY.                )
 4           PLAINTIFF             )    CIVIL ACTION NO.
                                   )    1:21-CV-840
 5      VS.                        )
                                   )
 6      WOLFSPEED, INC.,           )
             DEFENDANT             )
 7
 8        ORAL AND VIDEOTAPED DEPOSITION OF DR. STANLEY SHANFIELD
                            MARCH 17, 2023
 9
10          ORAL AND VIDEOTAPED DEPOSITION OF DR. STANLEY
11      SHANFIELD, produced as a witness at the instance of the
12      Defendant and duly sworn, was taken in the above styled
13      and numbered cause on Friday, March 17, 2023, from
14      9:07 a.m. to 3:25 p.m., before Janalyn Elkins, CSR, in
15      and for the State of Texas, reported by computerized
16      stenotype machine, via Zoom, pursuant to the Federal
17      Rules of Civil Procedure and any provisions stated on
18      the record herein.
19
20
21
22
23
24
25

                                                              Page 1
```

```
 1                    MR. SHORE:  Let's see here.  I don't know
 2     if that's -- I don't think that's an exhibit to your
 3     report.  Is that an exhibit to Dolittle's report?
 4                    MR. ERWINE:  I don't have the question
 5     but we have it on the screen.
 6                    MR. SHORE:  Hang on just a second.  I can
 7     find it here.
 8          Q.  (BY MR. ERWINE)  Have you seen this declaration
 9     before, Dr. Shanfield?
10          A.  Yeah, I think I have so that's --
11                    MR. SHORE:  Here we go.  Here we go.
12                    THE WITNESS:  Oh, we've got it.
13          Q.  (BY MR. ERWINE)  So the answer is yes, you've
14     seen this declaration before?
15          A.  Yes.
16          Q.  All right.  And if you can turn to -- I think
17     it's page 8, paragraph 31.
18          A.  Yes.
19          Q.  Do you see that Dr. Bhat says, (Reading:)  In
20     my opinion, as explained below, the phrase "less than
21     about three micrometers," as used in the '633 Patent and
22     Claim 9, means exactly that.  Further, a POSITA would
23     reasonably understand that "about," when referring to
24     numerical values such as in the '633 Patent generally
25     implies plus or minus 10 percent variation.  Thus, a
```

Page 145

```
 1      POSITA would readily understand the scope of the term
 2      with reasonable certainty.
 3                   And my question is:  Do you agree with that
 4      paragraph?
 5           A.   I agree that in the time frame of the patent
 6      that plus or minus 10 percent variation is reasonable.
 7      So I also would add that you -- you must have a look at
 8      what was done to build the device in question and that a
 9      POSITA would be able to decide what was reasonable.  But
10      10 percent variation at the time of the invention was
11      pretty typical.
12           Q.   Okay.  And you said, "at the time of the
13      patent."  Is it your opinion that in 2023 that
14      10 percent variation is no longer reasonable?
15                   MR. SHORE:  Objection, form.
16                   THE WITNESS:  What I think is it could be
17      different now.
18           Q.   (BY MR. ERWINE)  Do you know --
19           A.   It depends how it was made.
20           Q.   Sorry.  Do you know whether it's different?  Do
21      you have an opinion?
22                   MR. SHORE:  Objection, form.
23                   THE WITNESS:  So again, it depends on the
24      manufacturing that's been done, for example.  It might
25      be using equipment from the 1980s where 10 percent is
```

Veritext Legal Solutions
800-336-4000

```
 1    you imported from Dr. Bhat's report?
 2         A.   Well, I know what I was saying here.  And
 3    basically, what I'm putting across is the point that
 4    whatever the tolerances were that were reasonable in
 5    2005 or '06, then that's -- that's what the patent is
 6    going to apply.  And if that patent were written now, it
 7    would -- "about" would have a meaning that would
 8    probably be more precise because what is about in 2023
 9    is a much tighter dimension.  But the patent was written
10    in 2005 and so that -- that 10 percent is what applies
11    in its enforcement.
12                   And the statement I'm making here is that
13    the manufacturing techniques at that time were what
14    established what "about" means reasonably at the time.
15         Q.   Okay.  And just to clarify, it's your opinion
16    based on what you just said that the 10 percent -- you
17    said that 10 percent is what applies in its enforcement.
18    So it's your view that in terms of the claim scope that
19    that 10 percent variation would apply?
20         A.   I said the 10 percent is reasonable given when
21    the patent was written and it applies now in the same
22    way, if reasonability applies.
23         Q.   And let me be very clear.  I just am taking
24    your language and I'm just trying to understand it.  You
25    said that the patent was written in 2005.  So that
```

Page 152

```
 1    10 percent is what applies in its enforcement?
 2         A.   Yes.
 3         Q.   Do you mean that the 10 percent should be what
 4    applies in the enforcement of the claim, Claim 9 of the
 5    '633 Patent?
 6         A.   Yes.
 7         Q.   And so it's -- you take the less than about,
 8    you take the three micrometers and in terms of the
 9    application of the claim scope, it would be plus or
10    minus 10 percent applied to that 3 micrometers
11    measurement?
12         A.   As I explained, yes, I think it would be
13    reasonable to apply plus or minus 10 percent.  There may
14    be situations where you'll have to examine the way the
15    device was made or the way the layout was done.  But the
16    mean of about and at the time the patent was written is
17    what applies indefinitely until the patent expires.
18         Q.   And in most -- I'm sorry.  In multiple
19    paragraphs you reference the size variations resulting
20    from manufacturing techniques that require tolerances or
21    slight deviations from the ideal device design.
22              Do you recall that?
23         A.   Well, can you put me -- point me to a specific
24    line?
25         Q.   Yeah.  Paragraph 50.  Paragraph 50 it says,
```

Page 153

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | REPORTER'S CERTIFICATION                                        |
|    | DEPOSITION OF DR. STANLEY SHANFIELD                             |
| 2  | TAKEN MARCH 17, 2023                                            |
| 3  | I, Janalyn Elkins, Certified Shorthand                          |
| 4  | Reporter in and for the State of Texas, hereby certify          |
| 5  | to the following:                                               |
| 6  | That the witness, DR. STANLEY SHANFIELD, was                    |
| 7  | duly sworn by the officer and that the transcript of the        |
| 8  | oral deposition is a true record of the testimony given         |
| 9  | by the witness;                                                 |
| 10 | That the original deposition was delivered to                   |
| 11 | RICHARD W. ERWINE;                                              |
| 12 | That a copy of this certificate was served on                   |
| 13 | all parties and/or the witness shown herein on                  |
| 14 | _____.                                      |
| 15 | I further certify that pursuant to FRCP No.                     |
| 16 | 30(f)(i) that the signature of the deponent was                 |
| 17 | requested by the deponent or a party before the                 |
| 18 | completion of the deposition and that the signature is          |
| 19 | to be returned within 30 days from date of receipt of           |
| 20 | the transcript.  If returned, the attached Changes and          |
| 21 | Signature Page contains any changes and the reasons             |
| 22 | therefor.                                                       |
| 23 | I further certify that I am neither counsel                     |
| 24 | for, related to, nor employed by any of the parties in          |
| 25 | the action in which this proceeding was taken, and              |

Page 173

1  further that I am not financially or otherwise
2  interested in the outcome of the action.
3      Certified to by me this 21st day of March 2023.

*[signature: Janalyn Elkins]*

   JANALYN ELKINS
6  Texas CSR 3631
   Expiration Date 1/31/2025
7  Veritext Legal Solutions
   300 Throckmorton Street, Suite 1600
8  Fort Worth, Texas  76102
   Firm Registration No. 571
9  PH:  (817) 336-3042