# EXHIBIT 5

# Alicia Cary-Howell

| | |
|---|---|
| **From:** | Alvarez, Julia <julia.alvarez@sidley.com> |
| **Sent:** | Tuesday, April 25, 2023 3:35 PM |
| **To:** | Michael Shore; Halima Shukri Ndai; Alicia Cary-Howell; Rhonda Polvado; Team-Purdue-ST; Brian Melton; John Lahad; Hayley Stillwell; Abbey McNaughton |
| **Cc:** | Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM); Tarnay, Thom (EXTERNAL @TARNAYLAW.COM); Bettinger, Mike; Hatcher, Michael D.; Richard Cederoth; Alvarez, Julia; Littlejohn, Kim; Bullock, Wendi |
| **Subject:** | C.A. No. 6:21-cv-00727-ADA; The Trustees of Purdue University v. STMicroelectronics Int'l N.V., et. al. - Discovery |
| **Attachments:** | Attachments.html |

CAUTION: External Email!
Counsel,

The following link will provide you with access to Defendants' supplemental document production volume ST-PURDUE_41, bearing Bates numbers ST-PURDUE_00116446 - ST-PURDUE_00116497
*Please note that this production includes documents that have been designated **CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY** and should be treated as such pursuant to the Protective Order entered in this case. *Password to follow in a separate email.*

To access please enter the your email address and click "Forgot Password". You will receive a link to create a password and then you will be able to login and download.  If you experience any issues, please let me know immediately.



Regards,
Julia

**JULIA ALVAREZ**
Paralegal

**SIDLEY AUSTIN LLP**
555 California Street
Suite 2000
San Francisco, CA 94104
+1 415 772 7480
julia.alvarez@sidley.com
www.sidley.com

1

SIDLEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*