EXHIBIT 1

**Figure 1.** Dr. Hall-Ellis testified that she personally received record 1C by email from the German National Library (DNB) that possessed the Choyke textbook (dnb.de). But e-mails produced by ST show that the record is an incomplete record obtained by outside counsel for ST from a library "TIB" (tib.eu) that did not have the book.



**Figure 2.** Dr. Hall-Ellis intentionally omitted the only true and correct MARC record for the physical Choyke book published by the German library (DNB) that created the first catalog record. The leader field disproves Dr. Hall-Ellis's conclusion of availability in June 2003. The "p" proves the record was opened before publication, as part of a cataloging-in-publication process.

## Deposition Exhibit 8

```
<?xml version="1.0" encoding="UTF-8"?>
  <record xmlns="http://www.loc.gov/MARC21/slim" type="Bibliographic">
    <leader>00000pam a2200000 c 4500</leader>
    <controlfield tag="001">967966140</controlfield>
    <controlfield tag="003">DE-101</controlfield>
    <controlfield tag="005">20171203144618.0</controlfield>
    <controlfield tag="007">tu</controlfield>
    <controlfield tag="008">030626s2004    gw ||||| |||| 00||||eng  </controlfield>
    <datafield tag="015" ind1=" " ind2=" ">
      <subfield code="a">03,A48,0977</subfield>
      <subfield code="z">03,N30,0700</subfield>
      <subfield code="2">dnb</subfield>
    </datafield>
    <datafield tag="016" ind1="7" ind2=" ">
      <subfield code="2">DE-101</subfield>
      <subfield code="a">967966140</subfield>
    </datafield>
    <datafield tag="020" ind1=" " ind2=" ">
      <subfield code="a">3540404589</subfield>
      <subfield code="c">Pp. : EUR 213.95</subfield>
      <subfield code="9">3-540-40458-9</subfield>
    </datafield>
    <datafield tag="020" ind1=" " ind2=" ">
      <subfield code="a">9783642623332</subfield>
      <subfield code="c">Pb. : EUR 330.63 (DE) (freier Pr.), EUR 339.90 (AT)
(freier Pr.), sfr 443.00 (freier Pr.)</subfield>
      <subfield code="9">978-3-642-62333-2</subfield>
    </datafield>
    <datafield tag="024" ind1="3" ind2=" ">
      <subfield code="a">9783540404583</subfield>
    </datafield>
    <datafield tag="035" ind1=" " ind2=" ">
      <subfield code="a">(DE-599)DNB967966140</subfield>
    </datafield>
    <datafield tag="035" ind1=" " ind2=" ">
      <subfield code="a">(OCoLC)249222256</subfield>
    </datafield>
    <datafield tag="040" ind1=" " ind2=" ">
      <subfield code="a">1140</subfield>
      <subfield code="b">ger</subfield>
      <subfield code="c">DE-101</subfield>
      <subfield code="d">9999</subfield>
    </datafield>
```

Dr. Hall-Ellis admits "p" in leader proves record was created pre-publication

Tags, indicators, fields, subfields

EXHIBIT 8

Exhibit 8 is MARC metadata for the Choyke textbook published by the German DNB library.

Dr. Hall-Ellis admits she omitted this record because she was only interested in "true MARC records" that have "tags, indicators, fields and subfields"

Q (By Mr. Offor) And do you see here, the -- there's a leader tag, a control -- and a -- do you see a leader tag here?
A Yes.
Q And do you see the first four character -- or five character positions? So character position 0 to four?
A I see them. I see them.
Q And in the fifth character position do you see a P?
A I do.
Q And earlier we talked about how the P indicates that a record has moved from pre-publication to the final record; is that correct?
A Yes.

Ex. 2 (Hall-Ellis Dep.) 76:9-21.

Q (By Mr. Offor) Okay. So even though you could go to the German National Library website, find the record for the e-Book or the print book and subsequently look at the XML -- the MARC XML data for -- for the print book --
A Uh-huh.
Q -- you could do that; is that correct?
MR. TARNAY: Object to the form of the question.
A I could do that, but I'm interested in true MARC records, and that is not what this is.
Q (By Mr. Offor) And true -- and true -- true MARC records, you said. Okay.
A They have tags, indicators, fields and subfields; and this does not have those.

Ex. 2 (Hall-Ellis Dep.) 80:8-21.

**Figure 3.** Dr. Hall-Ellis intentionally omitted leader data for the core MARC record she relied on to establish availability of the Lu Thesis. The leader field undermines her conclusion that an online version of the Lu Thesis was available June 10, 2004. The "c" in the omitted leader proves the record was modified after creation in ways Dr. Hall-Ellis cannot explain.

**Deposition Exhibit 3**



**Figure 4.** Dr. Hall-Ellis's after-the-fact excuses to do not justify her actions.

Q (By Mr. Offor) A second ago you said you don't include the leader information and you don't include the control number because those things don't matter to your analysis, right?

A I did say that.

Q And now --

A I also -- I also said sometimes I do include them and I don't -- it doesn't matter to me. I don't use them; whether or not I include them. So you can ask me all day long, if I do or don't. The question is, I don't use them.

Q When do you -- how do you choose when to exclude them and when to include them?

Page 105

A I don't know. It depends how I feel that day and how I'm doing at capturing records. This is a pretty tedious process.

Ex. 2 (Hall-Ellis Dep.) 104:13-105:3.

