# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

Civil Action No. 6:21-CV-00727-ADA

_____

REMOTE VIDEO RECORDED DEPOSITION OF SYLVIA HALL-ELLIS
July 27, 2023

_____

THE TRUSTEES OF PURDUE UNIVERSITY,

    Plaintiff,

v.

STMICROELECTRONICS INTERNATIONAL N.V., and
STMICROELECTRONICS, INC.,

    Defendants.

**CERTIFIED TRANSCRIPT**

_____

APPEARANCES:

    THE SHORE FIRM
        By Chijioke E. Offor, Esq.
        By Alex Jacobs, Esq.
           901 Main Street, Suite 3300
           Dallas, Texas 75202
               Appearing on behalf of Plaintiff.

    SIDLEY AUSTIN, LLP
        By Thomas Tarnay, Esq.
           2021 McKinney Avenue, Suite 2000
           Dallas, Texas 75201
               Appearing on behalf of Defendants.

    ALSO APPEARED:
        Walt Mather, the videographer
        Rachel Applegate, expert witness
        Rhonda Polvado, paralegal




PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V.    Page 8
SYLVIA HALL-ELLIS, 07/27/2023

1   A    I do.

2   Q    You also see the text, Remote Videotaped Deposition
3   of Sylvia Hall-Ellis, PhD?

4   A    I do.

5   Q    So is it correct that you gave a deposition in a
6   case that was titled Qualcomm, Incorporated versus
7   Monterey Beach -- Reach, LLC?

8   A    Yes.

9   Q    And you gave that deposition on or about Thursday,
10  May 6, 2021; is that correct?

11  A    That's what it says.  What is this?  What are we
12  doing here?

13  Q    I have advanced this to Page 24 of that deposition.

14  A    Okay.

15  Q    Do you see that in front of you?

16  A    Yes.

17  Q    And is it correct that if you look at Page 24,
18  Lines 22 through Page 25, Line 1, you were asked, have
19  you been retained -- or have you ever been retained in an
20  IPR by the patent owner?  And you responded, I don't
21  know.  I believe maybe a very small number of times; is
22  that correct?

23  A    That is what the text says.

24  Q    So you have given -- submitted declarations and IPRs
25  on behalf -- in IPR proceedings over 500 times and only a




1   small number of times has your declaration been on behalf

2   of the patent owner; is that correct?

3                    MR. TARNAY:  Object to the form of the

4   question.

5   A    You have accurately read the text.  This is over two

6   years old.  I don't know what you're really asking me.  I

7   think you need to rephrase so I understand what it is

8   you're trying to ask.

9   Q    (By Mr. Offor)  I think you've answered the

10  question.

11  A    Okay.

12  Q    In the chat I have shared with you a document that

13  has a file name XHE002.  Do you see that document in the

14  chat?

15  A    I do not.  Let me see.  I cannot make it download

16  and open for some reason.

17  Q    And I --

18                   MR. TARNAY:  Would you like to take a

19  moment --

20                   THE REPORTER:  I'm sorry.  Can you please

21  repeat what you just said?

22                   (Discussion off the record.)

23                   THE REPORTER:  I'm talking to Attorney

24  Tarnay, please.

25                   THE VIDEOGRAPHER:  This is the



1    tags?

2    A     That's exactly what it is.

3    Q     Okay.  And at the bottom of that page, on the

4    left-hand side, there's an HTML tag that says forward

5    slash record; is that correct?

6    A     Yes.

7    Q     And at the top of the page, there's an HTML tag that

8    starts with record; is that correct?

9    A     Yes.

10   Q     Now, is this the record that you included --

11   A     No.

12   Q     -- in your -- let me -- let me finish the question.

13        Is this the record that you included in your expert

14   record as -- as a -- being the online -- the record of the

15   online electronic version of the Lu dissertation?

16   A     This is -- no.  This is not the record I included,

17   and the record that I included is not this one.

18   Q     Okay.  It's not -- it's not this one?

19   A     No.

20                 THE DEPONENT:  We need to take a break.

21   I'm taking a ten-minute break.

22                 MR. OFFOR:  A permanent break?  Did --

23   can you just repeat that?  Did you ask for a break?  I'm

24   sorry.  I didn't hear you.

25                 THE DEPONENT:  Yes.  A ten-minute break.

 

PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V.    Page 29
SYLVIA HALL-ELLIS, 07/27/2023

1   I need more coffee.  Thank you.

2                   MR. OFFOR:  No problem.  Let's take a

3   break.

4                   THE VIDEOGRAPHER:  The time now is

5   10:00 a.m.  We're off the record.

6                   (Recess was taken.)

7                   THE VIDEOGRAPHER:  The time now is 10:14.

8   We're back on the record.

9   Q    (By Mr. Offor)  Dr. Hall-Ellis, do you see -- can

10  you see the screen?

11  A    Yes.

12  Q    And you can see that I'm sharing a screen with the

13  Purdue logo in the upper left-hand corner, and the words

14  Purdue University next to that?

15  A    Yes.

16  Q    And below that there's a text box that contains the

17  numbers 99132578460001081; is that correct?

18  A    I do see that.

19  Q    Okay.  And in front of you -- below that text box,

20  about in the middle of the page, do you see the text,

21  showing list of versions?

22  A    I do see that.

23  Q    And a few lines below that, do you see a numeral 1

24  with a box around it?

25  A    No.  It's an Arabic one with a box, yes.

 is now 

1    A     Yes, it does.

2    Q     And to the right of that text, do you see the

3    numbers 03407; is that correct?

4    A     Yes.

5    Q     And that's followed by the characters, C-A-M?

6    A     Yes.

7    Q     There's a -- what appears to be a space after the M;

8    do you see that?

9    A     Yes.

10   Q     And then do you see the characters A2200361?

11   A     Yes.

12   Q     And then after the 1, there appear to be some spaces

13   followed by the numbers 4500; is that correct?

14   A     Yes.

15   Q     So this leader -- the row that's -- the line that

16   begins with leader --

17   A     Uh-huh.

18   Q     -- is not in the document that you submitted as your

19   Exhibit 1A to your report for the Lu thesis; is that

20   correct?

21   A     That is correct.

22   Q     And that's because you chose not to include the

23   leader information in the text that you --

24             MR. TARNAY:  Object to form.

25   Q     -- provided and submitted with your report.



1                      MR. TARNAY:  Object as to form.

2   A     I did not include the leader.

3   Q     (By Mr. Offor)  And that was an intentional decision

4   on your part?

5   A     Yes.

6   Q     And is the reason that you didn't include the leader

7   because -- strike that.  Is it correct that the reason

8   you did not include the leader is because the C that

9   appears in the fifth character position of the leader is

10  a computer-generated code that indicates that there has

11  been an addition or change, other than in coding level to

12  this record?

13  A     No.  That is not the reason.

14  Q     Is the reason that you -- is it correct that the

15  reason -- that a reason you chose not to include the

16  leader information is because the A, in the sixth

17  character position, indicates a particular type of record

18  and that is not the same type of record that is indicated

19  on -- in Exhibit 1B that you attached to --

20  A     No, that is not the reason.

21  Q     -- your report?

22  A     No.  That is not the reason.

23  Q     So there is a different reason you chose to exclude

24  information that you planned to submit to a court; is

25  that correct?




1  **other than Attachment 1A?**

2  A    I don't think so.

3  **Q    So as far as you're aware, the sole document**

4  **reflecting, in your opinion, the June 10th, 2004 date, is**

5  **Attachment 1A to your expert report; is that correct?**

6  A    Well, we really aren't through with this discussion,

7  so I would say I can't answer that at this time.

8  **Q    Well, I mean, I -- Dr. Hall-Ellis, I just -- I am**

9  **asking you, you've included two metadata records,**

10  **Attachment 1A and Attachment 1B, as attachments -- as an**

11  **attachment to your Lu report; is that correct?**

12  A    I have attached two MARC records, which contain

13  metadata, to my report.  I've also included some other

14  information in my report that give me the date of

15  June 4th -- or whatever it is, June 10th, 2004, in 1A.

16  And that date is one on which the item was available.  So

17  1A becomes critical in reaching that conclusion.

18  **Q    1A is critical in reaching your conclusion --**

19  A    Yes.

20  **Q    -- because it's the only document -- because it's**

21  **the only document that you have provided that reflects a**

22  **date of June 10th, 2004; is that correct?**

23            MR. TARNAY:  Object to the form of the

24  question.

25  A    So can we go back to my report, to the narrative,



1  correct?

2  A     That is correct.  It was available on June 10th,

3  2004.  There is no doubt in my mind.

4  Q     And this is the main document that you use to

5  identify that specific date, June 10th, 2004, correct?

6                    MR. TARNAY:  Object to the form of the

7  question.

8  A     Yes.

9  Q     (By Mr. Offor)  And this document, you stated, is a

10 MARC record from the online -- a MARC record of -- of the

11 online version of the Lu thesis and you obtained it from

12 the online catalog at Purdue; is that correct?

13 A     Yes.

14 Q     But you did not include all of the information that

15 was in the online catalog; in fact --

16 A     I --

17 Q     -- you stated that you removed certain information;

18 isn't that correct?

19                    MR. TARNAY:  Object to the form of the

20 question.

21 A     I did not include the leader, because it is not

22 relevant as a piece of bibliographic data.  If you knew

23 what the leader was, you would know that.

24 Q     (By Mr. Offor)  So the answer is, yes; you chose to

25 remove --



```
 1                    MR. TARNAY:  Object to the form of the
 2  question.
 3  Q     (By Mr. Offor) -- You chose to remove -- chose to
 4  remove information from --
 5  A     The answer is, I did not include the leader.
 6  Q     And you did that intentionally?
 7  A     I do that intentionally.
 8                    MR. TARNAY:  Object to the form of the
 9  question.
10  Q     (By Mr. Offor)  And the primary document that you
11  are relying on for your June 10th, 2004, you removed
12  information from the catalog that the catalog spit back
13  to you; isn't that correct?
14                    MR. TARNAY:  Object to the form of the
15  question.
16  A     I've answered your question multiple times.  I will
17  not answer it again.
18  Q     (By Mr. Offor)  What is the information that you
19  believe the leader shows?
20  A     The leader shows the number of characters in the
21  record itself.  It also shows when the record was
22  contributed, how it was indexed, and how it is in the
23  system, where it's residing.  In this case, it's in
24  Voyager.  It is not bibliographic data.
25  Q     And is it your contention that this record before us
```



1    in Attachment 1A is referring to the same material that

2    is reflected in your Attachment 1B?

3                    MR. TARNAY:  Object to the form of the

4    question.

5    A     Attachments 1A and 1B describe two manifestations of

6    the same work which is, in this case, the dissertation by

7    Dr. Lu.

8    Q     (By Mr. Offor)  And you are indicating that this --

9    in this case, it is the dissertation by -- strike that.

10   With respect to Attachment 1A, you believe Attachment 1A

11   refers to an electronic version of the dissertation by

12   Mr. Lu, a physical version of the dissertation by Mr. Lu,

13   or some other material?

14   A     If you look carefully at Attachment 1A, it describes

15   the print version is coded in that way and was created at

16   the institution that received the copy for addition to

17   its database.  So this is a print version; and 1B is an

18   online version.

19   Q     1 -- you just said 1A is a print version?

20   A     Yes.

21   Q     And so did you just come to that realization now or

22   was that your testimony in your report?

23   A     That is not a recent conclusion.  That is a

24   conclusion, looking at this for the very first time.

25        I have been looking at MARC records for well over

 

1  fifty years, and I can tell what I'm looking at.  This is a

2  print version, MARC record, for the dissertation by Dr. Lu.

3  **Q     Is that what you said in your report?**

4  A     Yes, it is.  This -- I have not said that this is

5  not the print version.  This was made by University

6  Microfilms, June 10th, 2004.

7  **Q     What, in your mind, is the difference between an**

8  **online version and a print version?**

9  A     They are different manifestations of the same work,

10  which is a piece of intellectual content, created by one

11  or more persons.

12  **Q     But your testimony here today is that Attachment 1A**

13  **does not refer to the online version?**

14  A     1A is a bibliographic record for the print version.

15  **Q     And that's different from the online version?**

16  A     The packaging or carrier is different.  The

17  intellectual content is not.

18  **Q     But in your report, didn't you say that Attachment**

19  **1A was for the online version?**

20  A     I don't know.  We can look, but they both describe

21  the intellectual content that this person created.  And

22  regardless, they describe the same content.  And we are

23  talking about content, not packaging here.

24  **Q     Dr. Hall-Ellis, I have Paragraph 43 of your report**

25  **in front of you; do you see that?**




1   A    Yeah.  It does say the online catalog record.

2   Q    **And so --**

3   A    And actually, 1B is the online record.

4   Q    **Dr. Hall-Ellis, Paragraph 43 of your report is in**

5   **front of you; is that correct?  You can see it?**

6   A    Yes, it is.

7   Q    **And in Paragraph 43?**

8   A    It's the online version.

9   Q    **You state attached hereto as Attachment 1A --**

10  A    Let's look at it.

11  Q    **-- ST-Purdue_0118846-47 is a true and correct copy**

12  **of the online catalog record for the online version of**

13  **this dissertation from the Purdue University libraries,**

14  **West Lafayette, Indiana?**

15  A    Well, let's take a look at 1A one more time.

16  Q    **Dr. Hall-Ellis, did I read that correctly first?**

17  A    You did.  Let's take another look.  And it's in the

18  digital repository, and it is representative of that

19  record.  I don't see that the packaging matters.  It is

20  an intellectual work.  It is described.  It is available

21  in two forms.  One in print.  One online.  They use the

22  same record.  Some people did that at this time.  This

23  was a -- this is an old record.  I am not deviating from

24  the date.  I am not deviating from the work.  My opinion

25  is not changing.



1   Q    Dr. Hall-Ellis, in your report, you said that 1A

2   related to an online version.  It seems like you're

3   changing your testimony now.

4   A    I am not changing my testimony and I am staying with

5   what I have written.  I have answered your questions

6   about this and I think we could move on.

7   Q    Well, I'm just trying to make sure the record is

8   clear.  Is your testimony --

9   A    I think the record is -- the record is correct.  The

10  report is correct.  We need to move on.  We need to take

11  a break.

12  Q    Well, Dr. Hall-Ellis, let me just finish this

13  question.

14  A    No.  I am taking a break.  I am not answering your

15  question.

16             THE VIDEOGRAPHER:  Would you like to go

17  off the record, sir?

18             MR. OFFOR:  We can take a break.  It's no

19  problem.

20             THE VIDEOGRAPHER:  The time now is 10:49.

21  We're off the record.

22             (Recess was taken.)

23             THE VIDEOGRAPHER:  One moment -- the time

24  now is 11:14.  We're back on the record.

25             THE DEPONENT:  I would like to go back



```
 1   A      Yes.
 2   Q      And below this, you see the text character
 3   positions?
 4   A      Yes.
 5   Q      And character positions, 00 to 04 corresponds to
 6   record length?
 7   A      Yes.
 8   Q      And is it your understanding that that record length
 9   is something that's computer generated?
10   A      Yes.
11   Q      And so it's always going to be there, in some form?
12   A      It has to be there in some form.
13   Q      And we had talked about the character position 5
14   being record status?
15   A      Yes.  Uh-huh.
16   Q      And so this document here is indicating different
17   values that can be in character position 5 of the leader
18   to indicate a record status, correct?
19   A      That is true.
20   Q      And if the value P is in that character 5, that
21   would indicate it would increase from -- in coding level
22   from prepublication; is that right?
23              MR. TARNAY:  Object to the form of the
24   question.
25   A      That is what the document says.
```

 is now 

1   Q    (By Mr. Offor)  Well, do you -- from -- based on

2   your knowledge and experience with MARC, would you

3   disagree with that?

4   A    This is an official federal document.  I would not

5   disagree with it.

6   Q    And if you -- so in the record status, do you agree

7   that C, the character C, in the fifth character position,

8   which -- corresponding to record status, would indicate

9   corrected or revised record?

10  A    Yes.

11  Q    We can put this one down for a second.  We may come

12  back to it.  But for now, it seems -- so -- is it the

13  case that -- in your opinion, is it all right to rely on

14  metadata records with leader information or other types

15  of information removed?

16              MR. TARNAY:  Object to the form of the

17  question.

18  A    What we're really looking at here, is the

19  bibliographic description of the work.  And the leader in

20  and of itself, does not describe the work.  It describes

21  how much of the record there is, when the record -- how

22  big the record is, the level of description in the

23  record, but it is not the bibliographic content of the

24  record.  It does not contain that.

25  Q    (By Mr. Offor)  And I'm not going to -- I won't



 1    A      Oh, yes.

 2    Q      -- this document?

 3    A      Oh, yes.

 4    Q      And this document is dated June 6, 2023; is that

 5    correct?

 6    A      Yes.

 7    Q      Okay.  And I want to -- let's go to Paragraph 40 of

 8    your report.

 9    A      Okay.  Give me a minute here.  I am there, at 40.

10    Q      All right.  Is it correct that, in your opinion --

11    A      Uh-huh.

12    Q      -- or in your report, you stated that Attachment 1B

13    to this report is a true and correct copy of the MARC

14    record for the -- the Choyke book from the online catalog

15    at the Deutsche National Bibliothek Library?

16    A      No, sir.  That is not correct.

17    Q      What is it?

18    A      It's the metadata record from the public catalog.

19    Not the MARC record.

20    Q      So 1B is not a MARC record?

21    A      No, sir.  It is not.

22    Q      And is it your testimony that 1B is a -- is a -- is

23    a record from the online catalog related specifically to

24    the print version of the Choyke book?

25    A      Link to this record.  It has a link and the online

 is now 

1  record.  So it's -- I don't know.  It has a link and the

2  link -- it has -- it is printed and online.  So it

3  appears to be a combination record, where both are

4  represented.  It's available online, and that's evident

5  as well.

6  Q    Okay.  Can you go to page 82 of -- of your report?

7  A    Page 82.

8  Q    And this should be Attachment 1B?

9  A    I'm looking at 1B, which is from the National

10 Library of Germany.

11 Q    Right.

12 A    It is 82.  Okay.  Yeah.

13 Q    Is it your contention -- are you saying that this

14 record is a -- relates to the e-Book or that it relates

15 to the print version of the book?

16 A    It appears to relate to both, although there is

17 quite a bit of information about the electronic version.

18 Q    Well, but doesn't this document in front of you

19 indicate -- and actually state, scope, format, online

20 resource?

21 A    Yeah.  It does say that.

22 Q    And doesn't this document, this Attachment 1B state,

23 other editions, and then have the tags, printout, silicon

24 carbide?

25 A    Yes.  So it has both.  It's telling you, this book




1    Q      Okay.  And Exhibit 8 --

2    A      Uh-huh.

3    Q      -- I'll represent to you is the XML representation

4    that you get if you click on that link we just talked

5    about, MARC 21XML representation of what's in Exhibit 7?

6    A      Okay.

7                      MR. TARNAY:  Object to the form of the

8    question.

9    Q      (By Mr. Offor)  And do you see here, the -- there's

10   a leader tag, a control -- and a -- do you see a leader

11   tag here?

12   A      Yes.

13   Q      And do you see the first four character -- or five

14   character positions?  So character position 0 to four?

15   A      I see them.  I see them.

16   Q      And in the fifth character position do you see a P?

17   A      I do.

18   Q      And earlier we talked about how the P indicates that

19   a record has moved from pre-publication to the final

20   record; is that correct?

21   A      Yes.

22   Q      And below that leader row, do you see a tag, 001?

23   A      Yes.

24   Q      And there -- after that tag you -- and in between

25   that tag, you see the numbers 967966140?

 is now 

1    And if you look at my report, you will see in chapter

2   40 -- or in Paragraph 40, that in order to get a MARC

3   record, I actually wrote to the National Library and

4   requested it.  And I did that, because I did not want an

5   HTML record.  I did not want a metadata record.  I wanted a

6   MARC record.  And because of that, I requested one, and I

7   got one, and that is the one attached to my report, as

8   Attachment 1C.

9   **Q    And so Exhibit 7 is directly from the German**

10  **National Library and it is a record -- not a MARC record,**

11  **but a record, related to the print version of the Choyke**

12  **book.**

13  A    I'm not disagreeing with you, but I will remind you

14  that libraries make many different types of records these

15  days, because we are, in fact, in competition with Google

16  and Amazon and search browsers and you name it, if

17  somebody needs a record.  And each of these systems uses

18  records in a format that they are designed to manipulate.

19  And MARC is unique in that it works primarily and only in

20  library software designed for handling of MARC-formatted

21  records; not HTML, not Dublin Core, not anything else.

22  And so -- because I want to see MARC records, I am going

23  to take the steps necessary to get them.

24       And while this is a very nice HTML record, it is

25  outside my report and it is outside the scope of what I



1  needed to consider because I was able to get a MARC record

2  which is what I wanted and what I examined.

3  **Q     Okay.  Are you stating -- or is it your opinion that**

4  **what you see in front of you as Exhibit 8, that this is**

5  **not a MARC record?  Is that your opinion?**

6  A    It is not a MARC record in the true sense of the

7  word.  It is the HTML or XML representation of MARC.

8  **Q     And so does this -- are you saying that this**

9  **Exhibit 8 does not contain MARC record information?**

10  A    It has metadata transcribed into it that can be

11  extracted from MARC.  It is not a MARC record in the true

12  sense of the word.

13  **Q     Well, but it's a MARC XML record and --**

14  A    No.  This is -- no.  They are different.

15  **Q     This is a MARC XML record; is it not?**

16  A    Yes, it is.  Yes, it is.

17  **Q     And, in fact, the second row of text here has a**

18  **record tag.  And in it, you see**

19  **httpwww.libraryofcongress.gov/MARC21; do you not?**

20  A    It's different.  And it is different; and you know

21  it's different; and I know it's different; and it is not

22  what I included.  It is not what I examined.  It is

23  outside the scope of my report, and I have nothing else

24  to say about it, except it's a very nice XML record.

25  **Q     For the print version of the book?**

 is now 

```
 1                    MR. TARNAY:  Object to the form of the
 2   question.
 3   Q    (By Mr. Offor)  Correct?
 4   A    I'm looking.
 5                    MR. TARNAY:  Object to the form of the
 6   question.
 7   A    I have not examined this record.
 8   Q    (By Mr. Offor)  Okay.  So even though you could go
 9   to the German National Library website, find the record
10   for the e-Book or the print book and subsequently look at
11   the XML -- the MARC XML data for -- for the print book --
12   A    Uh-huh.
13   Q    -- you could do that; is that correct?
14                    MR. TARNAY:  Object to the form of the
15   question.
16   A    I could do that, but I'm interested in true MARC
17   records, and that is not what this is.
18   Q    (By Mr. Offor)  And true -- and true -- true MARC
19   records, you said.  Okay.
20   A    They have tags, indicators, fields and subfields;
21   and this does not have those.
22   Q    And you said that you wrote to the German National
23   Library?
24   A    Yes.  I e-mailed and said, please, will you send me
25   the MARC record for this item, and I got that back, and
```



1   attached it to my report.

2   Q     And did anybody remove information from that

3   document?

4                  MR. TARNAY:  Would you repeat your

5   question, please?

6   Q     (By Mr. Offor)  Did anybody remove information from

7   that document before it was attached to your report?

8   A     No.  And it appears in my report, and it is on Pages

9   85 and 86.

10  Q     And so I guess my question here, is this a real MARC

11  record?

12  A     Yes.  I assume you're referring to Attachment 1C?

13  Yes, it is a real MARC record; yeah.

14  Q     So I'm sharing --

15  A     85 and 86 of my report.

16  Q     -- on the screen -- Okay.  So on the screen, I'm

17  showing Page 84 of your report --

18  A     Okay.

19  Q     -- that is a page.

20  A     That's fine.  Yes.

21  Q     Attachment 1C?

22  A     Yes.

23  Q     And I will scroll to Page 85; do you see that?

24  A     There it is.

25  Q     But I guess my question here is that, the leader




1  information is missing.  There's no character information
2  that indicates the length of the record.
3  A    Well, if you would like to tell the German Library
4  how to operate their system, you go right ahead.
5      This is what they sent me.  This is what they use.  It
6  came off their system.  It is a MARC record.  Their leader
7  doesn't matter at all to me, because it is the
8  bibliographic data I am looking for.  That is what they
9  sent me.  If you don't like the way they did it, take it up
10  with them.
11  Q    Well, I guess what I'm saying is that, this document
12  indicates that it's actually not a MARC record?
13  A    No, it does not.  And why would you say that?
14  Q    Well, there's no leader information.  I mean, not
15  leader information.  There's no --
16  A    That says 000, leader.  Hello?  That's what it is.
17  Q    Right.  So that is the leader; the first row of text
18  is the --
19  A    Yes.
20  Q    -- leader information?
21  A    And it's there, the way they sent it.  And it's --
22  Q    However --
23  A    -- their choice to share what they want to share.
24  Q    However, the -- the leader information does not
25  contain characters information in the 0 through 4

 is now 

1  character --

2  A    Take it up with them.  That is not my issue.  It is

3  not relevant to the bibliographic description of this

4  item, and it does not have anything to do with the

5  cataloging date or anything else contained in the record.

6  If you don't like the record, I am sorry.  But this is

7  the record they sent.  This is the record that represents

8  the item in that catalog and that is what I included in

9  my report and described in paragraph 40.

10  Q    But the absence of the length information has

11  everything to do with whether or not the record is real;

12  whether or not this can -- you can determine if the -- if

13  this is actually a real record.

14  A    It is a real record.  Unlike this exhibit in 008

15  that you sent, which is XML, which is not a real MARC

16  record.

17  Q    So the exhibit that you can pull directly from --

18  the information you can pull directly from the German

19  National Library website to you, is not a real MARC

20  record, even though it contains all of the leader

21  information that a record is supposed to contain, but

22  the -- but the exhibit that you relied on, which is

23  missing mandatory computer-generated leader information,

24  you're saying that this is a real record?

25  A    It is a real record.  And I think it's time for



1    lunch.

2    Q      Is there anything that you did to confirm that this

3    is a real record?

4    A      I think that's a -- a very insulting question to my

5    colleagues in Germany, you obviously do not understand

6    the community of practice that librarians in the

7    technical field follow.  We do things the same way.  We

8    follow the same rules.  We have thousands of pages of

9    rules and guidelines and practices that we follow.  We

10   understand what we're doing.  We can look at these things

11   and read them.  The fact that they are not as

12   intelligible to others is not material to us.  We know

13   what we're doing.  We are experts in this field.  MARC

14   records have a look and feel that one can gather from

15   experience and becoming an expert.  I am sorry that you

16   don't like the way that my colleagues do their work.  It

17   is not my problem.  It is your problem.  This is a true

18   MARC record and I am done.  It is time for lunch.

19   Q      We can go on break in just a second.  I just -- I

20   want to just ask a question.  You said that you e-mailed

21   the German National Library and they sent back this MARC

22   record, correct?  Is that correct?

23   A      It is correct.  We're done.

24   Q      And do you have a copy of the e-mail?

25   A      I might be able to find one, but I don't have one at




1  my fingertips.  If I could find one, I don't know that

2  Counsel will allow me to produce it.  But thank you for

3  asking.

4                MR. OFFOR:  Okay.  Well, we would like

5  the e-mail, the original e-mail with the original

6  document produced to Counsel.

7       And I think the witness has asked for a break, so

8  let's -- why don't we -- I want to honor that, and let's

9  take a break.

10                THE VIDEOGRAPHER:  The time now is 12:29.

11  We're going off the record.

12                (Lunch recess was taken.)

13                THE VIDEOGRAPHER:  The time now is 1:10.

14  We're back on the record.

15  **Q    (By Mr. Offor)  Dr. Hall-Ellis, when you reached out**

16  **to the German National Library --**

17  A    Uh-huh.

18  **Q    -- for a MARC record, did you do so by e-mail or by**

19  **phone?**

20  A    By phone.

21  **Q    And at some point you received a response from the**

22  **German National Library?**

23  A    Yes.

24  **Q    And was that response by phone or by e-mail?**

25  A    E-mail.

 is now 

1  A    That's their choice.

2  Q    And can you remind me -- so field 5 --

3  A    005.

4  Q    Yeah; what does that represent?

5  A    That represents the field for the date and time when

6  the last modification was made to the record.

7  Q    And so in this case, that would be 2022/09/02; so

8  September 2nd, 2022?

9  A    Yes.

10  Q    Okay.  And, again, this is one -- your Attachment

11  1K, a MARC record from Illinois?

12  A    From the University of Illinois in Champaign-Urbana.

13               (Exhibit 9 was marked.)

14  Q    (By Mr. Offor)  Now, I can share this with you.  I

15  have to stop my screen sharing for a minute.  I will give

16  you what we've marked as Exhibit 9.  Do you have that

17  document, Dr. Hall-Ellis?

18  A    I do not.  Let me look.  Well, I can barely see it.

19  Let me open it here.  Maybe I can see it better.  That's

20  pretty small.

21  Q    Okay.  And I'm just representing to you that this is

22  the complete version of the record from the Illinois

23  Library, and as you can see on the screen --

24  A    Uh-huh.

25  Q    -- the first two rows are the control field and the




1  leader --

2  A    Uh-huh.

3  Q    -- which are omitted from your Attachment 1B?

4  A    Yes.  Yes.  I don't include those.  I think we've

5  been over this many times today.  I do not include those

6  in my use of the records.  They don't matter to me.

7  They're not important to my analysis.  I do not include

8  them.  It does not mean that the record that I use is

9  incomplete or in any way degraded.

10  Q    Okay.  But initially you suggested that, well, if

11  it's not there, that it was -- this is how Illinois keeps

12  its records --

13  A    Well, I didn't --

14  Q    -- and I don't know how Illinois keeps its records.

15  So I just want to be clear that it was -- this is another

16  record where you've removed information --

17  A    I don't --

18  Q    -- you omitted information --

19  A    I do not include the leader or the 001 field.  I

20  don't need them.  I don't use them.  I don't include

21  them.  You are correct that they are there.  It doesn't

22  matter to me and it does not affect my opinion.

23  Q    Switching back to your report, Attachment 1L, a MARC

24  record from Iowa State.

25  A    You can do the same thing with this.



1  Q    And here, you do include the control number, but you
2  don't include the leader information.
3  A    Well, we've established that I don't do that.
4  Q    Well, which is it?  You just -- a second ago, you
5  said you don't include --
6  A    I usually don't.  I usually don't.  I don't
7  include --
8  Q    A second ago, you said you don't include the leader
9  information and you don't control --
10  A    Usually not.
11          THE REPORTER:  Just one moment, please.
12  I'm sorry.  I need to get the full question.
13  Q    (By Mr. Offor)  A second ago you said you don't
14  include the leader information and you don't include the
15  control number because those things don't matter to your
16  analysis, right?
17  A    I did say that.
18  Q    And now --
19  A    I also -- I also said sometimes I do include them
20  and I don't -- it doesn't matter to me.  I don't use
21  them; whether or not I include them.  So you can ask me
22  all day long, if I do or don't.  The question is, I don't
23  use them.
24  Q    When do you -- how do you choose when to exclude
25  them and when to include them?

 

1  A    I don't know.  It depends how I feel that day and

2  how I'm doing at capturing records.  This is a pretty

3  tedious process.

4  **Q    Dr. Hall-Ellis, I've gone to Page 100 of your**

5  **report; and specifically, I'm focusing on Attachment 1I**

6  **to your report; do you see that in front of you?**

7  A    No.  Page 100?

8  **Q    Yes.  So the cover -- the cover page is Page 1 -- or**

9  **Page 99.**

10 A    I -- okay.  That's the one before.  Okay.  This is

11 the one from the Library of Congress.

12 **Q    Correct.**

13 A    Okay.  I have that in front of me.

14 **Q    All right.  And so here, in this record from the**

15 **Library of Congress --**

16 A    Uh-huh.

17 **Q    -- the leader information and the control number**

18 **information are included.**

19 A    Yes.

20 **Q    And what is the -- why didn't you remove them from**

21 **this record?**

22 A    Because the screen capture is easier to do with them

23 in it.

24 **Q    Any other reasons?**

25 A    No.

 

1  Q      And so do you have specific -- not -- not guessing

2  here.  I'm just asking you, with respect to this

3  particular book that we're talking about, the Choyke

4  book, do you have specific knowledge of why the book

5  would have been sent to bindings and customs care?

6  Not -- not -- not a guess.

7  A      All books go there.  It's not a guess.  Every book

8  goes there for labeling and preparation for sitting on

9  the shelf.  It's not optional.  They go there.

10 Q      Okay.

11 A      This particular book, if you look at Exhibit 1, that

12 I attached to my report, which is a -- copied from the

13 book, was actually in the library in November of 2003.

14 You will see the stamp on the second page of that

15 exhibit.  This book went there.

16 Q      Now, again, my question to you is, was this book on

17 the shelf, available for individuals to obtain in 2004?

18              MR. TARNAY:  Object to the form.

19 A      If you're asking me, did the book sit on the shelf

20 exactly that day, that's a different question than saying

21 was it available to the public on that day.  So which are

22 you asking me?

23 Q      Was it on the shelf that day?

24 A      Probably not.

25 Q      And do you know what date it was on the shelf?



1  A    No.  But I know it was available to the public

2  because it was in the catalog.  It was labeled.  It was

3  barcoded and it was ready to go.

4  **Q    Well, you don't know that it was labeled.**

5  A    Well, you don't know it wasn't.  Of course it was

6  labeled.  That's what they do in BCCD.

7  **Q    And, again, here -- you know, this is -- this is --**

8  **what we're trying to get down to is by when was it**

9  **labeled?  And you don't have any specific information**

10 **about the practices in BCCD or the backlog in BCCD that**

11 **could -- that would allow you to say what date, by a**

12 **specific date it was labeled by.**

13                  MR. TARNAY:  Object to the form of the

14 question.

15 A    We're not here to talk about backlogs in libraries.

16 **Q    Well, we are here to talk about backlogs in**

17 **libraries.**

18 A    No, we're not.  No, we're not.

19 **Q    Yes, we are.**

20 A    No, we're not here to talk about that.  We need to

21 take a break.

22                  THE VIDEOGRAPHER:  Would you like to go

23 off the record, sir?

24                  MR. OFFOR:  Yeah.  We can take a break.

25 I honor witnesses' requests for breaks.

 is now 

1  happens.

2  Q    But isn't -- isn't that the case in this case, or

3  no?

4  A    Well, it's curious.  Because the publisher that

5  we're dealing with here is so large and global in scope

6  that you'll see in the German record, I believe they

7  listed a number of locations where they have offices and

8  publish this particular book.

9       So it makes it a very curious situation of the rules

10  for cataloging in this country are specific as to how one

11  treats that data; but definitely, we are talking with a

12  very big and powerful company that produced this book and

13  they produced it both in Germany and in the US as well as

14  other countries.

15  Q    Okay.  I think I followed what you were saying.

16  Now, for the Choyke book --

17  A    Uh-huh.

18  Q    -- my understanding is from the US record, you

19  derived that it was originally cataloged in Germany on

20  June 26, 2003?

21  A    Yes.

22  Q    Now, when -- if you go to the German National

23  Library website --

24  A    Uh-huh.

25  Q    -- you can navigate to the record that directly




1   relates to the cataloging of -- on June 26, 2003.

2   A    Okay.

3   **Q    But I don't believe you did that in your report?**

4   A    I was more interested in seeing if I could verify

5   the availability in this country for an item that was

6   cataloged here.  That seemed more relevant.  And I

7   obtained a copy of this book from the Library of

8   Congress, which seemed like a good thing to do.

9   **Q    Okay.  But --**

10  A    And I -- and I did that.  Now, the date in Germany

11  predates the cataloging date in the United States.  So

12  that makes it even earlier.

13  **Q    Yes.  And I think that you concluded that**

14  **something -- that this book was published and available**

15  **in Germany --**

16  A    Uh-huh.

17  **Q    -- on June 26th, 2003?**

18  A    2003, uh-huh.

19  **Q    Now, if there's a record out there that indicates by**

20  **way of a P in the record status field that there was a**

21  **change from a pre-publication record to a full record,**

22  **wouldn't that be relevant to review?**

23  A    You wouldn't see that.

24  **Q    What was that?**

25  A    You won't see that, because when the pre-publication




1  cataloging information would not appear on the verso of

2  the title page because it would not have been available.

3  It has to be requested.  It has to be requested in

4  advance.  There is a process for that to happen.  It

5  is -- requires a bit of time, and I think it's one of the

6  reasons that the Library of Congress is so careful about

7  tracking the creation of the record, and then completing

8  that process by saying, yes, in fact, the item has

9  arrived.  We have verified the CIP data, and we then will

10  complete the cataloging record.

11                    MR. OFFOR:  I have nothing further.

12                    THE DEPONENT:  Thank you.

13                    MR. OFFOR:  Thank you.

14                    MR. TARNAY:  Counsel, if you give us a

15  moment, I may have some questions.  But let's go off the

16  record and I'll check my notes and see what, if anything,

17  I have.  Thank you.

18                    THE VIDEOGRAPHER:  The time now is 3:03.

19  We're off the record.

20                    (Recess was taken.)

21                    THE VIDEOGRAPHER:  The time now is 3:12.

22  We're back on the record.

23                    EXAMINATION

24  **Q    (By Mr. Tarnay)  Dr. Hall-Ellis, several times when**

25  **describing MARC records, you made a reference to it**



1    matters how you capture the information?

2    A    I did say that.

3    Q    **What are you trying to describe when you say the**

4    **manner how you capture the information?**

5    A    Well, it has to do with the fact that catalog

6    records in online catalogs, are not displayed on MARC.

7    They are certainly driven by MARC, but it takes an extra

8    step to see the MARC version of the record, and most

9    libraries make that possible.  There are a few that do

10   not, but most of them do.  And then when seeing the

11   record in MARC, I have to figure out, can I download it

12   as a PDF and have it look readable and reasonable.  Must

13   I use something like Snagit to capture it and then make a

14   PDF or do I have to do something as rudimentary as copy

15   and paste in Word, try to fit it on a page and make it

16   into a PDF.

17        So it's a combination of those activities, that make

18   me not handle every MARC record the same way because of the

19   form and the manner in which displayed by the library that

20   has it.  So it causes me to, oh, this will fit, I need

21   this, and initially, from the bottom up, are the fields

22   that I need, rather than the top down.

23        I know that it sounds unusual, but it's those records

24   with a subject access, and the added entries, and the

25   notes, and the descriptions.  Those are really important,



1   and the dates are at the top, and usually, I can get it all

2   on one page and that's usually the goal.  But if I can't,

3   it takes more time and more space.

4   **Q    So once you captured the MARC record with the fields**

5   **that you need --**

6   A    Uh-huh.

7   **Q    -- do you go back in and delete specific rows?**

8   A    No.  No.  There's no point in doing that.  It

9   doesn't help anything and it doesn't hurt anything.  But

10  I am looking for the record to be legible and to be

11  displayed in a way that I and others can read it.  And so

12  I do the best I can to capture the complete records.

13  **Q    Okay.  Thank you.  Then, with regard to the MARC**

14  **record, you were asked about your Exhibit 1K?**

15                  THE REPORTER:  1K?

16                  THE DEPONENT:  1K, as in King.

17  A    From the University of Illinois.

18  **Q    (By Mr. Tarnay)  And as I understand it, 1K is part**

19  **of Exhibit 2B; is that right?**

20  A    I think so.

21  **Q    And 1K, I believe, starts on PDF Page 105?**

22  A    Yeah.

23  **Q    Let me see if I can share this.**

24  A    Okay.  105.  I have it on my downloaded file.

25  **Q    I don't know -- am I sharing anything?**



PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V.    Page 155
SYLVIA HALL-ELLIS, 07/27/2023

```
 1   STATE OF COLORADO      )

 2                          )  ss.         REPORTER'S CERTIFICATE

 3   COUNTY OF WELD         )

 4

 5          I, CONNIE L. TOCCO, do hereby certify that I am a

 6   Registered Professional Reporter within the State of

 7   Colorado; that previous to the commencement of the

 8   examination, the deponent was duly sworn to testify to the

 9   truth.

10          I further certify that this deposition was taken

11   in shorthand by me at the time and place herein set forth

12   and was thereafter reduced to typewritten form, and that

13   the foregoing constitutes a true and correct transcript.

14          I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the result of

17   the within action.

18          In witness whereof, I have affixed my signature

19   this 2nd day of August, 2023.

20

21

22          _____

23                    Connie L. Tocco, RPR

24

25
```







XHE003b





XHE003d

## View Online

**Full text availability**

View Purdue e-Pubs Record

## Links

View Purdue e-Pubs Record >

View Marc/Source Record >

## Details

| | |
|---|---|
| Title | Design and fabrication of high performance UMOSFETs in 4H silicon carbide |
| Author | Lu, Chao-Yang > |
| | Cooper, James A. > |
| Subjects | Electrical engineering > |
| Description | Due to their high breakdown strength, power transistors made of wide bandgap semiconductors, for example diamond, III-V nitrides, and silicon carbide (SIC), can have 2–3 orders of magnitude lower specific on-resistance than silicon at the same blocking voltage. Therefore, these materials are attractive for high power and high blocking voltage applications. Among wideband semiconductors, SiC has attracted considerable attention because its process technology is relatively mature and because it is the only compound semiconductor with a high-quality native oxide, SiO2, making it possible to fabricate the whole family of MOS-gated devices in this material. In addition, higher thermal conductivity of SiC makes it a better choice than III-V Nitride for high power density applications. However, due to the low inversion layer mobility in 4H-SIC, the on-resistance of SiC power MOSFETs reported to date has generally been dominated by the MOS channel resistance. In this thesis, we report studies that significantly improve the inversion layer mobility. In addition, we discuss the design challenges encountered when scaling down the channel length for UMOSFET, as well as the new layouts, isolation technology and geometry we developed for improving the performance of power transistors. We also demonstrate a manufacturable process and present measurements on short channel UMOSFETs made by this process. The electrical performances of these devices in the blocking states are close to the theoretical values, and this indicates our junction termination designs are successful. However, the on-state resistance is still high due to unexpected low inversion layer mobilities (in the 0.11cm2/Vs range). This low mobility can be partly explained by the combination of impurity scattering, Coulomb scattering, surface scattering, and mobile charge reduction in the inversion channel. Future mobility studies and structure changes are proposed to improve the on-state performance of short channel UMOSFETs. |
| Publisher | Purdue University |
| Identifiers | https://docs.lib.purdue.edu/dissertations/AAI3124184 |
| | oai:docs.lib.purdue.edu:dissertations-5089 |
| Citation Source | Purdue e-Pubs |
| MMS ID | 99170055133101081 |

**XHE003e**

<record xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance" xmlns:dc="http://purl.org/dc/elements/1.1/" xmlns:disc
  <dc:title>Design and fabrication of high performance UMOSFETs in 4H silicon carbide</dc:title>
  <dc:creator>Lu, Chao-Yang</dc:creator>
  <dc:description>Due to their high breakdown strength, power transistors made of wide bandgap semiconductors, for e
  <dc:date>2003-01-01T08:00:00Z</dc:date>
  <dc:type>text</dc:type>
  <dc:identifier>https://docs.lib.purdue.edu/dissertations/AAI3124184</dc:identifier>
  <dc:source>Theses and Dissertations Available from ProQuest</dc:source>
  <dc:language>ENG</dc:language>
  <dc:publisher>Purdue University</dc:publisher>
  <dc:contributor>Cooper, James A.</dc:contributor>
  <dc:subject>Electrical engineering</dc:subject>
  <dc:identifier xml:lang="eng">oai:docs.lib.purdue.edu:dissertations-5089</dc:identifier>
  <discovery:local32>PURDUE_BEPRESS</discovery:local32>
  <discovery:resourceType>dissertations</discovery:resourceType>
</record>

© 2022 Purdue University. All Rights Reserved. An equal acce

If you have trouble accessing this page because of a disability, please conta

XHE003f



XHE003g



View Marc/Source Record ↗

## Details

| | |
|---|---|
| Title | Design and fabrication of high performance UMOSFETs in 4H silicon carbide. |
| Author | Lu, Chao-Yang  > |
| | Purdue University  > |
| Is Part Of | Dissertation Abstracts International 65-03B.  > |
| Dissertation / Thesis | Thesis (Ph.D.)--Purdue University, 2003. |
| | Thesis (PhD)--Purdue University, ECE, DEC, 2003. |
| Description | Due to their high breakdown strength, power transistors made of wide bandgap semiconductors, for example diamond, III-V nitrides, and silicon carbide (SIC), can have 2--3 orders of magnitude lower specific on-resistance than silicon at the same blocking voltage. Therefore, these materials are attractive for high power and high blocking voltage applications. Among wideband semiconductors, SiC has attracted considerable attention because its process technology is relatively mature and because it is the only compound semiconductor with a high-quality native oxide, SiO2, making it possible to fabricate the whole family of MOS-gated devices in this material. In addition, higher thermal conductivity of SiC makes it a better choice than III-V Nitride for high power density applications. |
| | However, due to the low inversion layer mobility in 4H-SIC, the on-resistance of SiC power MOSFETs reported to date has generally been dominated by the MOS channel resistance. In this thesis, we report studies that significantly improve the inversion layer mobility. In addition, we discuss the design challenges encountered when scaling down the channel length for UMOSFET, as well as the new layouts, isolation technology and geometry we developed for improving the performance of power transistors. We also demonstrate a manufacturable process and present measurements on short channel UMOSFETs made by this process. The electrical performances of these devices in the blocking states are close to the theoretical values, and this indicates our junction termination designs are successful. However, the on-state resistance is still high due to unexpected low inversion layer mobilities (in the 0.11cm2/Vs range). This low mobility can be partly explained by the combination of impurity scattering, Coulomb scattering, surface scattering, and mobile charge reduction in the inversion channel. Future mobility studies and structure changes are proposed to improve the on-state performance of short channel UMOSFETs. |
| General Item Notes | Source: Dissertation Abstracts International, Volume: 65-03, Section: B, page: 1472. |
| | Major Professor: James A. Cooper, Jr. |
| | Department Head: Smith. |
| | Major Professor: Cooper. |
| | University Microfilm No.: Not available. |
| Creation Date | 2003 |
| Format | 139 p. |
| Identifiers | ISBN : 9780496714926 |
| Citation Source | Library Catalog |
| MMS ID | 99132578460001081 |

XHE003h

TOP

GET IT

SEND TO

LINKS

DETAILS

VIRTUAL BROWSE

## Links

Off-campus access FAQs ☒ >
View Marc/Source Record ☒ >

## Details

| | |
|---|---|
| **Title** | Design and fabrication of high performance UMOSFETs in 4H silicon carbide. |
| **Author** | Lu, Chao-Yang > |
| | Purdue University > |
| **Is Part Of** | Dissertation Abstracts International 65-03B. > |
| **Dissertation / Thesis** | Thesis (Ph.D.)--Purdue University, 2003. |
| | Thesis (PhD)--Purdue University, ECE, DEC, 2003. |
| **Description** | Due to their high breakdown strength, power transistors made of wide bandgap semiconductors, for example diamond, III-V nitrides, and silicon carbide (SIC), can have 2--3 orders of magnitude lower specific on-resistance than silicon at the same blocking voltage. Therefore, these materials are attractive for high power and high blocking voltage applications. Among wideband semiconductors, SiC has attracted considerable attention because its process technology is relatively mature and because it is the only compound semiconductor with a high-quality native oxide, SiO2, making it possible to fabricate the whole family of MOS-gated devices in this material. In addition, higher thermal conductivity of SiC makes it a better choice than III-V Nitride for high power density applications. |
| | However, due to the low inversion layer mobility in 4H-SIC, the on-resistance of SiC power MOSFETs reported to date has generally been dominated by the MOS channel resistance. In this thesis, we report studies that significantly improve the inversion layer mobility. In addition, we discuss the design challenges encountered when scaling down the channel length for UMOSFET, as well as the new layouts, isolation technology and geometry we developed for improving the performance of power transistors. We also demonstrate a manufacturable process and present measurements on short channel UMOSFETs by this process. The electrical performances of these devices in the blocking states are close to the theoretical values, and this indicates our junction termination designs are successful. However, the on-state resistance is still high due to unexpected low inversion layer mobilities (in the 0.11cm2/Vs range). This low mobility can be partly explained by the combination of impurity scattering, Coulomb scattering, surface scattering, and mobile charge reduction in the inversion channel. Future mobility studies and structure changes are proposed to improve the on-state performance of short channel UMOSFETs. |
| **General Item Notes** | Source: Dissertation Abstracts International, Volume: 65-03, Section: B, page: 1472. |
| | Major Professor: James A. Cooper, Jr. |
| | Department Head: Smith. |
| | Major Professor: Cooper. |
| | University Microfilm No.: Not available. |
| **Creation Date** | 2003 |
| **Format** | 139 p. |
| **Identifiers** | ISBN : 9780496714926 |
| **Citation Source** | Library Catalog |
| **MMS ID** | 99132578460001081 |

**XHE003i**

```
leader    03407cam a2200361   4500
001       99132578460001081
005       20230301172254.0
008       040610s2003    |||||||||||||||| ||eng d
020       ##$a9780496714926
035       ##$a(UMI)AAI3124184
035       ##$aAAI3124184
035       ##$z(IPL)Voyager1384166
040       ##$aUMI $cUMI
099       ##$a(THESIS)49333
100       1#$aLu, Chao-Yang.
245       10$aDesign and fabrication of high performance UMOSFETs in 4H silicon carbide.
300       ##$a139 p.
500       ##$aSource: Dissertation Abstracts International, Volume: 65-03, Section: B, page: 1472.
500       ##$aMajor Professor:  James A. Cooper, Jr.
500       ##$aDepartment Head: Smith.
500       ##$aMajor Professor: Cooper.
500       ##$aUniversity Microfilm No.: Not available.
502       ##$aThesis (Ph.D.)--Purdue University, 2003.
502       ##$aThesis (PhD)--Purdue University, ECE, DEC, 2003.
520       ##$aDue to their high breakdown strength, power transistors made of wide bandgap semiconductors, for example diamond, II
520       ##$aHowever, due to the low inversion layer mobility in 4H-SIC, the on-resistance of SiC power MOSFETs reported to date
690       ##$aEngineering, Electronics and Electrical.
690       ##$aEngineering, electronics and electrical.
710       2#$aPurdue University.
773       0#$tDissertation Abstracts International $g65-03B.
791       ##$aPh.D.
792       ##$a2003
856       ##$uhttp://login.ezproxy.lib.purdue.edu/login?url=http://gateway.proquest.com/openurl?url_ver=Z39.88-2004&rft_val_fmt=in
```

© 2022 Purdue University. All Rights Reserved. An equal access/equal opportunity

If you have trouble accessing this page because of a disability, please contact accessibility@lib.p

```xml
<?xml version="1.0" encoding="UTF-8"?>
  <record xmlns="http://www.loc.gov/MARC21/slim" type="Bibliographic">
    <leader>00000pam a2200000 c 4500</leader>
    <controlfield tag="001">967966140</controlfield>
    <controlfield tag="003">DE-101</controlfield>
    <controlfield tag="005">20171203144618.0</controlfield>
    <controlfield tag="007">tu</controlfield>
    <controlfield tag="008">030626s2004    gw ||||| |||| 00||||eng  </controlfield>
    <datafield tag="015" ind1=" " ind2=" ">
      <subfield code="a">03,A48,0977</subfield>
      <subfield code="z">03,N30,0700</subfield>
      <subfield code="2">dnb</subfield>
    </datafield>
    <datafield tag="016" ind1="7" ind2=" ">
      <subfield code="2">DE-101</subfield>
      <subfield code="a">967966140</subfield>
    </datafield>
    <datafield tag="020" ind1=" " ind2=" ">
      <subfield code="a">3540404589</subfield>
      <subfield code="c">Pp. : EUR 213.95</subfield>
      <subfield code="9">3-540-40458-9</subfield>
    </datafield>
    <datafield tag="020" ind1=" " ind2=" ">
      <subfield code="a">9783642623332</subfield>
      <subfield code="c">Pb. : EUR 330.63 (DE) (freier Pr.), EUR 339.90 (AT)
(freier Pr.), sfr 443.00 (freier Pr.)</subfield>
      <subfield code="9">978-3-642-62333-2</subfield>
    </datafield>
    <datafield tag="024" ind1="3" ind2=" ">
      <subfield code="a">9783540404583</subfield>
    </datafield>
    <datafield tag="035" ind1=" " ind2=" ">
      <subfield code="a">(DE-599)DNB967966140</subfield>
    </datafield>
    <datafield tag="035" ind1=" " ind2=" ">
      <subfield code="a">(OCoLC)249222256</subfield>
    </datafield>
    <datafield tag="040" ind1=" " ind2=" ">
      <subfield code="a">1140</subfield>
      <subfield code="b">ger</subfield>
      <subfield code="c">DE-101</subfield>
      <subfield code="d">9999</subfield>
    </datafield>
    <datafield tag="041" ind1=" " ind2=" ">
      <subfield code="a">eng</subfield>
    </datafield>
    <datafield tag="044" ind1=" " ind2=" ">
      <subfield code="c">XA-DE-BE</subfield>
    </datafield>
    <datafield tag="084" ind1=" " ind2=" ">
```

EXHIBIT

8

```
    <subfield code="a">29</subfield>
    <subfield code="a">37</subfield>
    <subfield code="a">35</subfield>
    <subfield code="a">42</subfield>
    <subfield code="a">520</subfield>
    <subfield code="a">530</subfield>
    <subfield code="q">DE-101</subfield>
    <subfield code="2">sdnb</subfield>
</datafield>
<datafield tag="084" ind1=" " ind2=" ">
    <subfield code="a">21.5</subfield>
    <subfield code="a">31.1d</subfield>
    <subfield code="a">22.4</subfield>
    <subfield code="q">DE-101</subfield>
    <subfield code="2">sswd</subfield>
</datafield>
<datafield tag="090" ind1=" " ind2=" ">
    <subfield code="a">b</subfield>
</datafield>
<datafield tag="245" ind1="0" ind2="0">
    <subfield code="a">Silicon carbide</subfield>
    <subfield code="b">recent major advances ; with 82 tables</subfield>
    <subfield code="c">W. J. Choyke ... (ed.)</subfield>
</datafield>
<datafield tag="264" ind1=" " ind2="1">
    <subfield code="a">Berlin</subfield>
    <subfield code="a">Heidelberg</subfield>
    <subfield code="a">New York</subfield>
    <subfield code="a">Hong Kong</subfield>
    <subfield code="a">London</subfield>
    <subfield code="a">Milan</subfield>
    <subfield code="a">Paris</subfield>
    <subfield code="a">Tokyo</subfield>
    <subfield code="b">Springer</subfield>
    <subfield code="c">2004</subfield>
</datafield>
<datafield tag="300" ind1=" " ind2=" ">
    <subfield code="a">XXXIV, 899 S.</subfield>
    <subfield code="b">Ill., graph. Darst.</subfield>
    <subfield code="c">24 cm</subfield>
</datafield>
<datafield tag="336" ind1=" " ind2=" ">
    <subfield code="a">Text</subfield>
    <subfield code="b">txt</subfield>
    <subfield code="2">rdacontent</subfield>
</datafield>
<datafield tag="337" ind1=" " ind2=" ">
    <subfield code="a">ohne Hilfsmittel zu benutzen</subfield>
    <subfield code="b">n</subfield>
    <subfield code="2">rdamedia</subfield>
```

```
</datafield>
<datafield tag="338" ind1=" " ind2=" ">
  <subfield code="a">Band</subfield>
  <subfield code="b">nc</subfield>
  <subfield code="2">rdacarrier</subfield>
</datafield>
<datafield tag="490" ind1="0" ind2=" ">
  <subfield code="a">Advanced texts in physics</subfield>
</datafield>
<datafield tag="490" ind1="0" ind2=" ">
  <subfield code="a">Physics and astronomy online library</subfield>
</datafield>
<datafield tag="500" ind1=" " ind2=" ">
  <subfield code="a">Literaturangaben</subfield>
</datafield>
<datafield tag="650" ind1=" " ind2="7">
  <subfield code="0">(DE-588)4055009-6</subfield>
  <subfield code="0">https://d-nb.info/gnd/4055009-6</subfield>
  <subfield code="0">(DE-101)040550095</subfield>
  <subfield code="a">Siliciumcarbid</subfield>
  <subfield code="9">rswk-swf</subfield>
  <subfield code="2">gnd</subfield>
</datafield>
<datafield tag="653" ind1=" " ind2=" ">
  <subfield code="a">(VLB-FS)Silicon carbide</subfield>
</datafield>
<datafield tag="653" ind1=" " ind2=" ">
  <subfield code="a">(VLB-FS)Crystal growth</subfield>
</datafield>
<datafield tag="653" ind1=" " ind2=" ">
  <subfield code="a">(VLB-PF)00: (unbekannt)</subfield>
</datafield>
<datafield tag="689" ind1="0" ind2="0">
  <subfield code="0">(DE-588)4055009-6</subfield>
  <subfield code="0">https://d-nb.info/gnd/4055009-6</subfield>
  <subfield code="0">(DE-101)040550095</subfield>
  <subfield code="D">s</subfield>
  <subfield code="a">Siliciumcarbid</subfield>
</datafield>
<datafield tag="689" ind1="0" ind2=" ">
  <subfield code="5">DE-101</subfield>
  <subfield code="5">DE-101</subfield>
</datafield>
<datafield tag="700" ind1="1" ind2=" ">
  <subfield code="8">1\p</subfield>
  <subfield code="a">Choyke, Wolfgang J.</subfield>
  <subfield code="e">Herausgeber</subfield>
  <subfield code="4">edt</subfield>
</datafield>
<datafield tag="776" ind1="0" ind2="8">
```

```xml
      <subfield code="i">Online-Ausg.</subfield>
      <subfield code="t">Silicon Carbide</subfield>
      <subfield code="d">Berlin, Heidelberg : Springer Berlin Heidelberg,
2004</subfield>
      <subfield code="h">Online-Ressource</subfield>
      <subfield code="w">(DE-101)1011388588</subfield>
   </datafield>
   <datafield tag="850" ind1=" " ind2=" ">
      <subfield code="a">DE-101a</subfield>
      <subfield code="a">DE-101b</subfield>
   </datafield>
   <datafield tag="856" ind1="4" ind2="2">
      <subfield code="m">V:DE-576</subfield>
      <subfield code="q">application/pdf</subfield>
      <subfield code="u">https://d-nb.info/967966140/04</subfield>
      <subfield code="3">Inhaltsverzeichnis</subfield>
   </datafield>
   <datafield tag="883" ind1="2" ind2=" ">
      <subfield code="8">1\p</subfield>
      <subfield code="a">dnb</subfield>
      <subfield code="d">20200614</subfield>
      <subfield code="q">DE-101</subfield>
      <subfield code="u">https://d-nb.info/provenance/plan#dnb</subfield>
   </datafield>
   <datafield tag="925" ind1="r" ind2=" ">
      <subfield code="a">ra</subfield>
   </datafield>
  </record>
```