# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION
CASE NO. 6:21-cv-00727-ADA

THE TRUSTEES OF PURDUE UNIVERSITY, )
                                   )
                       Plaintiff,  )
                                   )
          -vs-                     )
                                   )
STMICROELECTRONICS INTERNATIONAL   )
N.V., ET AL.,                      )
                                   )
                       Defendants. )

     The videotaped deposition upon oral examination of RACHEL APPLEGATE, PH.D., a witness produced and sworn before me, Dianne Lockhart, RMR, CRR, a Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Defendants STMicroelectronics, Inc. and STMicroelectronics International N.V. at the Conrad Hotel Indianapolis, 50 West Washington Street, Indianapolis, Marion County, Indiana, on the 28th day of July, 2023, commencing at 9:32 a.m. pursuant to the Federal Rules of Civil Procedure.

1     yesterday; right?
2  A  Yes.
3  Q  Do you recall there being discussion during that
4     deposition of leader -- leader information and
5     control number information?
6         MR. BETTINGER:  Object to the form of the
7     question.  She's not a percipient witness.  I
8     mean, the deposition speaks for itself, Counsel,
9     for goodness sakes.
10        MR. OFFOR:  Your objection is noted.
11 Q  You can answer the question.
12 A  **I -- I remember stuff about -- I remember lengthy**
13    **stuff about the leader.  Control number may have**
14    **been mentioned.  I don't remember a lot about it.**
15 Q  And let me take this kind of a different way.  In
16    your field --
17 A  Yes.
18 Q  -- if you are asked to retrieve a record --
19 A  Yes.
20 Q  -- would it be acceptable -- would it be your
21    practice to omit or include required parts of the
22    record?
23 A  **I would supply the entire record that I was asked**
24    **for.  I wouldn't -- I would supply the whole**
25    **thing.  If I'm asked for a MARC record, I'd start**

RACHEL APPLEGATE, PH.D.
July 28, 2023

| | | |
|---|---|---|
| 1 | | with the first required field of that record and |
| 2 | | then go to the end. |
| 3 | Q | And would -- is that a practice that you think |
| 4 | | would be unique to you or that would be common to |
| 5 | | others in your field? |
| 6 | | MR. BETTINGER: Objection. Calls for |
| 7 | | speculation. |
| 8 | A | **My field says you figure out what the user wants** |
| 9 | | **and you give them what you want, and if you're** |
| 10 | | **confused, you ask them, but you don't make** |
| 11 | | **decisions for the user about what to omit or not.** |
| 12 | Q | You do -- you have experience in accreditation? |
| 13 | A | **Uh-huh.** |
| 14 | Q | Can you explain to us what -- what that means? |
| 15 | A | **So I'm experienced in two levels of it.  One is** |
| 16 | | **the Higher Learning Commission accredits** |
| 17 | | **institutions as a whole in mostly the Midwest,** |
| 18 | | **and it's -- it's very large.  And so we go and we** |
| 19 | | **view things --** |
| 20 | Q | And just a second.  The Higher Learning Committee |
| 21 | | of -- of what? |
| 22 | A | **Commission.** |
| 23 | | MR. BETTINGER: Usually you let a witness |
| 24 | | finish an answer before you ask something else. |
| 25 | | MR. OFFOR: You're right, and I apologize |

RACHEL APPLEGATE, PH.D.
July 28, 2023

1  STATE OF INDIANA        )
                           )  SS:
2  COUNTY OF MARION        )

3        I, Dianne Lockhart, RMR, CRR, a Notary Public in

4   and for the County of Marion, State of Indiana at

5   large, do hereby certify that RACHEL APPLEGATE,

6   PH.D., the deponent herein, was by me first duly

7   sworn to tell the truth, the whole truth, and nothing

8   but the truth in the above-captioned cause.

9        That the foregoing deposition was taken on

10  behalf of the Defendants STMicroelectronics, Inc. and

11  STMicroelectronics International N.V. at the Conrad

12  Hotel Indianapolis, 50 West Washington Street,

13  Indianapolis, Marion County, Indiana, on the 28th day

14  of July, 2023, pursuant to the Applicable Rules.

15       That said deposition was taken down in

16  stenograph notes and afterwards reduced to

17  typewriting under my direction, and that the

18  typewritten transcript is a true record of the

19  testimony given by said deponent; and thereafter

20  presented to said deponent for their signature.

21       That the parties were represented by their

22  aforementioned counsel.

23       I do further certify that I am a disinterested

24  person in this cause of action; that I am not a

25  relative or attorney of either party, or otherwise

RACHEL APPLEGATE, PH.D.
July 28, 2023

1  interested in the event of this action, and am not in

2  the employ of the attorneys for either party.

3      IN WITNESS WHEREOF, I have hereunto set my hand

4  and affixed my notarial seal this 1st day of

5  August, 2023.

6

7                           _____
                            Dianne Lockhart, RMR, CRR
8                                  Notary Public

9

10  Commission Number NP0668781

11

    My Commission Expires:
12  June 4, 2031

13

14

15

16

17

18

19

20

21

22

23

24

25