# EXHIBIT 4

# Chiji Offor

| | |
|---|---|
| **From:** | Thom Tarnay <ttarnay@tarnaylaw.com> |
| **Sent:** | Friday, August 4, 2023 4:19 PM |
| **To:** | Hatcher, Michael D.; Alex Jacobs; Chiji Offor; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM); Michael Shore; Abbey McNaughton |
| **Cc:** | Team-Purdue-ST; Sidley ST-Purdue - ST Team |
| **Subject:** | RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art |

CAUTION: External Email!

All –

I understand Sidley's email firewall may have blocked attached information.  The email that was attached by Mike Hatcher is available here:

https://tarnaylaw.sharefile.com/d-s9ca6041cace14e548e4691f9280408a7

Best,
Thom

**Thom Tarnay**
**Thomas Tarnay PLLC**
2103 Virginia Place • Parker, TX 75094
✆ +1.214.395.8212
✉ ttarnay@tarnaylaw.com

---

**From:** Hatcher, Michael D. <mhatcher@sidley.com>
**Sent:** Friday, August 4, 2023 3:05 PM
**To:** Alex Jacobs <ajacobs@shorefirm.com>; Chiji Offor <coffor@shorefirm.com>; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM) <max@CiccarelliLawFirm.com>; Michael Shore <mshore@shorefirm.com>; Abbey McNaughton <amcnaughton@susmangodfrey.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Counsel –

Plaintiff has not met and conferred with ST on the issue identified in this dispute chart.  The chart is thus improperly served per the explicit rules of the Court as reflected in the OGP.  ST will thus not be providing its portion.

In any event, attached to this email is the email from the German library providing the MARC record.  I trust this resolves the purported issue.  If Plaintiff believes it does not, Plaintiff needs to explain why and provide authority for whatever else it is requesting. We will then meet and confer and, after that conference, if there is still a dispute, then Plaintiff can send a dispute chart.

Best,
Mike


**MICHAEL D. HATCHER**

**SIDLEY AUSTIN LLP**
+1 214 981 3428
mhatcher@sidley.com

---

**From:** Alex Jacobs <ajacobs@shorefirm.com>
**Sent:** Tuesday, August 1, 2023 6:50 PM
**To:** Chiji Offor <coffor@shorefirm.com>; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM) <max@CiccarelliLawFirm.com>; Michael Shore <mshore@shorefirm.com>; Abbey McNaughton <amcnaughton@susmangodfrey.com>; Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Counsel,

Attached is Purdue's dispute chart regarding the Hall-Ellis native emails and attachments, as well as the cited exhibits. Please provide ST's portions by Friday, August 4th per the Court's OGP.

---

**From:** Chiji Offor <coffor@shorefirm.com>
**Sent:** Tuesday, August 1, 2023 5:00 PM
**To:** Max Ciccarelli <max@CiccarelliLawFirm.com>; Michael Shore <mshore@shorefirm.com>; Abbey McNaughton <amcnaughton@susmangodfrey.com>; Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Counsel, please see the attached dispute chart.

Chijioke E. Offor
The Shore Firm
901 Main St., Ste 3300
Dallas, TX 75202
(214) 593-9128

**NOTICE OF CONFIDENTIALITY:**
The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work Product privileges, and is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Max Ciccarelli <max@CiccarelliLawFirm.com>
**Sent:** Tuesday, August 1, 2023 4:55 PM
**To:** Max Ciccarelli <max@CiccarelliLawFirm.com>; Michael Shore <mshore@shorefirm.com>; Abbey McNaughton <amcnaughton@susmangodfrey.com>; Hatcher, Michael D. <mhatcher@sidley.com>

**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

CAUTION: External Email!

Michael,

ST's insert is attached.  If Purdue makes any changes, we want the opportunity to revise our section before the chart is sent to the Court.

Thanks.


**Max Ciccarelli**
Ciccarelli Law Firm
Cell: 469-939-1598
Email: Max@CiccarelliLawFirm.com
Web: www.CiccarelliLawFirm.com
vCard


**From:** Max Ciccarelli <max@CiccarelliLawFirm.com>
**Sent:** Tuesday, August 1, 2023 9:51 AM
**To:** Michael Shore <mshore@shorefirm.com>; Abbey McNaughton <amcnaughton@susmangodfrey.com>; Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Michael,

We are working on a response.  We are shooting to get that to you later today, probably not by 2:00 p.m.  Yes, the Court deadline was yesterday, but we did not receive Purdue's chart sufficiently early to meet that deadline.  I don't think the Court appreciates your unilateral emails, and I suggest you wait until you have ST's insert.


**Max Ciccarelli**
Ciccarelli Law Firm
Cell: 469-939-1598
Email: Max@CiccarelliLawFirm.com
Web: www.CiccarelliLawFirm.com
vCard


**From:** Michael Shore <mshore@shorefirm.com>
**Sent:** Tuesday, August 1, 2023 9:45 AM
**To:** Abbey McNaughton <amcnaughton@susmangodfrey.com>; Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team

<SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Abbey and Mike,

If this was not submitted yesterday as ordered by the Court, please make sure it gets submitted no later than 2pm today with or without the ST portion, and note ST's refusal to participate as ordered despite their statement on the record earlier that they would.

Best,

Michael

---

**From:** Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Sent:** Monday, July 31, 2023 4:56 PM
**To:** Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

CAUTION: External Email!

Mike,

This deadline for a joint report is in the Court's scheduling order, which we have repeatedly discussed. It was not solely Purdue's obligation to initiate the charting process. You explicitly recognized at the May 11 hearing that the parties would submit a report today. Please confirm that you will provide your portion of the chart today so we can submit as ordered.

Best,
Abbey

**Abbey E. McNaughton | Susman Godfrey LLP**
713.650.4340 | c. 614.946.5156
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON • NEW YORK • LOS ANGELES • SEATTLE
amcnaughton@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Hatcher, Michael D. <mhatcher@sidley.com>
**Sent:** Monday, July 31, 2023 4:20 PM
**To:** Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

EXTERNAL Email
Abbey, if it is due today, you should have provided Trustees' portion last week. We will get you ST's portion within the same amount of time following the meet and confer that Trustees took to provide their portion.

Best,

Mike

**MICHAEL D. HATCHER**

**SIDLEY AUSTIN LLP**
+1 214 981 3428
mhatcher@sidley.com

---

**From:** Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Sent:** Monday, July 31, 2023 3:38 PM
**To:** Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

Mike,

See attached for Purdue's position regarding the narrowing of references. This is due to the Court today.

Thank you,
Abbey

**Abbey E. McNaughton | Susman Godfrey LLP**
713.650.4340 | c. 614.946.5156
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • NEW YORK • LOS ANGELES • SEATTLE**
amcnaughton@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Hatcher, Michael D. <mhatcher@sidley.com>
**Sent:** Monday, July 24, 2023 12:23 PM
**To:** Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** RE: Purdue/ST - Meet and Confer re Narrowing of Prior Art

==EXTERNAL Email==
Abbey –

We can be available at 2:30 pm CT. Please send a meeting invite.

Best,
Mike

**MICHAEL D. HATCHER**

**SIDLEY AUSTIN LLP**
+1 214 981 3428
mhatcher@sidley.com

5

**From:** Abbey McNaughton <AMcNaughton@susmangodfrey.com>
**Sent:** Monday, July 24, 2023 8:06 AM
**To:** Hatcher, Michael D. <mhatcher@sidley.com>
**Cc:** Team-Purdue-ST <Team-Purdue-ST@shorefirm.com>; Sidley ST-Purdue - ST Team <SidleySTPurdueSTTeam@sidley.com>
**Subject:** Purdue/ST - Meet and Confer re Narrowing of Prior Art

Mike,

Today is the deadline to confer regarding the narrowing of prior art references. Please let us know if your team is available to confer at 2:30 p.m. today.

Thank you,
Abbey

**Abbey E. McNaughton | Susman Godfrey LLP**
713.650.4340 | c. 614.946.5156
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • NEW YORK • LOS ANGELES • SEATTLE**
amcnaughton@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

*******************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************

# Chiji Offor

| | |
|---|---|
| **From:** | TIB Customerservice <Customerservice@tib.eu> |
| **Sent:** | Monday, March 6, 2023 5:58 AM |
| **To:** | Saleh, Dahlia |
| **Subject:** | AW: Your request 218119318 (WORLDSHARE) / MARC |
| **Attachments:** | Title in MARC-format.docx; k10plus-MARC21_FL-download.txt |

Dear Dahlia,

see attached the book description including library holdings copied as MARC-record display in 2 verstions.

Hope this will suffice to help.

Kind regards

i.A. Frank Gottke

German National Library of Science and Technology (TIB)
Customer Service

Welfengarten 1 B // 30167 Hannover, Germany
T +49 511 762-8989 // F +49 511 762-8998

customerservice@tib.eu
www.tib.eu

---

**Von:** Saleh, Dahlia [mailto:dsaleh@sidley.com]
**Gesendet:** Freitag, 3. März 2023 18:45
**An:** TIB Customerservice
**Betreff:** RE: Your request 218119318 (WORLDSHARE)

Thank you very much for sending. Is it possible to also send me the Marc record for this?

Best,


**DAHLIA SALEH**
Research Manager

**SIDLEY AUSTIN LLP**
+1 312 456 5408
dsaleh@sidley.com

---

> **From:** TIB Customerservice <Customerservice@tib.eu>
> **Sent:** Friday, March 3, 2023 11:43 AM
> **To:** Saleh, Dahlia <dsaleh@sidley.com>
> **Subject:** Your request 218119318 (WORLDSHARE)

Dear Ms. Saleh,

Thank you for your order 218119318 (WORLDSHARE).

Because you don't need the book „Silicon carbide recent major advances" the requested title and verso page is attached.

Please cancel this request in your order system.

Kind regards

i.A. Karl-Ulrich Fuchs

German National Library of Science and Technology (TIB)
Document Delivery
Welfengarten 1 B
30167 Hannover
Germany
customerservice@tib.eu
www.tib.eu

********************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

********************************************************************************************

```
_____
000 0     cam a22           4500
001 0366402102
003 0DE-627
005 020221012184825.0
007 0tu
008 0030710s2004    gw |||||      00| ||eng c
010     a  2003059642
015     a03,N30,07002dnb
016 7 abA3W02062UK
016 7 a9679661402DE-101
020     a354040458993-540-40458-9
024 3 a9783540404583
024 8 a2003-59642qIdentnummer
035     a(DE-627)366402102
035     a(DE-576)107228270
035     a(DE-599)GBV366402102
035     a(OCoLC)249222256
035     a(OCoLC)249222256
035     a(DE-604)BV017304513
035     a(JUB)b1031278x
040     aDE-627bgercDE-627erakwb
041     aeng
044     cXA-DEcXD-UScXB-CN
050  0aQC611.8.S5
050  0aQC611.8.S5S55 2004
082 0 a621.38152
082 0 a621.3815/2
084     a292sdnb
084     a372sdnb
084     a352sdnb
084     a422sdnb
084     aUP 31002rvk0(DE-625)rvk/146372:
084     aUQ 85002rvk0(DE-625)rvk/146599:
084     a33.612bkl
084     a33.722bkl
245 10aSilicon carbidebrecent major advances ; with 82 tablescW. J. Choyke ... (eds.)
264  1aBerlinaHeidelberg [u.a.]bSpringerc2004
300     aXXXIV, 899 S.bIll., graph. Darst.
336     aTextbtxt2rdacontent
337     aohne Hilfsmittel zu benutzenbn2rdamedia
338     aBandbnc2rdacarrier
490 0 aAdvanced texts in physics
490 0 aPhysics and astronomy online library
500     aIncludes bibliographical references and index
583 1 aArchivierung/Langzeitarchivierung gewährleistetfPEBW2pdager5DE-31
```

```
650   0aSilicon carbide
650   0aSilicon carbide
689 00Ds0(DE-588)4055009-60(DE-627)1061601170(DE-576)209111666-
aSiliciumcarbid2gnd
689 0 5DE-101
689 10Ds0(DE-588)4055009-60(DE-627)1061601170(DE-576)209111666-
aSiliciumcarbid2gnd
689 1 5(DE-627)
700 1 aChoyke, Wolfgang J.eHrsg.0(DE-627)12478319300(DE-576)1778319364edt
856 42uhttps://swbplus.bsz-bw.de/bsz107228270inh.htmmV:DE-576qtext/html-
3Inhaltsverzeichnis
856 42uhttps://swbplus.bsz-bw.de/bsz107228270cov.jpgmV:DE-576qtext/html-
3Cover
856 42uhttps://swbplus.bsz-bw.de/bsz107228270vlg.htmmV:DE-576qtext/html-
3Inhaltstext
889   w(DE-627)741390957
924 0 a669325708bDE-1a91acGBVdcg1 A 541733h2
924 0 a943857007bDE-1049104cGBVddg CL 19 : INW19 13-297h104/19
924 0 a620648295bDE-27927cGBVdcgPHY:PG:3000:Cho::2004g2004 A 1328hJ 16
924 0 a654983003bDE-Ilm19Ilm 1cGBVdcgPHY UP 3140 C552h55
924 0 a619929510bDE-797cGBVdcgSTC 000 k 2003 = 2003 A 13772g2003 A 13772-
hMAG-CHEM-2
924 0 a621876380bDE-89989cGBVdcgT 03 B 7892hHaus2
924 0 a728791579bDE-7009700cGBVdcgUIX / ChohN
924 0 a1806414538bDE-5799579cGBVdcgQC611.8.S5 S55 2004
924 0 a3127339755bDE-21-10921/10cBSZdbgTechnische Mineralogie / cho-
hBibliothek 2 / Wilhelmstr. 56 (Handapparat:
Berthold)
924 0 a3127339852bDE-14914cBSZdc
924 0 a3127339933bDE-3529352cBSZdcgphy 851:k/c46
924 0 a312734001XbDE-93993cBSZdbg5C 3279
924 0 a3127340095bDE-31931cBSZdcg103 A 12523
924 0 a312734015XbDE-1059105cBSZdcg03.5278 8.
924 0 a3127340222bDE-Stg1139Stg 113cBSZdbgUP 3100 C552 S5
924 0 a3127340230bDE-Stg1139Stg 113cBSZdbgUP 3100 C552 S5+2
924 0 a312734029XbDE-D1209D 120cBSZdc
935   iBlocktest
936 rvaUP 3100bHalbleitermaterialien, AllgemeineskFestkörperphysik-
kHalbleiterphysik,
HalbleitertheoriekHalbleitermaterialienkHalbleitermaterialien,
Allgemeines0(DE-627)12714770760(DE-625)rvk/146372:0(DE-576)201477076
936 rvaUQ 8500bKeramische Werkstoffe (Oxide, Karbide)-
kMaterialwissenschaftkKeramische Werkstoffe (Oxide,
Karbide)0(DE-627)12714855160(DE-625)rvk/146599:0(DE-576)201485516
936 bka33.61jFestkörperphysik0(DE-627)106419145
936 bka33.72jHalbleiterphysik0(DE-627)10641917X
951   aBO
```



```
000 $0 cam a22 4500
001 $0366402102
003 $0DE-627
005 $020221012184825.0
007 $0tu
008 $0030710s2004 gw ||||| 00| ||eng c
010 $a 2003059642
015 $a03,N30,0700$2dnb
016 7 $abA3W0206$2UK
016 7 $a967966140$2DE-101
020 $a3540404589$93-540-40458-9
024 3 $a9783540404583
024 8 $a2003-59642$qIdentnummer
035 $a(DE-627)366402102
035 $a(DE-576)107228270
035 $a(DE-599)GBV366402102
035 $a(OCoLC)249222256
035 $a(OCoLC)249222256
035 $a(DE-604)BV017304513
035 $a(JUB)b1031278x
040 $aDE-627$bger$cDE-627$erakwb
041 $aeng
044 $cXA-DE$cXD-US$cXB-CN
050 0$aQC611.8.S5
050 0$aQC611.8.S5S55 2004
082 0 $a621.38152
082 0 $a621.3815/2
084 $a29$2sdnb
084 $a37$2sdnb
084 $a35$2sdnb
084 $a42$2sdnb
084 $aUP 3100$2rvk$0(DE-625)rvk/146372:
084 $aUQ 8500$2rvk$0(DE-625)rvk/146599:
084 $a33.61$2bkl
084 $a33.72$2bkl
245 10$aSilicon carbide$brecent major advances ; with 82 tables$cW. J. Choyke ... (eds.)
264 1$aBerlin$aHeidelberg [u.a.]$bSpringer$c2004
300 $aXXXIV, 899 S.$bIll., graph. Darst.
336 $aText$btxt$2rdacontent
337 $aohne Hilfsmittel zu benutzen$bn$2rdamedia
338 $aBand$bnc$2rdacarrier
490 0 $aAdvanced texts in physics
490 0 $aPhysics and astronomy online library
500 $aIncludes bibliographical references and index
583 1 $aArchivierung/Langzeitarchivierung gewährleistet$fPEBW$2pdager$5DE-31
650 0$aSilicon carbide$>
650 0$aSilicon carbide$>
689 00$Ds$0(DE-588)4055009-6$0(DE-
```

```
627)106160117$0(DE-576)209111666$aSiliciumcarbid$2gnd
689 0 $5DE-101
689 10$Ds$0(DE-588)4055009-6$0(DE-627)106160117$0(DE-576)209111666$aSiliciumcarbid$2gnd
689 1 $5(DE-627)
700 1 $aChoyke, Wolfgang J.$eHrsg.$0(DE-627)1247831930$0(DE-576)177831936$4edt
856 42$uhttps://swbplus.bsz-bw.de/bsz107228270inh.htm$mV:DE-576$qtext/html$3Inhaltsverzeichnis
856 42$uhttps://swbplus.bsz-bw.de/bsz107228270cov.jpg$mV:DE-576$qtext/html$3Cover
856 42$uhttps://swbplus.bsz-bw.de/bsz107228270vlg.htm$mV:DE-576$qtext/html$3Inhaltstext
889 $w(DE-627)741390957
924 0 $a669325708$bDE-1a$91a$cGBV$dc$g1 A 541733$h2
924 0 $a943857007$bDE-104$9104$cGBV$dd$g CL 19 : INW19 13-297$h104/19
924 0 $a620648295$bDE-27$927$cGBV$dc$gPHY:PG:3000:Cho::2004$g2004 A 1328$hJ 16
924 0 $a654983003$bDE-Ilm1$9Ilm 1$cGBV$dc$gPHY UP 3140 C552$h55
924 0 $a619929510$bDE-7$97$cGBV$dc$gSTC 000 k 2003 = 2003 A 13772$g2003 A 13772$hMAG-CHEM-2
924 0 $a621876380$bDE-89$989$cGBV$dc$gT 03 B 7892$hHaus2
924 0 $a728791579$bDE-700$9700$cGBV$dc$gUIX / Cho$hN
924 0 $a1806414538$bDE-579$9579$cGBV$dc$gQC611.8.S5 S55 2004
924 0 $a3127339755$bDE-21-10$921/10$cBSZ$db$gTechnische Mineralogie / cho$hBibliothek 2 / Wilhelmstr. 56 (Handapparat: Berthold)
924 0 $a3127339852$bDE-14$914$cBSZ$dc
924 0 $a3127339933$bDE-352$9352$cBSZ$dc$gphy 851:k/c46
924 0 $a312734001X$bDE-93$993$cBSZ$db$g5C 3279
924 0 $a3127340095$bDE-31$931$cBSZ$dc$g103 A 12523
924 0 $a312734015X$bDE-105$9105$cBSZ$dc$g03.5278 8.
924 0 $a3127340222$bDE-Stg113$9Stg 113$cBSZ$db$gUP 3100 C552 S5
924 0 $a3127340230$bDE-Stg113$9Stg
```

```
113$cBSZ$db$gUP 3100 C552 S5+2
924 0 $a312734029X$bDE-D120$9D 120$cBSZ$dc
935 $iBlocktest
936 rv$aUP 3100$bHalbleitermaterialien,
Allgemeines$kFestkörperphysik$kHalbleiterphysik,
Halbleitertheorie$kHalbleitermaterialien$kHalbleitermate
rialien, Allgemeines$0(DE-627)1271477076$0(DE-
625)rvk/146372:$0(DE-576)201477076
936 rv$aUQ 8500$bKeramische Werkstoffe (Oxide,
Karbide)$kMaterialwissenschaft$kKeramische
Werkstoffe (Oxide, Karbide)$0(DE-
627)1271485516$0(DE-625)rvk/146599:$0(DE-
576)201485516
936 bk$a33.61$jFestkörperphysik$0(DE-627)106419145
936 bk$a33.72$jHalbleiterphysik$0(DE-627)10641917X
951 $aBO
```



Google Buchsuche

1 von 1                                                                                                        1 von 1