IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC, <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA <br><br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND EXCLUDE UNRELIABLE OPINIONS OF DR. SYLVIA HALL-ELLIS <u>CONCERNING PUBLIC AVAILABILITY</u>**

Before the Court is Plaintiff's Motion to Strike and Exclude Unreliable Opinions of Dr. Sylvia Hall-Ellis Concerning Public Availability. Having reviewed the briefing and argument, the Court GRANTS the Motion.

IT IS SO ORDERED.

_____     _____
Dated                                                                      Honorable Alan D. Albright
                                                                                   U.S. District Court Judge