IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § § Civil Action No. 6:21-CV-00727-ADA-JTG § § Plaintiff,    § JURY TRIAL DEMAND § vs.    § § § STMICROELECTRONICS § INTERNATIONAL N.V., and § STMICROELECTRONICS, INC., § § Defendants    § § |

## ORDER GRANTING JOINT UNOPPOSED MOTION TO EXCEED CUMULATIVE PAGE LIMITS BY THREE PAGES

Before the Court is a joint motion by Defendants STMicroelectronics International N.V. and STMicroelectronics Inc. ("ST") and Plaintiff The Trustees of Purdue University ("Trustees") for permission to ST to exceed the cumulative page limit for summary judgment responses established by the OGP by three pages and for Trustees to exceed the cumulative page limit for *Daubert*/strike responses established by the OGP by three pages. After reviewing the relevant submissions, the motion is **GRANTED.**

      **SO ORDERED.**

                                                                                      _____
                                                                                  DEREK T. GILLILAND
                                                                                   UNITED STATES MAGISTRATE JUDGE