IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES**

Before the Court is Plaintiff's Motion for Partial Summary Judgment regarding Defendants' Affirmative Defenses. Having considered the motion, the Court is of the opinion that good cause exists to deny the motion. Accordingly, the motion should be, and hereby is, **DENIED**.

**IT IS SO ORDERED.**

SIGNED this _____ day of August 2023.

                                                                                       _____
                                                                                       ALAN D. ALBRIGHT
                                                                                       UNITED STATES DISTRICT JUDGE