# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>     Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V. and<br>STMICROELECTRONICS, INC.,<br><br>     Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

**PLAINTIFF'S DISCLOSURE OF EARLIEST DATE OF INVENTION**

Pursuant to the Court's Standing Order Governing Proceedings – Patent Cases (ECF No. 24), Plaintiff The Trustees of Purdue University contends that the earliest date of invention for claim 9 of U.S. Patent No. 7,498,633 is April 26, 2004. Plaintiff further contends that the earliest date of invention for claims 1, 6, 7, 10, 11, and 12 of U.S. Patent No. 8,035,112 is January 4, 2008.

Documents evidencing conception and reduction to practice for each claimed invention are "confidential" and are produced under the terms of the interim Protective Order contained in the October 8, 2021 Standing Order Governing Proceedings – Patent Cases (ECF No. 24) and any supplemental or amended protective order entered by the Court. Documents relating to such invention are being concurrently produced bearing Bates numbers PU0000001 to PU0000087.

Copies of the file history for U.S. Patent Nos. 7,498,633 and 8,035,112 are being concurrently produced bearing Bates numbers PU0000088 to PU0000543.

Dated: October 25, 2021                               Respectfully submitted,

*/s/ Samuel E. Joyner*
Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689


Alfonso G. Chan (Texas 24012408)
Michael W. Shore (Texas 18294915)
Samuel E. Joyner (Texas 24036865)
Halima Shukri Ndai (Texas 24105486)
Raphael Chabaneix (Texas 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
achan@shorechan.com
mshore@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

*COUNSEL FOR PLAINTIFF*
*THE TRUSTEES OF PURDUE UNIVERSITY*

2

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of the foregoing has been served on counsel for Defendants STMicroelectronics N.V. and STMicroelectronics, Inc. at the email addresses listed below on October 25, 2021:

Bruce S. Sostek (SBN 18855700)
Richard L. Wynne, Jr. (SBN 24003214)
Justin S. Cohen (SBN 24078356)
Nadia E. Haghighatian (SBN 24087652)
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1386
bruce.sostek@hklaw.com
richard.wynne@hklaw.com
justin.cohen@hklaw.com
nadia.haghighatian@hklaw.com

**COUNSEL FOR DEFENDANTS STMICROELECTRONICS N.V. AND STMICROELECTRONICS, INC.**

                                        */s/ Samuel E. Joyner*
                                        Samuel E. Joyner