# EXHIBIT 3

# Alicia Cary-Howell

| | |
|---|---|
| **From:** | John Lahad <jlahad@SusmanGodfrey.com> |
| **Sent:** | Friday, January 20, 2023 9:53 PM |
| **To:** | STPurdueHKService; Cohen, Justin S (DAL - X61211); Bettinger, Mike; Hatcher, Michael D. |
| **Cc:** | Team-Purdue-ST |
| **Subject:** | Purdue v. STMicroelectronics, No. 6:21-cv-727-ADA |
| **Attachments:** | 2023-01-20 Plaintiff's Supp Disclosure of Earliest Date of Invention (final).pdf |

CAUTION: External Email!

ST Counsel:

Please see attached. Also, after a reasonably diligent search, we have yet to locate a signed version of the Saha thesis proposal. We are continuing our search and of course will produce it if we locate it.

Thanks.

# John P. Lahad
**Partner | Susman Godfrey LLP**
**Houston** | New York | Los Angeles | Seattle
713.653.7859 (o)   713.725.3557 (m)

1