# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V. and<br>STMICROELECTRONICS, INC.,<br><br>      Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMAND |

**PLAINTIFF'S AMENDED SUPPLEMENTAL DISCLOSURE OF
EARLIEST DATE OF INVENTION**

Pursuant to the Court's Standing Order Governing Proceedings – Patent Cases, Plaintiff The Trustees of Purdue University contends that the earliest date of invention for claims 9 and 10 of U.S. Patent No. 7,498,633 is February 27, 2004. Documents evidencing conception and reduction to practice for each claimed invention are "confidential" and have been produced under the terms of the Protective Order (ECF No. 65). *See* PU0000001-87, PU00006956-6986, PU0006987-6999, PU0007057-7065, PU0007066-7076, PU0007178-7183, and PU00023404-592. Plaintiff specifically refers Defendants to the metadata for these documents. A copy of the file history for U.S. Patent No. 7,498,633 has also been produced starting at Bates numbers PU0000088.

1

Respectfully Submitted,

*/s/ John P. Lahad*
John P. Lahad (SBN 24068095)
Brian D. Melton (SBN 24010620)
Abbey McNaughton (SBN 24116751)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002
Tel: (713) 653-7859
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

**COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE UNIVERSITY**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via e-mail on February 18, 2023.

>*/s/ John P. Lahad*
>John P. Lahad