# EXHIBIT 7

James A. Cooper, Ph.D.
May 11, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
WACO DIVISION


THE TRUSTEES OF PURDUE
UNIVERSITY,

              Plaintiff,

      vs.      Civil Action No. 6:21-CV-00727-ADA

STMICROELECTRONICS
INTERNATIONAL N.V. and
STMICROELECTRONICS, INC.,

              Defendants.




    VIDEOTAPED DEPOSITION OF JAMES A. COOPER, Ph.D.
                  May 11, 2023
                    8:02 a.m.
                100 Sandoval Street
                Santa Fe, New Mexico




        PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:




TAKEN BY:  MR. MIKE BETTINGER
           Attorney For Defendants




REPORTED BY: Peggy Jo Gonzales, RMR, CCR #145
             Bean & Associates, Inc.
             Professional Court Reporting Service
             201 Third Street, Northwest, Suite 1630
             Albuquerque, New Mexico  87102


(8287N-PJ)

James A. Cooper, Ph.D.
May 11, 2023

1                    A P P E A R A N C E S

2    For the Plaintiff:

3         MR. JOHN P. LAHAD
          SUSMAN GODFREY, LLP
4         1000 Louisiana Street
          Suite 5100
5         Houston, Texas  77002
          jlahad@susmangodfrey.com  713.653.7859
6


7

     For the Defendants:

8
          MR. MIKE BETTINGER
9         SIDLEY AUSTIN, LLP
          555 California Street
10        San Francisco, California  94104
          mbettinger@sidley.com  415.772.1224
11
          MR. THOMAS TARNAY
12        TARNAY LAW, PLLC
          2103 Virginia Place
13        Parker, Texas  75094
          ttarnay@tarnaylaw.com  214.395.8212
14


15

     Also Present:
16
          Mr. Gary Goldblum, Videographer
17

18                      I N D E X

19                                              PAGE

20   EXAMINATION OF JAMES A. COOPER, Ph.D.

21        By Mr. Bettinger                         8

22        By Mr. Lahad                           305

23        By Mr. Bettinger                       311

24   CERTIFICATE OF COMPLETION OF DEPOSITION     314

25   WITNESS SIGNATURE/CORRECTION PAGE           316

James A. Cooper, Ph.D.
May 11, 2023

1        Q.    And there's a reference there to the Ph.D.

2    thesis proposal of Dr. Saha, and there's a July 17,

3    2004, date, correct?

4        A.    That's correct.

5        Q.    To your knowledge, did the thesis proposal

6    of Dr. Saha exist before July 17, 2004?

7        A.    It did.

8        Q.    When is the earliest date, to your

9    knowledge, that the thesis proposal existed?

10        A.    I believe it's -- it's in February of 2004.

11        Q.    And what is that -- what is that based on?

12        A.    It's based on a copy of -- of an earlier

13    draft that is on my computer, with a metadata

14    creation date of February 2004.

15        Q.    Thank you.  You can put that aside.

16             Let me step back.  There's been some

17    complaints or discussion in this case about the lack

18    of a signed thesis proposal.  Let me ask you this:

19    Would you expect there to be a signed thesis

20    proposal?

21        A.    No.

22        Q.    Why not?

23        A.    It was not our practice to sign the

24    document.  The thesis proposal was not an official

25    university document, it was not deposited with the

James A. Cooper, Ph.D.
May 11, 2023

```
 1   university.
 2        Q.   What is the purpose of a thesis proposal,
 3   then?
 4        A.   It's -- it's a written description that's
 5   given to the advisory committee of the student, prior
 6   to the oral exam, to serve as a basis for their
 7   questions during the oral exam.
 8        Q.   Earlier today you were shown several prior
 9   art references that were cited during prosecution of
10   the 633 patent.  Do you recall that?
11        A.   Okay, you're going to have to point me to
12   the ones you're referring to.
13        Q.   Oh.  For example, Exhibit 20 to Ono.
14   Exhibit 19.  Exhibit 18.
15        A.   Right, okay, I'm with you.
16        Q.   Did you review these prior art references
17   in preparation for your deposition today?
18        A.   No, I didn't.
19        Q.   Sitting here today, did you have any
20   recollection of -- of this art?
21        A.   I remember seeing some of these.  I don't
22   have any recollection of the contents specifically.
23        Q.   In testifying regarding these references,
24   was it your intention to provide any technical
25   analysis of this art today?
```

James A. Cooper, Ph.D.
May 11, 2023

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF TEXAS
 2                        WACO DIVISION


 3

     THE TRUSTEES OF PURDUE
 4   UNIVERSITY,

 5                      Plaintiff,

 6        vs.      Civil Action No. 6:21-CV-00727-ADA

 7   STMICROELECTRONICS
     INTERNATIONAL N.V. and
 8   STMICROELECTRONICS, INC.,

 9                      Defendants.

10    CERTIFICATE OF COMPLETION OF VIDEOTAPED DEPOSITION

11        I, PEGGY JO GONZALES, New Mexico CCR #145, DO
     HEREBY CERTIFY that on May 11, 2023, the deposition
12   of JAMES A. COOPER, Ph.D. was taken before me at the
     request of, and sealed original thereof retained by:
13
          Attorney for the Defendants
14        MR. MIKE BETTINGER
          SIDLEY AUSTIN, LLP
15        555 California Street
          San Francisco, California  94104
16        mbettinger@sidley.com  415.772.1224

17        I FURTHER CERTIFY that copies of this
     certificate have been mailed or delivered to all
18   Counsel, and parties to the proceedings not
     represented by counsel, appearing at the taking of
19   the deposition:

20        I FURTHER CERTIFY that examination of this
     transcript and signature of the witness was requested
21   by the witness and all parties present.

22        On_____ a letter was mailed or delivered to
     MR. JOHN P. LAHAD regarding obtaining signature of
23   the witness.

24

25
```

James A. Cooper, Ph.D.
May 11, 2023

1      I FURTHER CERTIFY that the recoverable cost of
the original and one copy of the deposition,
2   including exhibits, to MR. MIKE BETTINGER is
$_____.
3

        I FURTHER CERTIFY that I did administer the oath
4   to the witness herein prior to the taking of this
deposition; that I did thereafter report in
5   stenographic shorthand the questions and answers set
forth herein, and the foregoing is a true and correct
6   transcript of the proceeding had upon the taking of
this deposition to the best of my ability.
7

        I FURTHER CERTIFY that I am neither employed by
8   nor related to nor contracted with (unless excepted
by the rules) any of the parties or attorneys in this
9   case, and that I have no interest whatsoever in the
final disposition of this case in any court.
10

11

12   _____
            Peggy Jo Gonzales, CM
            Peggy Jo Gonzales, RMR, CCR #145
13          Bean & Associates, Inc.
            Professional Court Reporting Service
14          NM Certified Court Reporter #145
            License Expires: 12/31/2023
15

16

17

18   (8287N-PJ)
Date Taken:  May 11, 2023
19   Proofread by:  PD

20

21

22

23

24

25