# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
WACO DIVISION

THE TRUSTEES OF PURDUE
UNIVERSITY,

        Plaintiff,

  vs.    Civil Action No. 6:21-CV-00727-ADA

STMICROELECTRONICS
INTERNATIONAL N.V. and
STMICROELECTRONICS, INC.,

        Defendants.

VIDEOTAPED DEPOSITION OF JAMES A. COOPER, Ph.D.
May 11, 2023
8:02 a.m.
100 Sandoval Street
Santa Fe, New Mexico

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY:  MR. MIKE BETTINGER
          Attorney For Defendants

REPORTED BY: Peggy Jo Gonzales, RMR, CCR #145
           Bean & Associates, Inc.
           Professional Court Reporting Service
           201 Third Street, Northwest, Suite 1630
           Albuquerque, New Mexico  87102

(8287N-PJ)

```
                   A P P E A R A N C E S

For the Plaintiff:

     MR. JOHN P. LAHAD
     SUSMAN GODFREY, LLP
     1000 Louisiana Street
     Suite 5100
     Houston, Texas   77002
     jlahad@susmangodfrey.com   713.653.7859


For the Defendants:

     MR. MIKE BETTINGER
     SIDLEY AUSTIN, LLP
     555 California Street
     San Francisco, California   94104
     mbettinger@sidley.com   415.772.1224

     MR. THOMAS TARNAY
     TARNAY LAW, PLLC
     2103 Virginia Place
     Parker, Texas   75094
     ttarnay@tarnaylaw.com   214.395.8212


Also Present:

     Mr. Gary Goldblum, Videographer


                        I N D E X

                                                  PAGE

EXAMINATION OF JAMES A. COOPER, Ph.D.

     By Mr. Bettinger                               8

     By Mr. Lahad                                 305

     By Mr. Bettinger                             311

CERTIFICATE OF COMPLETION OF DEPOSITION           314

WITNESS SIGNATURE/CORRECTION PAGE                 316
```

James A. Cooper, Ph.D.
May 11, 2023

1  Q. Have you at any point in time -- regarding
2  your research going back decades, have you at any
3  point in time intended to deceive anyone regarding
4  your research?
5  A. No, absolutely not.
6  Q. Counsel showed you Exhibit 49, this
7  integrity and research document.
8  A. Right.
9  Q. Now, you testified that you hadn't seen
10 this before, correct?
11 A. Correct.
12 Q. Do you need a document to tell you to have
13 integrity in your research?
14 A. No, I don't.
15 Q. Have you always had integrity in your
16 research, Dr. Cooper?
17 A. Yes, I have.
18 Q. Have you always attempted to maintain
19 integrity in your research?
20 A. Yes.
21 Q. Earlier you testified -- let me ask you
22 this. I think you mentioned earlier that you cannot
23 perform diffusion in silicon carbide?
24 A. That's correct.
25 Q. Why not?

```
 1         A.   It's a different material.  It's much more
 2   robust than silicon, and impurities just do not
 3   diffuse in silicon carbide at any reasonable
 4   temperature.  And by "reasonable temperature," I mean
 5   a temperature that's low enough it wouldn't melt the
 6   semiconductor.  Actually, the semiconductor doesn't
 7   melt, it sublimes.  But at any processing temperature
 8   that's feasible, you -- the impurities do not move.
 9              MR. LAHAD:  I've got no further questions
10   for you, Dr. Cooper, okay.
11              THE WITNESS:  Okay.
12                        EXAMINATION
13   BY MR. BETTINGER:
14         Q.   Just one follow-up.  You mentioned metadata
15   on your computer.
16         A.   Correct.
17         Q.   What's -- what are you talking about?
18         A.   It's a create- -- data that identifies the
19   creation date of a file.  It's --
20         Q.   That comes with the file, or is that
21   created on your computer, or what --
22         A.   It's -- when the file is placed on the
23   computer, the date and, I think, time that it's
24   placed on the computer is -- is encoded by the
25   operating system.
```

James A. Cooper, Ph.D.
May 11, 2023

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF TEXAS
2  WACO DIVISION

3

   THE TRUSTEES OF PURDUE
4  UNIVERSITY,

5           Plaintiff,

6      vs.    Civil Action No. 6:21-CV-00727-ADA

7  STMICROELECTRONICS
   INTERNATIONAL N.V. and
8  STMICROELECTRONICS, INC.,

9           Defendants.

10  CERTIFICATE OF COMPLETION OF VIDEOTAPED DEPOSITION

11      I, PEGGY JO GONZALES, New Mexico CCR #145, DO
    HEREBY CERTIFY that on May 11, 2023, the deposition
12  of JAMES A. COOPER, Ph.D. was taken before me at the
    request of, and sealed original thereof retained by:
13
        Attorney for the Defendants
14      MR. MIKE BETTINGER
        SIDLEY AUSTIN, LLP
15      555 California Street
        San Francisco, California  94104
16      mbettinger@sidley.com  415.772.1224

17      I FURTHER CERTIFY that copies of this
    certificate have been mailed or delivered to all
18  Counsel, and parties to the proceedings not
    represented by counsel, appearing at the taking of
19  the deposition:

20      I FURTHER CERTIFY that examination of this
    transcript and signature of the witness was requested
21  by the witness and all parties present.

22      On_____ a letter was mailed or delivered to
    MR. JOHN P. LAHAD regarding obtaining signature of
23  the witness.

24

25

1        I FURTHER CERTIFY that the recoverable cost of
the original and one copy of the deposition,
2   including exhibits, to MR. MIKE BETTINGER is
$_____.
3
         I FURTHER CERTIFY that I did administer the oath
4   to the witness herein prior to the taking of this
deposition; that I did thereafter report in
5   stenographic shorthand the questions and answers set
forth herein, and the foregoing is a true and correct
6   transcript of the proceeding had upon the taking of
this deposition to the best of my ability.
7
         I FURTHER CERTIFY that I am neither employed by
8   nor related to nor contracted with (unless excepted
by the rules) any of the parties or attorneys in this
9   case, and that I have no interest whatsoever in the
final disposition of this case in any court.
10

11

12   _____
         Peggy Jo Gonzales, CM
         Peggy Jo Gonzales, RMR, CCR #145
13       Bean & Associates, Inc.
         Professional Court Reporting Service
14       NM Certified Court Reporter #145
         License Expires: 12/31/2023
15

16

17

18   (8287N-PJ)
     Date Taken:  May 11, 2023
19   Proofread by:  PD

20

21

22

23

24

25