IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## CORRECTED CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of Plaintiff's Response to Defendants' Rule 12(b)(1) Motion to Dismiss for Lack of Standing [Dkt. 379] has been served on counsel for Defendants VIA ECF and email on August 22, 2023.

Respectfully submitted,

/s/ John P. Lahad
Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halma Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)

Abbey McNaughton (SBN 24116751)<br>
SUSMAN GODFREY L.L.P.<br>
1000 Louisiana Street, Suite 5100<br>
Houston, Texas 77002-5096<br>
Tel: (713) 651-9366<br>
Fax: (713) 654-6666<br>
bmelton@susmangodfrey.com<br>
jlahad@susmangodfrey.com<br>
amcnaughton@susmangodfrey.com<br>
<br>
***COUNSEL FOR PLAINTIFF***<br>
***THE TRUSTEES OF PURDUE***<br>
***UNIVERSITY***

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ John P. Lahad*