# EXHIBIT 3

James A. Cooper, Ph.D.
May 11, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
WACO DIVISION

THE TRUSTEES OF PURDUE
UNIVERSITY,

        Plaintiff,

  vs.    Civil Action No. 6:21-CV-00727-ADA

STMICROELECTRONICS
INTERNATIONAL N.V. and
STMICROELECTRONICS, INC.,

        Defendants.


VIDEOTAPED DEPOSITION OF JAMES A. COOPER, Ph.D.
May 11, 2023
8:02 a.m.
100 Sandoval Street
Santa Fe, New Mexico


PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:


TAKEN BY:  MR. MIKE BETTINGER
          Attorney For Defendants


REPORTED BY: Peggy Jo Gonzales, RMR, CCR #145
           Bean & Associates, Inc.
           Professional Court Reporting Service
           201 Third Street, Northwest, Suite 1630
           Albuquerque, New Mexico  87102


(8287N-PJ)

James A. Cooper, Ph.D.
May 11, 2023

1                (Exhibit 30 marked.)
2        Q.   (By Mr. Bettinger) Thirty.  And for the
3   record, 30 is a document entitled "Optimum Design of
4   Short-Channel 4H-SiC Power DMOSFETs," bearing Bates
5   numbers PU00023610 through 12.
6        A.   One three.
7        Q.   One three.  You're good at that.  I should
8   let you do the last page every time.  Thank you, sir.
9   I'll start it, you finish it.
10            Okay, placing before you Exhibit 30, is
11  that a document you recognize?
12       A.   Yes.
13       Q.   And does that -- is this a paper that was
14  presented at the 2005 11th International Conference
15  On Silicon Carbide and Related Materials?
16       A.   I believe so, yes.
17       Q.   All right.
18            Did you assist in the drafting of this
19  paper?
20       A.   Yes.
21       Q.   All right.
22            And did you review it before it was
23  submitted?
24       A.   I'm sure I did.
25       Q.   And was it accurate at the time you

1    submitted it?
2         A.   To -- I'm sure I would have said so at the
3    time or I would have not submitted it.
4         Q.   Okay.
5              In the abstract, you say "Three new
6    structural features are employed:  A current
7    spreading layer (CSL) below the P-well, (2) a
8    heavily-doped, narrow JFET region, and (3) a
9    segmented P-well contact."  Do you see that?
10        A.   Yes.
11        Q.   Is that what you saw as the advantages of
12   your 633 patent, those three points?
13        A.   No.
14        Q.   Well, there's reference in there to "We
15   optimized design of 1,000 volt short-channel 4H-SiC
16   power DMOSFET obtained from numerical simulations
17   using Taguchi method.  Do you see that?
18        A.   Well, I haven't found it, but yes.
19        Q.   Oh.  It's in the abstract.
20        A.   Okay.
21        Q.   Yeah.  You see it?
22        A.   Okay, let me find it.
23        Q.   First sentence of the abstract.
24        A.   Oh, the abstract, sorry.  I was on the
25   introduction.

James A. Cooper, Ph.D.
May 11, 2023

| | | |
|---|---|---|
| 1 | Q. | Yeah. |
| 2 | A. | Yes. |
| 3 | Q. | Taguchi method, that's what Saha used in |
| 4 | her thesis, right? | |
| 5 | A. | That's correct. |
| 6 | Q. | Isn't that what this is referring to, |
| 7 | what -- | |
| 8 | A. | Yeah. |
| 9 | Q. | And isn't that the subject of the 633 |
| 10 | patent -- | |
| 11 | A. | No. |
| 12 | Q. | -- Saha's work? |
| 13 | A. | No, the Taguchi method and the optimized |
| 14 | design, neither of them are the subject of the 633 | |
| 15 | patent. | |
| 16 | Q. | Okay, my -- perhaps I misspoke.  Aren't |
| 17 | those the subject of the Saha thesis? | |
| 18 | A. | Yeah, they're involved in the Saha thesis, |
| 19 | included in the Saha thesis. | |
| 20 | Q. | And didn't we look earlier today that you |
| 21 | cited to the Saha thesis proposal as document | |
| 22 | "Detailed Description of the Invention"?  And I'm | |
| 23 | referring now to Exhibit 3. | |
| 24 | A. | That's the proposal.  Yeah.  The proposal |
| 25 | didn't contain the numerical simulations. | |

James A. Cooper, Ph.D.
May 11, 2023

```
 1        Q.   I see.
 2             Well, for the 633 patent, there was -- for
 3   claim 9, at least, there was no CSL layer claimed,
 4   correct?
 5        A.   That's correct.
 6        Q.   There was no heavily-doped JFET region
 7   claimed, was there?
 8        A.   Claim 9 doesn't speak to the doping.
 9        Q.   There was a parameters-free JFET region in
10   claim 9, correct?
11        A.   There was a width parameter.
12        Q.   Yes.
13             And there were segmented P-well contacts
14   referenced in --
15        A.   I believe so, yes.
16        Q.   And then if you could in Exhibit 30, if you
17   could turn to the page 2 -- 23613, or the last page
18   of the document.  And you see Figure 9?
19        A.   Yes, I do.
20        Q.   It says that's a "Layout of a DMOSFET with
21   discontinuous segmented p-base contacts," right?
22        A.   Right.
23        Q.   Okay, so is this what Saha was working on?
24        A.   Yes, um-hum.
25        Q.   So if we're looking at this, the base
```

1   contacts, which are -- in this copy appear to be a
2   light pink --
3       A.   Um-hum.
4       Q.   -- those are the base contacts?
5       A.   Correct.
6       Q.   Is that what, in 633, refers to as islands?
7       A.   I think so, yes.
8       Q.   Okay, and then the blue is the source
9   contact, correct?
10      A.   That's what it's labeled, yeah.
11      Q.   And this is using that interdigitated
12  finger design that the researchers at Purdue were
13  using at the time, correct?
14      A.   That would -- that would be likely the
15  case, yes.
16      Q.   Okay.
17           MR. BETTINGER:  Let's mark as 31 a document
18  entitled "A 1-kV" -- or 1,000 volt -- "4H-SiC Power
19  DMOSFET Optimized for Low On-Resistance, bearing
20  Bates numbers PU20586 through 591.
21           (Exhibit 31 marked.)
22      Q.   (By Mr. Bettinger) Is this a paper that you
23  and Dr. Saha wrote?
24      A.   It is, yes.
25      Q.   Okay.

James A. Cooper, Ph.D.
May 11, 2023

1       I FURTHER CERTIFY that the recoverable cost of
   the original and one copy of the deposition,
2  including exhibits, to MR. MIKE BETTINGER is
   $_____.
3
        I FURTHER CERTIFY that I did administer the oath
4  to the witness herein prior to the taking of this
   deposition; that I did thereafter report in
5  stenographic shorthand the questions and answers set
   forth herein, and the foregoing is a true and correct
6  transcript of the proceeding had upon the taking of
   this deposition to the best of my ability.
7
        I FURTHER CERTIFY that I am neither employed by
8  nor related to nor contracted with (unless excepted
   by the rules) any of the parties or attorneys in this
9  case, and that I have no interest whatsoever in the
   final disposition of this case in any court.
10

11

12     _____
       Peggy Jo Gonzales, RMR, CCR #145
13     Bean & Associates, Inc.
       Professional Court Reporting Service
14     NM Certified Court Reporter #145
       License Expires: 12/31/2023
15

16

17

18  (8287N-PJ)
    Date Taken:  May 11, 2023
19  Proofread by:  PD

20

21

22

23

24

25