**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V.<br>AND STMICROELECTRONICS, INC.<br><br>*Defendants.* | Civil Action No. 6:21-cv-00727-ADA<br><br><br>JURY TRIAL DEMANDED |

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of Plaintiff's Opposition to Defendants' Sealed Motion for Partial Summary Judgment of No Infringement Under the Doctrine of Equivalents [Dkt. 383] has been served on counsel for Defendants VIA email on August 22, 2023.

Respectfully submitted,

*/s/ Michael W. Shore*
Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halima Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
Abbey McNaughton (SBN 24116751)
SUSMAN GODFREY L.L.P.

1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
amcnaughton@susmangodfrey.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE***
***UNIVERSITY***

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, a true and correct copy of the foregoing

document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Michael W. Shore*