# EXHIBIT 1

Thumb Drive Containing Video Excerpts from July 27, 2023 Dep. of Sylvia Hall-Ellis, Ph.D.