# EXHIBIT 2



life.augmented

# SCTHS250N65G2G

Datasheet

## Automotive-grade silicon carbide Power MOSFET 650 V, 8.0 mΩ typ., 250 A in a STPAK package

4
1
3 2
4
2 3
1

STPAK

Drain(4)
Gate(3)
Driver source(2)
Power source(1)
NG3DS2PS1D4

STPOWER

| Product status link |
| --- |
| SCTHS250N65G2G |

| Product summary | |
| --- | --- |
| **Order code** | SCTHS250N65G2G |
| **Marking** | SCHS250N65G2 |
| **Package** | STPAK |
| **Packing** | Tray |

## Features

| Order code | $V_{DS}$ | $R_{DS(on)}$ typ. | $I_D$ |
| --- | --- | --- | --- |
| SCTHS250N65G2G | 650 V | 8.0 mΩ | 250 A |

- AEC-Q101 qualified
- Very fast and robust intrinsic body diode
- Extremely low gate charge and input capacitance
- Source sensing pin for increased efficiency

## Applications

- Main inverter (electric traction)
- DC/DC converter for EV/HEV

## Description

This silicon carbide Power MOSFET device has been developed using ST's advanced and innovative 2nd generation SiC MOSFET technology. The device features remarkably low on-resistance per unit area and very good switching performance. The variation of switching loss is almost independent of junction temperature.

DS14295 - Rev 1 - April 2023
For further information contact your local STMicroelectronics sales office.
www.st.com

# 1 Electrical ratings

**Table 1. Absolute maximum ratings**

| Symbol | Parameter | Value | Unit |
|---|---|---|---|
| $V_{GS}$ | Gate-source voltage | -10 to 22 | V |
| | Gate-source voltage (recommended operating values) | -5 to 20 | |
| $I_D$ | Drain current (continuous) at $T_C$ = 25 °C | 250 | A |
| | Drain current (continuous) at $T_C$ = 100 °C | 178 | |
| $I_D$ [(1)] | Drain current (pulsed) | 750 | A |
| $P_{TOT}$ | Total power dissipation at $T_C$ = 25 °C | 790 | W |
| $V_{ISO}$ | Insulation withstand voltage (DC) from all three leads to external heat sink (t = 1 s; $T_C$ = 25 °C) | 4.3 | kV |
| $T_J$ | Operating junction temperature range | -55 to 175 | °C |
| $T_{stg}$ | Storage temperature range | | °C |

1. *Pulse width limited by safe operating area.*

**Table 2. Thermal data**

| Symbol | Parameter | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|
| $R_{thJC}$ | Thermal resistance, junction-to-case | - | 0.14 | 0.19 | °C/W |

## 2 Electrical characteristics

$T_C$ = 25 °C unless otherwise specified.

**Table 3. On-/off-states**

| Symbol | Parameter | Test conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| $V_{(BR)DSS}$ | Drain-source breakdown voltage | $V_{GS}$ = 0 V, $I_D$ = 1 mA | 650 | | | V |
| $I_{DSS}$ | Zero gate voltage drain current | $V_{GS}$ = 0 V, $V_{DS}$ = 650 V | | | 40 | µA |
| $I_{GSS}$ | Gate-body leakage current | $V_{DS}$ = 0 V, $V_{GS}$ = 22 V | | | 100 | nA |
| | | $V_{DS}$ = 0 V, $V_{GS}$ = 20 V | | | 20 | nA |
| | | $V_{DS}$ = 0 V, $V_{GS}$ = -5 V | -20 | | | nA |
| | | $V_{DS}$ = 0 V, $V_{GS}$ = -10 V | -100 | | | nA |
| $V_{GS(th)}$ | Gate threshold voltage | $V_{DS}$ = $V_{GS}$, $I_D$ = 2.5 mA | 1.5 | 2.9 | 4.0 | V |
| $R_{DS(on)}$ | Static drain-source on-resistance | $V_{GS}$ = 20 V, $I_D$ = 95 A | 5.8 | 8.0 | 10.9 | mΩ |

**Table 4. Dynamic**

| Symbol | Parameter | Test conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| $C_{iss}$ | Input capacitance | $V_{GS}$ = 0 V, $V_{DS}$ = 400 V, f = 1 MHz | 4900 | 7000 | 9100 | pF |
| $C_{oss}$ | Output capacitance | | 490 | 700 | 910 | pF |
| $C_{rss}$ | Reverse transfer capacitance | | 119 | 170 | 221 | pF |
| $R_g$ | Intrinsic gate resistance | f = 1 MHz, $I_D$ = 0 A | 0.3 | 0.8 | 1.3 | Ω |
| $Q_g$ | Total gate charge | $V_{DD}$ = 400 V, $I_D$ = 95 A, $V_{GS}$ = 0 to 20 V | | 400 | | nC |
| $Q_{gs}$ | Gate-source charge | | | 80 | | nC |
| $Q_{gd}$ | Gate-drain charge | | | 170 | | nC |

**Table 5. Switching energy (inductive load)**

| Symbol | Parameter | Test conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| $E_{on}$ | Turn-on switching energy | $V_{DD}$ = 400 V, $I_D$ = 95 A, $R_{G(on)}$ = 12 Ω, $R_{G(off)}$ = 10 Ω, $V_{GS}$ = -5 to 20 V, $L_s$ = 100 nH | - | 1100 | - | µJ |
| $E_{off}$ | Turn-off switching energy | | - | 2500 | - | µJ |

**Table 6. Switching times**

| Symbol | Parameter | Test conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| $t_{d(on)}$ | Turn-on delay time | $V_{DD}$ = 400 V, $I_D$ = 95 A, $R_G$ = 10 Ω, $V_{GS}$ = -5 to 20 V | - | 140 | - | ns |
| $t_r$ | Rise time | | - | 350 | - | ns |
| $t_{d(off)}$ | Turn-off delay time | | - | 230 | - | ns |
| $t_f$ | Fall time | | - | 130 | - | ns |



**Table 7. Reverse SiC diode characteristics**

| Symbol | Parameter | Test conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| $V_{SD}$ | Diode forward voltage | $I_{SD}$ = 200 A, $V_{GS}$ = -5 V | 3.0 | 5.7 | 7.0 | V |
| $t_{rr}$ | Reverse recovery time | $I_{SD}$ = 95 A, di/dt = 3100 A/µs, $V_{DD}$ = 400 V | | 40 | | ns |
| $Q_{rr}$ | Reverse recovery charge | | | 1160 | | nC |
| $I_{RRM}$ | Reverse recovery current | | | 49 | | A |



## 2.1 Electrical characteristics (curves)

**Figure 1. Safe operating area**

**Figure 2. Normalized thermal impedance**

**Figure 3. Output characteristics ($T_J$ = 25 °C)**

**Figure 4. Output characteristics ($T_J$ = 175 °C)**

**Figure 5. Transfer characteristics**

**Figure 6. Power dissipation**



**Figure 7.** Gate charge vs gate-source voltage

**Figure 8.** Capacitance variations

**Figure 9.** Switching energy vs drain current

**Figure 10.** Switching energy vs junction temperature

**Figure 11.** Switching energy vs $R_g$

**Figure 12.** Normalized $V_{(BR)DSS}$ vs temperature



**Figure 13.** Normalized gate threshold voltage vs temperature

**Figure 14.** Normalized on-resistance vs temperature

**Figure 15.** Body diode characteristics ($T_J$ = 25 °C)

**Figure 16.** Body diode characteristics ($T_J$ = 175 °C)

**Figure 17.** 3rd quadrant characteristics ($T_J$ = 25 °C)

**Figure 18.** 3rd quadrant characteristics ($T_J$ = 175 °C)

# 3 Package information

In order to meet environmental requirements, ST offers these devices in different grades of ECOPACK packages, depending on their level of environmental compliance. ECOPACK specifications, grade definitions and product status are available at: www.st.com. ECOPACK is an ST trademark.

## 3.1 STPAK package information

**Figure 19. STPAK package outline**

Table 8. **STPAK package mechanical data**

| Ref. | Dimensions | | | Notes |
|---|---|---|---|---|
| | mm | | | |
| | Min. | Typ. | Max. | |
| A | 18.60 | 18.80 | 19.00 | |
| A1 | 12.85 | 13.05 | 13.25 | |
| A2 | 2.00 | 2.30 | 2.60 | |
| A3 | 14.20 | 14.70 | 15.20 | Exposed Pad |
| A4 | 1.55 | 2.05 | 2.55 | |
| A5 | 3.80 | 4.00 | 4.20 | |
| A6 | 2.10 | 2.30 | 2.50 | |
| B | 43.40 | 43.70 | 44.00 | |
| B3 | 32.20 | 32.50 | 32.80 | |
| B4 | 39.10 | 39.40 | 39.70 | |
| B5 | 36.07 | 36.37 | 36.67 | |
| B6 | 39.07 | 39.37 | 39.67 | |
| c | 0.34 | 0.39 | 0.44 | |
| C | | 18.55 | 19.10 | Encompass both large and small cav. |
| C2 | 12.90 | 13.10 | 13.30 | |
| C3 | | 14.35 | | |
| C4 | | 17.65 | | |
| D | 27.90 | 28.10 | 28.30 | |
| D1 | | 0.69 | | |
| D2 | 18.00 (18.50) | 18.50 (19.00) | 19.00 (19.50) | Refer to the values in brackets for the longer pins type |
| D3 | 8.60 (9.10) | 9.10 (9.60) | 9.60 (10.10) | Refer to the values in brackets for the longer pins type |
| E1 | 18.00 | 18.50 | 19.00 | Exposed pad |
| E3 | 8.75 | 9.25 | 9.75 | |
| h1 | 0.85 | 0.90 | 0.95 | x2 - Pins width |
| h2 | 4.00 | 4.10 | 4.20 | |
| l | 0.60 | 0.70 | 0.80 | |
| eee | 0.50 | | | |
| fff | 0.10 at 23 °C – 0.05 at 220 °C | | | Convex with center higher than edges |
| ggg | 0.05 | | | |
| hhh | 0.10 | | | |
| iii | 0.60 | | | |



## Revision history

Table 9. **Document revision history**

| Date | Revision | Changes |
|---|---|---|
| 27-Apr-2023 | 1 | First release. |

## Contents

1 **Electrical ratings** . . . . . . . . . . 2
2 **Electrical characteristics** . . . . . . . . . . 3
2.1 Electrical characteristics (curves) . . . . . . . . . . 5
3 **Package information** . . . . . . . . . . 8
3.1 STPAK package information . . . . . . . . . . 8
**Revision history** . . . . . . . . . . 10

**IMPORTANT NOTICE – READ CAREFULLY**

STMicroelectronics NV and its subsidiaries ("ST") reserve the right to make changes, corrections, enhancements, modifications, and improvements to ST products and/or to this document at any time without notice. Purchasers should obtain the latest relevant information on ST products before placing orders. ST products are sold pursuant to ST's terms and conditions of sale in place at the time of order acknowledgment.

Purchasers are solely responsible for the choice, selection, and use of ST products and ST assumes no liability for application assistance or the design of purchasers' products.

No license, express or implied, to any intellectual property right is granted by ST herein.

Resale of ST products with provisions different from the information set forth herein shall void any warranty granted by ST for such product.

ST and the ST logo are trademarks of ST. For additional information about ST trademarks, refer to www.st.com/trademarks. All other product or service names are the property of their respective owners.

Information in this document supersedes and replaces information previously supplied in any prior versions of this document.

© 2023 STMicroelectronics – All rights reserved