# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS, INC., and STMICROELECTRONICS INTERNATIONAL N.V. <br><br> Defendants. | Civil Action No. 6:21-cv-00727-ADA <br><br> JURY TRIAL DEMANDED |

## **NOTICE**

PLEASE TAKE NOTICE that on August 29, 2023, Plaintiff filed its Reply in Support of Its Motion to Strike and Exclude Unreliable Opinions of Dr. Sylvia Hall-Ellis Concerning Public Availability as Docket Entry No. 403 and mailed a thumb drive containing Exhibit 1, the video excerpts referenced therein.  After mailing the thumb drive, Plaintiff filed a corrected Reply in Support of Its Motion to Strike and Exclude Unreliable Opinions of Dr. Sylvia Hall-Ellis Concerning Public Availability as Docket Entry No. 406. The thumb drive that was mailed to the Court should now be linked to Docket Entry No. 406 rather than Docket Entry No. 403.

Respectfully submitted,

August 30, 2023

/s/ *Chijioke E. Offor*
Michael W. Shore
Texas Bar No. 18294915
Chijioke E. Offor
Texas Bar No. 24065840
Halima Shukri Ndai
Texas Bar No. 24105486
THE SHORE FIRM LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

John P. Lahad
Texas Bar No. 24068095
Brian D. Melton
Texas Bar No. 24010620
Abbey E. McNaughton
Texas Bar No. 24116751
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7859
Facsimile: (713) 654-6666
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

***COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE
UNIVERSITY***

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, the foregoing was served via the Court's electronic filing system and email upon all counsel of record for the parties.

/s/ *Chijioke E. Offor*
Chijioke E. Offor