

Rhonda K. Polvado
Senior IP Paralegal
The Shore Firm
901 Main Street, Suite 3300
Dallas, Texas 75202 USA
+1 214-593-9110 (Main)
+1 214-593-9134 (Direct)
rpolvado@shorefirm.com

**FILED**
August 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CV_____
DEPUTY

August 29, 2023

Clerk
U.S. District Clerk's Office
800 Franklin Avenue
Room 380
Waco, TX 76701

Re:   6:21-cv-00727-ADA; *The Trustees of Purdue University v. STMicroelectronics International N.D., et al.*

Dear Clerk,

Enclosed please find a thumb drive containing Exhibit 1 to Dkt. No. 403 which was e-filed today.

Very truly yours,

*Rhonda K. Polvado*

Rhonda K. Polvado
Senior IP Paralegal

Enclosure



**MWS**
THE SHORE FIRM
Trial Lawyers

901 Main Street, Suite 3300
Dallas, Texas  75202

RECEIVED
AUG 31 2023
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 75202
02 7H          $ 000.63⁰
0006039371    AUG 29 2023

Clerk
U.S. District Clerk's Office
800 Franklin Avenue
Room 380
Waco, TX 76701