AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:21-cv-00727-ADA |
| STMicroelectronics International N.V., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc.

Date:     09/01/2023

/s/ Morgan R. Mendicino
*Attorney's signature*

Morgan R. Mendicino (Texas Bar No. 24125664)
*Printed name and bar number*
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201

*Address*

mmendicino@sidley.com
*E-mail address*

(214) 981-3300
*Telephone number*

(214) 981-3400
*FAX number*