AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University, | ) |
| *Plaintiff* | ) |
| v. | ) |
| STMicroelectronics International N.V., et al., | ) |
| *Defendant* | ) |

Case No.   6:21-cv-00727-ADA

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc.                           .

Date:      09/01/2023

/s/ Irene Yang
*Attorney's signature*

Irene Yang (California Bar No. 245464)
*Printed name and bar number*
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104

*Address*

irene.yang@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7400
*FAX number*