UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

THE TRUSTEES OF PURDUE UNIVERSITY,

vs.

STMICROELECTRONICS
INTERNATIONAL N.V., et al.

Case No.: 6:21-cv-00727-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Tacy F. Flint__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Defendants__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Sidley Austin LLP__ with offices at:

    Mailing address: __One South Dearborn__

    City, State, Zip Code: __Chicago, Illinois 60603__

    Telephone: __312-853-7000__     Facsimile: __312-853-7036__

2. Since __05/05/2005__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Illinois__.

    Applicant's bar license number is __6284806__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Supreme Court | 02/24/2014 |
    | U.S. Court of Appeals, 1st Circuit | 12/05/2017 |
    | continued on Attachment 1 | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael J. Bettinger

Mailing address: 555 California Street, Suite 2000

City, State, Zip Code: San Francisco, California 94104

Telephone: 415-772-1200

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tacy F. Flint to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tacy F. Flint
[printed name of Applicant]

*/s/ Tacy F. Flint*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12 day of September, 2023.

Tacy F. Flint
[printed name of Applicant]

*/s/ Tacy F. Flint*
[signature of Applicant]

# ATTACHMENT 1

## CONTINUATION OF INFORMATION REQUIRED FOR MOTION FOR ADMISSION *PRO HAC VICE* OF TACY F. FLINT

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Court of Appeals, 2nd Circuit | 05/26/2010 |
| U.S. Court of Appeals, 3rd Circuit | 09/30/2008 |
| U.S. Court of Appeals, 4th Circuit | 05/08/2017 |
| U.S. Court of Appeals, 6th Circuit | 10/21/2014 |
| U.S. Court of Appeals, 7th Circuit | 03/21/2008 |
| U.S. Court of Appeals, 9th Circuit | 02/29/2012 |
| U.S. Court of Appeals, 10th Circuit | 04/07/2008 |
| U.S. Court of Appeals, 11th Circuit | 01/12/2009 |
| U.S. Court of Appeals, D.C. Circuit | 12/22/2021 |
| U.S. Court of Appeals, Federal Circuit | 02/20/2008 |
| USDC – District of Colorado | 09/20/2021 |
| USDC – Northern District of Illinois | 02/02/2017 |
| USDC – Eastern District of Michigan | 10/19/2016 |
| USDC – Eastern District of Wisconsin | 09/02/2009 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION 

THE TRUSTEES OF PURDUE UNIVERSITY,

vs.

STMICROELECTRONICS INTERNATIONAL N.V., et al.

Case No.: 6:21-cv-00727-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Tacy F. Flint**, counsel for **Defendants**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Tacy F. Flint** may appear on behalf of **Defendants** in the above case.

IT IS FURTHER ORDERED that **Tacy F. Flint**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE