**FILED UNDER SEAL**

# EXHIBIT 2.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>  Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMANDED |

### THE TRUSTEES OF PURDUE UNIVERSITY WITNESS LIST

1. Dr. James Cooper (90 mins) *
2. Mr. Kenneth Waite (30 mins) *
3. Dr. Asmita Saha (via deposition) (45 mins)
4. Defendants' Corporate Representative (adverse) (30 mins) *
5. Dr. Sarit Dhar (90 mins) *
6. Mr. Mario Saggio (live or via deposition) (60 mins)
7. Dr. Ljubisa Stevanovic (via deposition) (15 mins)
8. Mr. Michael Robinson (via deposition) (60 mins)
9. Dr. Rahul Potera (via deposition) (30 mins)
10. Mr. Raj Kumar Krishnan (via deposition) (15 mins)
11. Ms. Kelly Flanders (via deposition) (5 mins)
12. Mr. Brian Hedayati (via deposition) (8 mins)
13. Mr. Andrea Tranchida (via deposition) (20 mins)
14. Mr. Andrea Tampellini (via deposition) (4 mins)
15. Mr. Rino Peruzzi (via deposition) (30 mins)

16. Mr. Alfredo Arno (via deposition) (30 mins)

17. Mr. Roberto Bisazza (via deposition) (15 mins)

18. Mr. Jeffrey Halbig (via deposition) (45 mins)

19. Mr. Jeffrey Fedison (via deposition) (20 mins)

20. Mr. Antonio Grimaldi (via deposition) (30 mins)

21. Mr. Karl Straatveit (via deposition) (45 mins)

22. Mr. Ken Sandel (via deposition) (5 mins)

23. Mr. Steven Schultz (live or via deposition) (25 mins)

24. Mr. Steve Holzen (45 mins) *

25. Dr. Mark Lundstrom (15 mins)

26. Dr. Ginger Turner (20 mins) *

27. Dr. Stanley Shanfield (60 mins) *

28. Mr. Greg Jackson (10 mins) *

29. Dr. Rachel Applegate (20 mins) *

30. Ms. Teresa Rea (30 mins to the bench) *

Witnesses with a * are "will call" witnesses. The remainder are "may call" witnesses. Purdue reserves the right to amend the order of witnesses in light of any additional pretrial exchanges and any rulings by the Court.