# EXHIBIT 2.4

# DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST

Pursuant to the Order Granting Second Amended Scheduling Order (Dkt. 241), the agreements of the parties, and consistent with the Local Rules and this Court's Standing Order on Pre-Trial Procedures and Requirements in Civil Cases, Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc. (collectively, "ST") hereby submit their objections to Plaintiff The Trustees of Purdue University ("Plaintiff")'s proposed trial witness list.

First, ST objects to Dr. Saha being presented via deposition. Dr. Saha is a named inventor, under the possession, custody or control of Plaintiff (Hrg Tr. at PXB at 26:12-15, 27:19-28:1 (Jan. 28, 2022); Dkt. 248 at 1 n.1), and, according to Plaintiff, entitled to 1/6th of the proceeds of this case. If she is presented at trial, it must be via live testimony.

Second, ST objects to Mario Saggio being presented via deposition. He will appear live at trial and Plaintiff may cross-examine him live. The same is true of any other deposed ST witness that appears live at trial.

i

Third, ST objects to Mr. Robinson or Dr. Potera being presented at trial in any fashion. Their proposed testimony is irrelevant and/or unduly prejudicial.

Fourth, ST objects to Mr. Bisazza being presented at trial in any fashion. The deposition testimony designated by Plaintiff is irrelevant and/or unduly prejudicial.

Fifth, ST objects to Mr. Sandel and/or Mr. Schultz being presented via deposition. Both are current employees of Plaintiff and/or Purdue University. If either is presented at trial, it must be via live testimony.

Sixth, ST objects to Dr. Lundstrom being presented at trial in any fashion. He was not disclosed by Plaintiff during fact discovery. His name was first added to Plaintiff's initial disclosures on July 25, 2023, almost at the end of expert discovery and well after the close of fact discovery on May 22, 2023.

Seventh, ST objects to Mr. Jackson and Ms. Rea being presented at trial in any fashion for the reasons set forth in ST's motions to strike and preclude in full testimony from each of them.

Eighth, ST objects to any ST witnesses' testimony being presented as the corporate testimony or position of ST to the extent it is outside the scope of any topic upon which the witness might have been designated.

Ninth, Plaintiff has not yet disclosed its intended corporate representative at trial. In an abundance of caution, ST reserves the right to argue that the Court should exclude any testimony by witnesses affiliated with Purdue Research Foundation ("PRF") on behalf of Plaintiff. PRF is not a party to this case. No one affiliated with PRF, including the PRF employee listed as a "will-call" witness for Plaintiff, Kenneth Waite, has any access to ST confidential-outside attorneys' eyes only information under the Protective Order. Neither Mr. Waite, nor any other

employee for non-party PRF, should testify on behalf of Plaintiff (including as a corporate representative) simply by virtue of their status as the purported former owner of the '633 patent or otherwise.

Dated: September 5, 2023                                Respectfully submitted,

                                                        By: /s/ Michael D. Hatcher
                                                        Michael J. Bettinger
                                                        California Bar No. 122196
                                                        mbettinger@sidley.com
                                                        SIDLEY AUSTIN LLP
                                                        555 California Street, Suite 2000
                                                        San Francisco, California 94104
                                                        (415) 772-1200
                                                        (415) 772-7400 – Fax

                                                        Michael D. Hatcher
                                                        Texas Bar No. 24027067
                                                        mhatcher@sidley.com
                                                        SIDLEY AUSTIN LLP
                                                        2021 McKinney Avenue, Suite 2000
                                                        Dallas, Texas 75201
                                                        (214) 981-3300
                                                        (214) 981-3400 – Fax

                                                        Richard A. Cederoth
                                                        Texas Bar No. 6185199
                                                        rcederoth@sidley.com
                                                        SIDLEY AUSTIN LLP
                                                        One South Dearborn
                                                        Chicago, Illinois 60603
                                                        (312) 853-7026
                                                        (312) 853-7036 – Fax

                                                        Max Ciccarelli
                                                        Texas Bar No. 00787242
                                                        max@ciccarellilawfirm.com
                                                        CICCARELLI LAW FIRM
                                                        100 North 6th Street, Suite 502
                                                        Waco, Texas 76701
                                                        (214) 444-8869

                                                        Thomas N. Tarnay
                                                        Texas Bar No. 24003032
                                                        ttarnay@tarnaylaw.com
                                                        THOMAS TARNAY PLLC
                                                        2103 Virginia Place
                                                        Plano, Texas 75094

2

(214) 395-8212

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action via email on September 5, 2023.

       /s/ *Michael D. Hatcher*
       Michael D. Hatcher

2