# EXHIBIT 3.2

## DEFENDANTS' DEPOSITION DESIGNATIONS

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| **Cooper, Dr. James (30(b)(6)):  May 11, 2023 Deposition Testimony** | | | | | |
| 8:6–7 | | 8:1-5 | NE, R, 403-P/C | | |
| 9:11–20 | | | | | |
| 10:20–23 | | | | | |
| 13:25–14:5 | | | | | |
| 18:25–19:2 | | | | | |
| 19:5 | Scope/Outside Topics | | | | |
| 22:10–12 | Scope/Outside Topics | | | | |
| 22:14 | | | | | |
| 36:15–37:1 | | | | | |
| 40:15–25 | | | | | |
| 41:17–42:7 | | | | | |
| 43:2–12 | | | | | |
| 46:8–47:4 | | | | | |
| 51:10–52:11 | | | | | |
| 54:22–55:10 | | | | | |
| 58:21–23 | | | | | |
| 59:11–14 | | | | | |
| 61:3–16 | | 61:17-19 | | | |
| 62:2–8 | | 62:10-63:1 | IC | | |
| 70:3–9 | | | | | |
| 70:19–71:3 | | | | | |
| 72:4–5 | | | | | |
| 72:10–12 | | | | | |
| 72:14 | | | | | |
| 72:17–18 | | 72:19-23 | IC | | |
| 73:2–6 | | | | | |
| 73:11–74:5 | | | | | |
| 75:21–24 | | 76:1-4 | | | |
| 81:2–6 | | | | | |
| 87:11–14 | | | | | |
| 87:21–24 | | | | | |
| 88:1 | | | | | |
| 91:19–22 | | | | | |
| 92:7–12 | | | | | |
| 94:6–10 | | | | | |
| 94:19–23 | | | | | |
| 95:4–96:4 | | | | | |
| 99:7–15 | | | | | |
| 99:17–100:3 | | | | | |
| 100:5–10 | | | | | |
| 100:13–101:4 | | | | | |
| 101:6–101:13 | | | | | |
| 101:17–103:5 | | | | | |
| 103:7–105:20 | | | | | |
| 109:24–110:1 | | | | | |
| 113:19–23 | | 120:11-19; 120:21-121:4 | IC, F, R, H, 403-P/C | | |
| 133:8–17 | | | | | |
| 134:18–135:11 | | 135:12-136:18 | IC | | |
| 136:19–137:3 | | | | | |
| 138:8–24 | | | | | |
| 140:5–14 | | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 144:18–145:2 | 401, 403, 802 | | | | |
| 145:21–25 | 401, 403 | | | | |
| 146:2–18 | 401, 403 | | | | |
| 146:21–22 | | | | | |
| 147:11–15 | | | | | |
| 147:18 | | | | | |
| 147:20–22 | | | | | |
| 148:23–149:6 | | | | | |
| 151:17–152:9 | 401, 403 | | | | |
| 152:11–152:14 | 401, 403 | | | | |
| 152:16–153:2 | 401, 403 | 157:24-158:16 | IC, F, R, H, 403-P/C | | |
| 159:16–18 | | | | | |
| 171:6–14 | | | | | |
| 171:16–172:4 | | | | | |
| 172:6–15 | | | | | |
| 179:17–20 | | | | | |
| 179:22–24 | | | | | |
| 185:21–23 | | | | | |
| 186:13–19 | | | | | |
| 186:22–187:1 | | | | | |
| 199:4–8 | | 199:9-200:15; 200:16-201:1 | IC, F, R, H, 403-P/C | 201:3-4 | |
| 203:20–204:7 | | | | | |
| 204:9–11 | | | | | |
| 204:21–24 | | | | | |
| 207:4–13 | | | | | |
| 207:19–24 | No Question | | | | |
| 208:6–11 | | | | | |
| 209:3–18 | | | | | |
| 210:13–17 | | | | | |
| 210:19–20 | | | | | |
| 214:5–9 | | | | | |
| 214:14–25 | | | | | |
| 216:2–8 | | | | | |
| 216:13–217:4 | | | | | |
| 226:1–13 | | | | | |
| 231:16–21 | | | | | |
| 232:6–9 | | | | | |
| 232:12–13 | | | | | |
| 232:15 | | | | | |
| 232:20–233:10 | | | | | |
| 233:12 | | | | | |
| 233:14–233:16 | | | | | |
| 233:18–22 | | | | | |
| 243:23–245:9 | | | | | |
| 245:11–246:16 | | | | | |
| 246:18–19 | | | | | |
| 246:21–247:6 | | | | | |
| 247:8–12 | | | | | |
| 247:14–248:1 | | | | | |
| 248:3–4 | | | | | |
| 248:6–14 | | | | | |
| 248:18–249:12 | | | | | |
| 249:14–16 | | | | | |
| 249:18–22 | | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 249:24 | | | | | |
| 250:1–5 | | | | | |
| 251:14–20 | | | | | |
| 252:7–12 | | | | | |
| 285:5–16 | | | | | |
| 285:18–21 | | | | | |
| 285:23–286:1 | | | | | |
| 286:3–4 | | | | | |
| 286:11–16 | | | | | |
| 286:18–24 | | | | | |
| 301:19–302:4 | | | | | |
| 302:6 | | | | | |
| 302:8–18 | | 305:16-306:4; 306:10-308:7 | IC, F, R, H, 403-P/C | | |
| 309:6–17 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Fedison, Jeff:  November 18, 2022 Deposition Testimony** | | | | | |
| 223:7–8 | | | | | |
| 223:13–224:8 | | | | | |
| 224:10–224:23 | | | | | |
| 225:2–226:21 | | | | | |
| 227:9–227:11 | | | | | |
| 227:13–227:21 | | | | | |
| 227:23–227:24 | | | | | |
| 228:2–228:3 | | | | | |
| 228:5–228:8 | 228:7 - no answer | | | | |
| 229:11 | | | | | |
| 229:13–230–20 | | | | | |
| 233:5–233:18 | | | | | |
| 233:20 | | | | | |
| 233:22–233:25 | | | | | |
| 234:6–234:9 | | 234:10-235:12 | IC, F, R, H, 403-P/C | | |
| 237:10–237:13 | | | | | |
| 237:15 | | | | | |
| 237:17–237:20 | | | | | |
| 237:22–238:14 | | | | | |
| 238:17–238:24 | | | | | |
| 239:9–239:16 | | | | | |
| 239:18–240:5 | | | | | |
| 240:8–240:12 | | | | | |
| 240:24–241:5 | | | | | |
| 241:8–241:19 | | | | | |
| 241:23–242:9 | | | | | |
| 242:19–242:23 | | | | | |
| 250:13–250:21 | | | | | |
| 251:10–251:16 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Halladay, Matthew (30(b)(6)):  April 12, 2023 Deposition Testimony** | | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 8:13–14 | | | | | |
| 9:8–11 | | | | | |
| 9:14–10:9 | 9:22-10:4 (LF, S, LC, Scope) 10:5-7 (402) | | | | |
| 10:11–14 | | | | | |
| 10:16 | | | | | |
| 10:21–10:23 | | | | | |
| 10:25 | | | | | |
| 11:7 | Scope, 401, 402, 403, LC | 11:4-6, 11:20-23 | IC, F, R, H, 403-P/C | | |
| 11:9–11 | Scope, 401, 402, 403, LC | | | | |
| 11:13–14 | Scope, 401, 402, 403, LC | | | | |
| 11:16–17 | Scope, 401, 402, 403, LC | | | | |
| 11:19 | Scope, 401, 402, 403, LC | | | | |
| 12:15–21 | 402, 403 | | | | |
| 13:20–22 | 402, 403 | | | | |
| 14:8–9 | 402, 403 | | | | |
| 14:11–12 | 402, 403 | | | | |
| 14:15 | 402, 403 | | | | |
| 14:20–23 | | | | | |
| 15:10–15 | | | | | |
| 25:17–26:3 | 402, 403 | | | | |
| 30:19–21 | | | | | |
| 30:23 | 402, 403, LF | | | | |
| 34:9–14 | 402, 403 | | | | |
| 36:3–5 | 402, 403 | | | | |
| 40:23–24 | No answer to question, 402, 403, LF, S, Scope | 41:1-3 | IC, F, R, H, 403-P/C | 41:9-10 | |
| 41:19–43:23 | 402, 403, S, Scope, LF | | | | |
| 44:1–8 | 402, 403, S, Scope, LF | | | | |
| 44:11–45:11 | 402, 403, S, Scope, LF | | | | |
| 46:9–20 | 402, 403, S, Scope, LF | | | | |
| 47:9–12 | 402, 403, S, LF | | | | |
| 47:16–19 | 402, 403, S, Scope, LF | | | | |
| 47:21 | 402, 403, S, Scope, LF | | | | |
| 48:1–7 | 402, 403, S, Scope, LF | | | | |
| 52:8–12 | 402, 403 | | | | |
| 52:13–25 | 402, 403, S, LF | | | | |
| 54:7–55:8 | 402, 403, S, Scope, LF | | | | |
| 55:24–56:20 | 402, 403, S, Scope, LF | | | | |
| 59:10–24 | 402, 403, BE | | | | |
| 60:17–21 | 402, 403 | | | | |
| 61:11–23 | 402, 403, BE | | | | |
| 64:4–19 | 402, 403, BE | | | | |
| 65:4–12 | 402, 403, BE | | | | |
| 65:17–22 | 402, 403, BE | | | | |
| 66:3–24 | 402, 403, BE | | | | |
| 67:16–23 | 402, 403, BE | | | | |
| 70:1–18 | 402, 403, BE | | | | |
| 71:9–12 | 402, 403, BE, S, LF | 7:18-22 | IC, F, R, H, 403-P/C | | |
| 73:1–2 | 402, 403 | | | | |
| 73:16–74:7 | 402, 403 | | | | |
| 76:8–78:13 | 402, 403, BE, Scope | | | | |
| 78:15 | 402, 403, BE, Scope | | | | |
| 79:13–80:7 | 402, 403, S, LF | | | | |
| 81:7–10 | 402, 403 | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 82:17–24 | 402, 403 | | | | |
| 87:12–20 | 402, 403 | | | | |
| 90:18–91:5 | 402, 403 | | | | |
| 91:9–10 | 402, 403, S, LF | | | | |
| 91:13 | 402, 403, S, LF | | | | |
| 92:2–12 | 402, 403, S, LF | 92:13-95:9, 95:10-20 | NE, IC, F, R, H, 403-P/C | | |
| 95:23–96:8 | 402, 403, S, LF | | | | |
| 96:17–25 | 402, 403, S, LF | | | | |
| 97:14–21 | 402, 403, S, LF, Scope | | | | |
| 97:23–25 | 402, 403, S, LF, Scope | | | | |
| 98:18–99:3 | 402, 403, S, LF, Scope | 100:13-25, 103:23-104:3, 106:20-107:1, 108:5-15 | IC, F, R, H, 403-P/C | | |
| 115:9–10 | 402, 403 | | | | |
| 115:13–116:19 | 402, 403, 802 | | | | |
| 117:19–25 | 402, 403 | 118:6-19 | IC, F, R, H, 403-P/C | | |
| 131:5–132:16 | 402, 403, BE | | | | |
| 137:21–138:3 | 402, 403, BE | | | | |
| 138:9–14 | 402, 403 | | | | |
| 139:1–4 | 402, 403 | | | | |
| 147:14–148:10 | 402, 403, S, LF | | | | |
| 149:6–150:5 | 402, 403, S, LF | | | | |
| 157:20–159:11 | 402, 403, S, LF | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Kellett, Glenn (30(b)(6)):  May 3, 2023 Deposition Testimony** | | | | | |
| 5:7–8 | | 5:1-5; 7:1-10; 8:5-10; 16:24-17:6; 17:8-20; 18:12-18; 18:19-22; 18:25; 20:7-10; 22:2-8; 22:11; 22:17-22; 23:13-18; 24:17-20; 26:12-15; 26:16-18; 29:15-18; 29:23-25; 30:1-2; 30:3-4; 30:5-6; 31:20-23; 31:24-25; 32:1-3; 32:4-7; 32:8-10; 32:11-14; 32:16-18; 37:6-10; 37:13; 37:14-25; 38:1-4; 43:14-17; 44:14-18; 44:20-21; 44:22-45:1; 45:3-4; 45:5-10; 45:12-13; 45:14-19; 45:21-22; 45:23-46:4; 46:6-8; 46:9-12; 46:15-16; 47:13-15; 47:17-22; 49:14-17; 49:19-22; 50:6-9; 52:7-10; 53:5-14; 54:2-11; 54:15-21; 58:4-15; 70:18-24; 71:1-3; 71:9-10; 73:13-15; 74:6-25; 75:2; 75:3-6; 75:8; 76:4-9 | NE, Inc., IC, F, R, H, 403-P/C | | |
| 6:4–13 | | | | | |
| 7:15–20 | | | | | |
| 10:25–11:23 | | | | | |
| 13:14–18 | | | | | |
| 14:4–13 | | | | | |
| 15:3–11 | | | | | |
| 15:13–16:23 | | | | | |
| 18:2–6 | 401, 402, 403 | | | | |
| 18:8–11 | 401, 402, 403 | | | | |
| 19:1–16 | 401, 402, 403, S, LC | | | | |
| 19:18–20:6 | 401, 402, 403, S, LC | | | | |
| 22:12–13 | LF, S | | | | |
| 22:16 | LF, S | | | | |
| 24:9–12 | LF, S, IE, IL | | | | |
| 24:15–16 | LF, S, IE, IL | | | | |
| 29:9–11 | LC | | | | |
| 29:13–14 | LC | | | | |
| 30:7–9 | | | | | |
| 30:11–24 | LF, S, LC | | | | |
| 31:1 | LF, S, LC | | | | |
| 35:3–18 | 401, 402, 403, IE, IL | | | | |
| 43:7–8 | LF, S | | | | |
| 43:10–13 | S, LF, LC, 403 | | | | |
| 44:6–10 | S, LF, LC, 403 | | | | |
| 44:13 | | | | | |
| 46:21–47:1 | 403, LF, S, LC | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 47:3–6 | 403, LF, S, LC | | | | |
| 47:10–12 | 403, LF, S, LC | | | | |
| 50:10–12 | LF, S | | | | |
| | | 5:1-5 | NE, Inc., IC, F, R, H, 403-P/C | | |
| | | 7:1-10 | IC, F, R, H, 403-P/C | | |
| | | 8:5-10 | IC, F, R, H, 403-P/C | | |
| | | 16:24-17:6 | IC, F, R, H, 403-P/C | | |
| | | 17:8-20 | IC, F, R, H, 403-P/C | | |
| | | 18:12-18 | IC, F, R, H, 403-P/C | | |
| | | 18:19-22 | IC, F, R, H, 403-P/C | | |
| | | 18:25 | IC, F, R, H, 403-P/C | | |
| | | 20:7-10 | IC, F, R, H, 403-P/C | | |
| | | 22:2-8 | IC, F, R, H, 403-P/C | | |
| | | 22:11 | IC, F, R, H, 403-P/C | | |
| | | 22:17-22 | IC, F, R, H, 403-P/C | | |
| | | 23:13-18 | IC, F, R, H, 403-P/C | | |
| | | 24:17-20 | IC, F, R, H, 403-P/C | | |
| | | 26:12-15 | IC, F, R, H, 403-P/C | | |
| | | 26:16-18 | IC, F, R, H, 403-P/C | | |
| | | 29:15-18 | IC, F, R, H, 403-P/C | | |
| | | 29:23-25 | IC, F, R, H, 403-P/C | | |
| | | 30:1-2 | IC, F, R, H, 403-P/C | | |
| | | 30:3-4 | IC, F, R, H, 403-P/C | | |
| | | 30:5-6 | IC, F, R, H, 403-P/C | | |
| | | 31:20-23 | IC, F, R, H, 403-P/C | | |
| | | 31:24-25 | IC, F, R, H, 403-P/C | | |
| | | 32:1-3 | IC, F, R, H, 403-P/C | | |
| | | 32:4-7 | IC, F, R, H, 403-P/C | | |
| | | 32:8-10 | IC, F, R, H, 403-P/C | | |
| | | 32:11-14 | IC, F, R, H, 403-P/C | | |
| | | 32:16-18 | IC, F, R, H, 403-P/C | | |
| | | 37:6-10 | IC, F, R, H, 403-P/C | | |
| | | 37:13:00 | IC, F, R, H, 403-P/C | | |
| | | 37:14-25 | IC, F, R, H, 403-P/C | | |
| | | 38:1-4 | IC, F, R, H, 403-P/C | | |
| | | 43:14-17 | IC, F, R, H, 403-P/C | | |
| | | 44:14-18 | IC, F, R, H, 403-P/C | | |
| | | 44:20-21 | IC, F, R, H, 403-P/C | | |
| | | 44:22-45:1 | IC, F, R, H, 403-P/C | | |
| | | 45:3-4 | IC, F, R, H, 403-P/C | | |
| | | 45:5-10 | IC, F, R, H, 403-P/C | | |
| | | 45:12-13 | IC, F, R, H, 403-P/C | | |
| | | 45:14-19 | IC, F, R, H, 403-P/C | | |
| | | 45:21-22 | IC, F, R, H, 403-P/C | | |
| | | 45:23-46:4 | IC, F, R, H, 403-P/C | | |
| | | 46:6-8 | IC, F, R, H, 403-P/C | | |
| | | 46:9-12 | IC, F, R, H, 403-P/C | | |
| | | 46:15-16 | IC, F, R, H, 403-P/C | | |
| | | 47:13-15 | IC, F, R, H, 403-P/C | | |
| | | 47:17-22 | IC, F, R, H, 403-P/C | | |
| | | 49:14-17 | IC, F, R, H, 403-P/C | | |
| | | 49:19-22 | IC, F, R, H, 403-P/C | | |
| | | 50:6-9 | IC, F, R, H, 403-P/C | | |
| | | 52:7-10 | Inc., IC, F, R, H, 403-P/C | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| | | 53:5-14 | Inc., IC, F, R, H, 403-P/C | | |
| | | 54:2-11 | IC, F, R, H, 403-P/C | | |
| | | 54:15-21 | IC, F, R, H, 403-P/C | | |
| | | 58:4-15 | IC, F, R, H, 403-P/C | | |
| | | 70:18-24 | IC, F, R, H, 403-P/C | | |
| | | 71:1-3 | IC, F, R, H, 403-P/C | | |
| | | 71:9-10 | Inc., IC, F, R, H, 403-P/C | | |
| | | 73:13-15 | IC, F, R, H, 403-P/C | | |
| | | 74:6-25 | IC, F, L, R, H, 403-P/C | 75:14-76-3, 76:9 | |
| | | 75:02:00 | IC, F, L, R, H, 403-P/C | 75:14-76-3, 76:9 | |
| | | 75:3-6 | IC, F, L, R, H, 403-P/C | 75:14-76-3, 76:9 | |
| | | 75:08:00 | IC, F, L, R, H, 403-P/C | 75:14-76-3, 76:9 | |
| | | 76:4-9 | Inc., IC, F, R, H, 403-P/C | 75:14-76-3, 76:9 | |
| | | | | | |
| **Metzinger, Tammy: May 24, 2023 Deposition Testimony** | | | | | |
| 5:8–9 | | | | | |
| 7:7–21 | | | | | |
| 8:7–19 | | | | | |
| 9:4–8 | | | | | |
| 50:4–9 | 402, 403 | 12:6-24; 13:1-2; 51:14-24; 52:1-10 | IC, F, L, R, H, 403-P/C | 52:24-53:5, 53:7-9, 53:11-14 | |
| 50:11–12 | 402, 403 | 12:6-24; 13:1-2; 51:14-24; 52:1-10 | IC, F, L, R, H, 403-P/C | 52:24-53:5, 53:7-9, 53:11-14 | |
| 50:14–21 | 402, 403 | 12:6-24; 13:1-2; 51:14-24; 52:1-10 | IC, F, L, R, H, 403-P/C | 52:24-53:5, 53:7-9, 53:11-14 | |
| | | | | | |
| | | | | | |
| **Razavi, Frank: August 22, 2002 Deposition Testimony** | | | | | |
| 8:23–9:1 | | | | | |
| 13:11–25 | | | | | |
| 14:12–15 | | | | | |
| 18:9–18 | | | | | |
| 21:22–22:9 | | | | | |
| 22:12–19 | | | | | |
| 25:10–13 | | | | | |
| 25:25–26:3 | | | | | |
| 26:11–15 | | | | | |
| 31:2–32:4 | | | | | |
| 32:6–19 | | | | | |
| 50:11–51:2 | | | | | |
| 51:17–52:5 | | | | | |
| 53:15–24 | | | | | |
| 54:19–23 | | | | | |
| 57:17–23 | | | | | |
| 63:6–16 | | | | | |
| 64:2–10 | | | | | |
| 64:25–65:5 | | | 65:6-16 | IC, F, R, H, 403-P/C | | |
| 66:6–16 | | | | | |
| 87:3–8 | | | 99:10-11; 99:13-100:3; 100:7-16; 101:25-102:5; 102:8-18; 103:12-14; 103:22-104:5; 104:8-14; 104:17-105:3; 105:6-12; 106:4-9; 106:12-15 | NE, Inc., IC, F, L, R, H, 403-P/C | 100:17-19, 100:24-101:2, 101:5-7 | |
| 108:7–9 | | | 108:3-6; 108:15-16; 108:20-21; 109:9-22, 25 | NE, Inc., IC, F, L, R, H, 403-P/C | 111:12-16 | |

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 108:11–14 | | 113:7-10; 113:14-15; 114:19-115:22; 116:1-2 | NE, Inc., IC, F, L, R, H, 403-P/C | | |
| 129:6–8 | | 130:9-10; 130:12-14; 134:1-22; 137:1-13; 141:6-16 | NE, Inc., IC, F, L, R, H, 403-P/C | 133:16-25, 141:17018, 141:20 | |
| | | | | | |
| | | | | | |
| **Saha, Dr. Asmita: November 3, 2022 Deposition Testimony** | | | | | |
| 8:11–22 | | | | | |
| 10:12–11:6 | | | | | |
| 13:12–17 | | 12:21-23, 13:1-11 | | | |
| 15:10–21 | | 15:22-16:7 | | | |
| 17:14–18:7 | | | | | |
| 18:11–22 | | 21:1-17 | IC, F, R, H, 403-P/C | | |
| 27:24–29:5 | | | | | |
| 32:13–25 | | | | | |
| 33:21–34:5 | | | | | |
| 36:14–25 | | | | | |
| 38:18–39:4 | | | | | |
| 39:11–41:21 | | | | | |
| 43:3–13 | | | | | |
| 43:18–46:3 | | | | | |
| 47:20–48:14 | | | | | |
| 51:18–25 | | | | | |
| 52:5–53:3 | | | | | |
| 54:23–55:25 | 55:1-25 (402, 403) Object to including privilege instruction | | | | |
| 56:13–25 | 402, 403 | | | | |
| 58:5–11 | 402, 403 | | | | |
| 59:3–60:15 | 402, 403, LF, S | | | | |
| 60:20–61:2 | 402, 403, LF, S | | | | |
| 61:21–24 | 402, 403, LF, S | | | | |
| 62:3–6 | 402, 403 | | | | |
| 62:22–63:23 | 402, 403 | | | | |
| 65:15–18 | 402, 403 | | | | |
| 66:18–67:22 | | | | | |
| 72:4–14 | | | | | |
| 73:5–76:13 | | | | | |
| 84:12–14 | | | | | |
| 91:7–92:10 | | | | | |
| 94:17–19 | | | | | |
| 97:2–98:7 | 402, 403 | | | | |
| 99:22–102:16 | 402, 403, Relates to a bench issue | | | | |
| 103:1–17 | 402, 403, Relates to a bench issue | | | | |
| 103:24–104:4 | | | | | |
| 108:19–110:10 | | | | | |
| 111:12–21 | | | | | |
| 112:8–114:2 | | | | | |
| 115:7–22 | | | | | |
| 117:2–21 | | | | | |
| 118:6–18 | | | | | |
| 121:4–25 | | | | | |
| 125:1–14 | 402, 403 | | | | |

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 126:6–16 | | | | | |
| 128:23–129:9 | | | | | |
| 129:22–132:21 | | 132:22-133:3 | | | |
| 133:17–145:12 | | | | | |
| 149:1–25 | | | | | |
| 150:2–16 | | | | | |
| 159:5–160:1 | | | | | |
| 160:5–20 | | | | | |
| 165:24–166:15 | 402, 403, LF, S | | | | |
| 167:5–168:24 | 402, 403 | | | | |
| 169:5–20 | 402, 403 | | | | |
| 174:11–175:19 | 402, 403 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Sandel, Ken: May 25, 2023 Deposition Testimony** | | | | | |
| 5:8–9 | | | | | |
| 5:24–6:6 | | | | | |
| 6:9–11 | | | | | |
| 6:15–17 | | | | | |
| 7:18–23 | | | | | |
| 8:3 | | | | | |
| 8:5–13 | 402, 403 | | | | |
| 9:3–5 | 402, 403 | | | | |
| 9:7–11 | 402. 403 | | | | |
| 9:23–10:6 | | | | | |
| 10:18–11:3 | | | | | |
| 12:10–15 | | | | | |
| 12:17–23 | | | | | |
| 13:1–10 | | | | | |
| 14:23–15:2 | | | | | |
| 15:4–9 | 402, 403, IL, LC | | | | |
| 30:13–15 | | 22:7-22; 28:14-24; 29:1-24; 30:16-24; 31:1-10; 31:19-22 | NE, Inc., IC, F, R, H, 403-P/C | | |
| 31:23–32:8 | | | | | |
| 32:10 | 402, 403, | | | | |
| 32:12–15 | 402, 403, IS | | | | |
| 32:22–23 | 402, 403, IS | | | | |
| 34:22–24 | 402, 403, S, LF | | | | |
| 35:2–3 | 402, 403, S, LF | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Schultz, Steven: May 26, 2023 Deposition Testimony** | | | | | |
| 5:6–7 | | | | | |
| 5:24–6:11 | | | | | |
| 14:20–22 | | | | | |
| 14:24–15:2 | | | | | |
| 15:10–15 | | | | | |
| 15:24–16:3 | | | | | |
| 16:5–15 | | | | | |
| 16:17 | 402, 403, | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 16:19 | 402, 403, | | | | |
| 16:21 | 402, 403 | | | | |
| 18:1–10 | | | | | |
| 18:13–16 | 402, 403 | | | | |
| 19:12–17 | | | | | |
| 19:19–21 | | | | | |
| 19:23–20:4 | | | | | |
| 20:8–11 | | | | | |
| 20:13–14 | | | | | |
| 20:16–19 | | | | | |
| 22:20–21 | 402, 403, LC | | | | |
| 22:23–24 | 402, 403, LC | | | | |
| 23:2–3 | 402, 403, LC | | | | |
| 23:5–10 | 402, 403, LC | | | | |
| 24:9–10 | | | | | |
| 24:14–22 | 402, 403 | | | | |
| 27:19–28:3 | | | | | |
| 28:5–7 | 402, 403, LC | | | | |
| 28:9–10 | | | | | |
| 28:23–29:3 | | | | | |
| 29:5–12 | 402, 403 | | | | |
| 31:2–4 | | | | | |
| 31:7 | | | | | |
| 31:10–22 | 402, 403 | | | | |
| 32:6–8 | | | | | |
| 34:7–35:1 | | | | | |
| 35:15–36:18 | | 29:14-24 | Inc., IC, F, R, H, 403-P/C | | |
| 36:20–37:12 | | | | | |
| 37:17–38:24 | 402, 403, IS | | | | |
| 39:2–6 | 402, 403, IS | | | | |
| 39:8–17 | 402, 403, IS | | | | |
| 39:19–23 | 402, 403, IS | | | | |
| 40:1–11 | | | | | |
| 40:21–41:2 | | | | | |
| 41:7–13 | 402, 403, IS | | | | |
| 41:15–42:12 | 402, 403, IS | | | | |
| 42:14–43:22 | 402, 403 | | | | |
| 43:24–44:1 | 402, 403 | | | | |
| 46:19–20 | 402, 403 | | | | |
| 46:22–23 | 402, 403 | | | | |
| 47:2–10 | 402, 403, LC | | | | |
| 47:12–16 | 402, 403 | | | | |
| 47:21–23 | 402, 403 | | | | |
| 48:1–3 | | | | | |
| 48:5–11 | | | | | |
| 48:20–22 | | | | | |
| 48:24–49:7 | 402, 403 | | | | |
| 49:9–14 | 402, 403 | | | | |
| 49:16–19 | 402, 403 | | | | |
| 50:2–7 | | | | | |
| 50:20–51:5 | | | | | |
| 51:9–13 | | | | | |
| 51:21–22 | | | | | |
| 52:8–11 | 402, 403 | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 52:13–17 | 402, 403 | | | | |
| 52:19–53:1 | 402, 403, LC | | | | |
| 53:4–9 | 402, 403, LC | | | | |
| 54:10–14 | 402, 403, IS | | | | |
| 54:16–22 | 402, 403, LC | | | | |
| 54:24–55:4 | 402, 403, IS | | | | |
| 55:6–9 | 402, 403, IS | | | | |
| 55:12–13 | | | | | |
| 55:18–22 | | | | | |
| 56:5–57:8 | | | | | |
| 57:12–15 | | | | | |
| 57:17 | | | | | |
| 57:20–23 | | | | | |
| 58:2–7 | | | | | |
| 58:11–14 | | | | | |
| 58:16–19 | | | | | |
| 58:24–59:11 | | | | | |
| 61:2–5 | 402, 403, IS | | | | |
| 61:8–9 | 402, 403, IS | | | | |
| 61:12–14 | 402, 403, IS | | | | |
| 61:16–19 | | | | | |
| 61:22–23 | | | | | |
| 62:20–63:2 | | | | | |
| 63:5–13 | | | | | |
| 63:19–20 | | | | | |
| 65:2–6 | 402, 403, IS | | | | |
| 65:8–11 | 402, 403, IS | | | | |
| 65:13–14 | 402, 403, IS | | | | |
| 65:16–17 | 402, 403 | | | | |
| 65:19–22 | 402, 403 | | | | |
| 65:24 | 402, 403 | | | | |
| 66:3–4 | | | | | |
| 66:14–67:2 | | | | | |
| 67:19–22 | 402, 403, IS | | | | |
| 67:24–68:4 | 402, 403, IS | | | | |
| 68:6–11 | | | | | |
| 68:13–17 | | | | | |
| 68:19–21 | | | | | |
| 68:23–24 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Stevanovic, Dr. Ljubisa (30(b)(6)): October 10, 2002 Deposition Testimony** | | | | | |
| 7:10–17 | | | | | |
| 10:4–13 | | | | | |
| 10:18–20 | | | | | |
| 11:2–4 | | | | | |
| 12:5–8 | | | | | |
| 12:11–14 | | | | | |
| 14:19–15:4 | | | | | |
| 15:14–16 | | | | | |
| 15:22–25 | | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 16:3–17:4 | | | | | |
| 18:3–19:20 | | | | | |
| 20:19–21:25 | | | | | |
| 23:24–25:3 | | | | | |
| 25:5–28:3 | | | | | |
| 28:8–17 | | | | | |
| 28:20 | | | | | |
| 28:25–29:19 | | | | | |
| 30:16–31:5 | | | | | |
| 32:19–21 | | | | | |
| 32:24–25 | | | | | |
| 33:12–34:23 | | | | | |
| 36:10–20 | | | | | |
| 37:14–16 | 401, LOPK | | | | |
| 37:19–38:19 | 401, LOPK | | | | |
| 38:23 | 401, LOPK | | | | |
| 38:25–39:16 | 401, LOPK | | | | |
| 39:19 | 401, LOPK | | | | |
| 49:1–9 | | | | | |
| 49:12–15 | | | | | |
| 49:21–50:2 | | | | | |
| 50:8 | | | | | |
| 50:10–51:2 | | | | | |
| 51:9–22 | | | | | |
| 52:9–11 | | | | | |
| 52:16–18 | | | | | |
| 52:21–22 | | | | | |
| 53:2–4 | | | | | |
| 53:6–8 | | | | | |
| 53:12–15 | | | | | |
| 58:3–9 | | | | | |
| 58:14–16 | | | | | |
| 58:18–20 | | | | | |
| 58:23–25 | | | | | |
| 59:12–18 | | | | | |
| 59:24–60:2 | | | | | |
| 60:4–61:9 | | | | | |
| 61:13–17 | | | | | |
| 61:19–23 | | | | | |
| 61:25–62:2 | | | | | |
| 62:17–63:8 | | | | | |
| 63:12–64:15 | | | | | |
| 65:6–24 | | | | | |
| 66:2–3 | | | | | |
| 66:5–10 | | | | | |
| 74:14–15 | | | | | |
| 74:20–21 | | | | | |
| 74:23–75:8 | | | | | |
| 75:12–14 | | | | | |
| 80:10–16 | | | | | |
| 86:24–87:7 | | | | | |
| 90:1–22 | 401, 403, MIL#5 | | | | |
| 92:19–93:22 | | | | | |
| 95:15–17 | | | | | |

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 95:24–25 | | | | | |
| 96:4–11 | | | | | |
| 96:13–14 | | | | | |
| 96:21–22 | | | | | |
| 97:16–23 | | | | | |
| 101:8–14 | | | | | |
| 106:22–107:4 | | | | | |
| 107:8–9 | | | | | |
| 108:16–108:18 | | | | | |
| 108:23–109:2 | | | | | |
| 112:10–112:20 | | | | | |
| 112:25 | | | | | |
| 126:4–10 | | | | | |
| 129:19–130:14 | | | | | |
| 130:17–131–19 | | | | | |
| 131:23–132:22 | | | | | |
| 133:1–17 | | | | | |
| 145:22–146:2 | | | | | |
| 150:17–23 | | | | | |
| 167:19–167:21 | | | | | |
| 167:25–168:8 | | | | | |
| 168:13–15 | | | | | |
| 169:13–24 | | | | | |
| 181:3–8 | | | | | |
| 190:22–191:21 | 401, 403, LC, Leading | | | | |
| 191:25–192:24 | | | | | |
| 193:9–18 | | | | | |
| 199:10–24 | | | | | |
| 212:22–215:19 | 401, 403, MIL #5 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Turner, Dr. Ginger:  July 25, 2023 Deposition Testimony** | | | | | |
| 5:8–10 | | | | | |
| 5:14–20 | 402, 403 | | | | |
| 8:22–9:9 | | | | | |
| 9:24–10:5 | | | | | |
| 10:20–11:13 | 402, 403 | | | | |
| 13:9–18 | 402, 403, 802 | | | | |
| 14:6–19 | 402, 403, 802 | | | | |
| 15:14–16:4 | 402, 403, 802 | | | | |
| 16:11–23 | 402, 403, 802 | | | | |
| 17:1–15 | 402, 403, 802, Incomplete question | | | | |
| 17:17–18:22 | 402, 403, 802 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Waite, Kenneth:  July 12, 2002 Deposition Testimony** | | | | | |
| 9:9–14 | | | | | |
| 9:25–10:6 | | | | | |
| 12:22–24 | | 12:10-13 | IC | | |
| 13:4–21 | | 13:22-14:4 | IC, F, H, R, 403-P/C | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 14:5–11 | | | | | |
| 14:17–25 | | | | | |
| 15:3–5 | | | | | |
| 16:3–7 | | | | | |
| 18:9–15 | | 17:23-18:8 | IC, F, H, R, 403-P/C | | |
| 19:21–23 | | | | | |
| 20:15–20 | | | | | |
| 21:7–22:16 | 402, 403 | | | | |
| 23:19–24:4 | 402, 403 | | | | |
| 24:24–25:8 | 402, 403 | | | | |
| 26:2–11 | 402, 403 | | | | |
| 29:9–11 | 402, 403 | | | | |
| 29:13–20 | 402, 403 | | | | |
| 29:24–30:12 | 402, 403, LF, S | | | | |
| 30:14–31:1 | 402, 403, LF, S | | | | |
| 31:3–6 | 402, 403, LF, S | | | | |
| 31:8–13 | 402, 403, LF, S | | | | |
| 31:15 | 402, 403, LF, S | | | | |
| 38:11–25 | 402, 403, LF, S | | | | |
| 39:7–9 | 402, 403 | | | | |
| 43:20–23 | 402, 403 | | | | |
| 45:1–4 | 402, 403 | | | | |
| 48:21–25 | 402, 403, LF, S | | | | |
| 49:10–13 | 402, 403 | | | | |
| 49:21–25 | 402, 403, LF, S | | | | |
| 53:8–12 | 402, 403 | | | | |
| 53:16–18 | 402, 403 | | | | |
| 57:9–12 | 402, 403, LF, S | 57:13-17 | IC, F, H, R, 403-P/C | | |
| 61:11–62:23 | 402, 403, testimony goes to a issue tried to the bench | | | | |
| 63:3–11 | 402, 403, testimony goes to a issue tried to the ben | 63:12-16 | IC, F, H, R, 403-P/C | | |
| 63:17–64:2 | 402, 403, testimony goes to a issue tried to the ben | 64:3-15 | IC, F, H, R, 403-P/C | 64:16-18 | |
| 78:22–79:12 | 402, 403 | | | | |
| 85:15–86:7 | 402, 403 | | | | |
| 86:20–23 | 402, 403 | | | | |
| 87:12–24 | 402, 403 | | | | |
| 91:18–93:4 | 402, 403 | | | | |
| 95:23–24 | | | | | |
| 96:1–21 | | | | | |
| 97:3–4 | 402, 403 | | | | |
| 97:7–9 | 402, 403 | | | | |
| 101:15–21 | 402, 403 | | | | |
| 112:3–6 | 402, 403 | | | | |
| 113:9–13 | 402, 403 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Waite, Kenneth (30(b)(6)): April 13, 2023 Deposition Testimony** | | | | | |
| 5:5–12 | | | | | |
| 6:21–7:20 | | | | | |
| 8:1–4 | 106 | 7:25; 8:5-7 | NE, Inc., IC, F, R, H, 403-P/C | | |
| 8:6 | 106 | 7:25; 8:5-7 | NE, Inc., IC, F, R, H, 403-P/C | | |
| 8:10–20 | | | | | |
| 9:9–15 | | | | | |

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 10:11–16 | | | | | |
| 14:2–18 | 106 | 14:19-21; 15:14-20 | IC, F, R, H, 403-P/C | 15:21-16:5 | |
| 17:25–18:3 | | | | | |
| 18:7–22 | | | | | |
| 19:5–7 | 402, 403, S, LF | | | | |
| 19:9 | 402, 403, S, LF | | | | |
| 19:14–16 | 402, 403, S, LF | | | | |
| 19:18–23 | 402, 403, S, LF | | | | |
| 19:25 | 402, 403, S, LF | | | | |
| 23:8–23 | | | | | |
| 23:25–24:1 | | | | | |
| 24:9–14 | | | | | |
| 33:25–34:2 | LC, IE | | | | |
| 34:4–10 | LC, IE | | | | |
| 35:13–17 | | | | | |
| 35:19–36:15 | Scope, S, LC | | | | |
| 36:18–24 | Scope, S, LC | | | | |
| 37:1–7 | Scope, S, LC | | | | |
| 37:9 | Scope, S, LC | | | | |
| 37:11–19 | Scope, S, LC | | | | |
| 37:21 | Scope, S, LC | | | | |
| 38:3–10 | Scope, S, LC | | | | |
| 38:13–20 | Scope, S, LC | | | | |
| 38:22 | Scope, S, LC | | | | |
| 39:5–9 | Scope, S, LC | | | | |
| 39:12 | Scope, S, LC | | | | |
| 41:15–20 | 402, Scope, LC | | | | |
| 41:22–24 | 402, Scope, LC | | | | |
| 42:1 | 402, Scope, LC | | | | |
| 42:9–14 | 402, Scope, LC | | | | |
| 43:13–44:1 | | | | | |
| 45:12–17 | | | | | |
| 45:24–46:2 | | | | | |
| 46:9–16 | LF | | | | |
| 46:18–47:22 | LF (46:13-21) | | | | |
| 47:24–48:8 | LC | | | | |
| 48:10–16 | LC | | | | |
| 48:19–49:1 | LC | | | | |
| 49:3–4 | | | | | |
| 49:6–8 | | | | | |
| 49:10–12 | | | | | |
| 49:14–50:5 | | | | | |
| 50:7–12 | | | | | |
| 50:16–19 | | | | | |
| 50:21–23 | | | | | |
| 50:25–51:6 | | | | | |
| 51:8–52:3 | | | | | |
| 52:5–8 | | | | | |
| 52:10 | | | | | |
| 52:12–16 | LC | | | | |
| 52:18–23 | LC | | | | |
| 52:25 | | | | | |
| 53:13–22 | LC | | | | |
| 53:24–54:7 | LC | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 54:9–55:8 | LC | | | | |
| 56:18–20 | | | | | |
| 56:22 | | | | | |
| 57:11–15 | | | | | |
| 57:22–58:7 | | | | | |
| 58:10–18 | | | | | |
| 59:5–17 | | 59:18–23 | | 59:24–25 | |
| 60:16–61:7 | 402, 803, LC, S | | | | |
| 61:9–10 | 402, 803, LC, S | | | | |
| 61:16–19 | 402, 803, LC, S | | | | |
| 61:21 | | | | | |
| 64:15–65:18 | | | | | |
| 66:1–4 | | | | | |
| 67:8–21 | | 67:22–25 | | | |
| 68:2–4 | | | | | |
| 68:7–16 | | | | | |
| 70:5–15 | | | | | |
| 70:18–71:8 | | | | | |
| 86:8–13 | | | | | |
| 86:19–87:15 | | | | | |
| 87:20–88:2 | | | | | |
| 88:12–21 | | | | | |
| 89:13–17 | | | | | |
| 89:19–90:11 | | | | | |
| 90:15–18 | | | | | |
| 90:20–91:3 | | | | | |
| 91:5–16 | | | | | |
| 92:5–19 | | | | | |
| 94:15–17 | | | | | |
| 94:19–25 | | | | | |
| 95:8–96:11 | | | | | |
| 97:22–98:20 | Court's MIL 12 & 22 (97:22–98:4, 98:16-20) | | | | |
| 101:25–103:3 | 402 | | | | |
| 103:5–7 | 402 | | | | |
| 107:1–24 | | | | | |
| 108:2–109:3 | | | | | |
| 109:13–110:12 | | | | | |
| 136:17–141:11 | Court's MIL 1, 402, 403 | | | | |
| 141:16–142:16 | Court's MIL 1, 402, 403 | | | | |
| 143:4–146:19 | Court's MIL 1, 402, 403 | | | | |
| 146:21–22 | Court's MIL 1, 402, 403 | | | | |
| 146:25–148:8 | Court's MIL 1, 402, 403, Scope (148:8) | | | | |
| 148:10–149:1 | Court's MIL 1, 402, 403, Scope (148:8-15) | | | | |
| 149:12–18 | Court's MIL 1, 402, 403 | | | | |
| 149:21–152:20 | Court's MIL 1, 402, 403 | | | | |
| 153:3–155:13 | Court's MIL 1, 402, 403 | | | | |
| 155:22–158:8 | Court's MIL 1, 402, 403 | | | | |
| 158:15–159:11 | 402, 901, LF, S | | | | |
| 159:15–160:11 | 402, 901, LF, S | | | | |
| 160:18–161:25 | 402, LF | | | | |
| 162:2–25 | 402, LF, S | | | | |
| 163:19–21 | | | | | |
| 164:1–9 | | | | | |
| 164:12–13 | | | | | |

Trustees v. ST
Defendants' Counter-Counter Deposition Designations
September 5, 2023

| STMicroelectronics Designations | Objections | Counter–Designations | Objections to Counter–Designations | Counter–Counter–Designations | Objections to Counter–Counter–Designations |
|---|---|---|---|---|---|
| 164:16–19 | | | | | |
| 165:7–12 | | | | | |
| 165:15–166:4 | | | | | |
| | | | | | |
| | | | | | |