# EXHIBIT 3.3

# DEFENDANTS' DISCOVERY DESIGNATIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

**DEFENDANTS' DISCOVERY DESIGNATIONS**

Pursuant to the Second Amended Scheduling Order (Dkt. 241), and consistent with this Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases, Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc. (collectively, "Defendants") hereby designate the following discovery responses:

1. Plaintiff's Objections and Responses to Defendant STMicroelectronics, Inc.'s First Set of Requests For Production (June 1, 2022)

2. Plaintiff's Objections and Responses to STMicroelectronics, Inc.'s First Set of Interrogatories (June 1, 2022)

3. Plaintiff's [Supplemental] Objections and Responses to STMicroelectronics, Inc.'s First Set of Interrogatories (June 15, 2022)

4. [Plaintiff's] Affidavit of Kenneth J. Waite [regarding Defendant STMicroelectronics, Inc.'s First Set of Requests for Production] (June 15, 2022)

5. Plaintiff's Objections and Responses to STMicroelectronics, Inc.'s Second Set of Discovery (October 3, 2022)

1

6. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Requests for Admission 2, 3, and 4 and Interrogatories 10, 12, 14, 17, and 22 (November 18, 2022)

7. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Interrogatory No. 5 (January 12, 2023)

8. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Interrogatory No. 11 (January 24, 2023)

9. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Interrogatories Nos. 2, 3, and 15 (January 31, 2023)

10. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Interrogatory No. 11 (March 3, 2023)

11. Plaintiff's Supplemental Objections and Responses to Defendant [STMicroelectronics, Inc.]'s Interrogatories 10, 12, and 14 (April 10, 2023)

12. Plaintiff's Objections and Responses to STMicroelectronics, Inc.'s Third Set of Interrogatories (April 24, 2023)

13. Plaintiff's Objections and Responses to STMicroelectronics, Inc.'s Fourth and Fifth Sets of Interrogatories (May 22, 2023)

14. Plaintiff's Supplemental Objections and Responses to STMicroelectronics, Inc.'s Interrogatory Nos. 12 and 24 (May 31, 2023)

3

Dated: August 15, 2023 Respectfully submitted,

By: /s/ Michael D. Hatcher
Michael J. Bettinger
California Bar No. 122196
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200
(415) 772-7400 – Fax

Michael D. Hatcher
Texas Bar No. 24027067
mhatcher@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300
(214) 981-3400 – Fax

Richard A. Cederoth
Texas Bar No. 6185199
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7026
(312) 853-7036 – Fax

Max Ciccarelli
Texas Bar No. 00787242
max@ciccarellilawfirm.com
CICCARELLI LAW FIRM
100 North 6th Street, Suite 502
Waco, Texas 76701
(214) 444-8869

Thomas N. Tarnay
Texas Bar No. 24003032
ttarnay@tarnaylaw.com
THOMAS TARNAY PLLC
2103 Virginia Place
Plano, Texas 75094
(214) 395-8212

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action via electronic mail on August 15, 2023.

                                              */s/ Michael D. Hatcher*
                                              Michael D. Hatcher