# EXHIBIT 6.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**STMICROELECTRONICS, INC. and STMICROELECTRONICS INTERNATIONAL N.V.,**<br><br>       **Defendants.** | **Civil Action No. 6:21-cv-00727-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Local Rule CV-16(f)(1), Plaintiff The Trustees of Purdue University ("Purdue") and Defendants STMicroelectronics, Inc. and STMicroelectronics International, N.V. (collectively, "Defendants" or "ST") submit the following agree list of voir dire questions be asked of the prospective jurors:

1. After introducing the parties and lawyers/firms:
   a. Does anyone know any of these lawyers or their law firms?
   b. Is anyone familiar with any of the parties?

2. Does anyone know someone who works for The Trustees of Purdue University or Purdue University, or STMicroelectronics, Inc. or STMicroelectronics International, N.V.?

3. Does anyone own stock in any of the parties or have family members who own stock in any of the parties?

4. Has anyone read or heard anything about this case?

5. Read the witness list. Does anyone know any of the witnesses that might be called?

6. Does anyone know someone else in the courtroom or on the jury panel?

7. Has anyone ever had any experience as a mock juror in any other case? If yes, would that experience affect your ability to be fair and impartial in this case?

8. Does anyone have any experience in a civil or criminal proceeding, either as a juror, a party, a witness, or a consultant? If yes, would that experience affect your ability to be fair and impartial in this case?

9. Does anyone have a medical reason or personal hardship that would make it difficult to serve as a juror in this case?

10. Does anyone have difficulty reading, hearing, or understanding the English language?

11. Does anyone know of any reason he or she may be prejudiced for or against the plaintiff or defendant because of the nature of the case, or otherwise?

12. Does anyone know of any reason that may affect your ability to be a fair and impartial juror in this case?