# EXHIBIT 6.2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC. and<br>STMICROELECTRONICS<br>INTERNATIONAL N.V.,<br><br>        Defendants. | Civil Action No. 6:21-cv-00727-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS

Pursuant to Local Rule CV-16(f)(1), Plaintiff The Trustees of Purdue University ("Purdue") submits the following list of proposed additional voir dire questions that Plaintiff requests be asked of the prospective jurors. Defendants object to these questions.

### Plaintiff's Proposed Voir Dire Questions to Panel

1. Have you, any members of your family or close friends ever worked at a company that was accused of infringing a patent? When did this take place? Who was involved? What, if any, claim was made? Was there litigation? Do you feel that this event might have some bearing on your judgment if you were chosen as a juror in this trial?

2. Have you, any member of your family or close friends ever been accused of injuring another person or causing damages to another person or company?

3. Would any of you have difficulty awarding a significant amount of damages in this case if the evidence supported such an award? Why do you feel that way?

4. Do any of you have any moral, religious or ethical beliefs that would prevent you from passing judgment on another person or company?

1

5. Do you have strong feelings against compensating a university for the unauthorized use of a university invention?

   Would your answer to the previous question be the same or different if the research leading to the invention was funded, in part, by the United States government?

6. Do any of you have strong feelings against a party who brings a lawsuit? What are your feelings? Why do you feel this way?

7. Have you, a family member or a very close friend ever worked in the semiconductor industry? For whom" Doing what?

8. Are you or any member of your family hold a degree in electrical engineering?

9. Do you know what a MOSFET is? If so, please explain how you know.

10. Have you or a family member ever received legal training or worked in the legal profession? When? Where? Please explain your job duties.

11. During the course of this trial, you will be instructed on what law you must follow in this case. Do any of you feel that you might hesitate or be unwilling to follow those instructions?

12. This is a civil case to be decided by the relative weight of evidence on each side and the burden of proof is generally by the preponderance of the evidence and then clear and convincing evidence on some issues. This is different from a criminal case where the government has to prove its case beyond a reasonable doubt. Does anyone have a problem with applying a lesser burden of proof than is used in a criminal case?

13. You are to wait until all the evidence has been presented and you have been instructed as to the law which is to be applied before making up your minds as to any fact or issue in this case. Does anyone have a problem with this?

14. Do any of you have a relative, close friend or family member that is a judge or magistrate? Who? Relationship?

15. Do any of you know any of the individuals or entities listed on the Witness List? Please describe whom you know and how you know them. When was the last time you saw them?

**Plaintiff's Proposed Voir Dire Questions to Each Prospective Juror**

16. Each prospective juror will also answer the following questions:

(a) What is your juror number?

(b) In which area/city of Texas do you live? How long have you lived there?

(c) Where were you born and raised?

(d) What level of education have you received and from where? Where did you attend college/graduate school? What was your major/degree?

(e) What is your marital status? Occupation of your spouse/partner? How many children to do you have? Occupation of children?

(f) What is your employment (including pre-retirement employment) status? What is your occupation?

(g) Do you do other things to supplement your income? What and for how long?