UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY <br><br> vs. <br><br> STMICROELECTRONICS, INC., ET AL. | § <br> § <br> §   NO:  WA:21-CV-00727-ADA <br> § <br> § |

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Tuesday, October 17, 2023 at 2:00 PM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order. Attorneys that would like to attend in person will need to provide notice to the Court at least 24 hours in advance.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Friday, October 20, 2023 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

**SIGNED this 19th day of September, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE