IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA<br><br>JURY TRIAL DEMAND |

**DEFENDANTS' NOTICE OF REQUEST FOR
DAILY TRANSCRIPTS AND REAL TIME REPORTING OF COURT PROCEEDINGS**

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc. hereby give notice to the Court and its assigned court reporter of its request for daily transcripts and Real Time reporting of Court proceedings.  A copy of this request is also being sent via electronic mail to the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com and Kristie_Davis@txwd.uscourts.gov.

1

Dated:  September 19, 2023               Respectfully submitted,

By: /s/ Michael D. Hatcher
Michael J. Bettinger
California Bar No. 122196
mbettinger@sidley.com
Irene Yang
California Bar No. 245464
irene.yang@sidley.com
Min Ju "Averyn" Lee (*pro hac vice*)
California Bar No. 347939
averyn.lee@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200
(415) 772-7400 – Fax

Michael D. Hatcher
Texas Bar No. 24027067
mhatcher@sidley.com
Morgan R. Mendicino
Texas Bar No. 24125664
mmendicino@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300
(214) 981-3400 – Fax

Richard A. Cederoth
Texas Bar No. 6185199
rcederoth@sidley.com
Tacy F. Flint (*pro hac vice*)
Illinois Bar No. 6284806
tflint@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7026
(312) 853-7036 – Fax

Max Ciccarelli
Texas Bar No. 00787242
max@ciccarellilawfirm.com
CICCARELLI LAW FIRM
100 North 6th Street, Suite 502
Waco, Texas 76701
(214) 444-8869

Thomas N. Tarnay
Texas Bar No. 24003032
ttarnay@tarnaylaw.com
THOMAS TARNAY PLLC
2103 Virginia Place
Plano, Texas 75094
(214) 395-8212

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action via the Court's CM/ECF system on September 19, 2023.

                                                /s/ Michael D. Hatcher
                                                Michael D. Hatcher