**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>                    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS INTERNATIONAL N.V.; and STMICROELECTRONICS, INC.<br><br>                    Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS**
**AND REAL TIME REPORTING OF COURT PROCEEDINGS**

Plaintiff The Trustees of Purdue University hereby give notice to the Court and its assigned court reporter of its request for daily transcripts and Real Time reporting of Court proceedings. A copy of this request is also being sent via electronic mail to the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com and Kristie_Davis@txwd.uscourts.gov.

Dated: September 19, 2023

Respectfully submitted,

Michael W. Shore (SBN 18294915)
Chijioke E. Offor (SBN 24065840)
Halma Shukri Ndai (SBN 24105486)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

/s/ *John P. Lahad*
Brian D. Melton (SBN 24010620)
John P. Lahad (SBN 24068095)
Abbey McNaughton (SBN 24116751)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
amcnaughton@susmangodfrey.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE***
***UNIVERSITY***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system on September 19, 2023.

/s/ *John P. Lahad*
John P. Lahad