# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY** § § § § § § § § § § § § § § § | NO:   WA:21-CV-00727-ADA |
| vs. | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY *Defendant* | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for INITIAL PRETRIAL CONFERENCE, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on October 04, 2023 at 09:00 AM. The Court is prepared to hear argument on the following: ECF Nos. 260, 290, 328, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 360, 362, 364, 366, 368, 369, 395.

**IT IS SO ORDERED** this **21st day of September, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE