# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University <br> *Plaintiff* <br> v. <br> STMicroelectronics International N.V. et al <br> *Defendant* | ) ) ) ) ) ) Case No. 6:21-cv-00727-ADA-DTG |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STMicroelectronics International N.V.

Date: 09/23/2023

*Attorney's signature*

David N. Deaconson 05673400
*Printed name and bar number*
Pakis, Giotes, Burleson & Deaconson, P.C.
400 Austine Avenue, Suite 400
Waco, Texas 76701

*Address*

deaconson@pakislaw.com
*E-mail address*

(254) 297-7300
*Telephone number*

(254) 297-7301
*FAX number*