AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University <br> *Plaintiff* <br> v. <br> STMicroelectronics International N.V. et al <br> *Defendant* | ) <br> ) <br> ) Case No. 6:21-cv-00727-ADA-DTG <br> ) <br> ) |

## CORRECTED APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STMicroelectronics International N.V., STMicroelectronics, Inc.

Date: 09/24/2023

*Attorney's signature*

David N. Deaconson 05673400
*Printed name and bar number*
Pakis, Giotes, Burleson & Deaconson, P.C.
400 Austine Avenue, Suite 400
Waco, Texas 76701

*Address*

deaconson@pakislaw.com
*E-mail address*

(254) 297-7300
*Telephone number*

(254) 297-7301
*FAX number*