IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>　　　　Defendants. | Civil Action No. 6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF FIRST AMENDED PRETRIAL MATERIALS**

Pursuant to the Second Amended Scheduling Order (Dkt. 241) and the Proposed Joint Pretrial Order (Dkt. 429), Trustees of Purdue University ("Plaintiff") submits its amended exhibit list (Exhibit 1.1) and pretrial deposition designations (and all objections, counters, and counter-counter designations) (Exhibit 3.1) to be used under Rule 32(a) of deposition testimony. Plaintiff does not waive, and will assert, any additional necessary amendments.

Dated: September 29, 2023                          Respectfully submitted,

                                                   By: */s/ Michael W. Shore*
                                                   Michael W. Shore (SBN 18294915)
                                                   Chijioke E. Offor (SBN 24065840)
                                                   Halima Shukri Ndai (SBN 24105486)
                                                   THE SHORE FIRM LLP
                                                   901 Main Street, Suite 3300
                                                   Dallas, Texas 75202
                                                   Telephone: (214) 593-9110
                                                   Fax: (214) 593-9111
                                                   mshore@shorefirm.com
                                                   coffor@shorefirm.com
                                                   hndai@shorefirm.com

                                                   Brian D. Melton (SBN 24068095)
                                                   John P. Lahad (SBN 24068095)
                                                   Abbey McNaughton (SBN 24116751)
                                                   SUSMAN GODFREY L.L.P.
                                                   1000 Louisiana Street, Suite 5100
                                                   Houston, Texas 77002
                                                   Tel: (713) 651-9366
                                                   Fax: (713) 654-6666
                                                   bmelton@susmangodfrey.com
                                                   jlahad@susmangodfrey.com
                                                   amcnaughton@susmangodfrey.com

                                                   *COUNSEL FOR PLAINTIFF*
                                                   *THE TRUSTEES OF PURDUE UNIVERSITY*

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of the foregoing has been served on counsel for Defendants VIA ECF and email on September 29, 2023.

                                                   */s/ Michael W. Shore*

1