**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **THE TRUSTEES OF**<br>**PURDUE UNIVERSITY,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**STMICROELECTRONICS, INC. and**<br>**STMICROELECTRONICS**<br>**INTERNATIONAL N.V.,**<br><br>　　　　　**Defendants.** | **Civil Action No. 6:21-cv-00727-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE

In accordance with Scheduling Order in this case, Dkt. 241, the parties provide this joint notice regarding remaining objections to pretrial disclosures and disputes on motions in *limine*.

As to the objections, there are presently no changes to the parties' objections to pretrial disclosures filed on September 12, 2023 at Dkt. 429.

As to the motions *in limine*, the parties previously met and conferred and have not been able to resolve their disputes.

Dated: September 29, 2023

Respectfully submitted,

/s/ *John P. Lahad*

/s/ *Michael D. Hatcher*

Michael W. Shore (Texas 18294915)
Chijioke E. Offor (Texas 24065840)
Halima Shukri Ndai (Texas 24105486)
THE SHORE FIRM LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110

Michael J. Bettinger
California Bar No. 122196
mbettinger@sidley.com
Irene Yang
California Bar No. 245464
irene.yang@sidley.com
SIDLEY AUSTIN LLP

Fax: (214) 593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

John P. Lahad (Texas 24068095)
Brian D. Melton (Texas 24010620)
Abbey E. McNaughton (Texas 24116751)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7859
Facsimile: (713) 654-6666
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

***Attorneys for Plaintiff The Trustees of
Purdue University***

555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200
(415) 772-7400 – Fax

Michael D. Hatcher
Texas Bar No. 24027067
mhatcher@sidley.com
Morgan R. Mendicino
Texas Bar No. 24125664
mmendicino@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300
(214) 981-3400 – Fax

Richard A. Cederoth
Texas Bar No. 6185199
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7026
(312) 853-7036 – Fax

Max Ciccarelli
Texas Bar No. 00787242
max@ciccarellilawfirm.com
CICCARELLI LAW FIRM
100 North 6th Street, Suite 502
Waco, Texas 76701
(214) 444-8869

Thomas N. Tarnay
Texas Bar No. 24003032
ttarnay@tarnaylaw.com
THOMAS TARNAY PLLC
2103 Virginia Place
Plano, Texas 75094
(214) 395-8212

***Attorneys for Defendants
STMicroelectronics, Inc. and
STMicroelectronics International N.V.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(b)(1) on September 29, 2023. Sealed exhibits were served on the same day via email.

/s/ *John P. Lahad*
John P. Lahad

3