IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | § § § § § § | Case No. 6:21-CV-00727-ADA-DTG |
| Plaintiff, | § § | JURY TRIAL DEMAND |
| vs. | § § § | |
| STMICROELECTRONICS INTERNATIONAL N.V., and STMICROELECTRONICS, INC., | § § § § § | |
| Defendants | § § | |

## ORDER DENYING REQUEST FOR DISCOVERY

Before the Court is a discovery chart submitted by Plaintiff, The Trustees of Purdue University ("Trustees") and a response letter submitted by Defendants STMicroelectronics International N.V. and STMicroelectronics Inc. ("ST") to the Court on September 26, 2023. Trustees are requesting supplemental discovery and depositions relating to ST's sales data. After reviewing the relevant submissions, the request is **DENIED**. Discovery in this case has closed. As such, this request is untimely.

SIGNED this 3rd day of October, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1