**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>       Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>       Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>JURY TRIAL DEMAND |

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE
DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE***

Before the Court is Plaintiff's Motion to Strike Defendants' Reply in Support of Motions *in Limine*. Having considered the motion and opposition to same, the Court is of the opinion that good cause exists to deny the motion. Accordingly, the motion should be, and hereby is, **DENIED**.

   **IT IS SO ORDERED.**

SIGNED this _____ day of October 2023.

                                                                _____
                                                                ALAN D. ALBRIGHT
                                                                UNITED STATES DISTRICT JUDGE