# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

THE TRUSTEES OF PURDUE )
UNIVERSITY, )
                                            )    Case No.
            Plaintiff, )    6:21-CV-00727
                                            )    -ADA
v. )
                                            )
STMICROELECTRONICS INTERNATIONAL )
N.V., AND STMICROELECTRONICS, )
INC., )
                                            )
            Defendants. )
_____ )

**CERTIFIED TRANSCRIPT**

Videotaped Deposition of LORI LIPKIN PH.D.

(Given Remotely)

Friday, July 21, 2023

9:05 a.m. Eastern

Reported by:  Karen Kidwell, RMR, CRR



PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V. et al.Page 2
LORI LIPKIN PH.D., 07/21/2023

```
 1    REMOTE APPEARANCES:

 2   On Behalf of Plaintiff:

 3         JOHN P. LAHAD, ESQ.
           Susman Godfrey L.L.P.
 4         1000 Louisiana
           Suite 5100
 5         Houston, TX  77002
           713.653.7859
 6         jlahad@susmangodfrey.com

 7

 8   On Behalf of Defendants:

 9          THOMAS N. TARNAY, ESQ.
            THOMAS TARNAY PLLC
10          2103 Virginia Place
            Plano, TX  75094-3859
11          214.395.8212

12          for

13          Sidley Austin, LLP
            2021 McKinney Avenue
14          Suite 2000
            Dallas, TX  75201
15          214.772.1224
            ttarnay@sidley.com

16

17

18

19

20   Also Remotely Appearing:

21         Christopher Ratway, In-house Counsel
             STMicroelectronics
22
           Amanda Rodriguez, In-house Counsel
23           STMicroelectronics

24         Jeremy Gilliam, Videographer

25
```



PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V. et al.Page 3
LORI LIPKIN PH.D., 07/21/2023

```
 1                     I N D E X

 2   WITNESS/EXAMINATION                      Page

 3   LORI LIPKIN PH.D.

 4     By Mr. Lahad                              5

 5     By Mr. Tarnay                           232

 6     Further by Mr. Lahad                    245

 7

 8

 9

10

11                    E X H I B I T S

12     Number           Description           Page

13   Exhibit 1    Expert Report of Dr. Lori A. ......18
                  Lipkin, PhD
14
     Exhibit 2    Errata to Expert Report of Dr. ....25
15                Lori A. Lipkin, PHD

16   Exhibit 3    United States Patent ..............56
                  7,498,633, Bates
17                PU00000093-102

18   Exhibit 4    Claim Construction Order and ......70
                  Memorandum in Support Thereof
19
     Exhibit 5    2003 Book, Silicon Carbide, ......148
20                Recent Major Advances, Bates
                  ST-PURDUE_00016460-17370
21
     Exhibit 6    United States Patent .............149
22                Application Publication US
                  2002/0038891, Bates
23                ST-PURDUE_00007785-7818

24

25
```



1  have added some tabs so that I can quickly access

2  certain portions, because it is 300 and-some-odd

3  pages.

4           I have a copy of what I refer to as the

5  2002 patent.  I have a copy of the '633 patent.  I

6  have a copy of the 2000 Boston Paper and the 2000

7  Boston Abstract, and I also have a chapter from the

8  2003 book, hard copies.

9      **Q.  Are these clean copies, other than the**

10  **tabs?**

11      A.   You mean -- correct, yes.

12      **Q.  When were you retained to provide opinion**

13  **testimony in this case?**

14      A.   In the summer of 2022.

15      **Q.  Who contacted you?**

16      A.   Thom Tarnay himself.

17      **Q.   Have you been an expert in a patent**

18  **infringement case before this one?**

19      A.   No, I have not.

20      **Q.   So this is your first time as an expert in**

21  **a patent case?**

22      A.   Yes, it is.

23      **Q.   Is this your first time as an expert in**

24  **any kind of case?**

25      A.   Yes.  Yes, it is.



PURDUE UNIVERSITY vs STMICROELECTRONICS INTERNATIONAL N.V. et al  Page 260
LORI LIPKIN PH.D., 07/21/2023

```
1   STATE OF NORTH CAROLINA
    COUNTY OF MECKLENBURG
2

3              I, Karen K. Kidwell, RMR, CRR, Stenographic

4   Court Reporter and Notary Public, the officer before

5   whom the foregoing proceeding was conducted according

6   to the emergency video notarization requirements

7   contained in G.S. 10B-25, do hereby certify that the

8   witness whose testimony appears in the foregoing

9   proceeding was duly sworn by me; that the testimony of

10  said witness was taken by me to the best of my ability

11  and thereafter transcribed by me; and that the

12  foregoing pages, inclusive, constitute a true and

13  accurate transcription of the testimony of the witness;

14  that I was located in Mecklenburg County and the

15  witness stated they were located in Wake County at the

16  time of the deposition.

17             I further certify that I am neither attorney

18  or counsel for, nor related to or employed by, any

19  attorney or counsel employed by the parties hereto or

20  financially interested in the action.

21             This the 22nd day of July, 2023.

22

23             _____
               Karen K. Kidwell, RMR, CRR
24             Notary Public #19971050142

25
```



AdvancedONE LEGAL is now LEXITAS™