AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The Trustees of Purdue University, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 6:21-cv-00727-ADA |
| STMicroelectronics International N.V., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants STMicroelectronics International N.V. and STMicroelectronics, Inc.

Date: 10/19/2023

/s/ James P. Mooney IV
*Attorney's signature*

James P. Mooney IV (Texas Bar No. 24118926)
*Printed name and bar number*
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

*Address*

jmooney@sidley.com
*E-mail address*

(312) 853-7000
*Telephone number*

(312) 853-7036
*FAX number*