UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § | CIVIL NO: WA:21-CV-00727-ADA |
| vs. | | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, October 30, 2023 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 20th day of October, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE