UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY | § § § § § | CIVIL NO: WA:21-CV-00727-ADA |
| vs. | | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | | |

## **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. James Cooper | 1. Mario Saggio |
| 2. Ken Waite | 2. Dean Nelkirk |
| 3. Mario Saggio via video deposition | 3. Sylvia Hall-Ellis |
| 4. Karl Straatveit via video deposition | 4. Lori Lipkin |
| 5. Michael Robinson via video deposition | 5. Ljubisa Straatveit via video deposition |
| 6. Sarit Dhar | 6. Matthew Halladay via video deposition |
| 7. Andrea Tranchida via video deposition | 7. Steven R. Schultz via video deposition |

| | | | |
|---|---|---|---|
| 8. | Raj Kumar Krishnan via video deposition | 8. | Angelo Castorina |
| 9. | Jeff Halbig via video deposition | 9. | Stephen Becker |
| 10. | Stephen A. Holzen | 10. | |
| 11. | Stanley Shanfield | 11. | |
| 12. | James Cooper recalled | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |