UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
December 01, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY § § § | |
| vs. § § § | NO: WA:21-CV-00727-ADA |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., GENERAL ELECTRIC COMPANY, TESLA, INC., SANMINA CORPORATION, SPACE EXPLORATION TECHNOLOGIES, STMICROELECTRONICS, INC., STMICROELECTRONICS INTERNATIONAL N.V., THE TRUSTEES OF PURDUE UNIVERSITY | |

**NOTE TO JURORS**

Ladies and Gentlemen, Because of a conflict of schedules that the Court is entirely responsible for, if you are unable to complete your deliberations and return a unanimous verdict by 2 p.m., you will need to leave at 2 and return on Monday and complete your deliberations. The Court apologizes for any inconvenience this may cause you but it is unavoidable because of the obligations the Court and its staff have.

_Derek T. Gilliland_
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

12/01/2023    12:35 pm
DATE and TIME