UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
December 04, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jennifer Clark__
DEPUTY

THE TRUSTEES OF PURDUE UNIVERSITY §
§
vs. §   NO: WA:21-CV-00727-ADA
§
STMICROELECTRONICS N.V., §
STMICROELECTRONICS, INC., §
STMICROELECTRONICS INTERNATIONAL
N.V., GENERAL ELECTRIC COMPANY,
TESLA, INC., SANMINA CORPORATION,
SPACE EXPLORATION TECHNOLOGIES,
STMICROELECTRONICS, INC.,
STMICROELECTRONICS INTERNATIONAL
N.V., THE TRUSTEES OF PURDUE
UNIVERSITY

JURY NOTE NUMBER __4__

*please tell Susazan that we need lunch. Thank you.*

_____
PRESIDING JUROR

12/4/23    9:54 AM
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

_____

_____

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

12/4/23    9:57 ␣
DATE and TIME