**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **THE TRUSTEES OF PURDUE UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.,**<br><br>    Defendants. | Civil Action No. 6:21-CV-00727-ADA-DTG<br><br>**JURY TRIAL DEMAND** |

### NOTICE OF PARTIES' COMMUNICATIONS TO TECHNICAL EXPERT

PLEASE TAKE NOTICE that the emails attached as Exhibits A and B were sent by the parties to technical expert, Joshua J. Yi.

1

Dated: December 11, 2024

Respectfully submitted,

By: */s/ Michael J. Bettinger*
    Michael J. Bettinger
    California Bar No. 122196
    mbettinger@sidley.com
    Irene Yang
    California Bar No. 245464
    irene.yang@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    (415) 772-1200
    (415) 772-7400 – Fax

    Michael D. Hatcher
    Texas Bar No. 24027067
    mhatcher@sidley.com
    Morgan R. Mendicino
    Texas Bar No. 24125664
    mmendicino@sidley.com
    SIDLEY AUSTIN LLP
    2021 McKinney Avenue, Suite 2000
    Dallas, Texas 75201
    (214) 981-3300
    (214) 981-3400 – Fax

    Tacy F. Flint (*pro hac vice*)
    Illinois Bar No. 6284806
    tflint@sidley.com
    James P. Mooney, IV
    Texas Bar No. 24118926
    jmooney@sidley.com
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, Illinois 60603
    (312) 853-7026
    (312) 853-7036 – Fax

    Max Ciccarelli
    Texas Bar No. 00787242
    max@ciccarellilawfirm.com
    CICCARELLI LAW FIRM
    100 North 6th Street, Suite 502
    Waco, Texas 76701
    (214) 444-8869

Thomas N. Tarnay
Texas Bar No. 24003032
ttarnay@tarnaylaw.com
THOMAS TARNAY PLLC
2103 Virginia Place
Plano, Texas 75094
(214) 395-8212

David N. Deaconson
Texas Bar No. 05673400
deaconson@pakislaw.com
PAKIS, GIOTES, BURLESON
& DEACONSON, P.C.
400 Austin Avenue, Suite 400
Waco, Texas 76701
(254) 297-7300
(254) 297-7301 – Fax

**ATTORNEYS FOR DEFENDANTS STMICROELECTRONICS INTERNATIONAL N.V. and STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served on all parties to this action via the Court's CM/ECF system on December 11, 2024.

*/s/ Michael J. Bettinger*
Michael J. Bettinger