# EXHIBIT A

| | |
|---|---|
| **From:** | Bettinger, Mike |
| **To:** | Joshua J. Yi; amcnaughton@susmangodfrey.com; mshore@shorefirm.com; bmelton@susmangodfrey.com; chiji@offorevans.com; jlahad@susmangodfrey.com; bruce.sostek@hklaw.com; justin.cohen@hklaw.com; richard.wynne@hklaw.com; dina.mckenney@hklaw.com; Flint, Tacy F.; Langford, Andrew; Deaconson, Dave (NON-SIDLEY @PAKISLAW.COM); Yang, Irene; Mooney, James P.; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM); Hatcher, Michael D.; Mendicino, Morgan R.; Tarnay, Thom (EXTERNAL @TARNAYLAW.COM); John@clands.com; Lee, Averyn; susan.stradley@morganlewis.com; ASchnell@mofo.com; ShaelynDawson@mofo.com |
| **Subject:** | RE: The Trustees of Purdue University v. STMicroelectronics International N.V. et al (6:21-cv-00727-ADA) |
| **Date:** | Wednesday, November 20, 2024 4:51:42 PM |

Dr. Yi,

We understand that paper copies of the post-trial briefs in the Trustees of Purdue University v STMicroelectronics case, and a USB drive containing an electronic copy of the briefs and exhibits, that you requested in your November 12 e-mail, have now been delivered.  In your role as technical advisor, could you please identify the technical issues that you have been asked to assist with for the various post-trial motions?  We are available to answer any questions you may have on these specific issues or the technical record of evidence in the case.

**From:** Joshua J. Yi <josh@joshuayipatentlaw.com>
**Sent:** Tuesday, November 12, 2024 1:30 PM
**To:** amcnaughton@susmangodfrey.com; mshore@shorefirm.com; bmelton@susmangodfrey.com; chiji@offorevans.com; jlahad@susmangodfrey.com; bruce.sostek@hklaw.com; justin.cohen@hklaw.com; richard.wynne@hklaw.com; dina.mckenney@hklaw.com; Flint, Tacy F. <tflint@sidley.com>; Langford, Andrew <alangford@sidley.com>; Deaconson, Dave (NON-SIDLEY @PAKISLAW.COM) <deaconson@pakislaw.com>; Yang, Irene <irene.yang@sidley.com>; Mooney, James P. <jmooney@sidley.com>; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM) <max@CiccarelliLawFirm.com>; Bettinger, Mike <mbettinger@sidley.com>; Hatcher, Michael D. <mhatcher@sidley.com>; Mendicino, Morgan R. <mmendicino@sidley.com>; Tarnay, Thom (EXTERNAL @TARNAYLAW.COM) <ttarnay@tarnaylaw.com>; John@clands.com; Lee, Averyn <averyn.lee@sidley.com>; susan.stradley@morganlewis.com; ASchnell@mofo.com; ShaelynDawson@mofo.com
**Cc:** Joshua J. Yi <josh@joshuayipatentlaw.com>
**Subject:** The Trustees of Purdue University v. STMicroelectronics International N.V. et al (6:21-cv-00727-ADA)

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

I will be helping the Court with some of the post-trial motions.  For all pending post-trial motions, can you send me (1) a paper copy of the briefs and (2) an electronic copy of the briefs and exhibits

on a USB drive to the address below?  Thanks!

-Josh


**Joshua J. Yi, Ph.D.**
The Law Office of Joshua J. Yi, PLLC
13492 Research Blvd; Ste. 120 – #445
Austin, TX 78750-2254
https://joshuayipatentlaw.com/

