# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Joshua J. Yi; Abbey McNaughton; Brian Melton; chiji; John Lahad; bruce.sostek@hklaw.com; justin.cohen@hklaw.com; richard.wynne@hklaw.com; dina.mckenney@hklaw.com; Flint, Tacy F.; Langford, Andrew; Deaconson, Dave (NON-SIDLEY @PAKISLAW.COM); Yang, Irene; Mooney, James P.; Ciccarelli, Max (EXTERNAL @ CICCARELLILAWFIRM.COM); Bettinger, Mike; Hatcher, Michael D.; Mendicino, Morgan R.; Tarnay, Thom (EXTERNAL @TARNAYLAW.COM); John@clands.com; Lee, Averyn; susan.stradley@morganlewis.com; ASchnell@mofo.com; ShaelynDawson@mofo.com |
| **Subject:** | RE: The Trustees of Purdue University v. STMicroelectronics International N.V. et al (6:21-cv-00727-ADA) |
| **Date:** | Tuesday, December 10, 2024 11:36:44 AM |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Dear Dr. Yi,

Purdue would appreciate any update you can provide on the timing of any rulings on the pending motions.

Happy Holidays!

Michael W. Shore

**From:** Joshua J. Yi <josh@joshuayipatentlaw.com>
**Sent:** Tuesday, November 12, 2024 3:30 PM
**To:** Abbey McNaughton <amcnaughton@susmangodfrey.com>; Michael Shore <mshore@shorefirm.com>; Brian Melton <BMelton@SusmanGodfrey.com>; chiji <chiji@offorevans.com>; John Lahad <jlahad@SusmanGodfrey.com>; bruce.sostek@hklaw.com; justin.cohen@hklaw.com; richard.wynne@hklaw.com; dina.mckenney@hklaw.com; tflint@sidley.com; alangford@sidley.com; David Deaconson <deaconson@pakislaw.com>; irene.yang@sidley.com; jmooney@sidley.com; max@ciccarellilawfirm.com; mbettinger@sidley.com; mhatcher@sidley.com; mmendicino@sidley.com; ttarnay@tarnaylaw.com; John@clands.com; averyn.lee@sidley.com; susan.stradley@morganlewis.com; ASchnell@mofo.com; ShaelynDawson@mofo.com
**Cc:** Joshua J. Yi <josh@joshuayipatentlaw.com>
**Subject:** The Trustees of Purdue University v. STMicroelectronics International N.V. et al (6:21-cv-00727-ADA)

**CAUTION: External Email!**
Counsel,

I will be helping the Court with some of the post-trial motions. For all pending post-trial motions, can you send me (1) a paper copy of the briefs and (2) an electronic copy of the briefs and exhibits on a USB drive to the address below? Thanks!

-Josh

**Joshua J. Yi, Ph.D.**
The Law Office of Joshua J. Yi, PLLC
13492 Research Blvd; Ste. 120 – #445
Austin, TX 78750-2254
https://joshuayipatentlaw.com/